UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STANFORD DAILY PUBLISHING CORPORATION; et al.,

Plaintiffs - Appellees,

v.

MARCO RUBIO, in his official capacity as Secretary of State and MARKWAYNE MULLIN,

Defendants - Appellants,

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

Defendants.

No. 26-6906

D.C. No. 5:25-cv-06618-NW
Northern District of California, San Jose

ORDER

The unopposed motion (Docket Entry No. 5) to expedite is granted. The case will be placed on the next available calendar upon the completion of briefing.

The court adopts the proposed modified briefing schedule:

The opening brief is due November 20, 2026. Any amicus briefs in support of appellants are due December 7, 2026.

The answering brief is due December 30, 2026. Any amicus briefs in support of appellees are due January 8, 2027.

The optional reply brief is due January 22, 2027.

In light of the modified briefing schedule, any written motions for

extensions of time to file briefs under Ninth Circuit Rule 31-2.2(b) must include a proposed briefing schedule and state whether any separately represented party objects.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT