# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-6906

**Case Name** Stanford Daily Publishing Corporation, et al. v. Rubio, et al.

**Counsel submitting this form** James A. Hurley

**Represented party/parties** Defendants-Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs-Appellees, the Stanford Daily newspaper and an alien lawfully admitted on a student visa, sought declaratory and injunctive relief challenging Defendants-Appellants' exercise of Deportation Provisions at 8 U.S.C. §§ 1182(a)(3)(C)(iii), and 1227(a)(4)(C)(i), and Revocation Provision at 8 U.S.C. § 1201(i). Plaintiffs-Appellees claimed that the provisions violated the First and Fifth Amendment rights of aliens present in the United States on nonimmigrant visas. The District Court granted a declaratory judgment finding that the Deportation Provision and Revocation Provisions violated the First and Fifth Amendments. The District Court denied, however, Plaintiffs-Appellees' request for injunctive relief.

*Briefly describe the result below and the main issues on appeal.*

Defendants-Appellants moved to dismiss the case for lack of standing, and also argued that Plaintiffs-Appellees' First and Fifth Amendment claims lacked merit. The District Court found Plaintiffs-Appellees had standing, and concluded that the Deportation and Revocation Provisions violated the First Amendment and Fifth Amendment.

Defendants-Appellants appeal the District Court's findings that Plaintiffs-Appellees established standing, that the provisions violate the First and Fifth Amendments, and that Plaintiffs-Appellees merited declaratory relief.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

District Court case completed with the issuance of the Memorandum of Decision and Judgment on August 28, 2026.

This appeal shares related issues and evidence with American Association of University Professors, et al. v. Rubio, et al., Nos. 26-1141 & 26-1195 (1st Cir.).

**Signature** s/ James A. Hurley **Date** 10/26/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*