**No. 26-6906**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**STANFORD PUBLISHING CORPORATION, *et al.*,**

*Plaintiffs-Appellees,*

**v.**

**MARCO RUBIO, *et al.*,**

*Defendants-Appellants.*

**Appeal from a Judgment Issued by the U.S. District Court for the Northern District of California (Civil Action No. 5:25-cv-06618-NW)**

# DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD INDEX VOLUME

**JONATHAN D. GUYNN**
**Acting Assistant Attorney General**
**Civil Division**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**

**AUGUST E. FLENTJE**
**Special Counsel for Immigration Litigation**

**SAMUEL P. GO**
**Assistant Director**

**JAMES A. HURLEY**
**Trial Attorney**
**Office of Immigration Litigation**
**U.S. Department of Justice**
**Civil Division**
**P.O. Box 878, Ben Franklin Station**
**Washington, D.C. 20044**
**T: (202) 305-1889**
**F: (202) 305-2509**
**james.hurley@usdoj.gov**

**JAIME DURR**
**DOMINIC WEISS**
**Trial Attorneys**

**Date: November 20, 2026**

**Attorneys for Respondent**

# VOLUME INDEX



| Document | File Date | Dist. Ct. Docket No. | ER pg # Volume |
|---|---|---|---|
| **Volume 1** | | | |
| Judgment | 08/26/2026 | Dist. Ct. Dkt. No. 109 | 1-ER 0002 |
| Memorandum of Decision | 08/26/2026 | Dist. Ct. Dkt. No. 108 | 1-ER 0003 - 0092 |
| **Volume 2** | | | |
| Transcript of Bench Trial CA-N | 05/27/2026 | Dist. Ct. Dkt. No. 100 | 2-ER 0094 - 0258 |
| Transcript of Proceedings CA-N | 01/06/2026 | Dist. Ct. Dkt. No.74 | 2-ER 0259 - 0343 |
| Transcript of Proceedings CA-N | 11/19/2026 | Dist. Ct. Dkt. No. 61 | 2-ER 0344 - 0374 |
| **Volume 3** | | | |
| Stipulation for Dismissal | 07/27/2026 | Dist. Ct. Dkt. No. 105 | 3-ER 0376 - 0377 |
| Proposed Findings of Fact | 06/26/2026 | Dist. Ct. Dkt. No. 101 | 3-ER 0378 - 0423 |
| Joint Statement of Undisputed Facts | 04/09/2026 | Dist. Ct. Dkt. No. 85 | 3-ER 0424 - 0464 |
| Trial Transcripts AAUP v. Rubio, 25-10685 | 03/27/2026 | Dist. Ct. Dkt. No. 82, 82-2 | 3-ER 0465 - 0674 |
| **Volume 4** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-10685 | 03/27/2026 | Dist. Ct. Dkt. No. 82-2, 82-3, 82-4 | 4-ER 0676 - 0974 |

| Document | File Date | Dist. Ct. Docket No. | ER pg # Volume |
|---|---|---|---|
| **Volume 5** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-10685 | 03/27/2026 | Dist. Ct. Dkt. No. 82-4, 82-5, 82-6, 82-7 | 5-ER 0976-1274 |
| **Volume 6** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-10685 | 03/27/2026 | Dist. Ct. Dkt. No. 82-7, 82-8, 82-9 | 6-ER 1276 - 1574 |
| **Volume 7** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-10685 | 03/27/2026 | Dist. Ct. Dkt. No. 82-9, 82-10 | 7-ER 1576 - 1652 |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81, 81-1, 81-2 | 7-ER 1653 - 1874 |
| **Volume 8** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81-2, 81-3 | 8-ER 1876 - 2174 |
| **Volume 9** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81-3, 81-4 | 9-ER 2176 - 2474 |
| **Volume 10** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81-4 | 10-ER 2476 - 2774 |
| **Volume 11** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81-4, 81-5 | 11-ER 2776 - 3074 |
| **Volume 12** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81-5, 81-6 | 12-ER 3076 - 3374 |

| Document | File Date | Dist. Ct. Docket No. | ER pg # Volume |
|---|---|---|---|
| **Volume 13** | | | |
| Trial Transcripts (cont.) AAUP v. Rubio, 25-1068 | 03/27/2026 | Dist. Ct. Dkt. No. 81-6, 81- | 13-ER 3376 - 3536 |
| Order Denying Motion to Dismiss | 01/16/2026 | Dist. Ct. Dkt. No. 75 | 13-ER 3537 - 3555 |
| Response to Motion to Dismiss | 12/19/2025 | Dist. Ct. Dkt. No. 67 | 13-ER 3556 - 3588 |
| Motion to Dismiss | 12/12/2025 | Dist. Ct. Dkt. No. 66 | 13-ER 3589 - 3619 |
| Amended Complaint | 12/04/2025 | Dist. Ct. Dkt. No. 65 | 13-ER 3620 - 3674 |
| **Volume 14** | | | |
| Amended Complaint (cont.) | 12/04/2025 | Dist. Ct. Dkt. No. 65-1 | 13-ER 3676 - 3716 |
| Defendants' Cross-Motion for Summary Judgement & Opposition to Plaintiffs' Motion for Summary Judgement | 09/24/2025 | Dist. Ct. Dkt. No. 33 | 13-ER 3717 - 3974 |
| **Volume 15** | | | |
| Defendants' Cross-Motion for Summary Judgement (Cont.) | 09/24/2025 | Dist. Ct. Dkt. No. 33-1 | 15-ER 3976 - 4077 |
| Complaint for Declaratory and Injunctive Relief | 08/06/2025 | | 15-ER 4078 - 4113 |
| Notice of Appeal | 10/14/2026 | Dist. Ct. Dkt No. 110 | 15-ER 4114 |
| District Court Docket Sheet | | | |