**No. 26-6906**

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**STANFORD PUBLISHING CORPORATION, *et al.*,**

*Plaintiffs-Appellees,*

**v.**

**MARCO RUBIO, *et al.*,**

*Defendants-Appellants.*

**Appeal from a Judgment Issued by the U.S. District Court for the Northern District of California (Civil Action No. 5:25-cv-06618-NW)**

# DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD VOLUME 9 of 15

**JONATHAN D. GUYNN**
**Acting Assistant Attorney General**
**Civil Division**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**

**AUGUST E. FLENTJE**
**Special Counsel for Immigration Litigation**

**SAMUEL P. GO**
**Assistant Director**

**JAMES A. HURLEY**
**Trial Attorney**
**Office of Immigration Litigation**
**U.S. Department of Justice Civil Division**
**P.O. Box 878, Ben Franklin Station**
**Washington, D.C. 20044**
**T: (202) 305-1889**
**F: (202) 305-2509**
**james.hurley@usdoj.gov**

**JAIME DURR**
**DOMINIC WEISS**
**Trial Attorneys**

**Date: November 20, 2026**

**Attorneys for Respondent**

Case: 26-6906, 11/20/2026, DktEntry: 16.12, Page 2 of 300

Then the *Generic Book*, an anthology of various papers on generics, came out and completely invigorated the study of generics in both linguistics and philosophy, not least because several of the editors of the book (mostly Manfred Krifka), wrote a 100+ page introduction to the volume that was a pretty brilliant synthesis and overview of the state of the art at that time, together with some fairly bold hypotheses (Krifka et al., 1995). I can tell you that when I started thinking about generics in graduate school in the early 2000s, that introduction was pretty much the starting and end point of thinking about generics. While the field has certainly moved on, you can still see the traces of the impact that this introduction had on the field.

So if you have some free time, start reading the introduction to the generic book. But to be clear, none of the readings this week is required, unlike in future weeks.

## 2.2 *Semantic Approaches*

The next several meetings will be devoted to looking at some of the main semantic approaches to generics. That will give us a chance to think explicitly about the range of phenomena to be discussed. What's more, generics have been a really interesting case study in debates about what a semantic theory is intended to accomplish. So as you do the readings for the weeks in this part of the course, pay attention to the types of phenomena that different theorists cite in support of their theories.

**Meeting 02: Wed, 02/05/2025**
**Modal Probability**

We're going to start out with a theory that I think of as modalized probability, due to Ariel Cohen. The basic idea is that generics make claims not about what's always true, but about what's likely to be true. But it's not just any old likelihood: generics seem to convey generalizations that are, in some sense to be made precise by theorizing, non-accidental.

We're going to look at a couple of early pieces by Cohen, and these are both required readings.

- Cohen (1999)
- Cohen (2004)

Cohen's work introduces some important test cases that a lot of theories of generics need to deal with, and it gives an interestingly unified

**Meeting 03: Wed, 02/12/2025**
**Psychological Approaches**

One of the most influential (probably the most influential) writer on generics is Sarah-Jane Leslie. Her paper on generics has had a huge impact.

- Leslie (2008)

That paper will be the focus of our conversation in this class meeting. As you'll see, Leslie focuses on cognitive and developmental psychological phenomena to an extent that is completely unlike Cohen.

There have been various reactions to her work, but I want to look at some very recent ones. These are also required, but it's OK if you only read them once. The Leslie piece, by contrast, bears re-reading.

- Almotahari (2024)
- Kirkpatrick (2024a)

- Neufeld et al. (forthcoming)

**Meeting 04: Wed, 02/19/2025**
**Normality**

Normality approaches are a third main way of thinking about generics. The easiest way into them is to think about the fact that the truth of a generic seems to be quite stable, even as statistics may fluctuate. A standard example to illustrate the point I just made is to consider (9).

(9) Lions have four legs.

That strikes many people as true, and that judgment remains stable even if for a brief time, a bunch of lions have fewer than four legs, perhaps because they've lost a leg in accidents or combat, or there are birth defects, or what have you. The intuition that motivates the normality approach is to say that the generic is about what is normally the case, and so fluctuations like the ones I just gestured at don't impact the assessment of a generic just because these fluctuations are due to abnormal factors.

We'll look at three versions of the normality approach. In the spirit of putting my cards on the table, one of these is mine, so you know where I'm coming from on this material.

- Asher and Morreau (1995)
- Eckardt (1999)
- Nickel (2008)

**Meeting 05: Wed, 02/26/2025**
**Contextualism**

All of the approaches that we're looking at in Weeks 02-04 have something in common: they are all motivated by the idea that there's something distinctive about what generics convey, and that it's the job of a semantic theory to tell us what that is.

The approaches we're looking at this week deny this. They suggest that generics are really context-sensitive, and so they convey massively different propositions in different contexts, so different that there's no common core to all generics.

We're going to be looking at a couple of papers that pursue this route.

- Sterken (2015)
- Nguyen (2020)

This will also give us a chance to talk about a big methodological issue that'll come back later, which is a certain kind of vagueness or fuzziness that infects the use of generics. It's just not clear what they're saying, on any particular occasion of use, because the context in which a generic is used doesn't settle the details. How should we theorize about that? So we'll also read:

- King (2018)

This isn't explicitly about generics, but it captures a lot of the discussions in this arena.

**Meeting 06: Wed, 03/05/2025**
**Rational Speech Act Theory**

The last approach we're looking at is one that you can think of as a combination of the probabilistic approach of Cohen and the contextualism of Sterken. This is rational speech act (RSA) theory. The key idea behind this approach holds that we should think about the meaning of a sentence not in terms of something like a proposition—an increment of information—that is conveyed by the speaker to an audience. Instead, we should think about the meaning of a sentence in terms of the impact it has on the audience's views. Probability enters the picture because RSA theorists model the views that someone has about the world using probability, in fundamentally Bayesian terms. (I'll give a short primer on Bayesianism, so don't worry if that's new.) The paper by Tessler and Goodman is the main focus of our session. The paper by Degen is an introduction to RSA that doesn't focus on generics. I had to work my way through Degen's paper in

order to really understand what Tessler and Goodman are up to. Finally, the paper by Ryu et al. includes some useful discussion of Tessler and Goodman.

- Degen (2023)
- Tessler and Goodman (2019)
- Ryu et al. (2022)

## 2.3 *Stereotypes*

Generics are currently seeing a lot of interest from theorists in different disciplines because of their connection to stereotypes. It is, after all, quite natural to express stereotypes using generics. The harmless example I used in the preliminary example, "Germans don't have a sense of humor," is supposed to show you the pattern.

So one question is how to think about stereotypes, and I want to start with a view that's pretty clearly articulated, and which runs counter to a lot of work, one that holds that a lot of stereotypes are just plain accurate. This will be a useful position to have in mind as we look at reactions to it later.

**Meeting 07: Wed, 03/12/2025**
**Jussim on Accurate Stereotypes**

Here, then, is the promised view, due to Lee Jussim. The main text he wrote about this is the book *Social Perception and Social Reality* (Jussim, 2012). But we'll focus on a discussion in the *Behavioral and Brain Sciences*. That's a journal that identifies a target article and then solicits response pieces from practitioners in lots of different fields.

- Jussim (2017)
- The PDF of Jussim's Précis includes all of the peer commentary. Please read the following commentaries (listed by author names)
  - Bian and Cimpian
  - Bonnefon, Hopfensitz, De Neys
  - Church
  - Kihlstrom
  - Martin

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 5 of 300

  - Tappin, McKay, Abrams
  - Hoover Wilson and Huang

**Meeting 08: Wed, 03/26/2025**
**Reactions to the Accuracy Hypothesis**

The question raised by Jussim's work is what stereotypes are. You can see that in some of the responses in the BBS piece that we're looking at in Meeting 07. So in this session, I want us to look at a few more responses.

- Beeghly (2021)
- Munton (2021)

The goal will be to see how these theories look when seen in the context of generics, especially in view of what their semantics and/or pragmatics might be.

**Meeting 09: Wed, 04/02/2025**
**Are Generics Particularly Pernicious?**

Since theorists think that generics are particularly closely connected to the expression of stereotypes, it's natural to ask whether generics are particularly pernicious (at least in some instances). This session is devoted to looking at some of the work on this topic.

- Wodak et al. (2015)
- Saul (2017)
- Ritchie (2019)
- Tasimi et al. (2017)
- Cella et al. (2022)

## 2.4 *Generics and Action Guidance*

Everything we've done in the course so far has been about what generics *say*. The last chunk of the course will be about how they influence action. In part, this is motivated by the connection between stereotypes and generics: the thought being that stereotypes are an important thing to study because they influence how people act. In part, this is also motivated by the observation that in many situations where a person has to make a choice, it's natural to couch advice in the form of a generic. Here's an example to illustrate the latter point. Suppose that you're thinking of adopting a dog, but you don't really know much about dogs, you just want to make sure that you get a friendly dog that's a good family pet. Someone might say to you "Golden Retrievers are friendly" by way of giving you advice about a breed.

What makes this a topic to think about is a point I brought up earlier: generics are relatively immune to fluctuations in how widely a feature is present in a population (that's the point about the lions and legs example). But whether an action is successful, or likely to be successful, often depends on precisely this sort of fact, how widely a feature is present in a population. So how can generics reasonably guide action?

We're going to look at a couple of issues that make this rough idea more concrete.

**Meeting 10: Wed, 04/09/2025**
**Normative Generics**

The first one concerns what are usually called *normative generics*. Here's the standard example.

(10) Boys don't cry.

You can readily imagine this being said to boy who's crying as a way of getting him to not cry, and that's because that's how boys ought to act, at least by the lights of the speaker. In that respect, the generic makes a normative claim.

There's a lively debate about how to analyze them.

- Leslie (2015)
- Hesni (2021b)
- Haslanger (2014)

**Meeting 11: Wed, 04/16/2025**
**Counterexamples and Actuality**

In this meeting, we'll approach the same issue in a quite different way. We're going to try and understand how and why the assertion of generics is sensitive to the assertion of counterexamples. To see the issue, imagine this kinds of dialogue:

(11) A: Ravens are black.

(12) B: Some ravens are white.

(13) A: Ravens are black.

*A* starts with the assertion of a generic, *B* observes that there are exceptions, and if *A* just repeats the generic, something's gone wrong in the conversation. What exactly? This issue interacts in interesting ways with how one might try to argue against a stereotype or generic generalization in various settings.

The first two readings are specifically about generics. The second two are about the same sort of issue for a couple of different constructions, to see if they shed light or provide useful resources.

- Kirkpatrick (2024b)
- Hesni (2021a)
- Ninan (2024)
- Hacquard (2020)

### 2.5 *Student Presentations*

The last two sessions are devoted to students presenting their research paper topics.

## 3 Assignments

The main assignment for this course is a **research paper** which students will write in stages and with a lot of help from me. Generics are my own area of current research, so I want students to have a sense of what it looks like to do work on an active research area. To get a sense for what the research project looks

like, and how I support students through it, you can take a look at a similar assignment I've done in the past in my philosophy of language survey course (PHIL 147).

In addition, I'll ask all students to write **three short response papers**. It's always good to have practice in explaining someone else's position and making one or two crisp remarks about that, whether it's a challenge, a way of developing an idea, or what have you. Because the papers are short, they're hard, and I expect students to work on them a lot. Students will sign up at the start of term for which weeks they want to write about. The first draft of the paper is due on the Tuesday before the class meeting, and students then produce a final version of the paper by revising the initial submission on the basis of class discussion and feedback from me.

Finally, participation in class discussion is a major component of the course. The class benefits from the input of many different voices and perspectives, so I want students to be active participants both for their own sake—one learns more if one actually tries to put one's thoughts into words—and for everyone else's.

### *3.1 Grade Breakdown*

- Short Response Papers: 10% each (so 20% total), lowest grade will be dropped so long as students submit all three papers.
- Class participation: 20%
- Research paper: 60%. This includes all of the steps towards the paper.

## References

Almotahari, M. "Generic Cognition: A Neglected Source of Context Sensitivity". *Mind and Language*, 39(4), (2024), 472–491.

Asher, N. and M. Morreau. "What Some Generic Sentences Mean". In G. N. Carlson and F. J. Pelletier, eds., *The Generic Book*, 300–339 (Chicago: University of Chicago Press, 1995).

Beeghly, E. "What's Wrong with Stereotypes? The Falsity Hypothesis". *Social Theory and Practice*, 47(1), (2021), 33–61.

Carlson, G. N. *Reference to Kinds in English*. Ph.D. thesis, University of Massachusetts, Amherst (1977).

Cella, F., K. A. Marchak, C. Bianchi, and S. A. Gelman. "Generic Language for Social and Animal Kinds: An Examination of the Asymmetry Between Acceptance and Inferences". *Cognitive Science*, 46, (2022), 1–36.

Cohen, A. "Generics, Frequency Adverbs, and Probability". *Linguistics and Philosophy*, 22, (1999), 221–253.

—. "Generics and Mental Representation". *Linguistics and Philosophy*, 27(5), (2004), 529–556.

Degen, J. "The Rational Speech Act Framework". *Annual Review of Linguistics*, 9, (2023), 519–540.

Eckardt, R. "Normal Objects, Normal Worlds, and the Meaning of Generics". *Journal of Semantics*, 16(3), (1999), 237–278.

Hacquard, V. "Actuality Entailments (Online Edition)". In C. M. H. R. T. E. Z. Daniel Gutzmann, Lisa Matthewson, ed., *The Wiley Blackwell Companion to Semantics*, 1–26 (John Wiley & Sons, Ltd, 2020).

Haslanger, S. "The Normal, the Natural, and the Good: Generics and Ideology". *Politica & Società*, 3, (2014), 365–392.

Hesni, S. "Generics as Instructions". *Synthese*, (199), (2021a), 12587–12602.

—. “Normative Generics: Against Semantic Polysemy”. *Thought*, 10, (2021b), 218–225.

Jussim, L. *Social Perception and Social Reality* (Oxford, UK: Oxford UP, 2012).

—. “Précis of *Social Perception and Social Reality: Why Accuracy Dominates Bias and Self-Fulfilling Prophecy* (with Peer Commentary and Replies”. *Behavioral and Brain Sciences*, 40(1), (2017), 1–65.

King, J. C. “Strong Contextual Felicity and Felicitous Underspecification”. *Philosophy and Phenomenological Research*, 97(3), (2018), 631–657.

Kirkpatrick, J. R. “The Acquisition of Generics”. *Mind and Language*, 39(4), (2024a), 492–517.

—. “The Dynamics of Generics”. *Journal of Semantics*, 40(4), (2024b), 523–548.

Krifka, M., F. J. Pelletier, G. N. Carlson, A. ter Meulen, G. Chierchia, and G. Link. “Genericity: An Introduction”. In G. N. Carlson and F. J. Pelletier, eds., *The Generic Book*, 1–124 (Chicago: University of Chicago Press, 1995).

Leslie, S.-J. “Generics: Cognition and Acquisition”. *Philosophical Review*, 117(1), (2008), 1–47.

—. ““Hilary Clinton is the Only Man in the Obama Administration”: Dual Character Concepts, Generics, and Gender”. *Analytic Philosophy*, 56(2), (2015), 111–141.

Munton, J. “Prejudice as the Misattribution of Salience”. *Analytic Philosophy*, 64(1), (2021), 1–19.

Neufeld, E., A. Bosse, G. D. Pinal, and R. Sterken. “Giving Generic Language Another Thought”. *WIREs Cognitive Science*.

Nguyen, A. “The Radical Account of Bare Plural Generics”. *Philosophical Studies*, 177, (2020), 1303–31.

Nickel, B. “Generics and the Ways of Normality”. *Linguistics and Philosophy*, 31(6), (2008), 629–648.

Ninan, D. “An Expressivist Theory of Taste Predicates”. *Philosophers' Imprint*, 24(13), (2024), 1–23.

Ritchie, K. “Should We Use Racial and Gender Generics?” *Thought*, 8, (2019), 33–41.

Ryu, S. H., W. Yang, and J. C. Park. “Flexible Acceptance Condition of Generics from a Probabilistic Viewpoint: Towards Formalization of the Semantics of Generics”. *Journal of Psycholinguistic Research*, 51, (2022), 1209–1229.

Saul, J. “Are Generics Especially Pernicious”. *Inquiry*, 66, (2017), 1682–1699.

Sterken, R. K. “Generics in Context”. *Philosophers' Imprint*, 15(21), (2015), 1–30.

Tasimi, A., S. A. Gelman, A. Cimpian, and J. Knobe. “Differences in the Evaluation of Generic Statements About Human and Non-Human Categories”. *Cognitive Science*, 41, (2017), 1934–1957.

Tessler, M. H. and N. D. Goodman. “The Language of Generalization”. *Psychological Review*, 126(3), (2019), 395–436.

Wodak, D., S.-J. Leslie, and M. Rhodes. “What a Loaded Generalization: Generics and Social Cognition”. *Philosophy Compass*, 10(9), (2015), 625–635.

# EXHIBIT 75

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: Political Action and Expression**
**Date:** November 9, 2023 at 4:14:57 PM EST
**To:** philfaculty-list <philfaculty-list@fas.harvard.edu>, philgrad-list <philgrad-list@fas.harvard.edu>, philconc-list@lists.fas.harvard.edu, [redacted]

Dear Colleagues, Grads, Concentrators, and Staff,

Last week, President Gay reminded us of the University's Statement on Rights and Responsibilities. It explicitly enshrines the right to political action, advocacy, and organization of every member of our campus community. It also reminds us that the exercise of these rights needs to be balanced by concern for the dignity and safety of others.

We live in times that make maintaining this balance challenging. Hamas' terrorist attack claimed the lives of many Israeli civilians, including many children. Israel's military actions have caused the deaths of many Palestinian civilians, including many children. For many members of our department, these are not far-away events but have immediate personal implications. Some have friends and family members in the region whom they have lost over the past days and weeks, or whose safety they worry about given the likelihood of further bloodshed. Many who don't have such personal connections are anguished by the continuing civilian tolls.

Many members of our community want to respond to the crisis through political action. In doing this, it is important that we bear in mind the complexity of which President Gay has reminded us. Political action must be consistent with the goals and values of our community, one dedicated to free inquiry and open debate. This requires judgment and sometimes conversation, in good part because the line between advocacy and

harassment, between organizing and threatening, is itself politically contested.

When any of us engage in political action, I ask that we exercise our judgment in good faith. When we are confronted with messages that strike us as not merely as political action but as harassment, discrimination, or a threat, I ask that we make an effort in good faith to raise that issue and resolve it.

Our community isn't a collection of strangers who meet each other briefly in public, with no shared history, aspirations, or goals. Many of us have been working and thinking together for years. I hope that you treat each other with the care appropriate to being part of this community.

As I continue to enforce the rules set out in the Statement on Rights and Responsibilities, some of you may disagree with me over whether a particular political action, be it in voice or deed, falls within the bounds of acceptable behavior. I ask that you believe that I am acting in good faith, and so that if you disagree with me on any particular judgment, you enter into a dialogue with me about it.

Sincerely,
Bernhard.
Department Chair

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 76

Open in app ↗ Sign up Sign in

Medium Search Write

# Harvard Faculty Statement In Support of Academic Freedom

Academic Freedom Faculty Statement Follow 6 min read · Nov 13, 2023

8.2K 36

Dear President Gay:

As Harvard faculty, we have been astonished by the pressure from donors, alumni, and even some on this campus to silence faculty, students, and staff critical of the actions of the State of Israel. It is important to acknowledge the patronizing tone and format of much of the criticism you have received as well as the outright racism contained in some of it.

We were nevertheless profoundly dismayed by your November 9 message entitled "Combating Antisemitism." The University's commitment to intellectual freedom and open dialogue seems to be giving way to something else entirely: a model of education in which the meaning of terms once eligible for interpretation is prescribed from above by a committee whose work was, on Tuesday, described to the faculty as only beginning.

There should surely be limits to what is speakable, even in a university. Saying things that are plainly untrue – denying the Holocaust, for example – merits condemnation. Derogating other members of the community in racist, xenophobic, sexist, homophobic, or transphobic language merits condemnation.

There must, however, be room on a university campus for debate about the actions of states, including of the State of Israel. It cannot be ruled as *ipso facto* antisemitic to question the actions of this particular ethno-nationalist government any more than it would be *ipso facto* racist to question the actions of Robert Mugabe's ethno-nationalist government in Zimbabwe. Nor can arguments that characterize Israel as an "apartheid" state or its recent actions as "ethnic cleansing" or even "genocide" be considered automatically antisemitic, regardless of whether one concurs with such arguments. The University's recently-announced "Discrimination and Bullying Policies and Procedures," it is useful to remember, includes "political belief" (and thus presumably its expression) as a protected category.

It is understandable that in the shadow of the twentieth-century history of Europe, Palestine, and Israel, as well as the attacks of October 7 and the ongoing catastrophe in Gaza, you would want to remind members of our community that their words have meaning. And yet, at a moment when an affiliate of the University has with apparent impunity stood in the yard and accused students of supporting terrorism, your delineation of the limits of acceptable expression on our campus is dangerously one-sided.

Similarly, the phrase "from the river to the sea, Palestine must be free" has a long and complicated history. Its interpretation deserves, and is receiving, sustained and ongoing inquiry and debate. Singling it out as necessarily implying removalism or even eliminationism – when over a million

Palestinians have been forced from their homes and over ten thousand civilians, including four thousand children, have been slain in Gaza, actions which the Holocaust historian Omer Bartov suggests in the *New York Times* may amount to a "crime against humanity" being executed with "genocidal intent" – is imprudent as a matter of university policy and badly misjudged as an act of moral leadership.

We call on you to present a balanced commitment to the support of intellectual freedom at Harvard by taking the following steps:

1. Resisting calls to suspend and/or decertify the Palestine Solidarity Committee in retaliation for its public statements and advocacy, and resisting calls to set aside the University's normal disciplinary procedures to prematurely sanction students and employees because of concerns raised about their political activity absent specific allegations of wrongdoing (and those already thusly sanctioned must be reinstated pending a procedurally sound investigation);
2. Directing the President's Advisory Group on Antisemitism to explain its definition of antisemitism to the University community, as requested at the FAS faculty meeting of November 7, before recommending any policies touching upon the freedom of thought and expression on our campus;
3. Explicitly and specifically affirming the University's commitment to the freedom of thought, inquiry, and expression in light of the extraordinary pressure being brought to bear upon critics of the State of Israel and advocates of the Palestinian people, and indicating that there can be no tolerance for a "Palestine exception" to free speech;
4. Creating an advisory group on Islamophobia and anti-Palestinian and anti-Arab racism (as suggested at the FAS faculty meeting of November

7).

Sincerely,

1. Walter Johnson, Harvard Faculty of Arts and Sciences
2. Kirsten Weld, Harvard Faculty of Arts and Sciences
3. Vijay Iyer, Harvard Faculty of Arts and Sciences
4. Deidre Lynch, Harvard Faculty of Arts and Sciences
5. Nikolas Bowie, Harvard Law School
6. Diane Moore, Harvard Divinity School
7. Namwali Serpell, Harvard Faculty of Arts and Sciences
8. Khalil Gibran Muhammad, Harvard Kennedy School
9. Sidney Chalhoub, Harvard Faculty of Arts and Sciences
10. Christopher Hasty, Harvard Faculty of Arts and Sciences
11. Salma Abu Ayyash, Harvard Faculty of Arts and Sciences
12. Jesse B. Bump, Harvard T. H. Chan School of Public Health
13. Ryan D. Doerfler, Harvard Law School
14. Atalia Omer, Harvard Divinity School
15. Bram Wispelwey, Harvard T. H. Chan School of Public Health and Harvard Medical School
16. Sara Roy, Harvard Faculty of Arts and Sciences
17. Lucien Castaing-Taylor, Harvard Faculty of Arts and Sciences
18. Neel Mukherjee, Harvard Faculty of Arts and Sciences

19. Margareta Matache, Harvard T. H. Chan School of Public Health
20. Soham Patel, Harvard Faculty of Arts and Sciences
21. John Womack, Harvard Faculty of Arts and Sciences
22. Musa Syeed, Harvard Faculty of Arts and Sciences
23. Jacinda Tran, Harvard Faculty of Arts and Sciences
24. Vincent Brown, Harvard Faculty of Arts and Sciences
25. Adhy Kim, Harvard Faculty of Arts and Sciences
26. Richard Thomas, Harvard Faculty of Arts and Sciences
27. Lara Jirmanus, Harvard Medical School
28. Altaf Saadi, Harvard Medical School
29. Hibah Osman, Harvard Medical School
30. Lisa Thompson, Harvard School of Dental Medicine
31. Khameer Kidia, Harvard Medical School
32. Mary T Bassett, Harvard T. H. Chan School of Public Health
33. Sawsan Abdulrahim, Harvard T. H. Chan School of Public Health
34. Cemal Kafadar, Harvard Faculty of Arts and Sciences
35. Lauren Kaminsky, Harvard Faculty of Arts and Sciences
36. Amy Hollywood, Harvard Divinity School
37. Malak Rafla, Harvard Medical School
38. Bassima Abdallah, Harvard Medical School
39. Alejandra Caraballo, Harvard Law School

40. Eleanor Craig, Harvard Faculty of Arts and Sciences
41. Matylda Figlerowicz, Harvard Faculty of Arts and Sciences
42. Adam Haber, Harvard T. H. Chan School of Public Health
43. Tara K. Menon, Harvard Faculty of Arts and Sciences
44. Arunabh Ghosh, Harvard Faculty of Arts and Sciences
45. Joel Suarez, Harvard Faculty of Arts and Sciences
46. Karameh Kuemmerle, Harvard Medical School
47. Sam Marks, Harvard Faculty of Arts and Sciences
48. Rosie Bsheer, Harvard Faculty of Arts and Sciences
49. Nader Uthman, Harvard Faculty of Arts and Sciences
50. Glenda Carpio, Harvard Faculty of Arts and Sciences
51. Adaner Usmani, Harvard Faculty of Arts and Sciences
52. Paulina Alberto, Harvard Faculty of Arts and Sciences
53. Sarah Darghouth, Harvard Medical School
54. Alisa Khan, Harvard Medical School
55. Patricia Stoeck, Harvard Medical School
56. Hajirah Saeex, Harvard Medical School
57. Sherar Andalcio, Harvard Medical School
58. Diana L. Eck, Harvard Faculty of Arts and Sciences
59. Gordon Schiff, Harvard Medical School
60. Mahmoud Abu Hazeem, Harvard Medical School

61. Rania El Fekih, Harvard Medical School

62. Hicham Skali, Harvard Medical School

63. Ramona Dvorak, Harvard Medical School

64. Kamal Itani, Harvard Medical School

65. Haytham Kaafarani, Harvard Medical School

66. Ousmane Kane, Harvard Divinity School

67. David U. Himmelstein, Harvard Medical School

68. Joycelyn Ronda, Harvard Medical School

69. Christian Williams, Harvard Law School

70. Steffie Woodhandler, Harvard Medical School

71. Ju Yon Kim, Harvard Faculty of Arts and Sciences

72. M. Amin Arnaout, Harvard Medical School

73. Autumn Allen, Harvard Graduate School of Education

74. Avik Chatterjee, Harvard Medical School

75. Farhana Sharmeen, Harvard Medical School

76. Duncan Kennedy, Harvard Law School

77. Aisha James, Harvard Medical School

78. Corey Hardin, Harvard Medical School

79. Caroline Light, Harvard Faculty of Arts and Sciences

80. Karen Huang, Harvard Faculty of Arts and Sciences

81. George Aumoithe, Harvard Faculty of Arts and Sciences

82. Michelle Morse, Harvard Medical School
83. Sadeq Rahimi, Harvard Medical School
84. Sugata Bose, Harvard Faculty of Arts and Sciences
85. Lorenzo Bondioli, Harvard Faculty of Arts and Sciences
86. Michael Bronski, Harvard Faculty of Arts and Sciences
87. David Kennedy, Harvard Law School
88. Christina Villarreal, Harvard Graduate School of Education
89. Hilary Rantisi, Harvard Divinity School
90. Kassem Safa, Harvard Medical School
91. Huma Farid, Harvard Medical School
92. Bernhard Nickel, Harvard Faculty of Arts and Sciences
93. Amanda Raffoul, Harvard Medical School
94. Martha Ann Selby, Harvard Faculty of Arts and Sciences
95. Marshall Ganz, Harvard Kennedy School
96. Amir Mohareb, Harvard Medical School
97. Eman Ansari, Harvard Medical School
98. Mohamed Jarraya, Harvard Medical School
99. Liz McKenna, Harvard Kennedy School
100. Maggie Doherty, Harvard Faculty of Arts and Sciences
101. Hussein Rashid, Harvard Divinity School
102. Juliana Morris, Harvard Medical School

103. Sandra Smith, Harvard Kennedy School

104. Kaia Stern, Harvard Graduate School of Education

105. Nicholas Bloom, Harvard Faculty of Arts and Sciences

106. Theodore Weatherwax, Harvard Medical School

107. Rita Hamad, Harvard T. H. Chan School of Public Health

108. Emmet von Stackelberg, Harvard Faculty of Arts and Sciences

109. Areej Hassan, Harvard Medical School

110. David Showalter, Harvard Faculty of Arts and Sciences

111. Amina Elbendary, Harvard Faculty of Arts and Sciences

112. Pedja Stojicic, Harvard T. H. Chan School of Public Health

113. Ryan Enos, Harvard Faculty of Arts and Sciences

114. Raif S. Geha, Harvard Medical School

115. Chance Bonar, Harvard Divinity School

116. Nikhil Mathews, Harvard Medical School

117. Hesham Hamoda, Harvard Medical School

118. Talal Chatila, Harvard Medical School

119. Jennifer Leaning, Harvard T. H. Chan School of Public Health

120. Gretchen Brion-Meisels, Harvard Graduate School of Education

121. Nicole Noll, Faculty of Arts and Sciences

122. Jon Hanson, Harvard Law School

## Written by Academic Freedom Faculty Statement

79 followers · 1 following

Follow

## Responses (36)

Write a response

What are your thoughts?

G Soon
Nov 13, 2023

It is reassuring to see there are still those amongst Harvard faculty with humanity and a conscience that is not easily dissuaded by basic intimidations and the throwing of moneys. A deeply sincere thank you to every single person of the faculty... more

900 Reply

Hiam Abbas
Nov 13, 2023

Thank you for your thoughtfulness and leadership! This voice is so important.

622 Reply

S sazzy
Nov 13, 2023

Thank you for your leadership!!!

483 Reply

See all responses

## Recommended from Medium



Jordan Gibbs

**ChatGPT Is Poisoning Your Brain…**

Here's How to Stop It Before It's Too Late.

Apr 29 17.9K 832




LUHOG Youth

**A Letter to the Youth, Written Using a Red Pen**

by Divine Domingo, Alexah Dela Cruz, and Jamee Sarte

May 21 55



In Long. Sweet. Valuable. by Ossai Chinedum

## I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

May 16 · 8.3K · 453



In Coding Beauty by Tari Ibaba

## This new IDE from Google is an absolute game changer

This new IDE from Google is seriously revolutionary.

Mar 11 · 5.9K · 349



In ThinkDraft by Singh Bhai

## How to Read Someone's Personality in 10 Seconds (Backe...

The Subtle Signs That Reveal Who Someone Really Is.

Jan 27 · 17.6K · 471



In Age of Awareness by Sam Westreich, PhD

## Why ChatGPT Creates Scientific Citations—That Don't Exist

It looks convincing, even in White House reports, but it's often a sign of shoddy...

Jun 4 · 5.6K · 169

See more recommendations

AAUP-00249

# EXHIBIT 77

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A message from the Chair**
**Date:** November 7, 2024 at 5:53:39 PM EST
**To:** philgrad-list <philgrad-list@fas.harvard.edu>

Dear Grads,

In the wake of Tuesday's election, many of you probably have strong reactions, be these political, emotional, or something else. This is likely true regardless of whether you opposed or supported the Trump campaign.

I will say that I take the campaign's rhetoric about opposition to universities, about deportations, and about the use of the resources of the state to go after political opponents both seriously and literally. I'm also keenly aware of the chilling effects on freedom of expression—one that I suspect many people feel, and not just from a particular segment of the political spectrum —that we've been experiencing, and that may well get worse.

I'm here to support you in whatever way I can. I'm always happy to talk, and that includes talking without any particular agenda but to simply be in community with you.

I hope that you will take me up on this.

Sincerely,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

Case: 26-0906, 11/20/2026, DktEntry: 16.1, Page 27 of 300

# EXHIBIT 78

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A Message from the Chair**
**Date:** February 13, 2025 at 10:14:39 AM EST
**To:** philgrad-list <philgrad-list@fas.harvard.edu>

Dear Grads,

The past few weeks since the inauguration of the new Administration have been unlike anything I imagined at the beginning of 2025. There have been a flurry of orders that directly or indirectly target higher education in general and Harvard in particular. Many of these orders are in a state of suspension, by judicial stay, temporary restraining order, and the like. But all of these responses are temporary, and it's clear that a significant aspect of the strategy is to just overwhelm any of the institutions that might oppose the Administration's agenda through sheer volume of activity — to "flood the zone" as they put it themselves. So the fact that the orders haven't gone into effect doesn't tell us anything about the shape of things to come.

On top of these attacks on our institutions, we see orders and policy proposals that fundamentally affect different members of our community. They add to the sense of unreality and threat I feel every day, that I'm sure you feel every day.

This is not the time to be alone. Seeing so many institutions cooperate or remain silent is disheartening. In this moment, it's been a great help to me to speak to other department chairs, to rely on my colleagues to support me as I do my best to support them, and certainly to speak to some of you as I see you around Emerson. I would like to have the opportunity to speak with more of you, to answer questions to the extent I know these answers, to share experiences with you, and simply to be in community with you. I'm around Emerson a lot, and when my office is open, I'm happy for you to just walk in.

I can't make it to happy hour tonight, but I'm planning on attending more grad-centered events beginning next week. The onus of reaching out to me

Case: 26-0906, 11/20/2026, DktEntry: 16.1, (30 of 300)

shouldn't just be on you, and it won't be.

- Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 79

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A Message from the Chair**
**Date:** April 17, 2025 at 12:25:17 AM EDT
**To:** philgrad-list <philgrad-list@fas.harvard.edu>, <philconc-list@lists.fas.harvard.edu>
**Cc:** philfaculty-list <philfaculty-list@fas.harvard.edu>

Dear Grads, Dear Concentrators,

After the University rejected the Trump Administration's demands of last Friday, the administration has retaliated, first by freezing several billion dollars in funds previously allocated to the University, taking steps to revoke Harvard's tax-exempt status, and now issuing a demand that Harvard release comprehensive information about disciplinary proceedings involving students who are here on visas. Harvard is in a fight with the federal government. I believe that the fight is worth it.

We are facing serious threats as a community. Students who rely on federal grants for research opportunities may see these opportunities curtailed or extinguished completely. International students are exposed, all the more so against the background of lawlessness with which the government is arresting and deporting people. And of course attacks on Harvard's finances may have far-reaching consequences that we cannot survey yet.

It looks as if Harvard will resist not just the demands set forth in the letter from last Friday, but the retaliatory actions, too (see for instance the end of the Crimson's coverage of the DHS demands re: international students.)

I know that many of you have been profoundly affected by the political fight we're embroiled in.

I see you.

I don't know what the coming weeks and months will bring. I hope that you will stand in solidarity with each other because we won't all be equally affected by everything that happens, and it's important that we not fracture in this moment. Say "hi" to each other in Emerson, ask how the people around you are doing, and be prepared to listen. Allow our shared commitment to philosophy to be a source of connection among us, too. If you need help, reach out. Especially for academic issues, work with your professors to figure out the best way forward. We faculty are all keenly aware of what's going on.

For any of you who want to talk more about this with me, I'll be in my office and available to talk tomorrow (Thursday), starting at 5:30pm. Come to just tell me what's going on with you, share your ideas about moving forward, or discuss some of the issues at stake, such as academic freedom and what it takes to make Harvard a great place to learn for everyone. My dog will be there, too, if you want to just hang out with him.

And of course you can always just stop me in the halls.

Warmly,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 80

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: International Students**
**Date:** May 22, 2025 at 7:15:34 PM EDT
**To:** <philconc-list@lists.fas.harvard.edu>, philgrad-list <philgrad-list@fas.harvard.edu>
**Cc:** philfaculty-list <philfaculty-list@fas.harvard.edu>

Dear Grads, Dear Undergrads,

Many of you have probably heard by now that the Trump Administration is following through on their threat to revoke Harvard's SEVP certification. Secretary Noem of DHS posted the letter to Harvard today on X/Twitter, saying that effective immediately, Harvard will not be able to enroll international students, which means students who are here on F and J visas. Reading the letter, it looks as if the change, if it sticks, will be for next academic year. So at least given the plain meaning of the letter, students who are about to graduate should not be affected by this development. But that's just taking the letter at its word.

Dear international students. I am so sorry that this is happening to you. In its fight with Harvard specifically and higher education generally, the Trump administration is using international students as pawns. It is unconscionable, and the administration should be ashamed. Clearly, the cruelty is the point.

International students are essential members of our community. We welcome you, just as I was welcomed 30 years ago, so that you can contribute your expertise, learning, insight, and passion as you follow your own intellectual paths. I came to the US as a foreign student because I believed in the power of having students from many different parts of the world studying alongside each other. We would all be worse off if we lost the international members of our community.

Right now, I only know what's been reported in the national news, but I'm working on learning more about what exactly this means and what steps Harvard is taking in response. I'll share with you whatever I learn over the coming days. And of course, please write to me. I'm also happy to talk in real time, on the phone or on zoom.

Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 81

ADVERTISEMENT

The D. E. Shaw Group

# Faculty Deans, Department Administrators Express Support for International Students

The Harvard Crimson

By Darcy G Lin, William C. Mao, and Veronica H. Paulus
May 23, 2025

{shortcode-57d3cd5686b56c988cd579fe17a7d187111e34b9}

Harvard College faculty deans and departmental administrators sent messages of support for international students after the Trump administration revoked the University's ability to enroll them — even as Harvard's top leaders remain quiet.

"In its fight with Harvard specifically and higher education generally, the Trump administration is using international students as pawns," Philosophy chair Bernhard Nickel wrote to his department. "International students are essential members of our community. We welcome you."

The outpouring of support for international students and outcry over the uncertainty caused by the Trump administration's actions came as Harvard President Alan M. Garber '76 and his central administration has yet to issue a public statement in response to the announcement.

Department of Homeland Security Secretary Kristi Noem wrote in a Thursday letter that Harvard's Student and Exchange Visitor Program certification had been halted "effective immediately" and that current international students must "transfer or lose their legal status."

ADVERTISEMENT

Noem justified the revocation by claiming that Harvard had failed to sufficiently comply with an April 16 records request. She also alleged that the University had perpetuated "an unsafe campus environment that is hostile to Jewish students, promotes pro-Hamas sympathies, and employs racist 'diversity, equity, and inclusion' policies."

Several of Harvard's department and House administrators wrote in their emails that they had been told Harvard administrators would share more information shortly and that the University's lawyers would contest the action in court soon.

"There should be more clarity over the next couple of days, and Harvard has a deep bench of

"The action the federal government took today to bar Harvard from having international students is devastating for American excellence, openness and ingenuity," Kornbluh wrote.

Harvard administrators from at least seven departments including African and African American Studies, Classics, English, Philosophy, Physics, Statistics, and Stem Cell and Regenerative Biology sent messages to their affiliates in response to the announcement. The faculty deans for Adams, Currier, Eliot, Lowell, Mather, and Winthrop House also emailed residents about the revocation.

"We've heard some hard news today that has caused a lot of anxiety in our community. We want our international students to know that you are an essential part of Adams House. All of us — Deans, House Staff and Tutors — are here to support you," Salmaan A. Keshavjee and Mercedes C. Becerra '91, the faculty deans of Adams House, wrote in an email to residents.

Thursday's move is the latest in the White House's escalating pressure campaign against the University. Three days ago, the administration froze $60 million in federal funding, adding to the more than $2.6 billion that had already been pulled.

The pulled authorization prohibits the University from hosting any international students on F- or J- nonimmigrant visas for the 2025-2026 school year. Noem gave Harvard 72 hours to turn over international students' disciplinary records to have "the opportunity" to regain its SEVP certification.

But it is unclear whether the White House will actually restore the credentials if the University hands over the requested documents.

SCRB department chair Amy J. Wagers and executive director Alice Rushford urged students in an email to stand by each other while they wait for further guidance from Harvard's central administration.

"Our best advice, though we realize it is really insufficient, is to try to stay calm and support one another. We will get through this, too, together," they wrote.

Staff writer Darcy G Lin can be reached at darcy.lin@thecrimson.com.

Staff writer William C. Mao can be reached at william.mao@thecrimson.com. Follow him on X

The Harvard Crimson

**Want to keep up with breaking news?** Subscribe to our email newsletter.

READ MORE IN NEWS

What SEVP Revocation Would Mean for International Students at Harvard ›

TAGS COLLEGE HOUSE LIFE STUDENT LIFE POLITICS TRUMP INTERNATIONAL STUDENTS FRONT BOTTOM FEATURE

The Harvard Crimson

1. 18 Universities Seek To Back Harvard in Federal Funding Lawsuit
2. 12,000 Harvard Alumni Submit Amicus Brief Backing Harvard in Federal Funding Lawsuit
3. Harvard Research Cuts Halt More Than 570 Subawards to Other Institutions, Including MGB Hospitals
4. Visa to Harvard Postdoc Was Denied Under Trump's Proclamation in Breach of Judge's Temporary Halt
5. The Fall of Harvard's Global Development Powerhouse

FROM OUR ADVERTISERS



BAUME & MERCIER
A Time To Remember: Celebrating Graduation With Baume & Mercier
Graduating from Harvard is not only the end of a journey, it is the beginning of a new chapter. After years of dedication and hard work, it is a moment that deserves to be marked with something meaningful



THE CRIMSON BRAND STUDIO
Essential Apps For Every Harvard Student | 2025
With an overwhelming array of apps urging you to download, it's difficult to determine which ones you really need. We've made it easier: check out our top picks for innovative apps like Essayist that are designed to make your life more convenient and productive so that you can end the semester on a high note!



THE CRIMSON BRAND STUDIO
The Harvard Crimson Merch Store
The Harvard Crimson Merch Store just dropped our Spring Collection (along with some other longtime favorites), and it's exactly what you didn't know you needed: classic Crimson colors, easygoing fits, and enough style to wear from lecture halls to late nights at Joe's



THE CRIMSON BRAND STUDIO
Successful Law School Essays | 2024
With an increasingly competitive Law School admissions process, it's important to understand what makes an applicant stand out. Admissions consultants and test prep experts share accepted Harvard Law School application essays and analyze what makes them work



HUCKBERRY
Huckberry Holiday Guide
Welcome to your one-stop gifting destination for men and women—it's like your neighborhood holiday shop, but way cooler.

ADVERTISEMENT

Summer 2026 internships in Business Operations, Systematic Investing, and Systems will open in mid-June.

DE Shaw & Co

ADVERTISEMENT

Flight Attendant Reveals How To Fly
onlineshoppingtools

ALSO ON THE HARVARD CRIMSON

a year ago • 1 comment
Harvard Yard Encampment Not …

a year ago • 63 comments
Encampment Protesters Raise 3 …

Flight Attendant Reveals How To Fly Business Class For The Price Of Economy
onlineshoppingtools

Flight Attendant Reveals How To Fly Business Class For The Price of Economy
Travel Deals

Why Walgreens Hides This Cheap 87¢ Generic Cialis
fridayplans

How Long Does $1 Million Last After 60?
Fisher Investments
Learn More

New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity
Blavity.com

Shoe CEO Drops Business Sneakers Taking The NFL By Storm
Wolf & Shepherd
Shop Now

ADVERTISEMENT

Case: 26-0906, 11/20/2026, DktEntry: 16.10, (45 of 300)

Case: 26-0906, 11/20/2026, DktEntry: 16.1, Page 46 of 300

The Harvard Crimson

Arts
Blog
Magazine
Videos
Sports
Rights & Permissions
Corrections
Contact Us
Subscriptions
Newsletters
Journalism Programs
Photo Store
Printing Services

Copyright © 2025 The Harvard Crimson, Inc.

# EXHIBIT 82

**From:** "Nickel, Bernhard" <bnickel@fas.harvard.edu>
**Subject: [Philconc-list] HIO FAQ re: international students**
**Date:** May 25, 2025 at 5:54:34 PM EDT
**To:** philgrad-list <philgrad-list@fas.harvard.edu>, philfaculty-list <philfaculty-list@fas.harvard.edu>, "philconc-list@lists.fas.harvard.edu" <philconc-list@lists.fas.harvard.edu>
**Cc:** [redacted]

Dear Members of the Department,

I don't want to spam your inbox with information that is widely covered in the news or in other announcements you're getting from University Leadership, such as the legal action that Harvard has taken in response to the administration's prohibiting Harvard from enrolling international students, or the temporary restraining order (TRO) that was granted to stay this prohibition. There will be another hearing to see whether the TRO should be extended later this week, and I'm planning on holding a town hall over zoom later this upcoming week or early next week, depending on how things evolve in the coming days.

I wanted to share a link to the Harvard International Office's FAQ regarding the current situation, which I've found pretty informative and contains all of the information that I'm privy to. I'm sharing this with everyone since I know that many of you who aren't here on visas are deeply concerned about what's happening.

hio.harvard.edu

I know that this is a thoroughly unsettling time for international students, and it's difficult to not have this occupy your focus most of the day. I know it's difficult for me. But please take some time to focus on things that nourish your soul: other people, activities that give you meaning. And if you're having

Case: 26-0906, 11/20/2026, DktEntry: 16.10, Page 50 of 300

a tough time, there are resources out there to help. The HIO FAQ lists them.

We (the department leadership, [redacted], and I) are also thinking about ways we can respond to the situation. We'll keep you updated. And if you have ideas, please send them our way. This is an unprecedented situation, and so we're trying to come up with creative ways of responding. This is a moment for the wisdom of crowds.

All my best,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

---

Philconc-list mailing list -- philconc-list@lists.fas.harvard.edu
To unsubscribe send an email to philconc-list-leave@lists.fas.harvard.edu

# EXHIBIT 83

# An Open Letter to the Director of the US Holocaust Memorial Museum

**Omer Bartov, Doris Bergen, Andrea Orzoff, Timothy Snyder, and Anika Walke**

The Museum's decision to completely reject drawing any possible analogies to the Holocaust, or to the events leading up to it, is fundamentally ahistorical. It makes learning from the past almost impossible.

July 1, 2019

On June 17, Representative Alexandria Ocasio-Cortez, Democrat of New York, posted an Instagram live video discussing the detention camps along the southern US border as "concentration camps" in which she used the phrase "Never Again." This drew sharp criticism the following day from Representative Liz Cheney, Republican of Wyoming, and others for allegedly misappropriating a slogan associated with the Holocaust. After several days of heated media and political debate, the United States Holocaust Memorial Museum released a statement on June 24 condemning the use of Holocaust analogies. We received the following open letter addressed to the director of the museum, Sara J. Bloomfield, delivered by the signatories on July 1.

*—The Editors*

---

**To Director Bloomfield:**

We are scholars who strongly support the United States Holocaust Memorial Museum. Many of us write on the Holocaust and genocide; we have researched in the USHMM's library and archives or served as fellows or associated scholars; we have been grateful for the Museum's support and intellectual community. Many of us teach the Holocaust at our universities, and have drawn on the Museum's online resources. We support the Museum's programs from workshops to education.

We are deeply concerned about the Museum's recent "Statement Regarding the Museum's Position on Holocaust Analogies." We write this public letter to urge its retraction.

Scholars in the humanities and social sciences rely on careful and responsible analysis, contextualization, comparison, and argumentation to answer questions about the past and the present. By "unequivocally rejecting efforts to create analogies between the Holocaust and other events, whether historical or contemporary," the United States Holocaust Memorial Museum is taking a radical position that is far removed from mainstream scholarship on the Holocaust and genocide. And it makes learning from the past almost impossible.

The Museum's decision to completely reject drawing any possible analogies to the Holocaust, or to the events leading up to it, is fundamentally ahistorical. It has the potential to inflict severe damage on the Museum's ability to continue its role as a credible, leading global institution dedicated to Holocaust memory, Holocaust education, and research in the field of Holocaust and genocide studies. The very core of Holocaust education is to alert the public to dangerous developments that facilitate human rights violations and pain and suffering; pointing to similarities across time and space is essential for this task.

Looking beyond the academic context, we are well aware of the many distortions and inaccuracies, intentional or not, that frame contemporary discussions of the Holocaust. We are not only scholars. We are global citizens who participate in public discourse, as does the Museum as an institution, and its staff. We therefore consider it essential that the United States Holocaust Memorial Museum reverse its position on careful historical analysis and comparison. We hope the Museum continues to help scholars establish the Holocaust's significance as an event from which the world must continue to learn.

**Signed:**

David Abraham, Professor, School of Law, University of Miami
Deborah Achtenberg, Professor of Philosophy, Faculty Associate in Gender, Race, Identity, University of Nevada, Reno
James R. Adair, Lecturer in Humanities and Religious Studies, University of Texas at San Antonio
Hugh LeCaine Agnew, Professor of History and International Affairs, Elliott School of International Affairs, George Washington University
Carlos Aguirre, Professor of History, University of Oregon
Michal Aharony, Editor, *The Journal of Holocaust Research*, Weiss-Livnat International Center for Holocaust Research and Education, University of Haifa, Israel
Avril Alba, Ph.D., Senior Lecturer in Holocaust Studies and Jewish Civilisation, University of Sydney, Australia
Ángel Alcalde, Lecturer in History, University of Melbourne, Australia
Natalia Aleksiun, Professor of Modern Jewish History, Touro College
Kimberly Allar, Clinical Assistant Professor of History, Co-Director, Online World War II Studies, School of Historical, Philosophical & Religious Studies, Arizona State University
Barbara Allen, Associate Professor of History, La Salle University
Benjamin L. Alpers, Associate Professor, Honors College, University of Oklahoma
Andrew Altman, Professor of Philosophy, Georgia State University
Tarik Cyril Amar, Koç University, Turkey
Claire Andrieu, Professor of Contemporary History, Sciences Po, Paris, France
Emily Abrams Ansari, Associate Professor of Music History, Western University, Canada

Dora Apel, Professor and W. Hawkins Ferry Endowed Chair in Modern and Contemporary Art History, Wayne State University, UK
Kwame Anthony Appiah, Professor of Philosophy and Law, New York University
Rachel Applebaum, Assistant Professor of History, Tufts University
Celia Applegate, William R. Kenan, Jr. Professor of History, Vanderbilt University
Karen Auerbach, Associate Professor of History, University of North Carolina at Chapel Hill
Leora Auslander, Arthur and Joann Rasmussen Professor of Western Civilization in the College and Professor of Modern European Social History in the History Department, University of Chicago
Akil N. Awan, Senior Lecturer in Modern History, Political Violence & Terrorism, Royal Holloway, University of London
Albena Azmanova, Professor of Politics, University of Kent, UK
Jonathan Bach, Professor of Global Studies, The New School
Mark Baker, Adjunct Associate Professor, Australian Centre for Jewish Civilisation, Monash University, Australia
Monique Rodrigues Balbuena, Associate Professor of Comparative Literature and Jewish Studies, Clark Honors College, University of Oregon
Shelley Baranowski, Distinguished Professor of History Emerita, University of Akron
Ben Barkow, Director, The Wiener Library, London, UK
Lawrence Baron, Professor Emeritus, San Diego State University
Deborah Barton, University of Montreal, Canada
Omer Bartov, John P. Birkelund Distinguished Professor of European History, Professor of German Studies, Brown University
Paul R. Bartrop, Professor of History, Director, Center for Judaic, Holocaust, and Genocide Studies, Florida Gulf Coast University
Rachel N. Baum, Senior Lecturer and Deputy Director of the Sam & Helen Stahl Center for Jewish Studies, University of Wisconsin, Milwaukee
Michael Beckerman, Carroll and Milton Petrie Professor of Music, New York University
Jonathan Beecher Field, Associate Professor of English, Clemson University
Jan Claas Behrends, Senior Fellow at the Centre for Contemporary History (ZZF), Potsdam, Lecturer in East European History, Humboldt Universität zu Berlin, Germany
Cristina A. Bejan, Duke University
Mara Benjamin, Irene Kaplan Leiwant Associate Professor of Jewish Studies, Mount Holyoke College Waitman Wade Beorn, Lecturer, Corcoran Department Of History, University of Virginia
Christine Beresniova, Executive Director, South Carolina Council on the Holocaust, Instructor of Anthropology, Ashford University
Nancy Berg, Professor of Hebrew Language and Literature, Washington University in St. Louis
James Berger, Senior Lecturer in American Studies and English, Yale University

Michael Berghoef, Professor of Social Work, Ferris State University
Max Bergholz, Associate Professor of History, Concordia University, Montreal, Canada
Teresa Bergman, Professor of Communication, University of the Pacific
Joel Berkowitz, Professor of Foreign Languages and Literature and Director of the Sam & Helen Stahl Center for Jewish Studies, University of Wisconsin-Milwaukee
Lila Corwin Berman, Professor of History, Murray Friedman Chair of American Jewish History and Director of the Feinstein Center for American Jewish History, Temple University
Nathaniel Berman, Rahel Varnhagen Professor of Religious Studies, Brown University
Olga Bertelsen, Assistant Professor of Intelligence Studies, Embry-Riddle College of Security and Intelligence
Svenja Bethke, Lecturer in Modern European History, University of Leicester, UK
David Biale, Emanuel Ringelblum Distinguished Professor, University of California, Davis
Natalie Belsky, Assistant Professor of History, University of Minnesota Duluth
Elissa Bemporad, Associate Professor of East European Jewish History and the Holocaust, Queens College and The Graduate Center, City University of New York
Doris Bergen, Chancellor Rose and Ray Wolfe Professor of Holocaust Studies, University of Toronto, Canada
Frank Biess, Professor of History, University of California, San Diego
Monica Black, Associate Professor of History, University of Tennessee, Knoxville
David Blackbourn, Cornelius Vanderbilt Distinguished Chair and Professor of History, Vanderbilt University
Adam A. Blackler, Assistant Professor of History, University of Wyoming
Muriel Blaive,* Ústav pro studium totalitních režimu (Institute for the Study of Totalitarian Regimes), Prague, Czech Republic
Daniel Blatman, Max and Rita Haber Professor in Contemporary Jewry and Holocaust Studies, Head of the Harman Research Institute of Contemporary Jewry, The Hebrew University of Jerusalem, Israel
Benita Blessing, Instructor, World Languages and Cultures, Oregon State University
Donald Bloxham, Professor of Modern History, University of Edinburgh, UK
Jeffrey Blutinger, Barbara and Ray Alpert Endowed Chair in Jewish Studies, California State University, Long Beach
Paul Boghossian, Silver Professor of Philosophy, New York University
Andrea F. Bohlman, Associate Professor of Music, University of North Carolina at Chapel Hill
Melissa Bokovoy, Chair and Professor, Department of History, University of New Mexico
Alan Brill, Cooperman/Ross Endowed Professor in honor of Sister

Rose Thering, Seton Hall University
Tobias Brinkmann, Malvin and Lea Bank Associate Professor of Jewish Studies and History, Penn State University
James M. Brophy, Professor of History, University of Delaware
Martin D. Brown, Lead Researcher, Centre of Excellence in Intercultural Studies, School of Humanities, Tallinn University, Estonia
Timothy Scott Brown, Professor and Chair of History, Northeastern University
Julia Brüggemann, Professor of History, DePauw University
Diana Kormos Buchwald, Robert M. Abbey Professor of History, General Editor and Director, The Einstein Papers Project, California Institute of Technology
Maria Bucur, John V Hill Professor of History and Gender Studies, Indiana University Bloomington
Darcy Buerkle, Associate Professor, Department of History, Smith College
Peter Bugge, Associate Professor of Central European Studies, Aarhus University, Denmark
Melissa K. Byrnes, Associate Professor and Chair of History, Southwestern University
Joy H. Calico, Cornelius Vanderbilt Professor of Musicology, Vanderbilt University
Carlo Spartaco Capogreco, Associate Professor of Contemporary History, University of Calabria, Italy
Karen D. Caplan, Associate Professor of History, Rutgers University, Newark
Holly Case, Associate Professor of History, Brown University
Michael Casper, University of California, Los Angeles; former Mandel Center Research Fellow
Jonathon Catlin, Department of History, Princeton University
Vitaly Chernetsky, Associate Professor of Slavic Languages and Literatures and Director of the Center for Russian, East European & Eurasian Studies, University of Kansas
Mita Choudhury, Professor of History, Vassar College
Anna Cichopek-Gajraj, Associate Professor of Modern Polish-Jewish History, Arizona State University
Samantha Clarke, Department of History, McMaster University, Canada
Shelly M. Cline, Kansas City Art Institute
Shawn Clybor, History Teacher, Dwight-Englewood School
Brigid Cohen, Associate Professor of Music, New York University
Danny M. Cohen, Distinguished Professor of Instruction, School of Education and Social Policy, Northwestern University
Mark B. Cole, College Associate Lecturer, Cleveland State University, Board Member of the Ohio Council on Holocaust and Genocide Education
Tim Cole, Professor of Social History and Director of the Brigstow Institute, University of Bristol, UK
Alon Confino, Pen Tishkach Chair of Holocaust Studies, University of

Massachussetts at Amherst
Jazmine Contreras, Ph.D. Candidate, University of Minnesota
N.D.B. Connolly, Herbert Baxter Adams Associate Professor, Johns Hopkins University
Manuela Consonni, Professor, Pela And Adam Starkopf Chair in Holocaust Studies, The Hebrew University of Jerusalem, Israel
Seth Cotlar, Professor of History, Willamette University
Stef Craps, Professor of English Literature, Director, Cultural Memory Studies Initiative, Ghent University, Belgium
Brian Crim, Associate Professor of History, John M. Turner Chair in the Humanities, Lynchburg University
Martina Cucchiara, Associate Professor of History, Bluffton University
Sarah Cushman, Northwestern University
Mikkel Dack, Professor of History, Director of Research, Rowan Center for Holocaust and Genocide Studies, Rowan University
Peter Davies, Professor of Modern German Studies, University of Edinburgh, UK
Valerie Deacon, Clinical Assistant Professor of History, New York University Shanghai
Rachel Deblinger, Director of Documenting Global Voices Project, University of California, Los Angeles
Andrew Dell'Antonio, Distinguished Teaching Professor of Musicology, University of Texas at Austin
Scott Denham, Charles A. Dana Professor of German Studies, E. Craig Wall Jr. Distinguished Teaching Professor in the Humanities, Davidson College
Andrew Denning, Associate Professor of History, University of Kansas
David Brandon Dennis, Associate Professor of History, Dean College
Christoph Dieckmann, Research Fellow, University of Bern, Switzerland/Germany
Hasia Diner, Professor of History and of Hebrew and Judaic Studies, New York University
Skye Doney, Director of the George L. Mosse Program in History, University of Wisconsin-Madison
Alexandra van Doren, Department of Comparative Literature, University of Illinois Urbana-Champaign; Law Student, Immigration and Human Rights; University of Michigan School of Law
Daniella Doron, Senior Lecturer in Jewish History, Australian Centre for Jewish Civilisation, Monash University, Australia
Thomas L. Doughton, Senior Lecturer, College of the Holy Cross
Lawrence Douglas, James J. Grosfeld Professor of Law, Jurisprudence & Social Thought, Amherst College
Jennifer Dowling, University of Sydney, Australia
Theodora Dragostinova, Associate Professor of History, Ohio State University
Elizabeth Drummond, Associate Professor and Chair of History, Loyola Marymount University
Diana Dumitru, Associate Professor of History, Ion Creanga State Pedagogical University, Moldova
Deborah Dwork, Founding Director, Strassler Center for Holocaust

and Genocide Studies, Clark University
Hilary Earl, Professor of History, Nipissing University
Astrid M. Eckert, Associate Professor of History, Emory University
M. Kathryn Edwards, Assistant Professor of History, Tulane University
Rachel L. Einwohner, Professor of Sociology and (by courtesy) Political Science, Purdue University
Dan Ellin, Archivist, International Bomber Command Centre, University of Lincoln, UK
Jane Ellsworth, Professor of Music History, Eastern Washington University
Robert P. Ericksen, Kurt Mayer Chair in Holocaust Studies Emeritus, Pacific Lutheran University
Andrea Erkenbrecher, Freelance Historian, Karlsruhe, Germany
Jennifer Evans, Professor of History, Carleton University
Sidra DeKoven Ezrahi, Professor of Comparative Literature, The Hebrew University of Jerusalem
Erica Fagen, University of Massachusetts at Amherst
Linda E. Feldman, Associate Professor of German (retired), University of Windsor, Canada
Brian K. Feltman, Associate Professor of History, Georgia Southern University
Heather Ferguson, Associate Professor of Middle East/Ottoman History, Claremont McKenna College
Kate Ferguson, Chair of Policy, European Centre for the Responsibility to Protect, University of Leeds, UK; Co-Executive Director, Protection Approaches
Scott Ferguson, Associate Professor of Humanities & Cultural Studies, University of South Florida
Jonathan Beecher Field, Associate Professor of English, Clemson University
Gabriel Finder, Professor of Germanic Languages and Literatures, Ida and Nathan Kolodiz Director of Jewish Studies, University of Virginia
Eugene Finkel,* Associate Professor, School of Advanced International Studies, Johns Hopkins University
Matthew P. Fitzpatrick, Professor of International History, Flinders University, Australia
Monika Flaschka, Visiting Lecturer, Georgia State University
Sam Fleischacker, Professor of Philosophy, Director of Religious Studies and of Jewish Studies, University of Illinois at Chicago
Tiffany N. Florvil, Assistant Professor of History, University of New Mexico
Darcie Fontaine, Associate Professor of History, University of South Florida
Jennifer L. Foray, Associate Professor of History, Purdue University
Russell Arben Fox, Professor of Political Science, Friends University
Richard E. Frankel, Richard G. Neiheisel Professor in European History, University of Louisiana at Lafayette
Michal Frankl, Masaryk Institute and Archives of the Czech Academy of Sciences, Czech Republic
David M.P. Freund, Associate Professor of History, University of

Maryland, College Park
Jonathan Friedman, Professor and Director of Holocaust and Genocide Studies, West Chester University
Danielle Fosler-Lussier, Professor of Music, Ohio State University
Joshua B. Friedman, Perilman Postdoctoral Fellow, Center for Jewish Studies, Duke University
Kathie Friedman, Associate Professor of International Studies, Jackson School, University of Washington
Judith Friedlander, Professor of Anthropology, Emerita, Hunter College, City University of New York
Benjamin Frommer, Associate Professor of History, Northwestern University
Mary Fulbrook, Professor of German History, University College London (UCL), UK
Alison Furlong, American Religious Sounds Project
Sheer Ganor, Visiting Fellow in the History of Migration, German Historical Institute West
Luis-Manuel Garcia, Assistant Professor/Lecturer in Popular Music Studies and Ethnomusicology, University of Birmingham, UK
Paul Garfinkel, Associate Professor of History, Simon Fraser University, Canada
Libby Garland, Associate Professor of History, Kingsborough Community College and The Graduate Center, The City University of New York
Alexandra Garbarini, Professor of History, Williams College
Leah Garrett, Professor and Director of Jewish Studies, Hunter College, City University of New York
Edyta Gawron, Assistant Professor, Institute of Jewish Studies, Jagiellonian University, Krakow, Poland
Lily Geismer, Associate Professor of History, Claremont McKenna College
Christian Gerlach, Professor of Modern History, University of Bern, Switzerland
Judith Gerson, Associate Professor of Sociology and Women's and Gender Studies, Rutgers University
Idit Gil, Academic director of Democracy Studies, M.A Program, the Open University, Israel
Catherine Gilbert, Marie Skłodowska-Curie Research Fellow, Cultural Memory Studies Initiative, Ghent University, Belgium
Shirli Gilbert, University of Southampton, UK
Amelia Glaser, Associate Professor of Russian and Comparative Literature, University of California, San Diego
Amos Goldberg, Professor at The Department of Jewish History and Contemporary Jewry, The Hebrew University of Jerusalem, Israel
Randall Goldberg, Associate Professor of Musicology and Director of the Dana School of Music, Youngstown State University
Janet Golden, Professor Emerita, Rutgers University-Camden
David A. Goldfarb, Independent Scholar, New York
Julien Gorbach, Assistant Professor in the School of Communications, University of Hawaii at Manoa

Peter E. Gordon, Amabel B. James Professor of History, Harvard University

L. Janelle Gornick, Assistant Professor of Psychology, Virginia Military Institute

Boris B. Gorshkov, Lecturer in History, The University of Tennessee at Chattanooga

William Glenn Gray, Associate Professor of History, Purdue University

Walter D. Greason, Dean Emeritus, The Honors School; Chair and Associate Professor, Educational Counseling and Leadership, Monmouth University

Judith Greenberg, Adjunct Faculty, Gallatin School of Individualized Study, New York University

Henry Greenspan, Emeritus, University of Michigan

Simone Gigliotti, Holocaust Research Institute, Royal Holloway, University of London, UK

Dorota Glowacka, University of King's College, Canada

Jan Grabowski, Professor of History, University of Ottawa

Ronald Granieri, Army War College

Emily Greble, Associate Professor of History and East European Studies, Vanderbilt University

Julie Greene, Professor of History, University of Maryland at College Park

Neil Gregor, Professor of Modern European History, University of Southampton, UK

Glenda E. Gilmore, Peter V. and C Vann Woodward Professor of History Emeritus, Yale University

Atina Grossmann, Professor of History in the Faculty of Humanities and Social Sciences, Cooper Union, New York City

Gary D. Grossman, Professor of Animal Ecology, University of Georgia

Amanda F. Grzyb, Associate Professor of Information and Media Studies, Western University

Liora Gubkin, Professor of Religious Studies, Director Institute for Religion, Education, and Public Policy, California State University, Bakersfield

Debra Guckenheimer, Lecturer, Sociology and Human Development, California State University, East Bay

Edin Hajdarpasic, Associate Professor of Modern European History, Loyola University Chicago

Anna Hajkova,* Associate Professor of History, University of Warwick, UK

Sara Halpern, Ohio State University

Nancy Harrowitz, Professor of Italian and Jewish Studies, Director of the Minor in Holocaust, Genocide and Human Right Studies, Boston University

Cynthia Haynes, Director of Rhetorics, Communication, and Information Design Ph.D. Program, Professor of English, Clemson University

Valerie Hebert, Associate Professor, Lakehead University Orillia, Canada

Susanne Heim, University of Freiburg

Elizabeth Heineman, Professor of History and of Gender, Women's, and Sexuality Studies, University of Iowa
Daniel Kupfert Heller, Kronhill Senior Lecturer in East European Jewish History, Australian Centre for Jewish Civilisation, Monash University, Australia
David Helps, Department of History, University of Michigan
Burkhard Henke, Professor of German, Davidson College
David Henkin, Professor of History, University of California, Berkeley
Laura Herron, Assistant Professor of Jewish Studies and History, Oberlin College
Deborah Hertz, Professor of History, Wouk Chair in Modern Jewish Studies, University of California San Diego
Susannah Heschel, Eli Black Professor of Jewish Studies, Dartmouth College
Benjamin Hett, Professor of History, Hunter College and the Graduate Center, City University of New York
Jim Hicks, Executive Editor, The Massachusetts Review, Senior Lecturer in Comparative Literature, University of Massachusetts at Amherst
Steven High, Professor of History, Concordia University, Montreal, Canada
Faith Hillis, Associate Professor of Russian History, The University of Chicago
Susanne Hillman, San Diego State University/University of California, San Diego
Laura J. Hilton, Professor of History, Muskingum University
Marianne Hirsch, William Peterfield Trent Professor of English and Comparative Literature, Columbia University
Erin Hochman, Associate Professor of History, Southern Methodist University
Tobias Hof, Ludwig-Maximilians-University Munich, Germany
Janine Holc, Associate Professor, Political Science Department, Loyola University
Sandie Holguín, Professor of History, University of Oklahoma
Anna Holian, Associate Professor of History, Arizona State University
Alana Holland, Department of History, University of Kansas
Lynn Holly, Architect
Hannah Holtschneider, Senior Lecturer in Jewish Studies, University of Edinburgh, UK
Claire M. Hubbard-Hall, Senior Lecturer in History, Bishop Grosseteste University, UK
Anne P. Hubbell, Professor, Department of Communication Studies, New Mexico State University
Erika Hughes, Senior Lecturer in Drama and Performance, University of Portsmouth, UK
Judith M. Hughes, Professor Emerita of History, University of California, San Diego
Alexandra Hui, Associate Professor of History, Mississippi State University
Samuel Clowes Huneke, Assistant Professor of History, George Mason

University
Tera W. Hunter, Edwards Professor of American History, Princeton University
Jennifer Hurst-Wender, Director of Museum Operations and Education, Preservation Virginia
Samara Hutman, Former Executive Director, Los Angeles Museum of The Holocaust, 2013-2016
Andreas Huyssen, Villard Professor Emeritus of German and Comparative Literature, Columbia University
Natalia Indrimi, Centro Primo Levi New York
Christian Ingrao, Senior Researcher Institut d'Histoire du Temps Présent, CNRS/Université, Paris, France
Steven Leonard Jacobs, Professor of Religious Studies & Aronov Endowed Chair of Judaic Studies, University of Alabama
Paul Jaskot, Professor of Art, Art History and Visual Studies, Duke University
Tomaz Jardim,* Associate Professor of History, Ryerson University, Canada
Joseph E. Jensen, Adjunct Professor, Georgetown University
Steven Jobbitt, Associate Professor of History, Lakehead University
Richard Ivan Jobs, Professor of History, Pacific University
Elisa von Joeden-Forgey, Dr. Marsha Raticoff Grossman Professor of Holocaust and Genocide Studies, Stockton University
Alison Frank Johnson, Professor of History and of Germanic Languages and Literatures; Chair, Department of Germanic Languages and Literatures, Harvard University
Jason Johnson, Associate Professor of History, Trinity University
Nicholas K. Johnson, Deputy Head, Center for German-American Educational History, University of Münster, Germany
Timothy Scott Johnson, Visiting Assistant Professor of History, Texas A&M University Corpus Christi
Benjamin T. Jones, Lecturer in History, Central Queensland University, Australia
Adam Jones, Professor of Political Science, University of British Columbia Okanagan, Canada
Ari Joskowicz, Associate Professor of Jewish Studies, European Studies, and History, Vanderbilt University
Steffen Jost, Head of Education Department, Dachau Concentration Camp Memorial Site, Germany
Jonathan Judaken, Spence L. Wilson Chair in the Humanities, Rhodes College
Robin Judd, Associate Professor of History, Ohio State University
Pieter M. Judson, Professor of 19th and 20th Century History, European University Institute, Florence, Italy
Kathryn Julian, Visiting Lecturer in History, Maryville College
Irene Kacandes, Dartmouth Professor of German Studies and Comparative Literature, Dartmouth College
Carroll P. Kakel, III, Lecturer, Krieger School of Arts & Sciences, Advanced Academic Programs, Johns Hopkins University
Martin Kalb, Assistant Professor of History, Bridgewater College

Brett Kaplan, Professor of Literature, University of Illinois Urbana-Champaign
Marion Kaplan, Skirball Professor of Modern Jewish History, New York University
Thomas Pegelow Kaplan, Leon Levine Distinguished Professor and Director of the Center for Judaic, Holocaust and Peace Studies, Appalachian State University
Alexander Karn, Associate Professor of History, Director, Peace and Conflict Studies Program, Colgate University
Rabbi Henry Jay Karp, Adjunct Professor of Theology, St. Ambrose University
Olga Kartashova, Hebrew and Judaic Studies, New York University
Samuel Kassow, Northam Professor of History, Trinity College
Anthony D. Kauders, Professor of Modern History, Keele University, United Kingdom
Martin Kavka, Professor, Department of Religion, Florida University
Ari Kelman, Chancellor's Leadership Professor of History, University of California, Davis
Michelle Kelso, Assistant Professor of Sociology and International Affairs, The George Washington University
Padraic Kenney, Professor of History and International Studies, Indiana University Bloomington
Audrey Kichelewski, Associate Professor of Contemporary History, Strasbourg University, France
Ben Kiernan, A. Whitney Griswold Professor of History, Yale University
Charles King, Professor of International Affairs and Government, Georgetown University
Lisa Kirschenbaum, Professor of History, West Chester University
Rebekah Klein-Pejšová, Associate Professor of History, Purdue University
Irena Klepfisz, retired, Barnard College, New York
Sarah Knott, Associate Professor of History, Indiana University Bloomington
Adam Knowles, Assistant Teaching Professor of Philosophy, Drexel University
Anne Knowles, McBride Professor of History, University of Maine
Roy G. Koepp, Assistant Professor of Modern European History, Eastern New Mexico University
Ari Kohen, Associate Professor of Political Science and Schlesinger Professor of Social Justice in the Harris Center for Judaic Studies, University of Nebraska-Lincoln
Yuliya Komska, Associate Professor of German Studies, Dartmouth College
Jeffrey S. Kopstein, Professor of Political Science, University of California, Irvine
Alexander Korb, Associate Professor in Modern European History, University of Leicester, UK
Jacques Kornberg, Professor Emeritus, Department of History, University of Toronto, Canada

Melissa Kravetz, Associate Professor of History, Longwood University
Barbara Krawcowicz, Post-Doctoral Fellow in Judaic Studies, Norwegian University of Science and Technology, Norway
Leslie Kriebel, Social Science Lecturer, Boston University
Kevin M. Kruse, Professor of History, Princeton University
Lukasz Krzyzanowski, Assistant Professor, Polish Academy of Sciences, Warsaw
Hana Kubatova, Assistant Professor, Charles University Prague, Czech Republic
Emma Kuby, Assistant Professor of History, Northern Illinois University
Thomas Kühne, Director, Strassler Center for Holocaust and Genocide Studies, Clark University
Regina Kunzel, Doris Stevens Chair and Professor of History and Gender and Sexuality Studies, Princeton University
Jacob Ari Labendz, Clayman Assistant Professor and Director of the Center for Judaic and Holocaust Studies, Youngstown State University
Dominick LaCapra, Professor Emeritus of History and Bowmar Professor Emeritus of Humanistic Studies, Cornell University
Richard Lachmann, Professor of Sociology, The State University of New York, Albany
Elizabeth Harrington Lambert, Grand Valley State University
Melinda Landeck, Assistant Professor of East Asian Studies, Austin College
J. Shawn Landres, Senior Fellow, Luskin School of Public Affairs, University of California, Los Angeles
Barry Langford, Professor of Film Studies and Member, Holocaust Research Institute, Royal Holloway, University of London, UK
Neringa Latvyte-Gustaitiene, Faculty of Communication, Vilnius University, Lithuania
Claire Launchbury, Associate Researcher, School of Languages, Cultures and Societies, University of Leeds, UK
Tom Lawson, Professor of History and Pro Vice-Chancellor for the Faculty of Arts, Design and Social Sciences, Northumbria University, UK
Nitzan Lebovic, Associate Professor of History, Apter Chair of Holocaust Studies and Ethical Values, Lehigh University
Kenneth F. Ledford, Associate Professor of History and Law, Case Western Reserve University; Chair, Department of History; Co-Director, Max Kade Center for German Studies
Daniel Lee, Vice-Chancellor's Fellow, Department of History, University of Sheffield, UK
Laurel Leff, Associate Professor of Journalism, Northeastern University
Lori Lefkovitz, Ruderman Professor of Jewish Studies, Northeastern University
Carole Lemee, Senior Lecturer and Researcher, Université Bordeaux, France
Brigitte Le Normand, Associate Professor of History, University of British Columbia, Okanagan; Humboldt Fellow

Paul Lerner, Professor of History and Director, Max Kade Institute for Austrian-German-Swiss Studies, University of Southern California
Neil Levi, Professor and Chair of English, Drew University
Eve Levin, Ahmanson-Murphy Professor of History, University of Kansas
Paul A. Levine, Independent scholar, Berlin; formerly Research & Education Director, co-founder, The Uppsala University Programme for Holocaust & Genocide Research, Sweden
Beth Lew-Williams, Assistant Professor of History, Princeton University
Mark Leuchter, Professor of Hebrew Bible and Ancient Judaism, Director of Jewish Studies, Department of Religion, Temple University
Laura Levitt, Professor of Religion, Jewish Studies and Gender, Temple University
Laura S. Lieber, Professor of Religious Studies and Director of Jewish Studies, Duke University
Caroline Light, Senior Lecturer, Studies of Women, Gender, and Sexuality, Harvard University
Anna Lind-Guzik, Judith S. Kaye Fellow, Historical Society of the New York Courts, Bard High School Early College, New York
Thomas Lindenberger, Professor for Totalitarianism Studies, Hannah Arendt Institute at Technische Universität Dresden, Germany
Tabea Linhard, Professor of Spanish, Comparative Literature, and International and Area Studies, Washington University in St. Louis
Marcia Sachs Littell, Professor Emeritus, Stockton University; Founding Director of MA program in Holocaust & Genocide Studies
Francis Lowenthal, (Honorary) Professor of Cognitive Sciences, University of Mons, Belgium
Miriam R. Lowi, Professor, Middle East Politics, Department of Political Science, The College of New Jersey
David Luebke, Professor of History, University of Oregon
Aliza Luft,* Assistant Professor of Sociology, University of California, Los Angeles
Stephen Macekura, Associate Professor, Department of International Studies, Indiana University Bloomington
John MacKay, Professor, Slavic Languages and Literatures and Film and Media Studies, Yale University
James Maffie, Senior Lecturer, Department of American Studies, University of Maryland, College Park
Daniel H. Magilow, Professor of German, University of Tennessee, Knoxville
Thomas Maher, Lecturer, Purdue University
Elissa Mailänder, Associate Professor of Gender History, History of Violence and Sexuality, Sciences Po, Paris, France
Barbara Mann, Chana Kekst Professor of Hebrew Literature, Jewish Theological Seminary, New York
Anastasia Mann, Lecturer in Public and International and Affairs, Princeton University
Kate Manne, Associate Professor at the Sage School of Philosophy, Cornell University

Lisa Marcus, Professor of English, Chair, Holocaust and Genocide Studies Program, Pacific Lutheran University
Judy Margles, Director, Oregon Jewish Museum and Center for Holocaust Education
Deborah J. Margolis, Middle East Studies Librarian, Area Studies Coordinator, Michigan State University
Michael R. Marrus, Chancellor Rose and Ray Wolfe Professor Emeritus of Holocaust Studies, University of Toronto, Canada
David Marshall, Professor of History, Suffolk County Community College
Jill Massino, Associate Professor of History, University of North Carolina at Charlotte
Janice Matsumura, Associate Professor of History, Simon Fraser University, Canada
Christopher E. Mauriello, Director, Center for Holocaust and Genocide Studies and Professor of History, Salem State University
James McAuley, University of Oxford
Jared McBride,* Lecturer in History, University of California, Los Angeles
Erin McGlothlin,* Associate Professor of Germanic Languages and Literatures and of Jewish, Islamic and Near Eastern Languages and Cultures, Washington University in St. Louis
Anthony McElligott, MRIA, Professor of History, University of Limerick, Ireland
John McNeill, Professor of History and University Professor, Georgetown University
Frank Mecklenburg, Director of Research, Leo Baeck Institute, New York
Johanna Mellis, Assistant Professor of World History, Ursinus College
Robert Melson, Professor Emeritus, Purdue University
Margaret Eleanor Menninger, Associate Professor of History, Texas State University
David A. Meola, Bert & Fanny Meisler Assistant Professor of History and Director of the USA Jewish & Holocaust Studies Program, University of South Alabama
David A. Messenger, Professor and Chair of History, University of South Alabama
Jolanta Mickutė, Professor of History, Vilnius University and The Lost Shtetl Museum, Vilnius, Lithuania
John Miller, Technology Librarian, Traverse des Sioux Library Cooperative, Mankato, Minnesota
Karen Miller, Professor of History, LaGuardia Community College and the Graduate Center, City University of New York
Michael D. Miller, Independent Scholar, Author of biographical encyclopedias on the senior perpetrators of the Holocaust, San Francisco
Ann Millin, retired, Levine Institute for Holocaust Education, USHMM; Ida E. King Distinguished Visiting Professor, Sara & Sam Schoffer Holocaust Resource Center, Stockton University
Richard H. Minear, Professor of History (Emeritus), University of

Massachusetts at Amherst
Amanda Minervini, Assistant Professor, Italian Studies, Colorado College
Guy Miron, Professor of History, Open University of Israel, Israel
Christopher A. Molnar, Associate Professor of History, University of Michigan-Flint
Laura Morowitz, Professor of Art History, Wagner College, New York
Douglas G. Morris, Independent Scholar, Trial Attorney, Federal Defenders of New York, Inc.
Leslie Morris, Professor of German, University of Minnesota
Benjamin Moser, Writer
Imani Danielle Mosley, Assistant Professor of Music, Wichita State University
Dirk Moses, Professor of Modern History, University of Sydney, Australia
Michelle Moyd, Associate Professor of History, Indiana University Bloomington
Samuel Moyn, Henry R. Luce Professor of Jurisprudence and Professor of History, Yale University
Eva Mroczek, Associate Professor of Religious Studies and Jewish Studies, University of California, Davis
Adam Muller, Professor and Director, Peace and Conflict Studies, University of Manitoba, Canada
Alexandru Muraru, Researcher and Lecturer in Political Science, Alexandru Ioan Cuza University of Iasi, Romania
Caitlin Murdock, Professor of History, California State University Long Beach
Devin Naar, Associate Professor of History and Jewish Studies, University of Washington
Norman Naimark, Robert and Florence McDonnell Professor of East European Studies, Stanford University
Stephen Naron, Director, Fortunoff Video Archive for Holocaust Testimonies, Yale University
Benjamin Nathans, Associate Professor of History, University of Pennsylvania
Denisa Nestakova, Research Associate, Comenius University in Bratislava, Slovakia; Herder Institute, Marburg, Germany
John Paul Newman, Senior Lecturer in Twentieth-Century European History, Maynooth University, Ireland
Roberta Newman, Director of Digital Initiatives, YIVO Institute for Jewish Research, New York
Christian Axboe Nielsen, Associate Professor of History and Human Security, Aarhus University, Denmark
Amber N. Nickell, Ph.D. Candidate, Department of History, Purdue University
Bernhard Nickel, Professor of Philosophy, Harvard University
Sr. Cyndi Nienhaus, Associate Professor of Religious Education, Marian University
Carl Nightingale, Professor of Urban and World History, Department of Transnational Studies, University at Buffalo

Mary Nolan, Professor of History Emerita, New York University
Marcy Norton, Associate Professor of History, University of Pennsylvania
Meghan O'Donnell, Senior Lecturer of Political and Social History, California State University, Monterey Bay
James W. Oberly, Emeritus Professor of HIstory, University of Wisconsin-Eau Claire
Margaret Olin, Senior Research Scholar, Department of Religious Studies, Program in Judaic Studies, Yale University
Annamaria Orla-Bukowska, Associate Professor, Institute of Sociology at the Jagiellonian University, Kraków and at the Graduate School of Social Research, Warsaw, Poland
Annelise Orleck, Professor of History, Dartmouth College
Andrea Orzoff,* Associate Professor of History and Honors, New Mexico State University
Troy Paddock, Professor of History, Southern Connecticut State University
Katrin Paehler, Associate Professor of History, Illinois State University
Cassandra Painter, Valparaiso University
Roxanne Panchasi, Associate Professor of History, Simon Fraser University, Canada
Elana Passman, Associate Professor of History, Earlham College
Avinoam Patt, Philip D. Feltman Professor of Modern Jewish History, Maurice Greenberg Center for Judaic Studies, University of Hartford
Andy Pearce, Associate Professor in Holocaust and History Education, University College London, UK
Andrew Joseph Pegoda, Women's, Gender, Sexuality Studies Program, Departments of Comparative Cultural Studies and of English, University of Houston
Robert Jan van Pelt, Professor, School of Architecture, University of Waterloo, Ontario, Canada
Devin Pendas, Professor of History, Boston College
Heather R. Perry, Associate Professor of History, University of North Carolina at Charlotte
Terrence G. Peterson, Assistant Professor of History, Florida International University
Joanne Pettitt, Lecturer in Comparative Literature, University of Kent, UK
Toni Pitock, Assistant Professor of History, Co-Director of Judaic Studies Program, Drexel University
Anna Veronica Pobbe, University of Trento, Italy
Keith Pomakoy, Vice President of Academic and Student Affairs, The State University of New York, Sullivan
Emily Richmond Pollock, Associate Professor of Music and Theater Arts, Massachusetts Institute of Technology
Sara Poulin, Doctoral Candidate, Department of History, University of Western Ontario
Renée Poznanski, Head of the Simone Veil Research Centre for Contemporary European Studies, Yaacov and Poria Avnon Professor of Holocaust Studies, Department of Politics and Government (Emerita),

Ben Gurion University of the Negev, Israel
Patrice G. Poutrus, Research Fellow, Universität Erfurt, Germany
Kim Christian Priemel, Professor of Contemporary European History, University of Oslo, Norway
Stephanie Pridgeon, Assistant Professor of Spanish and Latin American Studies, Bates College
Dan J. Puckett, Chair, Alabama Holocaust Commission, Professor of History, Troy University
Trevor A. Purvis, Assistant Professor, Department of Law & Legal Studies, Carleton University, Ottawa, Canada
Eric Rauchway, Professor of History, University of California, Davis
Anson Rabinbach, Phillip and Beulah Rollins Professor of History Emeritus, Princeton University
Celia E. Rabinowitz, Dean of Mason Library, Keene State College
Michaela Raggam-Blesch, Institute of Contemporary History, University of Vienna, Austria
Ben Ratskoff, Comparative Literature, University of California, Los Angeles
Ian Reifowitz, Professor of Historical Studies, SUNY Empire State College
Dominique Kirchner Reill, Associate Professor of Modern European History, University of Miami
Richard A. Reiman, Professor of History, South Georgia State College
Donald F. Reindl, Assistant Professor of Translation, University of Ljubljana, Slovenia,
James Retallack, University Professor, Department of History, University of Toronto, Canada
Daniel P. Reynolds, Seth Richards Professor in Modern Languages, Grinnell College
Jeff Rice, Senior Lecturer, Political Science, Northwestern University
Curtis Richardson, Research Fellow, Center for Slavic, East European and Eurasian Studies, University of North Carolina at Chapel Hill
Ned Richardson-Little, Nachwuchsgruppenleiter, University of Erfurt, Germany
Michael Riff, Director, the Gross Center for Holocaust and Genocide Studies, Ramapo College of New Jersey
Jennifer L. Rodgers, Research Assistant Professor of History and Assistant Editor, Einstein Papers Project, California Institute of Technology
Aron Rodrigue, Daniel E. Koshland Professor in Jewish Culture and History, Stanford University
Devorah Romanek, Curator of Exhibits, Maxwell Museum of Anthropology, Albuquerque, New Mexico
Sven-Erik Rose, Associate Professor of German and of Comparative Literature, University of California, Davis
Katherine Roseau, Assistant Professor of French, Mercer University
Mark Roseman, Distinguished Professor of History, Pat M. Glazer Chair in Jewish Studies, Indiana University Bloomington
Warren Rosenblum, Professor of History, Politics, and International Relations, Webster University

Neal M. Rosendorf, Associate Professor of International Relations History, New Mexico State University
Gavriel D. Rosenfeld, Professor of History, Director of Judaic Studies Program, Fairfield University
Aviel Roshwald, Professor of History, Georgetown University
Lauren Faulkner Rossi, Assistant Professor, Simon Fraser University
Michael Rothberg, 1939 Society Samuel Goetz Chair in Holocaust Studies, Professor of English and Comparative Literature, University of California, Los Angeles
Rachel Rothstein, Independent Scholar
Nadia Rubaii, Co-Director, Institute for Genocide and Mass Atrocity Prevention and Professor of Public Administration, Binghamton University
Jeff Rutherford, Associate Professor of History, Wheeling Jesuit University
Douglas Sackman, University of Puget Sound
Emily Sample, Executive Director, Genocide Prevention Program, George Mason University School for Conflict Analysis and Resolution
Debarati Sanyal, Professor of French, University of California, Berkeley
Sandrine Sanos, Professor of Modern European History, Texas A&M University, Corpus Christi
Derek Sayer, Professor Emeritus of Sociology and (by courtesy) History, University of Alberta, Canada
Rebecca P. Scales, Associate Professor of History, Rochester Institute of Technology
Allison Schachter, Associate Professor of Jewish Studies, Vanderbilt University
Charlotte Schallié, Associate Professor of Germanic Studies, University of Victoria, Canada
Florian Scheding, Senior Lecturer in Music, University of Bristol, UK
Christine Schmidt, Deputy Director and Head of Research, the Wiener Library, London
Gina Schouten, Assistant Professor of Philosophy, Harvard University
Daniel J. Schroeter, Amos S. Deinard Memorial Chair in Jewish History, University of Minnesota
Stefanie Schüler-Springorum, Director, Center for Research on Antisemitism, Institute of Technology, Berlin, Germany
Debra L. Schultz, Assistant Professor of History, Kingsborough Community College, City University of New York
Kevin M. Schultz, Professor of History and Religious Studies, University of Illinois at Chicago
Leslie A. Schwalm, Professor of History and Gender, Women's, and Sexuality Studies, University of Iowa
Peter Schweppe, Assistant Professor of German Studies and History, Montana State University
Rebecca Scott, Adjunct Professor of History
Steven Seegel, Professor of History, University of Northern Colorado
Raz Segal, Assistant Professor of Holocaust and Genocide Studies, Stockton University; James J. Sheehan, Professor Emeritus,

Department of History, Stanford University
Sasha Senderovich, Assistant Professor of Russian and Jewish Studies, University of Washington
Joshua Shanes, Associate Professor of Jewish Studies, College of Charleston
Scott J. Shapiro, Charles F. Southmayd Professor of Law, Professor of Philosophy, Yale University
Noah Shenker, N. Milgrom & 6a Foundation Senior Lecturer, Australian Centre for Jewish Civilisation, Monash University, Australia
Daniel J. Sherman, Lineberger Distinguished Professor of Art History and History, University of North Carolina at Chapel Hill
David Shneer,* Louis P. Singer Chair in Jewish History, Professor of History and Jewish Studies, University of Colorado Boulder
Marci Shore, Associate Professor of History, Yale University
Jennifer Siegel, Professor of History, Ohio State University
Susanna Siegel, Edgar Pierce Professor of Philosophy, Harvard University
Lewis Siegelbaum,* Jack and Margaret Sweet Professor Emeritus, Department of History, Michigan State University
Zuzana Sihelníková, Department of Mediamatics and Cultural Heritage, University of Žilina, Slovakia
Jordana Silverstein, ARC Postdoctoral Research Associate, School of Historical and Philosophical Studies, University of Melbourne, Australia
Sara Silverstein, Assistant Professor of History and Human Rights, University of Connecticut
Bryant Simon, Professor of History, Temple University
Brad Simpson, Associate Professor of History and Asian Studies, University of Connecticut
Alan Singer, Senior Lecturer in European History, Honors College, University of Wisconsin, Milwaukee
Helene Sinnreich,* Associate Professor, Religious Studies and Director, Fern and Manfred Steinfeld Program in Judaic Studies, University of Tennessee, Knoxville
Shana Sippy, Assistant Professor of Religion, Centre College/Danville, KY, Co-Director, Religious Diversity in MN Initiative/Research Associate, Carleton College
Dawn Skorczewski, Research Professor of English, Brandeis University
David Slucki, Assistant Professor in Jewish Studies, College of Charleston, co-director of Zucker/Goldberg Center for Holocaust Studies, College of Charleston
William Smaldone, E.J. Whipple Professor of History, Willamette University
Dana Smith, Assistant Professor of Holocaust and Genocide Studies, Keene State College
Helmut Walser Smith, Martha Rivers Ingram Professor of History, Vanderbilt University
Timothy Snyder, Richard C. Levin Professor of History, Yale University
Jennifer Sorensen, Independent Researcher & Writer, New Jersey
Daniel Soyer, Professor of History and Jewish Studies, Fordham

University
Roland Spickermann, Associate Professor, University of Texas of the Permian Basin
Leo Spitzer, Vernon Professor of History, Emeritus, Dartmouth College
Martha Sprigge, Assistant Professor of Musicology, University of California, Santa Barbara
Ronit Y. Stahl, Assistant Professor of History, University of California, Berkeley
Jason Stanley, Jacob Urowsky Professor of Philosophy, Yale University
David E. Stannard, Emeritus Professor of American Studies, University of Hawaii at Mãnoa
Paul Steege, Associate Professor of History, Faculty Director, Lepage Center for History in the Public Interest, Villanova University
Richard Steigmann-Gall, Associate Professor of History and former Director of Jewish Studies, Kent State University
Sarah Abrevaya Stein, Professor of History, Maurice Amado Chair of Sephardic Studies and Sady and Ludwig Kahn Director, Alan D. Leve Center for Jewish Studies, University of California, Los Angeles
Gerald J. Steinacher, Professor of History and Hymen Rosenberg Professor of Judaic Studies, University of Nebraska-Lincoln
Sybille Steinbacher, Professor of Holocaust Studies, Goethe-Universität Frankfurt am Main, Germany
Alexandra Steinlight, Past & Present Postdoctoral Fellow, Institute of Historical Research, University of London, UK
Philipp Stelzel, Assistant Professor of History, Duquesne University
Frances Glazer Sternberg, Lecturer, Jewish Studies Program, University of Kansas
Oren Baruch Stier, Professor of Religious Studies, Director, Holocaust and Genocide Studies & Jewish Studies Certificate Program, Steven J. Green School of International and Public Affairs, Florida International University
Lauren Stokes, Assistant Professor of History, Northwestern University
Alexa Stiller, Research Fellow, University of Bern, Switzerland
Dan Stone, Professor of Modern History and Director, Holocaust Research Institute, Royal Holloway, University of London, UK
Elizabeth Strauss, Assistant Professor of History, Mount St. Mary's University
Dorian Stuber, Isabelle Peregrin Odyssey Professor of English, Hendrix College
Thomas J. Sugrue, Professor of History and Social and Cultural Analysis, New York University
Jelena Subotic, Professor of Political Science, Georgia State University
Charley Sullivan, Department of History, University of Michigan
Irena Šumi, Assistant Professor of Anthropology, University of Ljubljana, Slovenia
Marina Swoboda, Adjunct Lecturer in History, Anglo-American University in Prague, Czech Republic
Guillaume de Syon, Professor of History, Albright College

Frances Tanzer, Visiting Assistant Professor, Strassler Center for Holocaust and Genocide Studies, Clark University
Naomi S. Taub, Department of English, University of Illinois Urbana-Champaign
Nicholas Terry, Senior Lecturer in Modern European History, University of Exeter, UK
Kai M. Thaler, Assistant Professor of Global Studies, University of California, Santa Barbara
Fabien Théofilakis, Assistant Professor, Centre d'histoire sociale des mondes contemporains, University of Paris 1 Panthéon Sorbonne, France
Jennifer Thompson, Associate Professor, Maurice Amado Professor of Applied Jewish Ethics and Civic Engagement, Jewish Studies Interdisciplinary Program, California State University, Northridge
Annette Timm, Professor of History, University of Calgary, Canada
Lisa Todd, Associate Professor of History, University of New Brunswick, Canada
Barry Trachtenberg,* Rubin Presidential Chair of Jewish History, Director, Jewish Studies Program, Wake Forest University
Corey L. Twitchell, Assistant Professor of German, Southern Utah University
Matthew Unangst, Assistant Professor of History, Jacksonville University
Daniel Unowsky, Professor of History, University of Memphis
Estibalitz Ezkerra Vegas, Lecturer, Basque Studies, University of California, Santa Barbara
J. David Velleman, Professor of Philosophy and Bioethics, New York University
Alana M. Vincent, Associate Professor of Jewish Philosophy, Religion, and Imagination, University of Chester, UK
Oren Vinogradov, Department of Music, University of North Carolina at Chapel Hill
Elizabeth Vlossak, Associate Professor of History, Brock University, Canada
Nikolaus Wachsmann, Professor of Modern European History, Birkbeck College, University of London
Anika Walke,* Associate Professor of History, Washington University in St. Louis
Charles Walker, MacArthur Foundation Endowed Chair in Global Human Rights, University of California, Davis
James Waller, Cohen Professor of Holocaust and Genocide Studies, Keene State College
Kenneth Waltzer, Professor of History Emeritus, James Madison College, Michigan State University
Steven M. Wasserstrom, Moe and Izetta Tonkin Professor of Judaic Studies and the Humanities, Reed College
Keith David Watenpaugh, Professor and Director of Human Rights Studies, University of California, Davis
Leslie M. Waters, Assistant Professor of History, The University of Texas at El Paso

Ulrike Weckel, Professor of History in the Media and in the Public, Justus-Liebig University, Giessen, Germany
Joanne Weiner Rudof, Archivist Emeritus, Fortunoff Video Archive for Holocaust Testimonies, Yale University
Alice Weinreb, Associate Professor of Modern History, Loyola University Chicago
Lori R. Weintrob, Professor of History and Director, Holocaust Center, Wagner College
Gary Weissman, Associate Professor of English and affiliate faculty member of Judaic Studies, University of Cincinnati
Eric D. Weitz, Distinguished Professor of History, City College and the Graduate Center, City University of New York
Angela West, Program in History and Culture, Drew University
Benjamin Thomas White, Lecturer in History, University of Glasgow, UK
Thomas White, Associate Director/Coordinator of Educational Outreach, Cohen Center for Holocaust and Genocide Studies, Keene State College
Jonathan Wiesen, Professor of History, University of Alabama at Birmingham
Michał J. Wilczewski, Visiting Lecturer, University of Illinois at Chicago
George Williamson, Associate Professor of History, Florida State University
Rebecca Wittmann, Chair, Department of Historical Studies, University of Toronto Mississauga, Associate Professor, Department of History, University of Toronto, Canada
Sebastian Wogenstein, Associate Professor of German and Comparative Literature, Interim Director, Center for Judaic Studies and Contemporary Jewish Life, University of Connecticut
Diane Wolf,* Professor of Sociology, University of California, Davis
Yoke-Sum Wong, Managing Editor, *Journal of Historical Sociology*, Alberta University of the Arts, Canada
Jamie L. Wraight, Director, The Voice/Vision Holocaust Oral History Archive, University of Michigan, Dearborn
Kathleen Wroblewski, Assistant Professor of History, Missouri State University
Yasemin Yildiz, Associate Professor of German and Comparative Literature, University of California, Los Angeles
Stephenie Young, Faculty Research Associate at the Salem State University Center for Holocaust and Genocide Studies and Professor of English, Salem State University
Tara Zahra, Homer J. Livingston Professor of History, University of Chicago
Michael Zank, Professor of Religion, Jewish Studies, and Medieval Studies and Director, Elie Wiesel Center for Jewish Studies, Boston University
Kimberly E. Zarecor, Professor of Architecture, Iowa State University
Jonathan Zasloff, Professor of Law, University of California, Los Angeles

Steven Zipperstein, Daniel E. Koshland Professor in Jewish Culture and History, Stanford University
Eve Zucker, Lecturer, Department of Anthropology, Yale University

- *First signatories*

# EXHIBIT 84

# Harvard Faculty Statement in Support of Palestinian Liberation

Ajantha Subramanian Follow 3 min read · May 20, 2021

As US-based scholars who oppose racism and colonial violence in all its forms, we write to express solidarity with the Palestinian people in their struggle for freedom and self-determination. Israeli state violence has devastated Palestinian life through a combination of warfare, territorial theft, and violent displacement. Unwavering US financial, military, and political support has fueled an apartheid system that institutionalizes the domination and repression of Palestinians. The recent reports by Human Rights Watch and the Israeli human rights organization B'tselem are only the latest to document this reality. The current effort to expel Palestinians from Jerusalem's Sheikh Jarrah neighborhood; the violence in Israeli cities like Lydda and Haifa, in which Israeli police stand by and facilitate right-wing extremist attacks on Palestinians; and the military attack on the Gaza Strip are only the most recent events in a decades-long process of dispossession.

Palestinians are not only denied freedom and self-determination, they are even denied the right to resist. Palestinian resistance in all its forms is

criminalized by Israel and the US. Every measure of self-defense by a people without a state or an army against a nuclear power backed by the US is subject to immediate censure while Israel continues its violent aggressions with impunity.

Suppression of support for Palestinian liberation extends into the US academy where even scholarly criticism of Israeli human rights violations is increasingly equated with antisemitism and forbidden by law. The situation in Israel, Gaza, and the West Bank is far worse. Academic freedom and basic educational rights are unavailable for students and faculty at Palestinian universities, and the rights of Palestinians at Israeli universities are severely curtailed. The Israeli government and academic institutions routinely punish scholars — both Jews and Palestinians — who criticize the state's policies.

In this moment when Israeli ethnonationalist violence is at an all-time high, US military support remains steadfast, and solidarity with Palestine is criminalized, US-based scholars cannot be silent. We demand an end to US support for Israel's apartheid regime, condemn Israeli state aggression, and affirm our support for the Palestinian liberation struggle.

## Signatories

1. Ajantha Subramanian, Anthropology and South Asian Studies
2. Steven Caton, Anthropology
3. Vijay Iyer, Music and African and African American Studies
4. Walter Johnson, History and African and African American Studies
5. Kirsten Weld, History

6. Rosie Bsheer, History
7. Diane L. Moore, Religion and Public Life
8. Evelynn M. Hammonds, History of Science and African an African American Studies
9. Robert F. Pharr, Studies of Women, Gender, and Sexuality and African and African American Studies
10. Arunabh Ghosh, History
11. Ju Yon Kim, English
12. Sidney Chalhoub, History and African and African American Studies
13. Teju Cole, English
14. Cemal Kafadar, History
15. Soha Bayoumi, History of Science
16. Caroline Light, Studies of Women, Gender, and Sexuality
17. Bram Wispelwey, Medicine
18. Lucien Castaing-Taylor, Anthropology and Art, Film, and Visual Studies
19. Susanna Siegel, Philosophy
20. Michael Herzfeld, Anthropology
21. Ned Hall, Philosophy
22. Glenda Carpio, English and African and African American Studies
23. Ernst Karel, Anthropology and Art, Film, and Visual Studies
24. Joyce E. Chaplin, History
25. Adaner Usmani, Sociology and Social Studies

26. Tara K Menon, English
27. Bernhard Nickel, Philosophy
28. Ali Asani, Study of Religion and Near Eastern Languages and Civilizations
29. Michael Bronski, Studies of Women, Gender, and Sexuality
30. Robin Bernstein, African and African American Studies and Studies of Women, Gender, and Sexuality
31. Alice Jardine, Romance Languages and Literatures and Studies of Women, Gender, and Sexuality
32. Jean Comaroff, African and African American Studies and Anthropology
33. Nicholas Harkness, Anthropology
34. Musa Syeed, English
35. Ingrid Monson, Music and African and African American Studies
36. Sarah S. Richardson, History of Science and Studies of Women, Gender, and Sexuality
37. Alex Rehding, Music
38. Lucie White, Harvard Law School
39. Suzanne Preston Blier, History of Art and Architecture; African and African American Studies
40. Katrina Forrester, Government and Social Studies
41. Christopher Hasty, Music
42. Robb Moss, Art, Film, and Visual Studies
43. Gabriela Soto Laveaga, History of Science
44. Ana Isabel Keilson, Social Studies

45. Sugata Bose, History and South Asian Studies
46. Peter E. Gordon, History
47. Jesse McCarthy, English and African and African American Studies
48. Jeffrey Schnapp, metaLAB (at) Harvard; Romance Languages and Literatures
49. Vincent Brown, History and African and African American Studies
50. Sylvaine Guyot, Romance Languages and Literatures and Theater, Dance & Media
51. Tracey Rosen, Social Studies
52. Tom Conley, Romance Languages and Art, Film & Visual Studies
53. Glory Liu, Social Studies
54. Linda Schlossberg, Studies of Women, Gender, and Sexuality
55. András Riedlmayer, Aga Khan Program for Islamic Architecture
56. Andrea Wright, Anthropology
57. Mary D. Lewis, History
58. Namwali Serpell, English
59. Malavika Reddy, Anthropology
60. Philip Deloria, History
61. Peter Der Manuelian, NELC and Anthropology
62. George Paul Meiu, Anthropology and AAAS
63. Matthew Liebmann, Anthropology
64. Byron Good, Global Health and Social Medicine, and Anthropology

65. Mary-Jo DelVecchio Good, Global Health and Social Medicine

66. Claire Messud, English



**Written by Ajantha Subramanian**

0 followers · 1 following

Follow

Professor of Anthropology, Harvard University

## No responses yet

Write a response

What are your thoughts?

## Recommended from Medium



Jordan Gibbs

**ChatGPT Is Poisoning Your Brain…**

Here's How to Stop It Before It's Too Late.

Apr 29 17.9K 832



In Long. Sweet. Valuable. by Ossai Chinedum

**I'll Instantly Know You Used Chat Gpt If I See This**

Trust me you're not as slick as you think

May 16 8.3K 453



JJ Hart

**Pride**

These days, specifically, Pride Month means many different things to many different…

Jun 2 210 2



In Coding Beauty by Tari Ibaba

**This new IDE from Google is an absolute game changer**

This new IDE from Google is seriously revolutionary.

Mar 11 5.9K 349



In ThinkDraft by Singh Bhai

**How to Read Someone's Personality in 10 Seconds (Backe...**

The Subtle Signs That Reveal Who Someone Really Is.

Jan 27 · 17.6K · 471




LUHOG Youth

**A Letter to the Youth, Written Using a Red Pen**

by Divine Domingo, Alexah Dela Cruz, and Jamee Sarte

May 21 · 55

See more recommendations

# EXHIBIT 85

***CURRICULUM VITAE***

***1. Personal Data***:

**Name:** Nadje Sadig Al-Ali

**Address:** Department of Anthropology
[redacted]
+1 (401) 863-5129
Nadje_Al-Ali@brown.edu

***2. Education:***

September 1998 — PhD
The School of Oriental and African Studies,
University of London - U.K.
Department of Social Anthropology

February 1993 — Masters of Arts
The American University in Cairo - Egypt
Department of Sociology/Anthropology

May 1989 — Bachelors of Arts
University of Arizona, Tucson - USA
Middle Eastern Studies and French

June 1986 — Secondary School Certificate: Abitur
Horkesgath Gymnasium, Krefeld - Germany

***Languages:*** Excellent English and German; Good Arabic and French

***3. Management & Leadership Roles***

1 July 2020- 30 June 2024 — Director, Center for Middle East Studies, Brown University

1 July 2020 — Director of Graduate Studies, Anthropology Department Brown University

1 August 2014- August 2018 — Chair, Centre for Gender Studies, SOAS University of London

1 January 2017 August 2018 — Head of Doctoral School, SOAS University of London

September 2013- May 2016 — President, University College Union (UCU), SOAS

September 2011- May 2012 — Equality & Diversity Officer, UCU, SOAS

September 2008- May 2011 — Chair, Centre for Gender Studies

September 2004- May 2007 — Director of Postgraduate Studies, Institute of Arab & Islamic Studies, University of Exeter

**4. Career Record:**

| | |
|---|---|
| July 2020 – 30 June 2024 | Director, Center for Middle East Studies<br>Brown University |
| January 2019 - | Robert Family Professor of Middle East Studies;<br>Professor of Anthropology & Middle East Studies<br>Watson Institute for Policy and International Affairs &<br>Department of Anthropology |
| September 2010- December 2018 | Professor of Gender Studies<br>Chair of Centre for Gender Studies<br>SOAS, University of London |
| September 2008- August 2010 | Reader in Gender Studies<br>Chair of Centre for Gender Studies<br>SOAS, University of London |
| September 2007- August 2008 | Senior Lecturer in Gender Studies<br>Centre for Gender Studies<br>SOAS, University of London |
| October 2005 - August 2007 | Senior Lecturer in Social Anthropology<br>The Institute of Arabic and Islamic Studies<br>The University of Exeter |
| March 2000 - Sept 2004 | Lecturer in Social Anthropology<br>The Institute of Arabic and Islamic Studies<br>The University of Exeter |
| March-July 2003 | Visiting Professor in International Women's Studies<br>The University of Bochum, Germany |
| Oct. 1998 - Feb 2000 | Research Fellow<br>Sussex Centre for Migration Research<br>University of Sussex |
| 1996-1998 | Teaching Fellow (GTA)<br>School of Oriental and African Studies, University of London |
| 1989-1993 | Research and Teaching Assistant<br>The American University in Cairo. Egypt |

**5. Publications**

**a) Books:**

2024 (Co-edited with Tunay Altay and Katy Galor) *Resisting Far-Right Politics in the Middle East and Europe: Queer Feminist Perspectives*. Edinburgh: Edinburgh University Press.

2019. (Co-edited with Deniz Kandiyoti & Kathryn Spellman) *Gender, Governance & Islam*. Edinburgh: University of Edinburgh Press.

2013. (Co-edited with Deborah Al-Najjar) *We are Iraqis: Aesthetics & Politics in a Time of War*. Syracuse: Syracuse University Press.

2013. *Zhnany Eraq: Chiroke Newtrawekan le 1948-we ta Emro*. National Center For Gender Research: Sulaimaniya, Iraq.

2009. (Co-edited with Nicola Pratt) *Women & War in the Middle East: Transnational Perspectives*. Zed: London & New York.

2009. (Co-authored with Nicola Pratt) *What kind of Liberation? Women and the Occupation of Iraq*. Berkeley: University of California Press.

2009. *Irakli Kadinlarin: Anlatilmayan Öyküsü 1948'Den Bugüne*. Istanbul, Turkey: ILETIŞIM.

2009. Mujeres iraquíes. Historias nunca contadas desde 1948 hasta la actualidad. Barcelona: Sirpus.

2007. *Iraqi Women: Untold Stories from 1948 to the Present*. Zed: London & New York.

2006. *Al-'almaniya, al-naw wa al-dawla fi shark al-awsat: al-haraka al-nissaiya fi' misr*. Cairo, Egypt: Supreme Council of Culture.

*2002.* (Co-edited with Khalid Koser) *New Approaches to Migration: Transnational Communities and the Transformation of Home*. London, New York: Routledge

2000. *Secularism, Gender and the State in the Middle East: The Egyptian Women's Movement*. Cambridge Middle East Studies, Cambridge University Press.

1994. *Gender Writing - Writing Gender: The Representation of Women in a Selection of Modern Egyptian Literature*. Cairo: The American University in Cairo Press.

***b) Articles:***

2023. (co-authored with Mashuq Kurt) "From Islamists to Religious Patriots: Intersectional Identities of Religious Kurdish Women". *Journal of Middle East Women's Studies* 1 November 2023; 19 (3): 357–378. doi: https://doi.org/10.1215/15525864-10815511

2022 (co-authored with Isabel Kaeser) "Beyond Feminism? Jineolojî and the Kurdish Women's Freedom Movement", *Politics & Gender*, vol. 1, no. 18, 212-243. doi:10.1017/S1743923X20000501.

2022. "Film Review: Maysoon Pachachi's "Our River…Our Sky" in Iraq", *Markaz Review*, 05/30/2022.

2021. (co-authored with Latif Tas) 'Kurdish women's struggles with gender equality: from ideology to practice', *Third World Quarterly*, DOI: 10.1080/01436597.2021.1906642.

2020. 'Covid-19 and feminism in the Global South: Challenges, initiatives and dilemmas'. *European Journal of Women's Studies* 2020, Vol. 27(4) 333–347 (open access). https://journals.sagepub.com/doi/pdf/10.1177/1350506820943617

2019. 'Feminist dilemmas: how to talk about gender-based violence with reference to the Middle East?', *Feminist Review*; Issue 122: 16– 31.

2018. (with Latif Tas) 'Clashes, Collaborations & Convergences: Evolving Relations of Turkish and Kurdish feminists', in *Journal of Balkan and Near Eastern Studies*.

2018. 'Sexual violence in Iraq: Challenges for transnational feminist politics.' *European Journal of Women's Studies*. Vol. 25(1): 10–27.

2018. (with Latif Tas) 'Dialectics of struggle: challenges to the Kurdish women's movement'. LSE Middle East Centre Paper Series, 22. Middle East Centre, The London School of Economics and Political Science, London, UK.

2018. (with Latif Tas) 'Reconsidering Nationalism and Feminism: The Kurdish Political Movement in Turkey', in *Nations & Nationalism* 24 (2): 453-473.

2017. (with Latif Tas) '"War is like a Blanket…:" Feminist Convergences in Kurdish and Turkish Women's Rights Activism for Peace.' *Journal of Middle East Women's Studies*, 13 (3).

2017. 'Reflections from the other side of the pond', *Journal of Middle East Women's Studies*, 13 (3).

2016. 'How to talk about gender-based violence?', in *Kohl: a Journal for Body and Gender Research, Vol. 2, No. 1 (Summer 2016).*

2014. 'Reflections on (Counter) Revolutionary Processes in Egypt', in *Feminist Review*, Special issue on Revolutions, No. 6. February 2014: 122-128.

2014. 'Potatoes or rice?', in *Feminist Review*, Special issue on Food, 114: 12-13.

2013. 'Feminist Dilemmas in (Counter) Revolutionary Egypt', *NORA: Nordic Journal of Feminist and Gender Research,* 20th anniversary issue, Autumn 2013.

2012. 'Gendering the Arab Spring.' *Middle East Journal of Culture and Communication*, 5 (1), pp. 26-31.

2011. (with Nicola Pratt) 'Between Nationalism and Women's Rights: The Kurdish Women's Movement in Iraq', in *Middle East Journal of Culture and Communication* 4 (2011) 337–353.

2011. 'Iraqi Women: Historical and Contemporary Perspectives.' *Orient: German Journal for Politics, Economics and Culture in the Middle East*, 52, pp. 32-38.

2011. 'A Feminist Perspective on the Iraq War.' *Works & Days,* 29, pp. 99-114.

2011 'Conspiracy of Near Silence: Violence against Iraqi Women.' *Middle East Report (MERIP),* 258, pp. 34-37.

2008. 'Iraqi Women and Gender Relations: Redefining Difference.' *British Journal of Middle Eastern Studies*, 35 (3), pp. 405-419.

2008 'The Perils of Forgetting History [Anthropology in Conflict: An Exchange].' *Survival; global politics and strategy*, 50 (3), pp. 151-155.

2008. (with Nicola Pratt) 'The Iraqi Women's Movement',. *Feminist Review* 88, Special issue on War, pp. 74-85.

2008. (with Nicola Pratt) 'Researching women in post-invasion Iraq: negotiating 'truths' and deconstructing dominant discourses', *Bulletin for Interfaith Studies* (BRIFS), Amman.

2007. 'Iraqi Women in Diasporic Spaces: Political Mobilization, Gender & Citizenship', in *Revue des mondes musulmans et de la Méditerranée*, special issue L'Irak en Perspective, summer 2007, No. 117-118, pp. 137-156.

2006. (with Nicola Pratt) 'Women in Iraq: Beyond the Rhetoric', in *MERIP*, June 2006.

2005. 'Gendering Reconstruction: Iraqi Women between Dictatorship, wars, sanctions and Occupation in *Third World Quarterly*, vol. 26, no. 4-5, pp. 739-758.

2003. 'Gender & Civil Society in the Middle East', in *International Feminist Journal of Politics* 5 (2) July 2003: 216-232.

2002. 'Gender relations, transnational ties and rituals amongst Bosnian refugees', in *global networks: a journal of transnational affairs* 2 (3) July 2002: 249-262.

2001. 'Refugees and transnationalism: the experience of Bosnians and Eritreans in Europe', *Journal of Ethnic and Migration Studies* 7(4 ), October 2001: 615-634.

2001. 'The limits to transnationalism', *Ethnic and Racial Studies* 24 (4) July 2001: 578-600.

2000. 'Nationalisms, national identities and nation states: gendered perspectives', in *Nations & Nationalism* vol. 6, part 4 (October 2000): 631-638.

2000. 'Women and Sanctions in Iraq', in *Economic Sanctions on Iraq*. Published conference proceedings by CASI. Cambridge University Press.

1999. 'Inside\Out: the Native and the Halfie Unsettled', joined paper with Heba El-Kholy. *Cairo Papers of Social Science* 22 (2): 14-40. Cairo: The American University in Cairo Press.

***c) Book Chapters:***

2022. 'COVID-19 and Feminism in the Middle East: Challenges, Initiatives, and Dilemmas', in COVID and Gender in the Middle East, ed. Rita Stephan, University of Texas Press.

2022. 'Women's Movements in the Middle East', Routledge Handbook on Women in the Middle East, eds. Suad Joseph and Zeina Zaatari, Routledge, pp.212-220.

2020. 'Iraqi Women's Agency: From Political Authoritarianism to Sectarianism and Islamist Militancy', in Rita Stephan & Mounira Charrad (eds). *Women Rising: In And Beyond The Arab Spring*. New York: New York University Press, pp. 98-106.

2019. 'Iraq: Gendering violence, sectarianisms and authoritarianism', in Deniz Kandiyoti, Nadje Al-Ali & Kathryn Spellman (eds), *Gender, Governance & Islam*. Edinburgh: University of Edinburgh Press.

2019. (co-authored with Ghiwa Sayegh). 'Feminist and Queer Perspectives on West Asia', in *Queer Asia* (eds.) Jonathan Daniel Luther & Jennifer Ung Loh. London & New York: Zed Books.

2018. 'Arab Family Studies: Iraq', in *Arab Family Studies: Critical Reviews*, ed. by Suad Joseph, Syracuse: University of Syracuse Press.

2018. 'Memory, History and Contestations in present-day Iraq', in Katrina Srigley, Stacey Zembrzycki, and Franca Iacovetta (eds). *Beyond Women's Words: Feminisms and the Practices of Oral History in the Twenty-First Century*. London & New York: Routledge, pp. 137-148.

2017. 'Foreword.' In: *The Political Thought of Abdullah Öcalan: Kurdistan, Women's Revolution and Democratic Confederalism*. London: Pluto Press, vii-xvii. (Politics).
2016. 'Gender, protest and political transition in the Middle East and North Africa.' In: Steans, Jill and Tepe-Belfrage, Daneila, (eds.), *Handbook on Gender in World Politics*.Cheltenham, UK; Northampton, MA, USA: Edward Elgar, pp. 127-136. (International Handbooks on Gender series)

2016. (with Nicola Pratt) 'Positionalities, intersectionalities and transnational feminism in researching women in post-invasion Iraq', in Annick Wibben, ed. *Research War: Feminist Methods, Ethics and Politics*, London and New York: Routledge, 2016.

2013. 'Introduction: Writing Trauma, Memory and Materiality', with Deborah Al-Najjar, in Al-Ali, Nadje & Deborah Al-Najjar (eds) *We are Iraqis: Aesthetics & Politics in a Time of War*. Syracuse: Syracuse University Press.

2012. 'The Iraqi Women's Movement: Past and Contemporary Perspectives', in *Mapping Arab Women's Movements: A Century of Transformations from Within*, ed. by Pernille Arenfeldt & Nawar Al-Hassan Golley. Cairo: The American University in Cairo Press.

2011. 'Iraq's Triple Challenge: State, Nation, and Democracy,' with Nicola Pratt, in Burnell, Peter and Randall, Vicky and Rakner, Lise, (eds.), *Politics in the Developing World*. Oxford: Oxford University Press, pp. 406-416.

2010. 'The War on Terror and Women's Rights in Iraq,' in Robben, Antonius C.G.M., (ed.), *Iraq at a Distance: What Anthropologists Can teach us About the War*. University of Pennsylvania Press, pp. 57-79.

2010. 'Diasporas and gender,' in Knott, Kim and McLoughlin, Sean, (eds.), *Diasporas: Concepts, Intersections, Identities*. London & New York: Zed Books, pp. 118-122.

2007. 'Gender, Diasporas and Post-cold War Conflict', in Hazel Smith (ed.) *Diasporas and Post-Cold War Conflict*, Washington: United States Institute for Peace & United Nations University.

2006. 'The Enemy of my Enemy of not my Friend: Women's Rights, Occupation and 'Reconstruction' in Iraq', in Nira Yuval-Davis, Kalpana Kannabiran and Ulrike M. Vieten (eds.) *Situating the Politics of Belonging*. London & New York: Routledge.

2004. 'Secular Women's Activism in Contemporary Egypt', in Ayeasha Imam, Jenny Morgan & Nira Yuval-Davis (eds.) *Warning Signs of Fundamentalisms*. London: Women Living Under Muslim Law, pp. 147-154.

2003. 'Gender Relations and Transnational Ties among Bosnian Refugees', in Deborah Bryceson (ed.) *Forging New Frontiers in Europe: Transnational Families and their Global Networks*. Oxford & New York: Berg Publishers.

2003. 'Women and Economic Sanctions in Iraq', in Shams Inati (ed.) *Iraq: History, People and Politics*. Philadelphia: Prometheus Press.

2003. 'A mirror of political culture in Egypt', Kienle, Eberhard (ed.): *Politics from Above, Politics from Below: The Middle East in the Age of Economic Reform*. London: Al-Saqi Publications.

2003. 'Teen Life in Iraq', in Akbar Mahdi (ed.) *Teenagers in the Middle East*. Westport: Greenwood Publishing

2002. "Transnationalism, international migration and home", in Nadje Al-Ali & Khalid Koser *New Approaches to Migration: Transnational Communities and the Transformation of Home,* London, New York: Routledge.

2002. "Trans- or a-national: Bosnian refugees in the UK and the Netherlands', in Nadje Al-Ali & Khalid Koser *New Approaches to Migration: Transnational Communities and the Transformation of Home,* London, New York: Routledge.

2002. 'Self and Generation: Formative Experiences of Egyptian Women Activists'. Mary Anne Faye (ed.). *Women's Biographies in the Middle East,* New York: St. Martin's Press.

2000. 'We Are Not Feminists: Egyptian Women's Rights Activists On Feminism'. Cynthia Nelson & Shahnaz Rouse (eds.) *Globalization And the Indigenization of Knowledge Debate: Comparative Perspectives,* University of Florida Press.

1997. 'Feminism and Contemporary Debates in Egypt', in Dawn Chatty and Anika Rabo (eds.) *Women Organized in Groups in the Middle East: formal and informal groups*. Oxford & New York: Berg Publishers.

***d) Selected Policy Reports & Working Papers:***

2018. Report on strategies to exit violence in the Middle East. International Panel on Exiting Violence (IPEV); Fondation Maison des sciences de l'homme (FMSH), Paris.

2017. 'Expert report on political situation in Turkey'. Westminster Crown Court, London.

2016. Arab Human Development Report 2016: Youth and the prospects for human development in changing reality. UNDP (coordinated chapter on women and gender). http://www.arabstates.undp.org/content/rbas/en/home/library/huma_development/arab-human-development-report-2016--youth-and-the-prospects-for-/

2013. Review of the June 2013 Country of Origin Report & Country Guidance Notes on Iraq, commissioned by the Independent Advisory Group on Country Information (IAGCI) and Chief Inspector of Borders and Immigration.

2012. (with Irada Al-Jeboury, Inass Al-Enezy, Inass and Huda Al-Dujaili) 'Female Iraqi Academics In Post-Invasion Iraq: Roles, Challenges & Capacities'. London.

2012 (with Muzha Muhammed, Hataw Kareem, Dlaram Salih, and Kawther Akreyi) 'Female Iraqi Academics In Iraqi Kurdistan: Roles, Challenges & Capacities.' London: SOAS.

2011. Review of the March 2011 Iraq Country of Origin Report, commissioned by the Independent Advisory Group on Country Information (IAGCI).

2006. Commentary on Home Office Iraq Country Information Report, October 2006; prepared for the Advisory Panel on Country Information (APCI).

2005. (with Anita Fabos & Orob El-Abed) Middle East. Developing DFID's Policy Approach to Refugees. Oxford: Refugee Studies Centre; London: DFID.

2002. 'The Women's Movement in Egypt with Selected References to Turkey', Civil Society and Social Movement Series. United Nations Research Institute for Social Development. Commissioned Report. Geneva: UNRSID .

**e) Selected online publications**

2016. (with Ayla Akat and Latif Tas) 'Kurds and Turks are at the edge of a cliff', Interview. Open Democracy, https://www.opendemocracy.net/nadje-al-ali-latif-tas-ayla-akat/kurds-and-turks-are-at-edge-of-cliff

2016. (with Gultan Kisanak and Latif Tas) 'Kurdish women's battle continues against state and patriarchy, says first female co-mayor of Diyarbakir'. Interview. Open Democracy. https://www.opendemocracy.net/nadje-al-ali-latif-tas-g-ltan-ki-anak/kurdish-women-s-battle-continues-against-state-and-patriarchy-

2016 (with Zahra Ali & Isabel Marler) 'Reflections on Authoring the Chapter on Young Women for the 2016 Arab Human Development Report', Jadaliyya. http://palestine.jadaliyya.com/pages/index/25627/reflections-on-authoring-the-chapter-on-young-wome

2016. 'Professor Al-Ali Slams Government of Turkey over Peace Petition'. Bianet. http://bianet.org/english/human-rights/171224-professor-al-ali-slams-

2014. ' Sexualized violence in Iraq: how to understand and fight it'. Open Democracy.https://www.opendemocracy.net/5050/nadje-alali/sexualized-violence-in-iraq-how-to-understand-and-fight-it

2014. 'Egyptian sexual harassment activists battle growing acceptance of violence;. The Conversation. https://theconversation.com/egyptian-sexual-harassment-activists-battle-growing-acceptance-of-violence-23264

2013. 'Iraq: gendering authoritarianism'. Open Democracy. https://www.opendemocracy.net/5050/nadje-al-ali/iraq-gendering-authoritarianism

**d) Selected interviews, media engagements & videos**
2022. Choices program: Feminism in the Middle East; https://mailchi.mp/brown/videos-al-ali

2022. Talk with Hammi:
Part 1: Feminism in the Middle East, Women's Rights Across the Arab World, https://www.youtube.com/watch?v=rP0e3WcLnls&t=21s

Part 2: Feminism in the Middle East, Women's Rights Across the Arab World, https://www.youtube.com/watch?v=YDkqfjyKORg

2022. "Women's Activism in the Middle East"; Berlin Mideast Podcasts; https://www.kas.de/de/berlin-mideast-podcast-naher-und-mittlerer-osten

2022. Women's protests in Iran"; https://trending-globally.captivate.fm/episode/the-protests-in-iran-are-about-more-than-hijabs

2018. Interview – Feminist Freedom Warriors:
In conversation with Profs Chandra Mohanty & Linda Carty
https://vimeo.com/266037388/80fd73d593

2016. Interview – Nadje Al-Ali. E-International Relations. http://www.e-ir.info/2016/01/30/interview-nadje-al-ali/

2016. 'Gendering the Kurdish-Turkish conflict and attempts at peace: a talk with Nadje Al-Ali'.

https://www.youtube.com/watch?v=4_yOfS3DkTM

2015. 'An Iraqi professor on a Gender Studies international stage'. Al Arabiya News.
http://english.alarabiya.net/en/blog/2015/11/03/Nina-meets-Nadje.html

2014. 'Gender, Violence & Minorities'.
https://www.youtube.com/watch?v=Pc0bxO20nZU

2013. 'Nadje Al-Ali on Women and War in the Middle East'.
https://archive.org/details/scm-227894-nadjeal-alionwomenandwarinthe

2013. 'Iraqi Women Before And After The 2003 Invasion, Interview With Prof Nadje Al-Ali Univ of London'. Musings on Iraq.
http://musingsoniraq.blogspot.co.uk/2013/12/iraqi-women-before-and-after-2003.html

2012. 'Gendering (Counter) Revolutions in the Middle East, Professor Nadje Al-Ali (SOAS)'
https://www.youtube.com/watch?v=J_WdVPRIUe0

2012. 'Narrating the Arab Spring'
https://www.youtube.com/watch?v=pTfK2zA0kTw

2011. 'Transnational feminist journeys to and from the Middle East', Inaugural lecture.
https://www.youtube.com/watch?v=HbijA8TgdzI

2010. 'Women and War in the Middle East'.
https://www.youtube.com/watch?v=PesOOpeuo4I

2009. The battle against brutality. *The Guardian.*
https://www.theguardian.com/lifeandstyle/2009/jan/28/iraq-women-rights-us-news

**8. Teaching experiences**

**a) Brown University**

- Anthropological methodology & methods
- Gender & Sexuality in the Middle East
- Anthropology of the Middle East
- Transnational Feminist Mobilization & Knowledge Production
- Gendering Migration & Diasporas

**b) SOAS, University of London:**

- Gender Theory and the Study of Asia, Africa and the Middle East
- Gender in the Middle East (PG)
- Gender & Sexuality in the Middle East
- Gendering Migration & Diasporas
- PhD students' research methods seminar in Gender Studies

**c) University of Exeter**

- Anthropology of Islam (UG)
- Ethnography of the Middle East (UG)
- Gender & Identity of the Middle East (UG & PG)
- Research methods (PGR)

**11. Membership in professional associations & service to the profession:**

- Associate Editor of Journal of Middle East Women's Studies (JMEWS)
- Member of Middle East Studies Association of Northern America
- Advisory board member of the German Orient Institute, Beirut, Lebanon, 2018-2020
- Elected board director of Middle East Studies Association (MESA) – 2012-2015
- Elected member of board of Association for Middle East Women (AMEWS) - 2012-
- Former President of Association for Middle East Women (AMEWS), 2010-2012

**12.Selected keynotes & lecture invitations**

Invited lecture. "Transnational feminist perspectives on anti-gender discourses and politics". University of Bern, Switzerland. 18 March 2025.

Keynote: "Anti-Genderism in the Middle East", Conference entitled: Anti-Feminism and Anti-Gender Politics in Authoritarian Regimes: The Role of the State, Religion and Feminist Counter-strategies in the Near and Middle East and Eastern Europe, University of Marburg (Germany) 21-23 June 2023.

Invited annual lecture: "Feminist Dilemmas and Ambivalences: Gendered and queer perspectives on the Middle East". British Middle East Studies Association, 17 November 2022; https://www.youtube.com/watch?v=XkzoQ4Qq-R4

Keynote: 'Beyond Academia: Transnational Feminist, and Queer Perspectives on the Middle East', German Middle East Studies Association annual conference, Berlin 09/13/2022.

Invited lecture: "Reconstructing Gender: Iraqi Women between Dictatorship, War, Sanctions and Occupation", 27 May 2022; Duke University.

Invited lecture: "Gender, Violence and Authoritarianism in the Middle East: Transnational Feminist Perspectives", Florida State University, 7 April 2022.

Invited lecture: "Beyond feminism and nationalism: Reflections on Kurdish women's activism", Rutgers University, April 6 2022.

Keynote: 'Beyond Backlash: Global Feminist Contestations', keynote at conference 'Conflicts over Women's and Gender Rights: Ambivalences and Contradictions'; University of Bielefeld, 11 March 2022.

Keynote: 'The Politics of Gender: Transnational Feminist Perspectives', annual Political science conference, AUC, Cairo, 1 March 2022.

Invited lecture: Women and gender in Iraq, The Iraqi Society, University of Exeter, 1 February 2022.

'Gendering Protest and Revolutionary Moments: the significance of body politics in the Middle East', University of Wisconsin Madison, November 2021.

"Women, violence, and exiting from violence with a gendered approach", Sweet Briar College, October 2021.

"Reflecting on the costs of war in the Middle East", The Costs of War project, Brown University, September 2021.

"Human rights and political change in America and in the Middle East since 9/11".American University, September 2021.

"Feminist anti-imperialism", Panel discussion on the new internationalism, *The Nation* magazine, May 2021.

Women in the MENA Region Before and After the Arab Spring, Foundation Maison des Sciences de l'homme (Paris) and Carnegie Corporation (New York), May 2021.

'Transnational Feminism in the Middle East', Gender and Sexualities Studies Institute, The New School, April 2021.

"Transnational Feminism in the Middle East", Gender and Sexualities Studies Institute, The New School, April 2021.

'Reflections on Academic Freedom in Global Perspective', 30th Annual Davis, Markert and and Nickerson Academic Freedom Lecture, University of Michigan, February 2021.

"Space and Time: Crowds, Bodies, Affects". Global Uprising series, Hagop Kevorkian Center, NYU, February 2021.

'Rethinking Orientalism: Gender, Body Politics and Authoritarianism in the Middle East'. Rutgers – Newark, November 2018.

'Gendering Activism: Rethinking Power, Authoritarianism and Resistance'; invited keynote at Connecting Resistances in West Asia, North Africa and Europe; Al-Sharq and Rosa Luxemburg Foundation, Berlin, October 2018.

'Feminist Dilemmas: How to talk about gender-based violence in the Middle East'; invited lecture at Centre for Gender Studies, SOAS University of London, October 2018.

'Feminism in Crisis? Gender and the Arab Public Sphere', invited keynote address, AUB, Beirut, 18-19 January 2018.

'Queering Ethnoheterogenesis in transnational perspective: (De) ethnicising Muslim migrants', invited keynote at Ethnoheterogenesis: The dialectics of hetero- and homogenization in processes of ethnic framing and membership; Hannover, Germany, 14 December 2017.

'Defining the Contours of Activist Scholarship in Human Rights', invited keynote at conference on Activist Scholarship in Human Rights: New Challenges, School of Advanced Studies, University of London, June 2017.

'Transformation(s) in the Middle East and Beyond: Transnational Feminist Perspectives and Dilemmas', invited keynote at conference on Political transformations – transformations of the political: feminist perspectives. University of Frankfurt, Germany, October 2016.

'Gendered perspectives on refugees and refuge', invited lecture, German-Jewish Centre, University of Sussex, Brighton, 20 June 2016.

'Gendering migration & diasporas', keynote at Dutch anthropological association, Utrecht, 20 May 2016.

'Body politics and gendered resistance in the MENA region: A Focus on Egypt and the Turkish-Kurdish conflict,' invited keynote at Athens Biennale, May 2016.

'Between authoritarianism and radical democracy: Women's rights struggles in the Middle East', invited lecture; The Department of Social and Cultural Anthropology of the Vrije Universiteit Amsterdam; Seminar Series: Current Issues in Anthropology; 19 May 2016.

'Protest, Body Politics and Authoritarianism: A gendered perspective on Political developments in the Middle East.', invited lecture, Simon Fraser University, Vancouver, Canada, March 2016.
'Identity & Political Mobilization of Diasporas', keynote lecture; Jewish Community Centre, Duisburg, Germany; 21 April 2015.

'Gendering protest and authoritarianism in the Middle East', keynote, Italian Association of Middle East Studies, Venice, Italy, January 2015.

'Iraq 10 years after', invited keynote at "Gertrude Bell in Iraq", British Academy, September 2013.

'Revolutionary Moments – Reactionary Processes: A Feminist Reflection on Protest, Mobilization and Change in the Middle East', invited keynote address at bi-Annual Feminist & Women's Studies Association (FWSA) University of Nottingham, June 2013.

'Gendering revolutionary and counter-revolutionary processes in Egypt', invited keynote lecture, University of Bergen, Norway, June 2013.

'Transnational Feminism in the Middle East', invited keynote lecture at "Grounding Cosmopolitanism: Theory and Practice through the Prism of Women's Rights", Bahcesehir University, Istanbul, Turkey, March, 2013

'Gendering Rage: Protest, Cultural Productions, and the Making of New Men and Women in the Middle East', invited keynote lecture, Yale University, New Haven, US, April 2013.

Gendering protest and authoritarianism', invited keynote, 8th European feminist conference, May 2012.
'
Public places, alternative spaces', invited lecture at "Women Making Democracy", Radcliffe Institute for Advanced Study, Harvard University, US, March 2012.

'Conspiracy of Silence: Gender-based violence in Iraq', invited lecture at World Affairs Council, Colorado Springs, US, October 2011.

'Iraqi Women between Dictatorship, Sanctions, Wars and Occupation, invited lecture, Colorado College, Colorado Spring, US, October 2011.

'The Iraqi Kurdish Women's Movement', invited lecture, The Women's Empowerment Organization, Erbil; September 2011.

'The Iraqi Women's Movement: past and contemporary Perspectives, invited lecture, University of Jordan, Center for Women's Studies & KAS, September 2011.

'Gendering the Iraqi State", invited conference paper, Memory & Conceptualizations of the Iraq nation, University of Maryland, 1&2 May, 2010.

'Gendering Memory & Resistance in Iraq', invited lecture, Centre for Middle East Studies, Duke University, 22 March 2010.

'What kind of Liberation? Women and the Occupation of Iraq', invited lecture, Department of History, University of North Carolina, 20 March, 2010.

'What kind of Liberation? Women and the Occupation in Iraq', invited lecture, Centre for Middle East Studies, UCLA, Los Angeles, February 13, 2009.

'What kind of Liberation? Women and the Occupation in Iraq', invited lecture, Centre for Near and Middle East Studies, University of Berkeley, Berkeley, February 12 2009.

'The Iraqi Women's Movement Post-Invasion', invited lecture, Women and Gender Studies department, University of Berkeley, Berkeley, February 10 2009.

"Narrating the Nation, Trauma & War: Representing Iraqi Women's Memories", invited keynote, International Symposium Cultural Voices of a Fragmented Nation: War, Trauma, and Remembrance in Contemporary Iraq, University of Marburg, December 2008.

'Gendering War & Violence in Iraq: Historical Context & Contemporary Perspectives', invited lecture, University of Venice, January 2008.

'Gender and Conflict in Iraq', keynote speech at "Transformations in the Middle East", workshop organized by Free University of Berlin, Department of Politics, 12-15 December, 2007.

'What kind of Liberation? Iraqi Women and the Occupation', invited lecture, Centre for Middle East Studies, Harvard, Boston 5 November 2007.

'Iraqi Women between Dictatorship, Wars and Sanctions', invited lecture at Williams College, Williams Town, 6 November 2007.

'Iraqi Women and War', Invited lecture at conference on Women and War, organized by department of women's studies, University of Pennsylvania, Philadelphia 24-26 October 2007.

'Gender and Political Transition in Iraq post 2003', Boston Consortium on Gender, Security and Human Rights, Boston, April 2007.

'What kind of Liberation? Iraqi Women Post 2003', invited lecture, Harvard School of Governance, Harvard University, Boston, April 2007.

'Iraqi Women: Untold Stories', invited lecture, Sarah Lawrence College, NY, April 2007.

'Iraqi Women: Past and Present', invited lecture, Visiting Speakers Series, Ohio State University, April 2007.

'Iraqi Women: Untold Stories', invited lecture, Denison University, Ohio, April 2007.

'What kind of liberation? Iraqi Women and Occupation', invited lecture at Middle Eastern Studies Seminar, University of Manchester, January 2007.

'Political Mobilization of Iraqi Diaspora Women', invited lecture at Institute for International Integration Studies (IIIS); IIIS Speakers Series, University of Dublin.

'Iraqi Women and Gender Relations post- 2003', invited lecture at Centre for Gender Studies, School of Oriental and African Studies (SOAS), November 2006.

'Iraqi Women under Occupation', invited paper presented at Emory Symposium "The Iraq War and the Wider Conflict", Emory University, Atlanta, November 2006.

'Iraqi Women, Past and Present', invited lecture at Drew College, Madison, New Jersey, November 2006.

'Iraqi Women: Untold Stories from 1948 to the Present', invited lecture at Birkbeck College, London, October 2006, Visiting Speakers series.

'Political Mobilization of Iraqi Diaspora Women', invited paper presented at conference entitled 'Gender & Empire, AUC, Cairo, June 2006.

'Iraqi Women, Citizenship and Transnational Migration', Paper presented at MESA (Middle East Studies Association of Northern America), Washington DC, November 2005.

'Iraqi Women: Past and Future Perspectives', Paper presented at conference entitled 'Iran & Iraq: Past and Future Perspectives', University of Michigan, Ann Arbor.

'The role of Iraqi women in the diaspora', invited lecture at COMPAS Lecture series, University of Oxford, May 2005.

'Iraqi Women between Dictatorship, sanctions, war and occupation', invited lecture at The Middle East Studies Centre, University of Arizona, Tuscon, April 2005.

'Gender and Transnationalism', invited lecture at The Middle East Studies Centre, University of Arizona, Tuscon, April 2005.

'Iraqi Women and Reconstruction', invited Key Note Speech at Graduation of Women's Studies Department, San Diego State University, April 2005.

'Iraqi Women between Dictatorship, sanctions, war and occupation', invited lecture at University of Michigan, Ann Arbor, March 2005.

'Working Woman, Mother of the Nation or Prostitute?' Iraqi Women and Constructions of Identity", invited paper presented at conference entitled "Iraq" Concepts of Self and Other", Amman, Jordan, January 2005.

'Gender and Political Mobilization of Diasporas', invited paper presented at workshop entitled "Political Mobilization of Post-Cold War Diasporas", United States Institute for Peace & University of Tokyo, September 2004, Macau.

'Constructions of Gender Identities in Iraq', Paper presented at workshop entitled "War and Reconstruction in Africa and the Middle East", September 2003, Ahfad University, Khartoum, Sudan.

'Women and Gender Relations in Iraq', invited lecture at University of Bochum, July 2003.

'The Impact of War and Sanctions on Women and Gender in Iraq', invited lecture at Heinrich Boell Foundation, Berlin, April 2003.

**12. Selected conferences and panels organized**

'Decolonizing Kurdish Studies', joint workshop organized with Center for Middle East Studies at Yale University, October 22 2021.

'Queer Feminist Perspectives on Political Homophobia and Anti-Feminism in the Middle East and Europe', joint conference organized with Humboldt University (Berlin), 24-25 September 2021.

'Comparative Feminist Reflections on War & Peace'; conference organization, Centre for Gender Studies, SOAS University of London 13 & 14 October 2017.

'Gendered Critical Kurdish Studies: Beyond nationalism, statehood and identity', panel organised for International Kurdish Studies conference, University of Exeter, June 2017.

'Gender and Governance in Muslim Contexts', workshop organised at Aga Khan university, London 10-11 February 2017.

'Politicised Sexualities, Marginalised Histories', organised conference on Sexuality in Southwest Asia and North Africa (SWANA), Centre for Gender Studies, SOAS University of London, February 2017.

Gender & Authoritarianism in the Middle East', joint workshop between and Centre for Gender Studies, SOAS; Centre for Middle East Studies, University of Indiana, Bloomington, April 2014.

'Gendering the Transnational in War, Peace-Building and Post-conflict Reconstruction: The case of Iraq & Palestine', panel organised at MESA, Boston, November 2009.

'Contemporary Iraqis: Cultural Voices of Resistance', round table organised at MESA, Montreal, Canada, November 2007.

'The Study of the Arab World in Western Universities', workshop organised at SOAS University of London, December 2008.

'Citizenship, Gender and Conflict in the Middle East', panel organised at MESA, Washington DC, November 2005.

'(Re)construction, Gender, and Transnationalism in the Middle East', panel organised at MESA, Boston, November 2004.

"Transnational Migration, Generation and Gender", workshop organized at the annual international conference of Mediterranean Studies, European University Institute, Florence, March 2002.

"Orientalism Reconsidered". International conference with Edward Said & Mohammed Arkoun, conference organized at the Institute of Arab & Islamic Studies, University of Exeter, April 2001.

# EXHIBIT 86

**ANTH 2020: Methods of Anthropology Research**
Dept of Anthropology, Brown University Spring
2024

**Professor: Nadje Al-Ali**
**Email:** nadje_al-ali@brown.edu
**Class Meetings:** Thursdays 4-6:30p; Giddings House 212
**Office Hours:** Tuesdays and Thursdays 1:30-2:30pm (Watson, 111 Thayer, room 211)
**Canvas:** We will use Canvas for all assignment submissions

**Course Description**
This graduate seminar is focused on the methodological opportunities, choices, and problems faced by ethnographers conducting research in socio-cultural anthropology. Students will develop their MA research proposals and practice key skills in research design, ethics, analysis, and writing while reading widely from traditional/classic anthropology, decolonial anthropology, feminist ethnography, and different perspectives of the ethics and practice of ethnography.

**Course Objectives**
-Students will be made familiar with the principles of methodology and methods in social anthropology
-Students will learn foundational skills in research design and ethnographic practice
-Students will develop their MA research proposals
-Students will become familiar with the IRB process and ethics proposal design

**Course Expectations and Grading Scheme**
The course will meet for 2.5 hours each week for a total of twelve class meetings (30 hours in-class time). Required readings and practical methods assignments are anticipated to take approximately 15 hours per week.

This is a small seminar graduate course rooted in deep reading and generous, critical engagement with the authors, one another, and the assignments. Participation and engagement during class meetings is key to meeting the course objectives and developing students' methodological skills and research plans. We will plan to meet in-person most weeks, with potential for occasional Zoom meetings.

50% Participation (including seminar facilitation and class presentations)
50% Short Assignments (must complete at least 6/9; some assignments are mandatory, others optional)

Please complete the relevant Short Assignment and upload it to Canvas by Wednesday 10am before the next class meeting. Plan to set aside a few minutes to quickly review your peers' assignments to aid in your discussion and feedback during class.

**Weekly Topics and Readings**

<u>**Week One (1/25):**</u>
**Introductions**
*This week we will take some time introducing ourselves, our research experiences and interests. We will also talk about the structure of and plan for the course and discuss assessment.*

<u>**Week 2 (2/1) –**</u>
**Why anthropology? – Influences, motivations, interests, and limitations**
*We will discuss the history of anthropology, its links to colonialism and imperialism as well as attempts at decolonizing the discipline. As you read, consider the following questions: What disciplinary concerns past and present does your project connect to? What topics, questions, problems (etc.) interest you?*

**Readings:**
Ortner, Sherry B. 2016. "Dark Anthropology and Its Others: Theory Since the Eighties." *HAU: Journal of Ethnographic Theory* 6 (1): 47-73.

Cantero, Lucia E. 2017. "Sociocultural Anthropology in 2016: In Dark Times: Hauntologies and Other Ghosts of Production." *American Anthropologist* (The Year in Review) 119 (2): 308-318.

Parikh, Anar. 2018. "Race is Still a Problem in Anthropology." *Anthrodendum*, April 9, 2018, https://anthrodendum.org/2018/04/09/race-is-still-a-problem-in-anthropology/.

Daswani, Girish (2021) The (Im)Possibility of Decolonizing Anthropology https://everydayorientalism.wordpress.com/2021/11/18/the-impossibility-of-decolonizing-anthropology/\

**Assignment 1:**
Prepare a 2-4 paged document discussing the question of why you chose to pursue the discipline of anthropology and what do you see as its main challenges. Due January 31 10am.

**Week 3 (2/8)**
**Methodology: Approaching and Framing Research**
*What do we mean by ontology and epistemology? What is the difference between methodology and method? What are the theoretical and methodological frameworks to which you are most immediately drawn?*

**Readings:**

Dawson, Catherine (2019) 'How to decide upon a methodology', (Chapter 2), *Introduction to Research methods.*

Fumanti, Mattia (2015) Ontology, Epistemology and the Limits of the Real in Anthropology. In Mark Harris and Nigel rapport (eds) *Reflections on the Encounters of the Imagination.* Routledge: London.

Saeidzadeh, Z. (2023). Gender Research and Feminist Methodologies. In Vujadinović, D., Fröhlich, M., Giegerich, T. (eds) Gender-Competent Legal Education. Springer Textbooks in Law. Springer, Cham. https://doi.org/10.1007/978-3-031-14360-1_6

Thambinathan, V., & Kinsella, E. A. (2021). Decolonizing Methodologies in Qualitative Research: Creating Spaces for Transformative Praxis. *International Journal of Qualitative Methods*, 20. https://doi.org/10.1177/16094069211014766

**Assignment 2:**
Provide a 2-4 paged document discussing the main ideas discussed in this week's readings.
Due February 14 10am.

**Week 4 (2/15)**
**What? The research problem/question**
*What specific problem(s) interest you? What kinds of questions do you plan to ask (big, theoretical research questions that you might not really be able to ask people directly and smaller ones that you can)? More importantly, from where do these problems/questions emerge? What influences their development? How can you work to more directly engage in this fundamental part of the design process and what might that engagement reveal or produce?*

*We will also be discussing the literature review, what it is and how to develop it for your project and proposal. Literature reviews must serve your project—from the questions you are asking, to the selection of your field site, to the way that you are going to go about collecting data. More broadly, this is a chance for you to design your research in conversation with larger concerns in anthropology, area studies, or interdisciplinary pursuits.*

⇒ Come to class prepared to give a brief "elevator pitch" of your project (informal) describing where you are in the design process.

**Readings:**

Bernard, H. Russell. 2011. "Preparing for Research." In *Research Methods in Anthropology: Qualitative and Quantitative Approaches, 5th edition*, 66-95. Lanham: AltaMira Press.

Becker, Howard 1986. "Terrorized by the Literature." In *Writing for Social Scientists: How to Start and Finish Your Thesis, Book, or Article*. Chicago: University of Chicago Press. Pp 135-149.

Grant, Cynthia and Azadeh Osanloo. 2014. "Understanding, Selecting, and Integrating a Theoretical Framework in Dissertation Research: Creating the Blueprint for Your 'House'". *Administrative Issues Journal: Connecting Education, Practice, and Research* 4 (2): 12-26.

Harrison, Faye V. 2016. "Theorizing in Ex-centric Sites." *Anthropological Theory* 16 (2-3): 160-176.

**Assignment 3:**
Option 1: Write a statement of your research problem/question (2-3 pages). Choose one (or more if you like) of the above approaches to help you to develop your ideas and articulate the problems and questions that motivate and frame your research. Projects must attend to broad pressing questions that most anyone would be interested in as well as specific theoretical and area-oriented debates. Aim for one main over-arching research question, and three or four sub-questions.
Due Feb 21 10am.

Option 2: Literature review rough draft (3-5 pages). Describe (at least) two bodies of literature that your research will draw on and contribute to (these can include theoretical, area studies, and methodological literatures). Think about the focus of each one and describe its genealogy and evolution, as well as the key themes contained within. Consider also what the literatures will do for you (i.e. what they might help you to argue or articulate). For each body of literature list 5-10 relevant citations. Finally, enter all of these citations into some kind of bibliographic software (EndNote, Zotero, etc.), print out a bibliography, and upload both documents (the lit review draft and the bibliography) to the appropriate shared folder.
Due Feb 21 10am.

**Week 5 (2/22)**
**Ethnography**
This weeks' readings and discussion focus on the significance of ethnography for the discipline of anthropology and beyond. We will critically examine which aspects of research are ethnographic and engage with the debate about the "overuse" of the term.

**Readings**

McGranahan, Carole. "Ethnography beyond method: The importance of an ethnographic sensibility." *Sites: a journal of social anthropology and cultural studies* 15, no. 1 (2018).

Fassin, Didier. 2013. "Why Ethnography Matters: On Anthropology and Its Publics. *Cultural Anthropology* 28 (4): 621-646.

Ingold, Tim. 2014. "That's Enough About Ethnography!" *HAU: Journal of Ethnographic Theory* 4 (1): 383-395.

All four short essays in the CA Forum on Ingold's article:
*https://culanth.org/fieldsights/870-correspondences-ethnography*

**Assignment 4**
Research Questions—What can ethnography answer**?** Concisely, freewrite about your research questions and what draws you to this topic. How do you propose that ethnography will allow you to answer your research questions in ways that other methods perhaps couldn't? What perspectives, stories, and concepts are in your carrier bag? (2-4 pages)
Due Feb 28 10am.

**Week 6 (2/29)**
**Ethics and IRB**
*This week we will review ethics in research and strategies for submitting a protocol to the Institutional Review Board. A representative from IRB will come to class.*

**Readings:**
AAA Code of Ethics (2012 statement), review online,
http://ethics.americananthro.org/category/statement/

Review and explore Brown's HRPP/IRB Home Page https://www.brown.edu/research/conducting-research-brown/research-compliance-irb-iacuc-coi- export-control/hrpp-irb-home-page

Price, David H. 2016. "A Short History of American Anthropological Ethics, Codes, Principles, and Responsibilities – Professional and Otherwise." In *Anthropological Ethics in Context: An Ongoing Dialogue*, edited by Dena Plemmons and Alex W. Barker, 23-38. Walnut Creek: Left Coast Press, Inc.

Hodge, G. Derrick. 2013. "The Problem with Ethics." *PoLAR* 36 (2): 286-297.

Alcoff, Linda 1992. The Problem of Speaking for Others. Cultural Critique Winter 1991-1992
"AAA Ethics Blog: Principles of Professional Responsibility." American Anthropological Association. 2012.

For Archs: Review SAA code. https://www.saa.org/career-practice/ethics-in-professional- archaeology

**Assignment 5:**
Write a brief statement (2-3 pages) describing the ethical issues/concerns that immediately come to mind regarding your project. What are the potential risks and benefits of your research? What will you do to protect and minimize risk to participants? If you can, solicit and review one or two existing IRB statements from more advanced students to use as models as you progress to writing the IRB proposal as well as the statement on ethics that will appear in your MA proposal. Due March 6 10am.

⇒ Complete the CITI training for IRB if you haven't done so yet.
⇒ If you need to submit an IRB proposal, prioritize getting this in after this week's session.

**Week 7 (3/7)**
**Positionality, Perspectives & Reflexivity**

*In today's session, we will engage with the significance of positionality and the significance of reflexivity in the research process.*

**Readings**

Scott, Joan W. "The evidence of experience." *Critical inquiry* 17, no. 4 (1991): 773-797.

Narayan, Kirin. 1993. "How Native Is a "Native" Anthropologist?" American Anthropologist 95(3): 671-686.

Boyer, Dominic. 2015. "Reflexivity Reloaded: From Anthropology of Intellectuals to Critique of Method to Studying Sideways." In *Anthropology Now and Next: Essays in Honor of Ulf Hannerz*, edited by Thomas Hylland Eriksen, Christina Garsten, and Shalini Randeria, 91-110. New York: Berghahn Books.

Berry, Maya, Claudia Chávez Argüelles, Shanya Cordis, Sarah Ihmoud, and Elizabeth Velásquez Estrada. 2017. "Toward a Fugitive Anthropology: Gender, Race, and Violence in the Field." Cultural Anthropology 32: 537-565.

Yates-Doerr, E. (2020), Antihero Care: On Fieldwork and Anthropology. Anthropology and Humanism. https://doi.org/10.1111/anhu.12300

Shange, Savannah. "Abolition in the Clutch: Shifting through the Gears with Anthropology." *Feminist Anthropology* (2022).

Lewis, Kimberly J. "Writing, Silence, and Sensemaking After Fieldwork Trauma." *Anthrodendum*. https://anthrodendum.org/2019/11/06/writing-silence-and-sensemaking-after- fieldwork-trauma/
https://fieldworkinitiative.org/

**Assignment 6**

Write 2-3 pages reflecting on your positionality, your reasons for choosing your topic, and the relationship between these two factors and the project's feasibility. Are there any challenges you'll have to overcome in order to answer your research questions? Write an additional paragraph identifying safety concerns you have for the field and how you're thinking about addressing them. What resources will you need?
Due March 13 10am.

**Week 8 (3/14)**

**Participant-observation and fieldnotes**
*This week begins a more in-depth exploration of anthropological research methods, beginning with participant-observation and fieldnotes.*

**Readings:**

Bernard, H. Russell, Research methods in anthropology: qualitative and quantitative approaches AltaMira, 2017. Chapter 12 on Participant Observation, and Chapter 13 (on Fieldnotes).

DeWalt, Kathleen and Billie R. DeWalt. 2011. "Doing Participant Observation: Becoming a Participant." In *Participant Observation: A Guide for Fieldworkers,* 2nd edition, 41-66. Lanham: AltaMira Press.

Rappaport, Joanne. 2008. "Beyond Participant Observation: Collaborative Ethnography as Theoretical Innovation." *Collaborative Anthropologies* 1: 1-31.

Wang, Tricia. 2012. "Writing Live Fieldnotes: Towards a More Open Ethnography." *Ethnography Matters*, August 2, 2012. https://ethnographymatters.net/blog/2012/08/02/writing-live-fieldnotes-towards-a-more-open-ethnography/?ak_action=reject_mobile. (read post and comments)

Aki Funahashi, Daena. 2022. "Being Noted" In "Taking Note: Complexities and Ambiguities in Writing Ethnographic Fieldnotes," *American Ethnologist* website. [https://americanethnologist.org/features/collections/taking-note-complexities-and-ambiguities- in-writing-ethnographic-fieldnotes/being-noted]

**Assignment 7:**

⇒ **Required for everyone:**
Go to a place (where people are) or an event for at least an hour and observe. Take "scratch notes" (in a notebook or piece of paper—don't use your phone) and then transfer them (as well as your "head notes") into typed fieldnotes. For your typed fieldnotes, try to write down everything you remember about what you saw during your observation.
Due March 20 10am

**Week 9 (3/21)**

**Interviewing**
*Interviews are important, certainly, but some projects are better suited for them than others. And some researchers/interlocutors are better suited for them than others. We will talk about both interviewing and what you do with the data afterward. In class, we will have someone from the Library come to discuss computer programs for qualitative research (NVivo, etc.).*

**Readings:**

Bernard, H. Russell. 2011. "Chapter 8: Interviewing I: Unstructured and Semistructured." In *Research Methods in Anthropology: Qualitative and Quantitative Approaches, 5th edition*, 171-202. Lanham: AltaMira Press.

Forsey, Martin Gerard. 2010. "Ethnography as Participant Listening." *Ethnography* 11 (4): 558-572.

Ochieng NT, Wilson K, Derrick CJ, Mukherjee N. The use of focus group discussion methodology: Insights from two decades of application in conservation. *Methods Ecol Evol*. 2018; 9: 20–32. https://doi.org/10.1111/2041-210X.12860

Di Leonardo, Micaela. "Oral History as Ethnographic Encounter." *The Oral History Review*, vol. 15, no. 1, 1987, pp. 1–20.

On Life Stories:
https://atlasti.com/research-hub/life-history-research

https://steps-centre.org/pathways-methods-vignettes/methods-vignettes-life-histories/

**Assignment 8:**
⇒ **Required for everyone**
Interview a friend or family member who is not in this class about a topic they are an expert in. Through your questions, attempt to elicit key words and appropriate behaviours associated with this topic. Be sure

to record the interview (on your phone, with a digital recorder, on Zoom, etc.) Draft your questions in advance and submit them, along with a reflection on the interview and how it felt to do it.
Due March 27 10am

**Week 10 (3/28)**

Spring break – no class

Work on your MA proposals

**Week 11 (4/4)**
**Reviewing work in progress**
In today's session students will work independently to review and discuss each other's work in progress as well as share and discuss readings you find useful.

**Assignment 9:**
Write a 2-3 paged essay describing your methodological approach. Describe both the methods themselves as well as how they attend to your research questions. Draw on the readings from the past weeks (and any other materials you find relevant) to describe the role of both participant-observation and interviews in your project, and to outline a specific plan for each. How will you participate? What/whom will you observe? Who will you interview? What questions might you ask? If you can, include the details of when and where these activities will take place as well as your plans for capturing and storing the data they will produce (fieldnotes, recordings, etc.). Consider also related issues and challenges (language/cultural barriers/technological issues, etc.) and state how will you address these.
Due April 3 10am

**Week 12 (4/11)**
**To go beyond**
*In this session, we will explore alternative methods and approaches in social anthropology while also addressing ongoing and new moral and ethical dilemmas.*

**Readings**

Pink, Sarah et al 2016, "Researching Social Worlds through Digital Ethnography," pp. 136-142 – read the rest of chapter 6 if you have time- in *Digital Ethnography: Principles and Practice* (Sage).

Ghaddar, Jamila J., and Michelle Caswell. ""To go beyond": towards a decolonial archival praxis." *Archival Science* 19, no. 2 (2019): 71-85.

Takaragawa, S., Smith, T. L., Hennessy, K., Astacio, P. A., Chio, J., Nye, C., & Shankar, S. "Bad Habitus: Anthropology in the Age of the Multimodal." 2019.
Review the website of Society of American Archivists: Finding and Evaluating Archives

Moskowitz, Nona. 2015. "Engagement, Alienation, and Anthropology's New Moral Dilemmas." *Anthropology and Humanism* 40 (1): 35-57.

⇒ Work on MA Proposal

**Week 13 (4/18)**
**Engaged, Activist and Collaborative Ethnography**
*Today's session deals with engaged, activist and/or collaborative scholarship. How can we combine academic and activism. What are some of the main challenges and opportunities? How can we assure that your research is more collaborative and relevant?*

**Readings:**

Clarke, Kamari M. "Toward a critically engaged ethnographic practice." *Current Anthropology* 51, no. S2 (2010): S301-S312.

Harrison, Faye. "Navigating Feminist Activist Ethnography." *Feminist Activist Ethnography* (2013).

Tuck, Eve. "Collaborative Indigenous Research is a Way to Repair the Legacy of Harmful Research Practices." *The Conversation*. 2022. https://theconversation.com/collaborative-indigenous-research-is-a-way-to-repair-the-legacy-of-harmful-research-practices-193912?utm_source=twitter&utm_medium=bylinetwitterbutton

Cory-Alice André-Johnson (2020). 'What does Anthropology Sound like: Activism" https://culanth.org/fieldsights/what-does-anthropology-sound-like-activism

Zadrożna, Anna. 2016. "'What Are You *Really* Looking For?': Ethnography While (Feeling) Under Surveillance." *Zeitschrift für Ethnologie* 141: 215-232.

⇒ Work on MA Proposal

**Week 14 (4/25)**

**Taking stock**
*In this final session, we will discuss some of the main changes, challenges and concerns emanating from the course material and discussions as well as students' MA proposals.*
*We will also discuss what worked and did not work in class.*

For first-year Anthropology grad students, the approved MA Research Proposal is due April 25th.

# EXHIBIT 87

# Dr. Jeffrey Drew Reger

[redacted]

## Education

**PhD**, History of the Middle East and North Africa
Department of History, Georgetown University, 2014-2018
Doctoral dissertation: "Planting Palestine: the political economy of olive culture in the 20th-century Galilee and West Bank."

MA, Department of History, Georgetown University, 2012-2014 GPA: 4.0

BS, School of Foreign Service, Georgetown University, 2010
*Summa Cum Laude*, Phi Beta Kappa, Phi Alpha Theta, National Merit Scholar
Study abroad at SFS-Q in Education City — Doha, Qatar — Fall 2008

## Professional

Executive Director and Treasurer, Middle East Studies Association of North America, September 2019-Present
— Direct daily operations of the MESA Secretariat as CEO/CFO of an approximately 3,000-member academic association
— Oversee planning for a 2,000-person Annual Meeting (conference)
— Supervise four full-time staff members, plus part-time staff and contractors
— Coordinate regularly with the elected officers of the Association (president as Board chair in particular)
— Plan and provide materials for regular Board meetings
— Coordinate, with staff assistance, the association's dozens of committees, particularly the Nominating and Program Committees
— Represent MESA within the American Council of Learned Societies along with society delegate, particularly in collaboration with Executive Directors of other major American academic associations in the humanities and social sciences
— Represent MESA as a delegate to the World Congress on Middle East Studies
— Oversee communications via a variety of platforms, including website, email, and social media
— Directed relocation of headquarters from Tucson AZ to Washington DC
— Negotiated and coordinated with local university affiliates and hosts (George Washington University and Georgetown University)
— Development of five-year strategic plans with extensive consultations with relevant stakeholders, and implementation of mission and vision
— Negotiated successfully with external vendors to reduce costs associated with academic publishing (journals) as well as with the annual meeting (conference hotels)
— Received $312,000 two-year grant from the Mellon Foundation for a major research project concerning academic freedom

Middle East and North Africa Area Studies Chair, Foreign Service Institute of the U.S. Department of State (GAPSI-CGJV Contractor), February 2019-August 2019.

- Supervised area studies professional training for the Near Eastern Affairs bureau
- Developed and taught the Middle East and North Africa Area Studies regional overview and the subregional overview for the Egypt and the Levant (Mashreq)
- Coordinated with and supervised three contractors who served as course coordinators for Iraq Familiarization course and the two other subregional courses for North Africa (Maghreb) and the Arab Gulf Peninsula
- Budgeting and planning in consultation with division and school leadership
- Reintegrated area studies within the Hebrew language training program by piloting an Israel-specific course
- Supervision of program assistant (and interns)

Assistant Director, National History Center of the American Historical Association, January 2019-August 2019.

- Administration included budgeting, fundraising, and reporting to grantmakers
- Programming and event planning (Congressional Briefing series on Capitol Hill funded by the Andrew W. Mellon Foundation; and the Washington History Seminar in partnership with the History and Public Policy program of the Wilson Center)
- Managed and supervised staff (program assistants and interns)
- Oversaw communications including social media, email newsletter, and website

Associate, Charles F. Kettering Foundation, 2012-2020

- Liaison to the Arab Network for the Study of Democracy, Beirut-based network of academics and activists from around the Arab world
- Translator of research products from Arabic into English (meetings and correspondence conducted in Arabic)

Lecturer, HIST-308A-01, “History of the Modern Middle East,” Catholic University of America, Fall 2018.

Instructor: HIST-161-10 “History of the Modern Middle East,” Georgetown University, Summer 2018

Instructor: HIST-362-02 Topic: “Israel/Palestine: nationalisms between conflict and coexistence in the 20th century,” Georgetown University, Fall 2017.

Teaching Assistant, Georgetown University: History of the Islamic World (Fall 2016); American Diplomatic History I (Fall 2015); Intro to World History II (Spring 2015); History of the Modern Middle East (Fall 2014); East European History II (Spring 2014); History of Russia I (Fall 2013).

Program Assistant (Part Time), National Endowment for the Humanities Summer Seminar for Scholars, “World War I in the Middle East,” 2013-2014

Research Assistant, Charles F. Kettering Foundation, 2010-2012

- Conducted research on improving citizen-based democracy in America and abroad

— Coordinator for the Dartmouth Conference Task Force on the Russian-U.S. Relationship, a high-level Track II dialogue funded by the Carnegie Corporation of New York
— Organized events in conjunction with DC-area think tanks. Wrote and edited monthly reports on new, relevant research. Daily administrative tasks and office management.

**Publications**

Peer-reviewed (refereed) journal articles

Jeffrey Drew Reger, "Baʿathist State Feminism: The General Federation of Iraqi Women in the Global 1970s." *Journal of Women's History* 32, no. 4 (2020): 38-62.

Jeffrey D. Reger, "Olive Cultivation in the Galilee, 1948-1955: Hegemony and resistance." *Journal of Palestine Studies* 184 Vol. 46, No. 4 (Summer 2017).

Book chapters

Jeffrey D. Reger, " 'Lamps never before dim are being extinguished from lack of olive oil': Deforestation and famine in Palestine at war and in peace under the late Ottoman and early British empires, 1910-1920" in *Landscapes of the First World War*, Selena Daly, Martina Salvante, and Vanda Wilcox eds. (Palgrave Macmillan, 2018).

Jeffrey Reger, "Postcolonialism, Acculturation, and the Writing Center" in *The Oxford Guide for Writing Tutors: Practice and Research*, Melissa Ianetta and Lauren Fitzgerald eds. (Oxford University Press, 2015).

Translation

*Renewed Authoritarianism and Deepening Divisions: 14 years of uprisings in the Arab World*. Ibtesam Al-Atiyat, ed. Jeffrey D. Reger, trans. (Beirut: L'Orient des Livres, 2024). [Arabic to English Translation of *Tajaddud al-istibdad wa-sʿaud al-inqisamat: arbʿat ʿasher ʿaman min al-intifadat fi al-ʿalam al-ʿarabi* (Beirut: Sharq al-Kitab, 2024).]

*Gender justice and the uprisings in the Arab World: Gendered citizenship, gender equality, and women's mobilization in Libya, Tunisia, Algeria, Lebanon, Bahrain, and the Islamic State*. (Workshop papers by the Arab Network for the Study of Democracy in cooperation with the Issam Fares Institute for Public Policy and International Affairs at the American University of Beirut, 3-5 March 2017). Ibtesam Al-Atiyat, ed. Jeffrey Drew Reger, trans. (Beirut: L'Orient des Livres, 2019). [Arabic to English translation of *al-Intifadat wa-l- ʿadalah al-jenderiyah fi al-ʿalam al-ʿarabi* (Beirut: Sharq al-Kitab, 2019).]

*Political developments in Arab countries since 2011: papers from a workshop organized by the Arab Network for the Study of Democracy and the Issam Fares Institute for Public Policy and International Affairs at the American University of Beirut*. Jeffrey D. Reger, trans. (Beirut:

Case: 26-6906, 11/20/2026 DktEntry: 16.10 (112 of 300)

L'Orient des Livres, 2017). [Arabic to English translation of *al-Tatawwarat al-Siyasiyah fi al-Bildan al-'Arabiyah mundhu 'am 2011* (Beirut: Sharq al-Kitab, 2016).]

Arab Network for the Study of Democracy, *The Arab Spring: revolutions for deliverance from authoritarianism: case studies*. Hassan Krayem, ed. Jeffrey D. Reger, trans. (Beirut: L'Orient des Livres, 2014). [Arabic to English translation of al-Shabakah al-'Arabīyah li-Dirāsat al-Dīmuqrātīyah, *al-Rabī' al-'Arabī : thawrāt al-khalas min al-istibdād : dirāsat hālāt* (Beirut: Sharq al-Kitāb, 2013).]

**Conference papers/presentations/panels**

Organizer, "Roundtable: Food (in)Security: Responses and Resilience to Famine in the Middle East," American Historical Association Annual Meeting, January 2020, New York, New York.

Jeffrey D. Reger, "Diets, trade, and food in Palestine during World War I: the urban/rural divide and class-differentiated impacts of the blockade and famine." Presented at North Carolina State University, Moise A. Khayrallah Center for Lebanese Diaspora Studies Workshop: "From 'Mjaddarah' to 'Fatti de Luxe:' Food and Middle Eastern Diasporas," April 2018, Raleigh, North Carolina.

Jeffrey D. Reger, "The Palestinian Olive Sector of the West Bank: between Israel and Jordan, 1949-1987." Presented at Middle East Studies Association (MESA), Annual Meeting, November 2017, Washington, District of Columbia.

Jeffrey D. Reger, " 'Lamps never before dim are being extinguished from lack of olive oil': Palestine in war and peace under Ottoman and British rule, 1910-1920." Presented at Landscapes of the Great War, International Society for First World War Studies International Conference, September 2015, Verona and Padua, Italy.

Jeffrey D. Reger, "Uprooting Palestine: olive groves, mass dispossession, and peasant resistance, 1945-1955." Presenter and organizer of panel, "Bridging the rupture of 1948: the 'decolonization' and erasure of Mandate Palestine," sponsored by the Palestinian American Research Center (PARC). Presented at Middle East Studies Association (MESA), Annual Meeting, November 2014, Washington, District of Columbia.

Jeffrey D. Reger, "Reclaiming and reforming the sovereign nation-state: colonial legacies in the 'Arab Spring.'" Presented at Van Leer Institute Jerusalem, Workshop "Reclaiming the City Square: Urban Protests in the Mediterranean," May 2014, Jerusalem, Israel.

Jeffrey Reger, "Historiography of the Arabic Press in Palestine c. 1908-1948." Presented at Middle East Studies Association (MESA), Annual Meeting, October 2013, New Orleans, Louisiana.

Jeff Reger, "Iraqi Women and Ba'athist State Feminism: The General Federation of Iraqi Women in the 1970s." Presented at Middle East History and Theory Conference, May 2013, University of Chicago, Chicago, Illinois.

Jeff Reger, "Hope and Disappointment in the Arab Spring: A Transnational and Interdisciplinary Approach to the Challenges of Democratic Transitions," Arab Network for the Study of Democracy, Annual Meeting, March 2013, Beirut, Lebanon.

Jeff Reger, "Memory Politics in Egypt: Trials, Truth, and Democratic Transitions." Presented at Northeastern Political Science Association Annual Conference, November 2011, Philadelphia, Pennsylvania.

Jeff Reger, "Regional and National Perspectives from the Arab World on the Arab Spring," The Kettering Foundation, Deliberative Democracy Exchange, July 2011, Dayton, Ohio.

Jeff Reger, "Change in the Arab World: Regional Transformations and Challenges," Arab Network for the Study of Democracy, April 2011, Beirut, Lebanon.

## Fellowships and Grants

Royden B. Davis Fellow, Department of History, Georgetown University, 2017-2018
Adam Smith Fellow, Mercatus Center, George Mason University 2016-2017
Dissertation Research Travel Grant, Georgetown University Graduate School, 2016-2017
Palestinian American Research Center (PARC) Research Fellowship, 2015-2016
Piepho Travel and Research Grant for pre-dissertation research in Israel and Jordan, Department of History, Georgetown University, Summer 2014
Foreign Language and Area Studies (FLAS) Fellowship to study Arabic, Summer 2013
Graduate Fellowship, Department of History, Georgetown University, 2012-2018

## Professional Memberships/Affiliations

Middle East Studies Association, Member
American Historical Association, Member

## Languages

Modern Standard Arabic, Full Professional Proficiency Plus (reading 5, speaking 4)
Levantine Arabic (Palestinian Dialects), Full Professional Proficiency (4)
French, Full Professional Proficiency (reading 4, speaking 3)
Hebrew, Working Proficiency (reading 3, speaking 2)
Iraqi and Gulf Arabic Spoken Dialects, Limited Working Proficiency (speaking 2)

# EXHIBIT 88

From: **Al-Ali, Nadje** <nadje_al-ali@brown.edu>
Date: Tue, Apr 2, 2024 at 7:41 AM
Subject: Birkelund Fund proposal
To: [redacted]

Dear [redacted],

Please find attached my proposal for this year's Birkelund Fund.
Can you please confirm receipt?

Thank you.

best wishes,
Nadje

--
Nadje Al-Ali
Robert Family Professor of International Studies
Professor of Anthropology and Middle East Studies
Director, Centre for Middle East Studies
Watson Institute for Public and International Affairs, room 211
111 Thayer Street
Brown University
Tel: +1 (401) 863- 5129

&
Department of Anthropology
Box 1921
128 Hope Street
Brown University
Providence, RI 02912 USA

AAUP-00579

# EXHIBIT 89

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 118 of 300

**From:** [redacted]
**Date:** Tue, Feb 18, 2025 at 2:21 AM
**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS
**To:** Al-Ali, Nadje <nadje_al-ali@brown.edu>

Dear Nadje,

I hope this mail finds you well despite of all the terrible things the Middle East is going through.

However, it seems conditions in Lebanon are stable enough to hold a conference here. In the meantime, we secured our funding and our institute opened again in January and hence we plan to have our statehood-conference here at Beirut. Would you still be on board? Dates would still be 19-20th May 2025. Most probably we will have one day at the AUB and one at the OIB. I'm really looking forward to meet you at the OIB. [redacted] sends you also his best regards.

Just a few organizational things to prepare:

1. I would like to remind you of sending in your draft paper till 20th April 2020.
2. Since you already organized a stay at the OIB, I guess the administration did already contact you to settle your travel expenses. Please inform me if this hasen't been the case. In any case, we will send you a taxi to the airport. Please keep us informed about your flight details.
3. I don't think you really need details about how to enter Lebanon, but for the good order of things I need to state: For entering Lebanon, holders of European, British or American

passports may simply ask for a tourist visa on arrival. It's valid for one month and can be prolonged at the General Security's seat at Adlieh. For holders of other, non-Lebanese, Arab passports, these regulations differ. In case of doubt, please refer to the website of the Lebanese General Security for detailed information (https://www.general-security.gov.lb/en/posts/37 ). However, there must not be any Israeli stamps in your passport. Dual citizens are recommended to enter Lebanon with their Lebanese ID.

Please do not hesitate to contact me in case you have any questions.

All my best,

[redacted]

---

**From:** [redacted]
**Sent:** Friday, August 16, 2024 9:21:43 AM
**To:** Al-Ali, Nadje
**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS

Thank you. Safely received.

---

**From:** Al-Ali, Nadje <nadje_al-ali@brown.edu>
**Sent:** Thursday, August 15, 2024 7:30:44 PM
**To:** [redacted]
**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS

Dear [redacted],

Please find below my title and abstract, and my bio is attached.
Is this ok?

VLG,
Nadje

***

**The state and anti-genderism: Intersectional approaches to statehood and**

**governance**

Contestations about gender and sexuality are at the center of political struggles and culture wars, contributing to both discursive and material aspects of state-making. Globally, we have seen antigenderism – that is an alignment of anti-gender, anti-feminist, and anti-LGBTQI+ – attitudes and policies amongst politicians, movements, and activists on the illiberal to extreme right-wing spectrum. Arab majority countries are no exception in encoding their state-making, maintaining and transforming in gendered terms. The politics of gender in concrete societal settings inevitably reflect the complex interactions of state, non-state and popular actors locked in power struggles and contestations over the direction of their polity.

Based on empirical research in Iraq, Egypt, Lebanon and Kurdish regions, my paper will address the wider conceptual link between state politics and the politics of gender while also providing concrete empirical examples. Drawing on research in the context of a failed state in Iraq, for example, it is apparent that gender norms and relations have been used as bargaining chips by both state and non-state actors. The institutionalization of sectarianism in Iraq has not only been gendered, but has contributed to state fragmentation, a shift towards competing conservative gender regimes and an increase in different forms of gender-based violence. Despite these multiple challenges, Iraqi women's rights mobilization has not only attempted to challenge the shrinking of political and social spaces for women, but also the different forms of violence they have been exposed to, as well as being at the forefront of the struggle against sectarianism and political authoritarianism.

On Wed, Aug 14, 2024 at 4:32 AM [redacted]> wrote:

> Dear Nadje (if I may),
>
> thank you for your swift and positive response. It would be good if we could get the title and an abstract as soon as possible, ideally around August 25, at least before August 30.
>
> Hope to see you soon at Beirut.
>
> Best wishes,

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 121 of 300

[redacted]

---

**From:** Al-Ali, Nadje <nadje_al-ali@brown.edu>
**Sent:** Tuesday, August 13, 2024 5:23:13 PM
**To:** [redacted]
**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS

Dear [redacted]

Many thanks for your invitation to what sounds like a very interesting conference.
I would be happy to participate in person if the situation allows it. I am supposed to be at the OIB for a month just before the conference and will try to change my dates so that I will be in OIB 18 April to 18 May if that is doable. So I could then just stay on for the conference. Indeed, let's hope for some positive developments and de-escalation as soon as possible.

Until when do you need a title and an abstract?

warm regards,
Nadje Al-Ali

On Tue, Aug 13, 2024 at 5:25 AM [redacted] wrote:

> Liebe Frau El-Ali,
>
> ich schreibe Ihnen, um Sie als Teilnehmerin für die vom Orient-Institut Beirut im nächsten Jahr geplante Konferenz zu Staatlichkeit zu gewinnen. Sie wird veranstaltet vom Orient-Institut Beirut und der American University Beirut. Als weitere Partner werden der Arab Council for Social Science und - aller Voraussicht nach - auch die Adenauer-Stiftung mit an Bord sein. Der Termin (19.-20.05.2025) ist so gelegt, dass die ACSS-Jahrestagung dem unmittelbar vorausgeht. Sie finden die Beschreibung der Veranstaltung im Anhang. Die Konferenz will insbesondere die epistemische, diskursive und performative Dimension von Staatlichkeit in den Blick nehmen. Sie finden die Liste der Konferenzthemen unten - jeder Spiegelstrich sollte auch für ein Panel stehen. Vor dem Hintergrund Ihrer bisherigen Forschungen, glaube ich, dass Sie etwa zu Fragen des Ein- und Ausschlusses einen interessanten Beitrag leisten könnten.
>
> - Discursive and/or performative representation of statehood
>
> - Statehood as an episteme and its imaginaries

- **Statehood as utopia and dystopia**

- **Expatriation and naturalization**

- **State policies and civic identities in discursive relation to other identities (such as sectarianism)**

- **The region and statehood**

Natürlich sind wir uns bewusst, dass Beirut zwar ein interessanter Ort, aber doch im Moment gerade nicht die meistgesuchte akademische Destination schlechthin ist. Wir hoffen aber doch recht ernsthaft auf eine Verbesserung der Lage bis nächsten Mai. Sollte dies nicht der Fall sein, würden wir zum Mittel der Online-Teilnahme greifen. Bitte teilen Sie mir möglichst bald mit, ob Sie grundsätzlich Interesse hätten. Am Zeitpunkt der Abgabe eines draft-papers soll es jedenfalls nicht liegen: wir bestehen nicht unbedingt auf diesem spezifischen Termin. Im Zweifel würden uns bis dahin auch eine Zusage, ein Beitragstitel und ein kurzes Abstract schon reichen. Unterkunft wird das OIB besorgen, Reisekosten können nach Rücksprache auch übernommen werden.

Über eine Zusage würden wir uns sehr freuen. Bei Fragen können Sie mich jederzeit kontaktieren.

Beste Grüße aus Beirut,

[redacted]

Author of: Digital Populism in Iraq: the case of Muqtada al-Sadr: https://www.tandfonline.com/eprint/WEEXPCR9F3J6YZEX5H7Y/full?target=10.1080/21567689.2024.2352443

--
Nadje Al-Ali
Robert Family Professor of International Studies
Professor of Anthropology and Middle East Studies
Watson Institute for Public and International Affairs, room 211
111 Thayer Street
Brown University
Tel: +1 (401) 863- 5129

&
Department of Anthropology
Box 1921
128 Hope Street
Brown University
Providence, RI 02912 USA

--
Nadje Al-Ali
Robert Family Professor of International Studies
Professor of Anthropology and Middle East Studies
Watson Institute for Public and International Affairs, room 211
111 Thayer Street
Brown University
Tel: +1 (401) 863- 5129

&
Department of Anthropology
Box 1921
128 Hope Street
Brown University
Providence, RI 02912 USA

# EXHIBIT 90

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 125 of 300

From: [redacted]
Date: Wed, Mar 26, 2025 at 4:33 AM
Subject: CMC Conference planning, June 3-5.
To: [redacted] nadje_al-ali@brown.edu <nadje_al-ali@brown.edu>, [redacted]
Cc: [redacted]

**Dear participants of our "Catastrophe, Memory & Critique" conference in Beirut,**

**Since we first invited you some two years ago, the conditions for this long-anticipated conference keep on changing. These conditions have made coming together more difficult but also more urgent. That we can speak of the Assad regime in the past tense, and fascism in Europe and the US in the present tense has implications for our research. Moreover, the erosion of democracies in Germany, in France, and elsewhere in Europe and beyond, not to mention the ongoing genocide against the Palestinian people continue to challenge the epistemic grounds on which with think.**

We attach our adjusted concept note for your reference. The point we want to emphasize in it is, that while we obviously recognize the malignant conditions of our research, work and life more generally, we do not wish to suggest every contribution needs to be a commentary on the present. Rather we encourage you to present your ongoing research, bearing in mind our conference themes.

Those of you who have not yet submitted a **preliminary title and abstract** to us, please, do so as soon as possible.

Some of you may not be able to leave the US or may not arrive in Lebanon in time for the conference. And some of you will participate as panel chairs, discussants or invited observers. We appreciate that all of you are committed to this conference and contributing in one way or another to the publication of our edited volume.

We will be able to offer a flat-rate reimbursement upon arrival in Beirut (depending on your country of departure) to all those presenters **traveling** from far who have not booked their tickets with us at this late stage. Please contact my secretary Hussein (cc-ed) for any questions.

All the best and till soon,

[redacted]

# EXHIBIT 91


BROWN UNIVERSITY
CENTER FOR
MIDDLE EAST
STUDIES
ANNUAL
REPORT
2023-2024

AAUP-00644

# TABLE OF CONTENTS

LETTER FROM THE DIRECTOR 3

ABOUT 4

RESEARCH INITIATIVES AND PROJECTS 5-9

PROGRAMMING 10

ACADEMICS 12-17

PEOPLE 18-21

ANNOUNCEMENTS 22

**Front Cover:** Mara Kessler '23.5
درج الكلحة // Daraj al-Kalha.
In a rare instance of solitude, a street poet stands in the window of a popular artisan space, in the alleyway of one of Amman's oldest and busiest stairs.

**Back Cover:** Dorra Guermazi '24
**Portal to Serenity: A Glimpse into Kairouan's Sacred Threshold**
Local mosque entrance in Kairouan, Tunisia.

AAUP-00645

# LETTER FROM THE DIRECTOR

**Dear colleagues, students and friends of the Center for Middle East Studies,**

As the academic year comes to a close and my time as director of CMES comes to an end, I would like to take this opportunity to thank our community at Brown for their contributions, participation and support. These last months have been particularly challenging for many of us. While tensions and polarizations are evident on our campus, we have also pulled together and made new connections and friendships. I would like to thank all of you who have helped and supported me in my role as director.



Since the devastating attacks on Israeli civilians on October 7, 2023, and Israel's genocidal war on Gaza specifically and Palestinians more broadly, CMES has provided academic leadership on the history of the current violence and hosted ongoing debates, both on the Brown campus and nationally. Community conversations addressed the context of the current war on Gaza, Palestinian and Israeli perspectives on the present situation and discussions about the future of Israel and Palestine. In March, New Directions in Palestinian Studies (NDPS) organized their annual workshop, which focused on the situation in Gaza and possible ways forward. CMES also played an important role in providing a platform to engage in discussions about issues of academic freedom, antisemitism and the political climate on campus more broadly. Special highlights to mention here were an event with **Asli Bali,** president of the Middle East Studies Association (MESA) and a professor of law at Yale University, and a conversation with **Peter Beinart,** professor of journalism and political science at CUNY and editor-in-chief of **Jewish Currents.**

Meanwhile, we have continued to pursue our various research initiatives and projects. This spring semester 2024, for example, CMES has hosted Iranian-American artist **Amitis Motevalli,** whose artwork engages Islamic spirituality, gender, body politics and diaspora. Her residency is part of a broader joint project on gender, art and body politics between the Middle East Institute at Columbia University and CMES at Brown. As part of her residency at Brown, Motevalli has taught two master classes and organized an exhibition at the Watson Institute. The list of events hosted by CMES this past academic year can be found on the CMES website.

Finally, I am delighted to share with you that **Elias Muhanna,** associate professor of comparative literature and history, will take over this summer as director of CMES. After four years in my role, it is with mixed feelings that I say goodbye. Although I will be sad to leave the role, I am looking forward to having some time to research and write during my sabbatical. I am delighted to pass on the role to my colleague, who will bring a different expertise and perspective, fresh energy and new ideas to the director's position and CMES.

With my best wishes,

**Nadje Al-Ali**
*Director, Center for Middle East Studies*
*Robert Family Professor of International Studies*
*Professor of Anthropology and Middle East Studies*

AAUP-00646

# ABOUT

## MISSION

The Center for Middle East Studies (CMES) at the Watson Institute for International and Public Affairs promotes research, teaching and public engagement on key issues of the Middle East in a historically and culturally grounded manner. Its coverage includes all time periods—from antiquity to contemporary geopolitics—and an expansive geographical imagination in which the Middle East is both a region with changing boundaries and a conceptual entity part of global discourses. As the hub for Middle East studies at Brown, the center supports research and programming generated by a world-renowned faculty. It houses a thriving undergraduate concentration connected to an extensive interdisciplinary curriculum. The center also acts as a second intellectual and social home for a large group of graduate students spread across Brown's departments that grant advanced degrees. Through collaboration with other units on campus, the center furthers Brown's work as a global university especially dedicated to seeking a just and prosperous future for all. With an extensive footprint in research, teaching and advocacy, the center is a major academic node in the international network of institutions dedicated to discussing a region crucial to global affairs.

## CURRENT YEAR RESEARCH INITIATIVES

ISLAM AND THE HUMANITIES

NEW DIRECTIONS IN PALESTINIAN STUDIES

## RESEARCH PROJECTS

GENDER STUDIES IN THE MIDDLE EAST AND BEYOND

GENDER AND BODY POLITICS: ARTS IN THE MIDDLE EAST AND ITS DIASPORAS



AAUP-00647

# RESEARCH INITIATIVES

ISLAM AND THE HUMANITIES
BROWN UNIVERSITY
CENTER FOR MIDDLE EAST STUDIES

## ISLAM AND THE HUMANITIES

is a research initiative that connects the study of Islam and Muslims to topics engaged by scholars in the humanities in general. During spring 2024, the initiative sponsored a series of discussions under the rubric "Islamic Pasts and Futures" in which current graduate students and recent Ph.D. recipients from Brown showcased their work in a workshop format. Also in spring, the initiative collaborated with Brown's Center for the Study of the Early Modern World to host a one-day conference on the theme of "Mirrors for Princes." With continuing support from the Carnegie Corporation, Islam and the Humanities sponsors an Open Access book series titled "Islamic Humanities," published by the **University of California Press.** Three books have recently been published in the series: Timur Hammond's "Placing Islam: Geographies of Connection in Twentieth-Century Istanbul" (May 2023), Amanda Lanzillo's "Pious Labor: Islam, Artisanship, and Technology in Colonial India" (January 2024), and Emily Drumsta's "Ways of Seeking: The Arabic Novel and the Poetics of Investigation" (February 2024).






# RESEARCH INITIATIVES

PALESTINIAN STUDIES
BROWN UNIVERSITY
CENTER FOR MIDDLE EAST STUDIES

## NEW DIRECTIONS IN PALESTINIAN STUDIES (NDPS)

Founded in 2012 by Professor Beshara Doumani, this initiative promotes knowledge production on Palestine and Palestinians. NDPS invests in emerging scholars through an endowed postdoctoral fellowship, an annual thematic workshop, a book series with the University of California Press and outreach programming.

Loubna Qutami, assistant professor of ethnic studies at the University of California, Los Angeles, joined NDPS as its postdoctoral research fellow this year. With Beshara Doumani, Qutami co-organized an international workshop titled "Palestine and the Palestinians After October 7." NDPS also organized two well-attended teach-ins on Gaza, as well as several talks, including "Renewal and Revolt in Palestinian Youth Movements," by Loubna Qutami, "My Time in Gaza," by Dr. Ghassan Abu Sittah, and "Transnational Palestine: Migration and the Right of Return Before 1948," by Nadim Bawalsa. NDPS also supported two public health workshops on Gaza.

Beshara Doumani taught a lecture course, Understanding Palestine and the Palestinians, and Loubna Qutami taught a seminar, Palestine: A Comparative Ethnic Studies Approach. NDPS facilitated the publication of papers presented at the annual workshops in peer-reviewed journals, including a special issue of Comparative Studies of South Asia, Africa, and the Middle East, "Claiming Property, Claiming Palestine." The most recent book published by NDPS is "Novel Palestine: Nation Through the Work of Ibrahim Nasrallah," by Nora Parr. All NDPS books are **free to download**.




PALESTINIAN STUDIES
MIDDLE EAST STUDIES | BROWN
NEW DIRECTIONS IN PALESTINIAN STUDIES
Palestine and the Palestinians after October 7
MARCH 8-9 2024
Joukowsky Forum
Watson Institute of International and Public Affairs
WATSON INSTITUTE
BROWN UNIVERSITY
CENTER FOR MIDDLE EAST STUDIES
middleeastbrown.org

# RESEARCH **PROJECTS**

## GENDER STUDIES IN THE MIDDLE EAST AND BEYOND

This research project is led by CMES Director **Nadje Al-Ali,** Robert Family Professor of International Studies, and professor of anthropology and Middle East studies. The project is based on the recognition that a gendered intersectional lens is central, not marginal, to a deeper analysis and understanding of political mobilizations, social developments and cultural expressions in the Middle East. A gendered lens also allows for a comparative perspective and collaboration with other regional centers and initiatives at Brown University. The project involves panel discussions, lectures and book talks, as well as relevant research.















## GENDER AND BODY POLITICS: ARTS IN THE MIDDLE EAST AND ITS DIASPORAS

In conversation with artists from the Middle East and North Africa and their diasporas, the "Gender and Body Politics: Arts in the Middle East and its Diasporas" series examines intersecting inequalities and body politics expressed, represented and transgressed in both visual and performance art. Against the backdrop of war and conflict, the rise of authoritarian regimes, displacement and diaspora mobilization, Islamophobia and ongoing orientalist depictions and challenges, this series explores the ways in which artists are informed by and/or contribute to anti-racist, transnational feminist and queer praxis. The Brown University **Center for Middle East Studies** (CMES) and the Columbia University **Middle East Institute** (MEI) joint series features artists in both online and in-person events. Exhibitions and performances complement the series in locations across New York City and Providence.

As part of this initiative, CMES and MEI hosted Iranian-American artist **Amitis Motevalli,** whose artwork engages Islamic spirituality, gender, body politics and diaspora. As part of her residency at Brown, Motevalli taught two master classes and displayed her work in an exhibition titled **"Heretical Dervish: Photos from Ritual Performances and Unauthorized Actions"** at the Watson Institute.

AAUP-00652

Case 5:25-cv-06618-NW ... Page 373 of 469
Case: 25-..., 11/20/2025, DktEntry: ..., Page 137 of 300

# OTHER PROGRAMMING






AAUP-00653

9-ER 2311

# TESTIMONIALS

*Middle East Studies has been central to making my experience at Brown positive and meaningful. The faculty, staff, students, classes, (numerous!) events and research opportunities have all contributed to shaping my intellectual views and creating a sense of community. I feel grateful that CMES has been part of my experience at Brown, and I know that I will carry the knowledge that I have gained and the relationships that I have built long after graduation.*

**—RITA SLAOUI '23.5**

*CMES is not only one of the most genuine and responsible centers of learning I've been part of on campus, but it has also been intentional in building a wonderful community.*

**—ZOE FEDERMAN '23.5**

*Choosing to study Middle East studies and work for the Center of Middle East Studies was perhaps the most pivotal and formative decision I made while at Brown, as it pushed me to grow not only as a student but as an individual as well. I will be forever grateful for the intellectual space and community that CMES has cultivated through its thought-provoking courses and events and accessible and supportive faculty, staff and students—and will miss it all dearly after graduation!*

**—MARA KESSLER '23.5**

# ACADEMICS
# SAMPLING OF COURSES

Brown's CMES continues to foster an environment that encourages faculty and students to push the boundaries of Middle East studies, furthering the center's well-earned reputation as the home of ground-breaking research and classroom innovation. Affiliated faculty have established Brown as a hub for research on gender and sexuality, conflict and displacement, and social and political movements while continuing to innovate in the study and teaching of the Middle East from antiquity to the present day.

Students are drawn to Middle East studies by the opportunities to study the region's languages, cultures and societies, as well as its connections to other parts of the world. Language study often serves as a gateway for students to become interested in other aspects of the Middle East, and Middle Eastern language offerings at Brown continue to expand. Elective courses offered in various departments expose students to different disciplinary perspectives and research methodologies, which they apply in their own research with the support of Brown faculty and librarians and with research and travel funding from CMES.

Students travel to the Middle East for language study, internship opportunities and research. Meanwhile, scholars, artists and practitioners visit campus for CMES events, often as classroom guests, providing an opportunity for students to engage directly with experts in various fields. CMES thus continues to be the gravitational center of a tight-knit community of scholars—students and faculty—who bring their different interests and perspectives to the classroom and beyond it, in the shared endeavor of better understanding the Middle East.

## The Modern Middle East: Struggles for Power and Justice

**ALEX WINDER**

This introduction to the modern Middle East spans from the 18th century to the present. It focuses on struggles—individual and collective—for power and justice. At times, these struggles overlap, when groups seek to overthrow the existing authority and install a more just one in its place. Other times, they diverge, when groups or individuals seize power for their own interests, or seek justice by reforming the existing order (rather than toppling it). These struggles illuminate the shifting material and ideological conditions within the Middle East over the past three centuries or so: in other words, over what are people struggling, and why? By focusing on struggles for power and justice, this course emphasizes the Middle East as a dynamic region shaped by numerous stakeholders and challengers, rather than a space with an essential or homogenous character.

## Women and Gender in Ancient Religions

**SUSAN HARVEY**

What was religion like for women in the ancient Mediterranean world? What experiences, emotions and constraints characterized women's religious lives? What was public and what was private? What were the family issues involved? How were religions gendered? Were there major differences between religions that included goddesses and priestesses, and those that did not? Were notions of gender fixed or fluid? Could they enable religious freedoms for women? This course explores these and other questions through a consideration of religions Greek, Roman, Jewish and Christian between roughly 500 BCE and 500 CE, with a focus on the Roman Empire.



AAUP-00655

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 140 of 300

## Palestine: A Comparative Ethnic Studies Approach

**LOUBNA QUTAMI**

This course examines Palestine and the Palestinians through interdisciplinary ethnic studies' optics and frameworks. The course begins by examining the Palestinian struggle from a historical and geographically contextual lens. It then engages the question of Palestine from an ethnic studies approach, centering theories and ideas on indigenous sovereignty; transnational social movements; racial carcerality; sexual and gender politics; displacement and refugee-hood; and apartheid and international law. The course also examines Palestinian relationships with communities and causes of the global South in the past and present.

## Beyond Kitsch and Colonialism: Islamic Art in the 19th Century

**MARGARET GRAVES**

In the 19th century, the Islamic world and its artistic production in all media—painting, architecture, photography, ceramics, metalwork, printed media—underwent colossal changes. Power shifts between indigenous rulers, colonial forces and the declining Ottoman Empire changed not just political circumstances but also the cultural, economic and technological landscape of the region, as makers adapted to new markets and new means of making art. This course looks at the remarkable and often overlooked art produced in the Middle East and North Africa during the long 19th century, placing it into the social histories of the Islamic world during a century of tumultuous change.

## Ethics and Politics of Intimacy in the Middle East

**MEHRDAD BABADI**

Intimacy is often a synonym for proximate, close relations, connected with the interior and the personal: sexual and romantic relations. It is associated with private embodied life, the realm of psychology, desires and emotions. Intimacy as an analytical concept in social sciences draws on these micro-level (private) meanings, but also introduces macro-level (public) socio-economic, cultural and political dimensions, including power relations. This course explores the ethics and politics of intimacy in contemporary Middle Eastern societies. It examines these transformations in a comparative manner, including various countries, though Iran will be the main geographical focus. The course discusses marriage, family, kinship, gender and sexuality and evaluates the impact of modernity, globalization, capitalism and individualism on shifting notions of romantic love and companionate marriage in Muslim societies.

## Iranian Cinema

**JOAN COPJEC**

The emergence in the 1990s of Iranian cinema onto the world stage caught many by surprise. This cinema has, however, had a long and illustrious history. While attempting to provide an historical survey of these films, the course focuses primarily on those produced in the last two decades. The course pays close attention to cinematic form but will also examine the ways the films intersect with cultural-political events, including the Revolution and the subsequent Islamization of the culture, the institutionalization of the "modesty system" and the alteration of divorce laws.

## Monumentality and Texts in Ancient Egypt

**CHRISTELLE ALVAREZ**

From monumental inscriptions carved inside pyramids to mummy bandages, and from texts meant to be ingested to those intended to be burnt, this course explores the multifaceted world of ancient Egyptian writing, with a particular focus on the hieroglyphic script. The course addresses key themes related to script and writing, including materiality, agency and spatiality, and covers artifacts and monuments from all periods of ancient Egypt. Students are introduced to innovative tools and methods that engage with texts, such as VR immersion and AI-based language programming, while familiarizing themselves with scholarly research and debate.

## Protest and Dissidence in Iran

**MICHELLE QUAY**

The anti-authoritarian Woman, Life, Freedom movement arose as a reaction to protests, incarceration and death in Iran in the fall of 2022. The course discusses historical events such as the 1979 Iranian Revolution and how they still affect Iran's relationship to the West. Through a broad selection of texts, film and art, the course explores topics that include corruption, authoritarianism, multiculturalism, race, social class, religion and gender relations in today's Iranian culture and society.

## Contestations Within Political Islam

**SUVAID YASEEN**

9/11 catapulted figures such as Osama bin Laden as the face of Political Islam. But there is a longer, complex history behind the relationship between Islam, modern politics, and violence. Examining thinkers such as Sayyid Qutb, Hassan Al-Bana, Zaynab Al-Ghazali, Ayatollah Khomeini, Ali Shariati, Murtaza Mutahhari, and Abul Ala Maududi, this seminar will explore the diversity of intellectual and political positions within Political Islam. The course discusses how such figures employed conceptions of state, nationalism, secularism, democracy, law, gender and minority rights to articulate multiple futures for national and global Muslim communities and influenced a variety of popular struggles as well as armed movements. As such, the course thinks through their intellectual, political and hermeneutical departures from more traditionalist understandings as a critique of the modern condition and examines the strengths as well as limitations of their ideas and receptions.

## Rumi and Friends: The World of Sufi Poetry

**SHAHZAD BASHIR**

As exemplified in the renowned work of Jalaloddin Rumi (d. 1274), Sufi Islam has often found its most profound and vibrant expression in poetry. This course traverses the world of aesthetics and thought in Sufi poetry from various periods by concentration on translations from a range of Middle Eastern and Central, South and Southeast Asian languages. Students "slow read" materials in genres that approximate to lyric, narrative, philosophical and didactic poetry. Occasional readings on Sufism, Islam, and poetics will highlight the subtlety of texts and their sociohistorical contexts. Assignments encourage participants' own efforts at composing or translating poetry to deepen understanding and cultivate poetic expression.

## DEPARTMENTAL UNDERGRADUATE GROUP (DUG)

The DUG is run by students concentrating in Middle East studies who wish to build a community both inside and outside of the concentration. The MES DUG aims to highlight those aspects of the center that are related to undergraduate activities. This year's DUG leaders were Mica Maltzman '25, Dorra Omrani '26 and Sabine Jimenez-Williams '26. In their role, they acted as undergraduate student ambassadors, disseminating pertinent announcements to their peers and organizing a DUG Meet and Greet, a paper presentation event and other outreach efforts.



*(from left): Mica Maltzman '25, Dorra Omrani '26, Sabine Jimenez-Williams '26*












AAUP-00657

Case 5:25-cv-06618-NW Page 378 of 469

# MIDDLE EAST STUDIES GRADUATE STUDENT ASSOCIATION (MESGSA)

Supported by the Center for Middle East Studies, MESGSA is an interdisciplinary group of graduate students united by a shared scholarly interest in the Middle East and North Africa. Combining diverse humanities and social sciences backgrounds with regional expertise, the association aims to foster conversations that are theoretically diverse and regionally focused. This year, MESGSA hosted several themed lunches at the Faculty Club and organized a seminar highlighting presentations by 2023 recipients of the Sams Family Research Travel Grant.

**Adel Ben Bella,** a filmmaker and curator, is pursuing a Ph.D. in modern culture and media at Brown University. He holds a bachelor of arts in Lettres Modernes Spécialisées from Université Paris-Sorbonne (Paris IV) and a master of fine arts in film directing from Columbia University. His work revolves around 20th-century colonial and postcolonial Algeria, with a focus on activist and militant visual culture within the context of the Algerian Revolution and Algerian national identity formation.



*Adel Ben Bella*



Case 5:25-cv-06618-NW, 11/20/2025, DktEntry: 16.3, Page 379 of 469

# ACADEMICS CLASS OF 2024



## MAYA AVELINO BENCOSME '24

is a double concentrator in Middle East studies and international and public affairs. She is passionate about disability and immigrant justice, and during her time at Brown she has worked with the Disability Justice Student Initiative and various civil rights organizations, including the National Association for the Advancement of Colored People and the Juvenile Justice Coalition. Maya's thesis centers shifting narratives of criminality and modernization illustrated by crime fiction printed in the 1920s Palestinian legal journal al-Huquq. After graduating from Brown she plans to attend law school to pursue her goal of practicing international human rights law.

### THESIS

Narratives of Criminality and Modernization: Short Stories in the 1920s Palestinian legal journal al-Huquq

## CHARLIE KEY '24



is a double concentrator in Middle East studies and political science. During his time at Brown, Charlie's studies have revolved primarily around early Christian and Islamic history, culminating in the completion of a thesis titled "A Study of Islamic Crucifixion Beliefs (50 - 250 AH)." Additionally, Charlie spent two summers in Amman, Jordan, studying Arabic on a Watson Institute Language Study Grant and writing for the Jordan Times. After graduating, Charlie is returning to the UK to qualify as a lawyer.

### THESIS

'Who Will Join Me in Paradise Today?' - A Study of Islamic Crucifixion Beliefs (50 - 250 AH)



## JACOB EHRENKRANZ '24

is a double concentrator in Middle East studies and economics. At Brown, Jake has spent much time making use of interdisciplinary studies, taking courses across many areas of his two concentrations. A member of Brown's men's rugby team, he balanced this with studies in Arabic as well as numerous entrepreneurial involvements, such as Brown's Innovation Dojo accelerator. Shifting his Middle East studies concentration to an international arena, Jake furthered his studies during a semester abroad in Denmark, learning simultaneously about international business and the lives of Muslims in a European context. After graduation, Jake will be employing his skills in finance, with hopes of pursuing a dynamic career in the Middle East that incorporates both of his concentrations.

### CAPSTONE

Good Muslim, Bad Muslim: The Mischaracterizations of Muslims as a Dangerous Policy Catalyst

## RITA FEDER '24



is a Middle East studies concentrator on the pre-med track. This past year, Rita co-founded BrownU Jews for Ceasefire and has continued her work in forcing Jewish and Israeli communities to reckon with the Israeli occupation. She is currently researching medical school curricula focused on teaching refugee health care to medical school students, and she volunteers as a medical assistant at the Rhode Island Free Clinic. Rita also volunteers with Save a Child's Heart. She is the captain of Brown's Ultimate Frisbee team. After graduation, Rita hopes to travel and work in Jordan as she continues her study of Arabic while applying to medical school.

### CAPSTONE

Responses to Israel Education in U.S. Jewish Day Schools: A Case Study



AAUP-00659

9-ER 2317

Case 5:25-cv-06618-NW Document 81-3 Filed 10/30/25 Page 380 of 469
Case: 25-6906, 11/20/2025, DktEntry: 16.2, Page 144 of 300



## PAULINE GREGORY '24

is a concentrator in Middle East studies. During her time at Brown, she has been involved in the classical music community on campus, playing the violin in the Brown University Orchestra and the Applied Music Program for eight semesters, and participating in various chamber music ensembles. Since high school, she has also volunteered at Community Music Works, a local nonprofit organization that provides free music instruction to Providence public school students. As a junior and senior, she was a member of the Environmental Program House, hoping to integrate environmentally conscious practices into everyday life and form a community around shared values. She has focused much of her time on Arabic, studying in Manah, Oman, at an intensive summer Arabic program. After graduation, she hopes to continue her Arabic studies in Jordan and explore a career path focused on human rights advocacy.

### CAPSTONE

Conceptions of the 'Other' in the Early Palestinian Press

## ZOE FEDERMAN '23.5

is a double concentrator in Middle East studies and comparative literature. She has spent much of her time at Brown as a student organizer working to combat Jewish communal support for the Israeli occupation. Zoe has been studying Arabic since she was a freshman and has spent the past year writing a thesis that explores political theories of translation through a multilingual encounter with Rabih Alameddine's "An Unnecessary Woman." After graduating, Zoe plans to earn an MSW and work at a community resource center, with a mind to becoming a psychotherapist specializing in transgender care.

### CAPSTONE

Translating Fadwa Tuqan's في المدينة الهرمة





## MARA KESSLER '23.5

is a Middle East studies concentrator on the pre-medical track. During her time at Brown, she served as the co-editor-in-chief and managing editor of the Brown Undergraduate Journal of Middle East Studies. In addition, she volunteered as an emergency medical technician for Brown EMS, worked for CMES, and actively participated in Palestinian activist circles. Her studies at Brown have revolved predominantly around Arabic, leading her to study abroad in Amman, Jordan, for a semester. Mara later returned to Jordan to intern with Arab Reporters for Investigative Journalism and conduct research for her capstone project. Upon graduation in December, Mara aspires to pursue a career that merges her passions for human rights advocacy—particularly in relation to Palestine—and health care.

### CAPSTONE

Investigative Journalism in the Arabic-Speaking World

## RITA SLAOUI '23.5

is a double concentrator in Middle East studies and history from Casablanca, Morocco. She is passionate about queer and feminist organizing in the region, an interest she has pursued through her classes, research with professors and her Royce Fellowship project to create a collaborative online archive of queer and feminist resistance. At Brown, she was co-editor-in-chief of the Brown Undergraduate Journal of Middle East Studies, and worked as an immigration advocate with the Student Clinic for Immigrant Justice throughout for four years. After graduating from Brown in December, she hopes to attend law school to empower her to advocate for queer and women's rights in the Global South through the law.

### CAPSTONE

Saman Arastoo's 'You All Know Me:' A Tool to Educate Iranian Audiences on Trans Issues



AAUP-00660



9-ER 2318

Case 5:25-cv-06618-NW Document 81-2 Filed 10/30/25 Page 381 of 469
Case 25-6906, 11/20/2025, DktEntry 16.10, Page 145 of 300

# PEOPLE



## NADJE AL-ALI

DIRECTOR, CENTER FOR MIDDLE EAST STUDIES
ROBERT FAMILY PROFESSOR OF INTERNATIONAL STUDIES
PROFESSOR OF ANTHROPOLOGY AND MIDDLE EAST STUDIES



## ALEX WINDER

VISITING ASSISTANT PROFESSOR IN MIDDLE EAST STUDIES
DIRECTOR OF UNDERGRADUATE STUDIES



## BARBARA OBERKOETTER

CENTER MANAGER



## ALIZAH HOLSTEIN

EVENTS AND OUTREACH COORDINATOR

# VISITING FACULTY



## MEHRDAD BABADI

OMAR KHAYYAM POSTDOCTORAL RESEARCH ASSOCIATE
IN IRANIAN STUDIES



## FULYA PINAR

ALOMRAN FAMILY POSTDOCTORAL
RESEARCH ASSOCIATE IN MIDDLE EAST STUDIES



## LOUBNA QUTAMI

POSTDOCTORAL RESEARCH ASSOCIATE IN PALESTINIAN STUDIES



AAUP-00661

9-ER 2319

## AMITIS MOTEVALLI

VISITING FELLOW IN GENDER, BODY POLITICS AND IRANIAN ART



# STUDENT STAFF



## MARA KESSLER '23.5

STUDENT COORDINATOR

## ERICA HYUNJEE NAM '24

GRAPHIC DESIGNER





## BIANCA ROSEN '25

PALESTINIAN STUDIES STUDENT ASSISTANT

## MUSTAPHA KHARBOUCH '27

STUDENT ASSISTANT





## INARI JADE BARRETT '27

STUDENT ASSISTANT

## SABINE JIMENEZ-WILLIAMS '26

STUDENT ASSISTANT



Case 5:25-cv-06618-NW [illegible] Page 383 of 469
Case: 25-[illegible], 11/20/2025, DktEntry: [illegible], Page 147 of 300

# STEERING COMMITTEE



## NADJE AL-ALI

**ROBERT FAMILY PROFESSOR OF INTERNATIONAL STUDIES AND PROFESSOR OF ANTHROPOLOGY AND MIDDLE EAST STUDIES**

Feminist activism and gendered mobilizations in the Middle East (Egypt, Iraq, Lebanon, Turkey and the Kurdish regions); gendered dimensions of war and conflict; transnational migration and diaspora mobilization; anti-gender discourses among political right movements in the Middle East and Europe.



## ELSA BELMONT FLORES

**LECTURER IN LANGUAGE STUDIES (ARABIC) AND ASSISTANT DIRECTOR OF THE CENTER FOR LANGUAGE STUDIES**

Youth culture, contemporary film and social media in the Arab World, the integration of social justice and multiculturalism in the Arabic language learning curriculum (beginning through advanced levels, MSA and Levantine Colloquial Arabic) and the use of technology in the teaching of Arabic.



## VANGELIS CALOTYCHOS

**VISITING ASSOCIATE PROFESSOR OF CLASSICS**

Comparative literature, cultural and reception studies. Literature, film and politics in the Eastern Mediterranean and Balkans. Modernity and "self-colonization" in Greece; resistance in Greek film. Ethnic conflict, reconciliation and peace processes in Cyprus.



## NITSAN CHOREV

**HARMON FAMILY PROFESSOR OF SOCIOLOGY AND INTERNATIONAL AND PUBLIC AFFAIRS**

International political economy, international trade, global health, foreign aid, technological innovation and development.



## BESHARA DOUMANI

**MAHMOUD DARWISH PROFESSOR OF PALESTINIAN STUDIES**

Doumani's research focuses on people, places and time periods marginalized by mainstream scholarship on the Middle East. He also writes on academic freedom, the politics and ethics of knowledge production, and the Palestinian condition. Doumani is editor of the New Directions in Palestinian Studies book series with the University of California Press and co-editor of the Jerusalem Quarterly. He is the founding director of CMES and of the Palestinian Museum.



## NANCY KHALEK

**ASSOCIATE PROFESSOR OF RELIGIOUS STUDIES AND HISTORY**

In addition to a focus on the formative period of Islamic history, her research interests include the history of emotions, hagiography, biography and historiography in the Byzantine and Islamic worlds, relic and saint veneration, Christian-Muslim dialogue and the relationship of material culture to religious life.



AAUP-00663
9-ER-2321

# FACULTY IN 2023-24

**RUTH ADLER BEN YEHUDA,** Judaic Studies
**FAIZ AHMED,** History
**NADJE AL-ALI,** Middle East Studies, Anthropology, Watson Institute
**JAMES ALLEN,** Egyptology and Assyriology
**CHRISTELLE ALVAREZ,** Egyptology and Assyriology
**ARIELLA AZOULAY,** Modern Culture and Media, Comparative Literature
**MEHRDAD BABADI,** Omar Khayyam Postdoc. Associate in Iranian Studies
**OMER BARTOV,** History
**SHAHZAD BASHIR,** Religious Studies, History
**ELSA BELMONT FLORES,** Center for Language Studies
**LAUREL BESTOCK,** Archaeology, Egyptology and Assyriology, HIAA
**SHEILA BONDE,** History of Art and Architecture (HIAA), Archaeology
**VANGELIS CALOTYCHOS,** Classics, Comparative Literature
**JONATHAN CONANT,** History, Classics
**JOAN COPJEC,** Modern Culture and Media
**LISA DICARLO,** Sociology
**BESHARA DOUMANI,** History
**MILED FAIZA,** Center for Language Studies
**LINA FRUZZETTI,** Anthropology
**KATHARINA GALOR,** Judaic Studies and Middle East Studies
**MARGARET GRAVES,** History of Art and Architecture
**YANNIS HAMILAKIS,** Archaeology, Modern Greek Studies
**JAE HAN,** Religious Studies, Judaic Studies
**SUSAN HARVEY,** Religious Studies, Early Cultures
**ALLA HASSAN,** Center for Language Studies
**JENNIFER JOHNSON,** History
**NANCY KHALEK,** Religious Studies
**STEPHEN KINZER,** Watson Institute for International and Public Affairs
**VIRGINIA KRAUSE,** French Studies
**OURIDA MOSTEFAI,** Comparative Literature, French Studies
**ELIAS MUHANNA,** Comparative Literature, History
**PAUL NAHME,** Judaic Studies, Religious Studies
**ADI OPHIR,** Cogut Center for the Humanities, Middle East Studies
**ESRA ÖZDEMİR,** Center for Language Studies
**FULYA PINAR,** Alomaran Family Postdoctoral Research Associate, MES
**MICHELLE QUAY,** Center for Language Studies
**LOUBNA QUTAMI,** Middle East Studies
**AMY REMENSNYDER,** History
**RACHEL ROJANSKI,** Judaic Studies
**FELIPE ROJAS SILVA,** Archaeology, Egyptology and Assyriology
**MATTHEW RUTZ,** Egyptology and Assyriology
**KENNETH SACKS,** History
**HOLLY SHAFFER,** History of Art and Architecture
**JOHN STEELE,** Egyptology and Assyriology
**SUZANNE STEWART-STEINBERG,** Comparative Literature, Italian Studies
**SAMEE SULAIMAN,** Anthropology
**NINA TANNENWALD,** Political Science
**ADAM TELLER,** History, Judaic Studies
**PETER VAN DOMMELEN,** Anthropology, Archaeology
**PARKER VANVALKENBURGH,** Anthropology
**ALEX WINDER,** Middle East Studies
**SUVAID YASEEN,** History
**VAZIRA ZAMINDAR,** History

AAUP-00664

# ANNOUNCEMENTS



## INCOMING CMES DIRECTOR 2024-25

### ELIAS MUHANNA

ASSOCIATE PROFESSOR OF COMPARATIVE LITERATURE;
ASSOCIATE PROFESSOR OF HISTORY

Medieval and early modern Islamic history; classical Arabic literature; history of the Arabic language; the problem of the vernacular in various literary and historical contexts; encyclopedic practices in medieval Islamic history.

## SAMS FAMILY RESEARCH TRAVEL AWARD RECIPIENTS | SUMMER 2024

### GRADUATE STUDENTS

**ADEL BEN BELLA** (MODERN CULTURE AND MEDIA)
**ARIF ERBIL** (HISTORY)
**HOSNA SALARI SARDARI** (HISTORY OF ART AND ARCHITECTURE)
**AMELLE ZEROUG** (HISTORY)
**GABRIEL ZUCKERBERG** (MUSIC)

### UNDERGRADUATE STUDENT

**ABOUD ASHHAB** '25

## MES CONCENTRATOR INTERNSHIPS AND SCHOLARSHIPS

### CRITICAL LANGUAGE SCHOLARSHIP

**SABINE JIMENEZ-WILLIAMS** '26
**BIANCA ROSEN** '25
**SALMA ELDEEB** '26

AAUP-00665

# ADVISORY COUNCIL (2023-24)

**AHMAD ABU GHAZALEH** P'24, P'26

**ALI FAROUKI**

**ALIA AL-SENUSSI** '03 AM'04

**ANDRA B. EHRENKRANZ** '87, P'24, P'26

**BASEM I. SALFITI** '93 P'25

**D. PATRICK MALEY** '67

**DANA FAROUKI** '03

**E. PAUL SORENSEN** '71 SCM'75 PHD'77 LHD '19 HON., P'06, P'06

**FOUAD DAJANI** '95 P'25

**GLORIA I. GALLAGHER** '91, P'24, P'24

**HISHAM M. ATTAR** '04

**JAMES K. SAMS** '82

**KAMAL G. JABRE** '90, P'20, P'22

**LAYA KHADJAVI** '84, P'23

**LISA SAMS**

**MOSA ALOMRAN** P'23 P'26

**NANCY B. TURCK** '68 AM'68

**NATHALIE F. FARMAN-FARMA** '90

**OMAR MASRI**

**OSSAMA M. EL BATRAN** '07

**RANDY TAKIAN** '96

**RASHA ABU GHAZALEH FAROUKI**

**SAMER M. KHALIDI** '90

**SHIRINE G. AGGAD** P'22

**SIRINE ABU GHAZALEH** P'24, P'26

**TANSA MERMERCI EKŞIOĞLU** '97

**TAREK O. AGGAD** P'22

AAUP-00666


CENTER FOR MIDDLE EAST STUDIES
Brown University
Box 1970
Providence, RI 02912
www.middleeastbrown.org
cmes@brown.edu
WATSON INSTITUTE
INTERNATIONAL & PUBLIC AFFAIRS
BROWN UNIVERSITY
CENTER FOR MIDDLE EAST STUDIES
AAUP-00667

# EXHIBIT 92

SINCE 1891
THE BROWN DAILY HERALD
Print Editions
Thursday June 12th, 2025

OPINIONS

# Faculty letter in support of BrownU Jews for Ceasefire Now

> "Please let what happened ... at University Hall be not a crisis but an opportunity for Brown to show its moral leadership and to provide a model for how a community may come together and what it may thoughtfully do."

*Editors' Note: This letter was originally sent to President Christina Paxson P'19 P'MD20 on Nov. 9, 2023, with additional signatories who opted not to make their names public.*

We, the undersigned, are writing in response to the events that took place on the evening of Wednesday, Nov. 8, when 20 undergraduate students from the group BrownU Jews For Ceasefire Now were arrested and detained by Providence police at the instruction of the University following a sit-in at University Hall. We are deeply dismayed by the decision to have the students arrested, and we call upon our University leadership to engage with the deeper stakes and matters of conscience that our students have sought to foreground at this difficult time. Specifically, we call on the University:

1. **To insist that all legal charges against the students be dropped immediately**
2. **To exempt the students from any University disciplinary proceedings**
3. **To open a campus wide conversation that engages seriously with the students' demands.**

In the statement that you shared with Brown faculty on Nov. 7, you emphasized your commitment to "ensure that individual members of the community are free to voice their views, including using their voices to urge lawmakers or other universities to take specific actions or, more generally, express their beliefs on matters of conscience," adding that these are "the rights that freedom of expression guarantees." We agree wholeheartedly, and would further note that freedom of expression is not restricted to speech but includes the right to protest and to perform civil disobedience. The students in question undertook a peaceful act of civil disobedience, following a time-honored American tradition. Protest in the form of sit-ins is a vital part of the legacy of Brown University, of which we can all be proud. Brown's most important historic commitments, including the increased matriculation of students of color in 1975, partial divestment of $4.6 million of holdings from corporations "aiding South African racism" in 1984-85, need-blind admissions in 1992 and our signature Open Curriculum, emerged partly as outcomes of such sit-ins and occupations by which students "express(ed) their beliefs on matters of conscience."

As each student was led out handcuffed from University Hall, they were greeted by hundreds of students — Jewish, Arab, Black, Hispanic and many others — singing prayers and songs of solidarity in Hebrew. Many were watching the livestream of this event and sharing videos that have now received tens of thousands of views nationally and internationally. At a time when peer universities are experiencing unparalleled levels of conflict, tension and toxicity, Brown's students enacted on Nov. 8 the kind of moral courage and peaceful solidarity that we at Brown have historically cultivated and defended. Their action illustrates dramatically that Brown has a singular history and legacy.

In your opinion piece in the New York Times on April 21, 2023 defending free expression as the "bedrock principle of this country," you wrote of college campuses as "a place for controversial issues and emerging ideas to be taught, discussed and debated." You wrote, stirringly, that the "proponents of censorship and repression" who had through history repressed such views as those of Galileo, Darwin or those accused of Communist leanings during the McCarthy era, "all had one thing in common: they were on the wrong side of history." As we all know, the movement of history is one in which views deemed marginal or unpopular gather the moral or evidentiary force to become collectively held commitments. We join the people of the world (as represented by the majority vote in the United Nations General Assembly and protests across the globe) in affirming that a ceasefire is not a radical thing to ask for but the very minimum that the world should ensure — a call to stop the killing and to give the bereaved the time to bury and mourn the dead.

The next few weeks are likely to continue to be very difficult, both in terms of the suffering wrought by the war in Gaza, as well as the continued clashing of viewpoints on the situation. Please let what happened yesterday at University Hall be not a crisis but an opportunity for Brown to show its moral leadership and to provide a model for how a community may come together and what it may thoughtfully do.

We call on you, Madam President, to lead the way in proactively initiating a conversation on the important issues raised by the BrownU Jews For Ceasefire students: the call for a ceasefire in Gaza, the active and explicit protection of students' and faculty's right to speak up for Palestinian rights and the call to reopen discussion on divestment, starting from the basis of the 2020 ACCRIP recommendation on this subject. We note that Yale University is reconsidering its own policies regarding investments in weapons manufacturing companies following student protests.

Once again, we call expressly on the University:

1. To insist that all legal charges against the students be dropped immediately
2. To exempt the students from any University disciplinary proceedings
3. To open a campus-wide conversation that engages seriously with the students' demands, which are in line with our educational mission and our collective commitment to "liberation and life for all," as described in a Nov. 8 open letter from Jewish students in the Brown Daily Herald.

We urge you to exercise thoughtful, moral leadership at this critical time, Madam President, and thus enable Brown University to be on the right side of history.

**Sincerely,**

**Nadje Al-Ali, Department of Anthropology, Watson Institute for International and Public Affairs and Center for Middle East Studies**

**Ariella Aïsha Azoulay, Departments of Modern Culture and Media & Comparative Literature**

**Anthony Bogues, Simmons Center for the Study of Slavery and Justice**

**Beshara Doumani, Department of History**

**Elias Muhanna, Departments of Comparative Literature and History**

**Matthew Shenoda, Department of Literary Arts and Brown Arts Institute**

**Suzanne Stewart-Steinberg, Departments of Comparative Literature and Italian Studies**

**Thangam Ravindranathan, Department of French and Francophone Studies**

**Vazira Zamindar, Department of History**

*To see a full list of signatories, click here*

*Please send responses to this opinion to letters@browndailyherald.com and other op-eds to opinions@browndailyherald.com.*

---

About us
Contact us
Advertising
Donate
Terms of Service
Privacy Policy
Masthead
Alumni

Subscribe to our newsletter

Your Email Address

Subscribe

BDH

The Brown Daily Herald, Inc. is a financially independent, nonprofit media organization with more than 250 students working across our journalism, business and web divisions.

Powered by WORKS Solutions by The State News

All Content © 2025 The Brown Daily Herald, Inc.

# EXHIBIT 93

EXHIBIT
93

aaup
AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS

# Find a Chapter

Below is a list of active AAUP chapters and affiliates. Chapter websites are designed and maintained by the individual chapters, and not all chapters have a website (in some cases Facebook pages or other means of contact are linked). Chapters that engage in collective bargaining are so identified by the notation (CB).

If your chapter's website isn't listed, we probably don't know about it! (Send us an email). If you'd like to get in touch with your chapter and contact info isn't listed, email organizing@aaup.org. If you don't see chapter information for your campus, please contact our membership department. If you are interested in creating a chapter on your campus, visit the Start a Chapter page.

As of January 1, 2020, individual AAUP members who are not eligible for membership in a campus chapter of the AAUP belong to the AAUP's national at-large chapter.

**Information about the at-large chapter is here.**

**Alabama**

**Alaska**

**Arizona**

**Arkansas**

**California**

**Colorado**

Connecticut

Delaware

District of Columbia

Florida

Georgia

**Hawai‘i**

Idaho

Illinois

Indiana

Iowa

Kansas

Kentucky

Louisiana

Maine

Maryland

Massachusetts

Michigan

Minnesota

Mississippi

Missouri

Montana

Nebraska

Nevada

New Hampshire

New Jersey

New Mexico

New York

North Carolina

**North Dakota**

Ohio

Oklahoma

Oregon

Pennsylvania

Rhode Island

South Carolina

South Dakota

Tennessee

Texas

US Virgin Islands

Utah

Vermont

Virginia

Washington

West Virginia

Wisconsin

Wyoming

International

## Alabama

Auburn University
Samford University
University of South Alabama

## Alaska

University of Alaska: United Academics of Alaska (CB)
University of Alaska: Adjunct Chapter (CB)

## Arizona

Yavapai College

## Arkansas

Arkansas State University
Arkansas Tech University
University of Arkansas at Fayetteville
University of Arkansas-Fort Smith
University of Central Arkansas

## California

American Film Institute Conservatory (CB)
Azusa Pacific University Chapter
Berkeley Faculty Association
California Faculty Association (CB)
California College of the Arts
California Institute of the Arts
Chapman University
Claremont Colleges (Twitter)
CUCFA/AAUP
Emerson LA Part-Time Faculty (CB)

Loyola Marymount University
National University
Palo Alto University
Pepperdine University
Saint Mary's College of California
San Diego Faculty Association
San Francisco Art Institute (CB)
Santa Clara University
Saybrook University
Stanford University
University of California Los Angeles
The UC Berkeley Faculty Association
The UC Davis Faculty Association
The UC Irvine Faculty Association
The UC Los Angeles Faculty Association
The UC Riverside Faculty Association
The UC San Diego Faculty Association
The UC San Francisco Faculty Association
The UC Santa Barbara Faculty Association
The UC Santa Cruz Faculty Association
University of La Verne
University of Redlands
University of Southern California
University of the Pacific
Whittier College

**Colorado**

Colorado College
Colorado Mountain College
Colorado State University
Colorado State University-Fort Collins
Colorado State University-Pueblo
Community College of Denver
Fort Lewis College
Front Range Community College
Naropa University
Regis University

University of Colorado at Boulder
University of Colorado at Colorado Springs
University of Denver
University of Northern Colorado

**Connecticut**

Albertus Magnus College
Connecticut College (please direct emails to chapter president Afshan Jafar)
Connecticut State University (CB)
Fairfield University (CB)
Quinnipiac University (Twitter)
Trinity College (please direct emails to chapter president Cheryl Greenberg)
University of Connecticut (CB)
University of Connecticut Health Center (CB)
University of Hartford
University of New Haven
Wesleyan University (Twitter)

**Delaware**

Delaware State University (CB)
University of Delaware (CB)

**District of Columbia**

American University
Catholic University of America
Gallaudet University (Facebook)
Howard University

**Florida**
Eckerd College
Edward Waters College (CB)
Indian River State College (CB)
Jacksonville University
State College of Florida
University of Miami
University of Tampa

**Georgia**

Agnes Scott College
Augusta University
Clayton State University (Facebook)
Columbus State University
Emory University
Georgia College & State University
Georgia Highlands College
Georgia Institute of Technology
Georgia Southern University (Facebook)
Georgia State University
Gordon State College
Kennesaw State University
Mercer University/Macon
Morehouse College
Oglethorpe University
University of Georgia
University of North Georgia
University of West Georgia
Valdosta State University

**Idaho**

Idaho State University

**Illinois**

Augustana College
Bradley University
Columbia College Chicago
DePaul University
Dominican University
Illinois College
Illinois Institute of Technology
Illinois State University
Illinois Wesleyan University
Loyola University Chicago (Facebook)
Monmouth College/Illinois

North Central College
North Park University
Northern Illinois University (CB)
Northwestern University (please direct emails to Jorge Coronado, chapter president)
Roosevelt University
Saint Xavier University
Southwestern Illinois College (CB)
The School of the Art Institute of Chicago (emails will go to the chapter leadership)
University of Chicago
University of Illinois at Chicago United Faculty (CB)
University of Illinois at Urbana-Champaign
University of Illinois at Urbana-Champaign Non Tenure Faculty Coalition (CB)

**Indiana**

Ball State University (Twitter)
Butler University
DePauw University
Earlham College
Hanover College
Indiana State University
Indiana University–Bloomington (Facebook)
Indiana University–Kokomo Chapter
Indiana University–Purdue University-Indianapolis
Indiana University–South Bend
Manchester University
Marian University
Purdue University
Purdue University Fort Wayne
Purdue University Global
Purdue University-Northwest
University of Evansville (Facebook, Twitter)
University of Notre Dame

**Iowa**

Cornell College
Iowa State University
Simpson College

University of Iowa (Facebook, Twitter)
University of Northern Iowa (CB)
Wartburg College

**Kansas**

Bethany College
Fort Hays State University (CB) (Facebook, Twitter)
University of Kansas (Twitter)
Wichita State University

**Kentucky**

Bellarmine University
Eastern Kentucky University
Morehead State University
Transylvania University
University of Kentucky
University of Louisville (Facebook)
University of Pikeville
Western Kentucky University

**Louisiana**

Centenary College of Louisiana
Louisiana State University
Louisiana Tech University
Southeastern Louisiana University
Southern University and A&M College
Tulane University
University of Holy Cross
University of Louisiana at Lafayette (Facebook)
Xavier University of Louisiana

**Maine**

Bowdoin College

**Maryland**

Bowie State University
Coppin State University
Frederick Community College
Loyola University Maryland
McDaniel College
Montgomery College (CB)
Notre Dame of Maryland University
Saint Mary's College of Maryland
Salisbury University (chapter e-mail, Facebook, Twitter)
Towson University
University of Baltimore
University of Maryland (Twitter)
Washington College

**Massachusetts**

American International College
Babson College
Boston College
Boston University (Twitter)
College of the Holy Cross
Curry College (CB)
Curry College PT (CB)
Emerson College Full-Time Faculty Chapter (CB)
Emerson College (AFEC) (CB) (Facebook)
Hampshire College (Facebook, Twitter)
Merrimack College
Mount Holyoke College
School of the Museum of Fine Arts-Boston
Simmons University
Smith College
Springfield College
Stonehill College
Suffolk University (CB; please direct emails to Lawrence Overlan)
Tufts University
Wellesley College
Western New England University (please direct emails to Meri Clark, chapter president, or Jason Rennie, chapter vice-president)

Wheaton College
Worcester Polytechnic Institute (Twitter)

**Michigan**

Aquinas College
Eastern Michigan University (CB) (Facebook, Twitter)
Grand Valley State University (Facebook, Twitter)
Kalamazoo Valley Community College (CB)
Lawrence Technological University
Michigan State University
Northern Michigan University (CB)
Oakland University (CB) (Facebook, Twitter)
Oakland University, William Beaumont School of Medicine
University of Michigan - Ann Arbor
University of Michigan - Flint
Wayne State University (CB)
Western Michigan University (CB)

**Minnesota**

Augsburg College
Carleton College
Hamline University
Macalester College (Twitter)
St. Catherine University (please direct emails to Carol Geisler, chapter treasurer)
St. John's University (Twitter)
St Olaf College
University of Minnesota-Twin Cities (Twitter)

**Mississippi**

Jackson State University
University of Southern Mississippi (Facebook)

**Missouri**

Drury University
Fontbonne University

Kansas City Art Institute
Missouri Southern State University
Missouri State University
Missouri University of Science and Technology
Northwest Missouri State University
Rockhurst University
Southeast Missouri State University (Facebook)
St. Louis University
Truman State University
University of Missouri (Twitter)
University of Missouri - Kansas City
Washington University in St. Louis
Webster University

**Montana**

Carroll College

**Nebraska**

Creighton University
Doane College
Hastings College
Nebraska Wesleyan University
University of Nebraska - Lincoln (Facebook, Twitter)
University of Nebraska Omaha (CB)

**Nevada**

Nevada Faculty Alliance

- Desert Research Institute Chapter
- Great Basin College Chapter
- Nevada State College Chapter
- University of Nevada-Las Vegas Chapter
- University of Nevada-Reno Chapter

Nevada Faculty Alliance (CB)

- College of Southern Nevada
- Truckee Meadows Community College Chapter

- Western Nevada Chapter

**New Hampshire**

Dartmouth College
Plymouth State University (CB) (Twitter)
Saint Anselm College
Southern New Hampshire University
University of New Hampshire Graduate Faculty
University of New Hampshire (CB)
University of New Hampshire Lecturers United (CB)

**New Jersey**

Biomedical and Health Sciences of New Jersey (CB)
Bloomfield College (CB)
Drew University
Georgian Court University
Monmouth University (CB)
New Jersey Institute of Technology (CB)
Rider University (CB) (Facebook, Twitter)
Rutgers Council of AAUP Chapters (CB) (Facebook, Twitter)
Seton Hall University (Twitter)
St Peter's University
Union County College (CB)

**New Mexico**

Santa Fe Community College (CB)
University of New Mexico (CB) (Facebook, Twitter)

**New York**

Adelphi University (CB) (Facebook, Twitter)
Bard College (CB)
Canisius College (Twitter)
City University of New York-PSC (CB)
Colgate University
College of Mount St Vincent
The College of Saint Rose

Columbia University in the City of New York
Cornell University (Facebook)
Dutchess Community College (Facebook)
D'Youville College (CB) (Facebook)
Fordham University (Facebook, Twitter)
Hamilton College
Hobart & William Smith College
Hofstra University (CB) (Twitter)
Iona College
Ithaca College (Twitter)
Keuka College
LIU Arnold & Marie Schwartz College of Pharmacy (CB)
Manhattan College
Manhattanville College Faculty Alliance Chapter (CB)
Mercy College
Molloy College
Nassau Community College (Facebook)
Nazareth College
The New School (Facebook, Twitter)
New York Institute of Technology (CB)
New York University (Twitter)
Niagara University (CB)
Rochester Institute of Technology
Sarah Lawrence College
Skidmore College
St Bonaventure University
St. John's University (CB)
St Lawrence University
Syracuse University
Union College
University of Rochester
Utica University (CB)
Vaughn College
Wagner College
Yeshiva University

**North Carolina**

Appalachian State University
Blue Ridge Community College (NC Chapter)
Duke University
East Carolina University
Elon University
Fayetteville State University (Facebook)
Guilford College
North Carolina State University (Twitter)
North Carolina Wesleyan College
University of North Carolina at Chapel Hill (Twitter)
University of North Carolina at Charlotte (Twitter)
University of North Carolina at Greensboro
Wake Forest University
Wake Technical Community College

**Ohio**

Bowling Green State University (CB)
Capital University
Case Western Reserve University
Central State University (CB)
Cincinnati State Technical and Community College (CB) (Facebook)
Cleveland State University (CB)
The College of Wooster
Cuyahoga Community College (CB)
Hiram College
John Carroll University
Kent State University Tenured/Tenure Track (CB)
Kent State University-FT Non-Tenure Track (CB)
Kenyon College
Marietta College
Miami University (CB) (Facebook, Twitter)
North Central State Faculty Association
Oberlin College (Facebook)
Ohio Northern University
Ohio State University (Twitter)
Ohio State University-Newark
Ohio University (Facebook, Twitter)

Otterbein University
University of Akron (CB) (Twitter)
University of Cincinnati (CB) (Facebook, Twitter)
University of Dayton
University of Toledo (CB)
Walsh University
Wilberforce University (CB)
Wittenberg University
Wright State University (CB) (Facebook, Twitter)
Xavier University

**Oklahoma**

Cameron University
East Central University
Oklahoma City University
Oklahoma State University (Facebook)
Southeastern Oklahoma State University
University of Central Oklahoma
University of Oklahoma (Facebook, Twitter)
University of Tulsa

**Oregon**

Lewis & Clark College
Linfield College
Pacific University
Portland State University (CB) (Facebook, Twitter)
Portland State University Graduate Employees Union (CB) (Facebook)
Oregon Institute of Technology (CB) (Facebook, Twitter)
Oregon State University (CB)
University of Oregon (CB) (Facebook)
Willamette University (Facebook)

**Pennsylvania**

Allegheny College
Alvernia University
Bucknell University

Cabrini College
Carlow University
Delaware Valley University (CB)
Dickinson College
Drexel University
Duquesne University
Franklin and Marshall College
Gettysburg College
La Salle University
Lackawanna College
Lebanon Valley College (Twitter)
Lincoln University (CB)
Marywood University (Facebook)
Mercyhurst University
Misericordia University (Facebook)
Penn State University
Philadelphia College of Osteopathic Medicine
St Joseph's University
Susquehanna University
Swarthmore College
Thomas Jefferson University
University of Pennsylvania (Twitter)
University of Pittsburgh
University of Scranton (CB)
Villanova University
Washington and Jefferson College
Wilkes University
York College of Pennsylvania

**Rhode Island**

Brown University
University of Rhode Island (CB)
Providence College
Salve Regina University

**South Carolina**

Clemson University (Facebook)
Coastal Carolina University
College of Charleston
Francis Marion University
Furman University
South Carolina State University
Spartanburg Community College
University of South Carolina-Medicine Greenville
University of South Carolina-Aiken
University of South Carolina-Beaufort
University of South Carolina–Columbia
University of South Carolina-Upstate
Winthrop University
Wofford College

**Tennessee**

LeMoyne-Owen College Faculty Organization (CB)
Motlow State Community College
Middle Tennessee State University
Roane State Community College
Sewanee/The University of the South
Tennessee State University
Tennessee Tech University
University of Tennessee, Knoxville (Facebook, Twitter)
Vanderbilt University (Twitter)

**Texas**

Dallas College
Del Mar College
Hardin-Simmons University
Prairie View A&M University (Facebook, Twitter)
Rio Grande College/Sul Ross State University
Southern Methodist University
Southwestern University
Texas A&M University-Corpus Christi
Texas A&M University-Main Campus
Texas A&M University-San Antonio (Twitter)

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 175 of 300



Texas Christian University (Twitter)
Texas Tech University
University of Dallas
University of Texas at Austin (Twitter)
University of Texas MD Anderson Cancer Center
University of Texas at San Antonio (Facebook, Twitter)

**US Virgin Islands**

University of the Virgin Islands

**Utah**

University of Utah
Utah Valley University
Westminster College (Facebook, Twitter)

**Vermont**

Champlain College
Middlebury College (Twitter)
Norwich University
Saint Michael's College
United Academics of Vermont (CB) (Facebook, Twitter)

**Virginia**

Christopher Newport University
College of William and Mary
George Mason University (Facebook, Twitter)
Hampden-Sydney College
James Madison University (Twitter)
Longwood University
Marymount University
Old Dominion University
Radford University
Randolph College
Randolph-Macon College
Roanoke College (Facebook)
Sweet Briar College

University of Lynchburg
University of Mary Washington
University of Richmond
University of Virginia
Virginia Commonwealth University (Facebook)
Virginia Tech (Facebook)
Virginia State University
Virginia Wesleyan University
Washington and Lee University

**Washington**

Bastyr University
Digipen Institute of Technology
Seattle University
University of Washington
Washington State University
Whitman College

**West Virginia**

Bethany College
West Virginia University (Twitter)

**Wisconsin**

Carthage College
Marquette University (Twitter)
Saint Norbert College
University of Wisconsin-Madison (Facebook, Twitter)
University of Wisconsin-Milwaukee (Twitter)
University of Wisconsin-Whitewater

**Wyoming**

The University of Wyoming Faculty Association

**International**

The American University in Cairo

# EXHIBIT 94

EXHIBIT
94

aaup
AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS

# Find a Chapter

HOME / CHAPTERS / FIND A CHAPTER

Use the search below to find AAUP chapters. Chapter and local websites, Facebook pages, and other means of contact are maintained by the chapters. If your website isn't listed, we probably don't know about it! (Send us an email). If you'd like to get in touch with your chapter and contact info isn't listed, email organizing@aaup.org. If you are interested in creating a chapter on your campus, visit the Start a Chapter page.

Individual AAUP members who are not eligible for membership in a campus chapter of the AAUP belong to the AAUP's national at-large chapter.

Find a Chapter SEARCH

## Alabama

## Alaska

## Arizona

## Arkansas

## California

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 181 of 300

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 183 of 300

American Association of University Professors
555 New Jersey Ave NW, Suite 600
Washington, DC 20001

Phone: 202-737-5900
Email: aaup@aaup.org

AAUP FOUNDATION

Sign Up for Updates

**Email ***

GET AAUP NEWS

Not in US?

**Quick Navigation**

American Association of University Professors © 2025 Privacy Policy & Terms of Use

# EXHIBIT 95

aaup
AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS

EXHIBIT
95

# AAUP News

HOME / NEWS

Founded in 1915, the AAUP remains the nation's leading organization primarily dedicated to protecting academic freedom and shared governance in higher education. Faculty members turn to the AAUP for assistance in the thousands each year. Some of these faculty members are well-known figures with resources and support. Most, however, are ordinary faculty members who need guidance in responding to troublesome or threatening professional attacks.

The AAUP has helped to shape American higher education by developing the standards and procedures that maintain quality and the security of academic freedom, and by ensuring that this country's colleges and universities contribute to the common good. Through the AAUP, faculty determine the principles of our profession and the procedures by which to protect them. When the AAUP speaks, it is the voice of the profession.

Learn what's new at the AAUP or read selected media coverage of our work.

If you are a member of the media seeking comment or interview, contact aaup-news@aaup.org.

## Join the AAUP

Help protect quality higher education and shape the future of our profession.

JOIN NOW

American Association of University Professors
555 New Jersey Ave NW, Suite 600
Washington, DC 20001

Phone: 202-737-5900
Email: aaup@aaup.org

AAUP FOUNDATION

## Sign Up for Updates

Email *

GET AAUP NEWS

Not in US?

## Quick Navigation

# EXHIBIT 96

Case 5:25-cv-06618-NW Document 81-3 Filed 03/27/26 Page 428 of 469
Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 192 of 300

Bi-annual Newsletter of the Middle East Studies Association

# ISSUES IN MIDDLE EAST STUDIES

Vol 47 Issue 1 Spring 2025







AAUP-01104
9-ER 2366

# MESA's Academic Freedom Initiative

Over the last few months, MESA has been building out the **Academic Freedom Initiative (AFI)**, a project funded by the Mellon Foundation to identify and track trends regarding academic freedom and repression on campuses across North America. Since starting the initiative in February, our research priorities have been to document recent mass immigration enforcement and incidents of employment retaliation on campuses, with upcoming projects focused on tracking litigation among other efforts.

## Tracking Higher Education Immigration Enforcement

We have built a database to track the Trump administration's recent campaign to revoke the visas and terminate the immigration records of thousands of students and scholars across the U.S. Although the Department of Justice announced its intention to reverse these moves on April 25, these measures, along with the numerous cases of individuals currently detained or deported, have created a lasting sense of fear across campuses in recent weeks. It is not yet clear that the government has indeed changed course, or that there have been reversals in all cases where visas were already revoked. Moreover, universities' inability to properly protect or inform their communities has exacerbated this panic.

We have therefore continued to track all visa revocations and immigration record terminations, entry denials, deportations, and detentions of university students, faculty, and staff to comprehensively record and analyze such changes on campuses. Sourcing from open-access data such as court filings and media reports, we have also collaborated with individuals at allied organizations to corroborate our data for accuracy and completion. To date, we have identified 1,708 total cases.

More than half of the affected individuals were current students (975 out of 1,708), while 250 were recent alumni on temporary employment status.

In 478 cases, we have been able to identify affected individuals by name, citizenship, or immigration status.

From this data, we have identified multiple patterns.

Out of more than 200 universities and colleges with reported cases, over 65 percent of cases were reported from public institutions.

We have also identified a demonstrated national origin pattern across the dataset. Out of the cases where citizenship is known, the affected individuals held citizenship from more than 25 countries. Yet, less than 2 percent of these cases involved European citizenship. The overwhelming majority—over 98 percent of cases for which country of citizenship is known—are nationals of countries in the Global South.

We also have reason to believe the reversals are a prelude to further targeting of vulnerable individuals.

# MESA's Academic Freedom Initiative

Over the last few months, MESA has been building out the **Academic Freedom Initiative (AFI)**, a project funded by the Mellon Foundation to identify and track trends regarding academic freedom and repression on campuses across North America. Since starting the initiative in February, our research priorities have been to document recent mass immigration enforcement and incidents of employment retaliation on campuses, with upcoming projects focused on tracking litigation among other efforts.

## Tracking Higher Education Immigration Enforcement

We have built a database to track the Trump administration's recent campaign to revoke the visas and terminate the immigration records of thousands of students and scholars across the U.S. Although the Department of Justice announced its intention to reverse these moves on April 25, these measures, along with the numerous cases of individuals currently detained or deported, have created a lasting sense of fear across campuses in recent weeks. It is not yet clear that the government has indeed changed course, or that there have been reversals in all cases where visas were already revoked. Moreover, universities' inability to properly protect or inform their communities has exacerbated this panic.

We have therefore continued to track all visa revocations and immigration record terminations, entry denials, deportations, and detentions of university students, faculty, and staff to comprehensively record and analyze such changes on campuses. Sourcing from open-access data such as court filings and media reports, we have also collaborated with individuals at allied organizations to corroborate our data for accuracy and completion. To date, we have identified 1,708 total cases.

More than half of the affected individuals were current students (975 out of 1,708), while 250 were recent alumni on temporary employment status.

In 478 cases, we have been able to identify affected individuals by name, citizenship, or immigration status.

From this data, we have identified multiple patterns.

Out of more than 200 universities and colleges with reported cases, over 65 percent of cases were reported from public institutions.

We have also identified a demonstrated national origin pattern across the dataset. Out of the cases where citizenship is known, the affected individuals held citizenship from more than 25 countries. Yet, less than 2 percent of these cases involved European citizenship. The overwhelming majority—over 98 percent of cases for which country of citizenship is known—are nationals of countries in the Global South.

We also have reason to believe the reversals are a prelude to further targeting of vulnerable individuals.

## Academic Freedom and Employment Retaliation Database

In addition to higher education immigration, we have created a database that tracks all adverse employment outcomes for university employees who have advocated for Palestine since October 2023.

Thus far, we have identified the following incidents of employment retaliation:

| Incidents of Retaliation | |
|---|---|
| Suspensions | 27 |
| Terminations | 13 |
| Forced resignations | 3 |
| Rescinded offers | 2 |
| Removals from service positions | 2 |
| Miscellaneous | 14 |
| **Total # of incidents of retaliation** | **61** |

| Individual Data | |
|---|---|
| Tenured faculty | 24 |
| Tenure-track faculty | 9 |
| Non-tenure faculty | 22 |
| Staff | 4 |
| **Total # of individuals affected** | **59** |

| Institutional Data | |
|---|---|
| Public universities | 16 |
| Private universities | 21 |
| **Total # of universities** | **37** |

## Future Research Directions

As new policies continue to emerge, our next area of research will focus on legal actions and lawsuits brought under Title VI of the Civil Rights Act of 1964 to track major cases of lawfare concerning Palestinian advocacy within academia. We will build out a new database to capture Title VI litigation since October 2023, to be launched over the summer.

Across the country, universities and colleges remain under attack. Threats to immigration status, funding opportunities and employment, and to First Amendment protections including academic freedom continue to grow.

MESA will continue to develop our research initiative to address these concerns. Our research will be centralized on a publicly accessible website to be launched before the end of the year. In doing so, we will ensure our data is available to our membership and to the public. In addition to our findings, the new standalone website will house resources that are currently located in the **MESA Advocacy Resource Center**.

As we face continual threats of censorship, and repression, MESA is committed to defending academic freedom and free speech tenaciously, to document the range of experiences affecting our membership and our field, to encourage campuses to protect their communities, and to provide anticipatory support to all affected.

# Recent Activity from MESA's Committee on Academic Freedom

Committee on Academic Freedom

CAF comprises two sub-committees: MENA (Middle East and North Africa) and NA (North America). The mission of CAF is to address violations by protesting them at the highest government and diplomatic levels of the country where the violation occurs. If you learn of human rights or academic freedom violations please email the committee at caf@mesana.org.

*Below are summaries of letters sent to heads of state, other high-ranking officials, or educational officials in response to an issue of academic freedom. The country listed represents the country receiving the letter. To view the full content of the letter, please see MESA's website (mesana.org).*

**16 December 2024 (US)**
Letter to New York University expressing concern about recent actions that have exacerbated the climate of repression on campus.

**28 January 2025 (US)**
Letter to the Columbia University Senate expressing concern about the flawed disciplinary proceedings involving Dr. Katherine Franke and the circumstances surrounding her "retirement".

**10 February 2025 (US)**
Letter to Emory University expressing concern about the suspension of Umaymah Mohammad, a student from the Emory University School of Medicine, for a statement that she made during a media interview that was deemed in violation of the student code of conduct.

**10 February 2025 (US)**
Letter to MIT expressing concern about the decision of MIT's Department of Linguistics and Philosophy to deny Professor Michel DeGraff permission to offer a proposed course on language, linguistics and decolonization in Israel/Palestine.

**6 March 2025 (Iran)**
The tenth letter to express our outrage and deep concern, and demand the release from prison of the dual national (Iranian-Swedish) Dr. Ahmadreza Djalali who has been detained on false charges for nine years and condemned to death on the basis of a forced confession.

**6 March 2025 (US)**
Letter to NY Governor Hochul and leaders of the City University of New York expressing grave concern about Governor Hochul's unprecedented demand that Hunter College of the City University of New York (CUNY) take down a posted advertisement for a new open-rank position in the field of Palestinian studies.

**17 March 2025 (US)**
Letter to the Association of Collegiate Schools of Architecture xpressing concern about the decision of the Board of Directors of the Association of Collegiate Schools of Architecture to cancel a planned issue of the Journal of Architectural Education (JAE) focused on Palestine. We are equally disturbed by the board's termination of JAE Interim Executive Editor McLain Clutter for protesting this decision.

**17 March 2025 (US)**
Letter to Columbia University leadership expressing outrage about the letter dated 13 March 2025 that was sent to you by three Trump administration officials, and to urge you to respond in a principled and forceful manner to the unprecedented, unacceptable and extreme demands that it sets forth.

**31 March 2025 (US)**
Letter to Harvard University expressing concern about Harvard University's decision to remove Professor Cemal Kafadar and Associate Professor Rosie Bsheer as, respectively, director and associate director of the university's Center for Middle Eastern Studies.

**8 April 2025 (US)**
Letter to Yale University expressing concern about the termination of Dr. Helyeh Doutaghi, deputy director of Yale University's Law and Political Economy Project and associate research scholar at Yale Law School, in the wake of allegations made on an obscure website whose founders and contributors are anonymous.

**15 April 2025 (Egypt)**
The third letter to Egyptian officials regarding the unjust circumstances of Egyptian researcher and translator, Kholoud Said. We call on the authorities to dismiss all charges against her and reinstate her in her job at the Bibliotheca Alexandrina.

**28 April 2025 (Turkey)**
Letter to Turkish officials regarding the use of violence by the police, as well as disciplinary and criminal proceedings against students, academics, and related institutions participating in protests against the pretrial imprisonment of Istanbul Mayor Ekrem İmamoğlu following the annulment of his bachelor's degree.

**28 April 2025 (US)**
Letter to the University of Colorado-Boulder about the University of Colorado-Boulder's apparent failure to meaningfully respond to a physical assault committed on campus against students advocating for Palestinian rights.

**29 April 2025 (US)**
Letter to the University of Notre Dame condemning the last-minute cancellation of a keynote lecture that was to be given by Professor Eman Abdelhadi, purportedly on grounds of security.

**12 May 2025 (Iran)**
Letter calling for the immediate and unconditional release of Iranian students Ali Younesi and Amirhossein Moradi, who were denied fair trials and have been unjustly imprisoned for five years on baseless charges and subjected to mistreatment. In addition, the letter urges President Pezeshkian to uphold his campaign promises by protecting students and academic freedom. It also highlights the broader crackdown on students in Iran, especially following the 2022 "Woman, Life, Freedom" protests, during which thousands faced arrests, suspensions, and disciplinary actions.

**19 May 2025 (US)**
Our letter expressing concern about the decision of NYU to withhold the diploma of graduating senior Logan Rozos and subject him to disciplinary action because of remarks he made about Israel's war on Gaza during the recent graduation ceremony of the Gallatin School of Individualized Study.

Email *caf@mesana.org* with information on academic infringements that you would like considered.

## Committee on Academic Freedom

**Laurie Brand (CAF Chair)**
University of Southern California

**Ash Bâli (MESA President)**
Yale Law School

### MIDDLE EAST & NORTH AFRICA (CAF-MENA)

**Miriam Lowi (Chair)**
The College of New Jersey

**Fida Adely (Board)**
Georgetown University

**Rana Barakat**
Birzeit University

**Catherine Duryea**
St. John's University

**Dyala Hamzah**

**Manal A. Jamal**
James Madison University

**Marc Owen Jones**
Hamed bin-Khalifa U

**Atef Said**
University of Illinois at Chicago

**Nahid Siamdoust**
University of Texas at Austin

### NORTH AMERICA (CAF-NA)

**Zachary Lockman (Chair)**
New York University

**Ziad Abu-Rish**
Bard College

**Elizabeth Bishop**
Orient-Institut Beirut

**Lara Deeb (Board)**
Scripps College

**Jennifer Derr**
UC Santa Cruz

**Mona El-Ghobashy**
New York University

**Nina Farnia**
Albany Law School

**Maryam Jamshidi**
UColorado Law School

**Vickie Langohr**
College of the Holy Cross

**Pete W. Moore**
Case Western Reserve

**Jacob Mundy**
Colgate College

**Leila Pourtavaf**
York University

**Mira Sucharov**
Carleton University

Available from Routledge

***Reconstructions in Middle East Economic History***
Essays in Honor of Roger Owen
Edited by Don Babai




Currently USD $144
with free shipping

AAUP-01122



9-ER 2371



# The MESA Global Academy
## Responding to Current Challenges

*The MESA Global Academy supports displaced scholars from MENA. It harnesses the strengths of MESA's institutional and individual members to bolster the careers of researchers whose academic trajectory has been adversely affected by developments in their home countries.*

*This academic year we are supporting 31 new scholars and 15 continuing scholars from Afghanistan, Iran, Israel, Palestine, Sudan, Syria, Turkey, and Yemen. This group includes 9 scholars from Gaza, including four fellows placed in visiting professorships at the American University in Cairo. In previous years, scholars from Egypt, Iraq, and Lebanon have been part of the cohort. Close to half of the scholars have been women.*

The MESA Global Academy is nearing completion of its sixth year of support to displaced scholars from the MENA region and has received a record number of applications for the 2025-2026 academic year. The Global Academy Committee will review the applications and announce the scholars in early Summer.

## Spring 2025 Activities

The Spring of 2025 saw Global Academy scholars featured in many online events, including:

- A panel on Spirituality, Political Religion, and Lived Experience in Iran hosted by UCLA's Center for Near Eastern Studies
- A panel on the Rise of the Houthis, Yemen, and their Global Connections and Impact hosted by the Global Academy and Georgetown University's Center for Contemporary Arab Studies
- A talk on Constitutional Imagination in Afghanistan hosted by Florida State University's Middle East Center
- A lecture on Online Censorship as a Tool of "Failed Governmentality" in Turkey hosted by the Keyman Modern Turkish Studies Program at Northwestern University
- A talk on Resilience Amidst War: Scholasticide and Food Crisis in Gaza hosted by USC's Department of Middle East Studies
- A presentation on Refugee Livelihoods and Host Country Politics: Syrian Refugees in Lebanon and Jordan hosted by Georgetown's Center for Contemporary Arab Studies
- An online discussion on a report on higher education in Sudan, "Research in Displacement: The Impact of War on Sudan's Higher Education and Academic Research Community" hosted by Georgetown University and the African Studies Association

A screenshot from our latest event hosted by UCLA with fellows Dr. Leyla Hajimehditajer, Dr. Maryam Heydarkhani, and Dr. Zahra Khoshk Jan.






AAUP-01123

9-ER 2372




Flyer from our May 2025 event on Houthis and Yemen hosted by Georgetown University's Center for Contemporary Arab Studies with Dr. Mansour Al-Maswari and Dr. Adel Dashela.

This Spring, the Global Academy offered its fellows a number of professional development workshops, a core component of our program. These included a grant writing session with Dr. Suad Joseph, Distinguished Research Professor at the University of California, Davis and a book publishing workshop with Thomas Lay of Fordham University Press and Maria Marsh of Cambridge University Press. In addition, we hosted a workshop on navigating visa processes that was led by Global Academy alumni. Forthcoming professional development workshops include one on navigating the Canadian Academy and one that brings together scholars for peer-led book writing review sessions.

We are thrilled that at the upcoming online conference of the American Academy of Religion, Global Academy fellows will have a designated panel, and at the University of Chicago, Global Academy fellows will present in a panel on Narrative, Power, and Language. Look for fellows' roundtables in the *Journal of Palestine Studies* and the *Review of Middle East Studies*.

## New Projects and Elements

We are pleased to introduce new elements in our program:

- A monthly coffee hour to bring current fellows and alumni together to share experiences and knowledge.
- See the Global Academy on its new YouTube channel.
- Stay in touch through BlueSky (@mesaglobalacademy.bsky.social).
- Follow us through LinkedIn (@MESAGlobalAcademy).

Finally, the Global Academy welcomes its new program manager, Dr. Ceren Abi, who was officially greeted by the MESA Global Academy Committee, fellows, and alumni in an online meeting at the beginning of the semester. Mimi Kirk, the outgoing program manager, continues to support the program by serving as a volunteer on the Global Academy Committee.

## Contact Us

Ceren Abi can be reached at *ceren@mesana.org* for those with questions or those wanting to make contributions to the Global Academy.

The Global Academy website: mesaglobalacademy.org

MESA Global Academy Committee

Beth Baron (Chair) CUNY
Fida Adely Georgetown University
Aslı Bali Yale Law School
Aslı Iğsız New York University
Mimi Kirk Georgetown University
Judith Tucker Georgetown University
Jeffrey Reger (ex-officio) MESA Executive Director
Ceren Abi (Program Manager)

# Review of Middle East Studies

## Heather Ferguson, Outgoing Editor & Hoda Yousef, Incoming Editor






**Heather Ferguson**

Ending June 30, 2025
Heather Ferguson, Editor
Claremont McKenna College
*romes@cmc.edu*

It is with a strange sense of nostalgia – rather a problematic sentiment for a historian – that I write my last submission to the newsletter as Editor of the *Review of Middle East Studies*. True, nostalgia may simplify past effort and potentially romanticize and distort, but only if we ignore the collective power of words in virtual print during almost 7 years of national and global chaos. The voices contained in *RoMES* issues have often centered me, even while navigating a world seemingly unmoored. In these short blurbs I have also often commented on the importance of *RoMES* as a bridge between the various roles and obligations assumed by MESA members: we act as teachers, scholars, activists, organizers and administrators. And, so, for this final comment, I turn once again to the classroom and call up a phrase I repeat over and over to students: words matter, they shape the possible and provide new openings that we might step through to act in the world.

In the last week of the semester, my students and I read the eponymous poem in Solmaz Sharif's 2016 collection *Look*. The poem opens: "It matters what you call a thing" and then moves through a devastating sequence of scenes including one in front of a federal judge at a sentencing hearing: "Whereas You mean I should be disappeared because of my family name? and he answered Yes. That's exactly what I mean, adding that his wife helped draft the PATRIOT Act." As we face detentions, abductions, and disappearances and continue to navigate a world in which genocide and ethnic cleansing continues unabated, it does indeed matter what you call a thing, and academic publishing has a key role to play.

The words published in *RoMES* these past years have toured us through emergent crises and past histories, reviewed new scholarship and newly released films, and embodied the various committees and commitments of MESA as an organization. Ideally, they have also opened new possibilities, and allowed us to look at things anew, or from new angles, and to name the things that matter.

I now turn these pages (and words!) over to Hoda Yousef (Denison University) and, along with Managing Editor Ghayde Ghraowi, we have been working hard together to ensure a seamless transition. The Publication's Committee of the MESA Board has also played an instrumental and proactive role in this process, and I am thrilled about this new horizon for the *Review* and for the future of MESA publishing.

Thank you for being *RoMES* with me over these past years and welcome to our new Editor!



AAUP-01125

9-ER 2374



**Hoda Yousef**

I'm honored to serve as the next editor of the *Review of Middle East Studies* (*RoMES*) starting this summer. *RoMES* has consistently excelled in fostering professional growth and academic advancement among MENA scholars through its curation of scholarly work and pedagogical discussions. As editor, I aim to build on this foundation by continuing to develop *RoMES* as a resource for critical reviews, emerging research, and interdisciplinary dialogue for Middle East studies scholars at all career stages. Our commitment to this geopolitically significant region demands rigorous intellectual engagement, and I regard *RoMES* as a crucial forum for academics in our field.

I come to this position as a professional, scholar, and teacher who has spent years immersed in this region and its study. My research, which includes work on literacy and education in modern Egypt, gender and feminism in the Arab world, and the cultural history of the Nahda period, has been published in journals such as the *International Journal of Middle East Studies* and the *British Journal of Middle Eastern Studies*. My book, *Composing Egypt: Reading, Writing, and the Emergence of a Modern Nation* (Stanford, 2016) drew on methodological approaches from anthropology and literacy studies to argue that notions of reading and writing were central to how Egyptians came to value education, produce gendered perceptions of "good literacy," and structure their public engagement. In my teaching, I have developed courses on topics as diverse as the history of the Islamic world, women in the modern Middle East, and the Ottoman Mediterranean.

Beginning July 1, 2025
Hoda Yousef, Editor
Denison University
*romes@mesana.org*

Looking forward, we can see the challenges to our profession on the horizon: the repercussions of the current war and humanitarian catastrophe in Gaza, the threats to academic freedom facing students and faculty, and the looming questions that generative artificial intelligence poses for both our teaching and research. I hope to see *RoMES* serve as a space where we can explore and strengthen our understanding and responses to these issues. But above all, this is a journal for us as academics and scholars of the Middle East. I encourage you to reach out with your ideas—to showcase scholarly work, propose special issues, or to start important discussions. In these challenging times, I am committed to ensuring *RoMES* continues to serve as a valuable resource for our community.

# MESA 2025

## November 22-25
## Westin Washington, DC Downtown

MESA returns to the Eastern Seaboard for its 59th Annual Meeting this November having last met in DC in 2017. The recently remodeled Westin Washington, DC Downtown Hotel is an ideal location for travelers as well as those living in the area. Attendees will enjoy the expansive lobby and multiple areas for conversation for friends and colleagues to reconnect.

The MESA Annual Meeting is the largest gathering of our community centered on Middle East and North Africa studies. The conference is open to anyone interested, but all must register to attend events.

The FilmFest remains an important part of the conference and is held virtually, which gives registrants a chance to view films before, during, and just after the conference.

### HIGHLIGHTS

A *robust program* of more than **300 sessions** over four days of panels, roundtables, workshops, and special sessions.

*Special events* include a **MESA Reception** following the **Presidential Address and Awards Ceremony on Sunday night**, scheduled **coffee breaks** in the Book Exhibit for networking, and the **Dance Party on Monday night**.

A packed **Book Exhibit** where you find the latest in Middle East studies, and meet the editors from presses as well as other organizations and programs.

### Tentative Schedule of Events

**Saturday, November 22**

| | |
|---|---|
| 3:30-5:30pm | Panel session I |
| 6:00-8:00pm | Panel session II |

**Sunday, November 23**

| | |
|---|---|
| 1:00-6:00pm | Book exhibit |
| 8:30-10:30am | Panel session III |
| 11:00am-1:00pm | Panel session IV |
| 1:30-3:30pm | Panel session V |
| 4:00-6:00pm | Panel session VI |
| 6:30-9:00pm | Presidential address & awards ceremony |
| 9:00-10:30pm | Reception |

**Monday, November 24**

| | |
|---|---|
| 9:00am-6:00pm | Book exhibit |
| 8:30-10:30am | Panel session VII |
| 11:00am-1:00pm | Panel session VIII |
| 1:30-3:30pm | Panel session IX |
| 4:00-6:00pm | Panel session X |
| 6:15-7:45pm | Members meeting |
| 9:00pm-1:00am | Dance party |

**Tuesday, November 25**

| | |
|---|---|
| 8:00am-12:00pm | Book exhibit |
| 8:30-10:30am | Panel session XI |
| 11:00am-1:00pm | Panel session XII |
| 1:30-3:30pm | Panel session XIII |

# Conference Registration

## Pre-register by October 24

### Panelists must register by May 15

Register by October 24 to receive an additional $50 discount on registration over onsite registration prices. Be reminded that panelists are required to register by May 15 to appear on the program. On-site registration opens on Saturday, November 22.

Members are encouraged to register through their myMESA accounts or send a check to the MESA office..

mesana.org/annual-meeting/registration

| Category | By Oct 24 | On-site |
|---|---|---|
| Full/associate | $185* | $235 |
| Student/retired member | $85 | $135 |
| Student non-member | $150 | $200 |
| Other non-members | $310 | $360 |

* hardship rate available for members with income <$50k

# Hotel Reservations

## Cut-off date: October 30



**Westin Washington, DC Downtown**
999 9th Street NW, Washington, DC 20001

**BOOK HOTEL at $209 RATE**

Book your stay at the Westin Washington, DC Downtown at the discounted room rate of $209 (before taxes) which is good from November 19-28, 2025. The hotel is conveniently located near Metro and bus stops, and to many DC attractions.

More information on the hotel and a link to make your reseservation, go to mesana.org/annual-meeting/hotel.

# MESA 2025 Travel Grants

**Applications will open July 15 and close September 15**

MESA's Board has established two categories of travel grants for MESA members presenting a paper or participating on a roundtable. Each grant is $500 and given at the annual meeting. The number of grants will be determined by the amount in the fund.

**Donations to this fund are sought and can be contributed through myMESA, or via the Donate button on MESA's website.**

**Graduate Students**
Must be a current MESA member and enrolled in a program to qualify. From the student applicant pool, two students traveling from the Middle East to present papers will be awarded the Suad Joseph Travel Grant.

**Contingent Faculty & Un/Underemployed**
For contingent faculty as well as un/underemployed MESA members with doctorates who are presenting on the program at the MESA annual meeting.

For more information, mesana.org/annual-meeting

# Programs and Services For Attendees

## Child Care Subsidy

Registered MESA attendees who hire a local service to care for children during the Annual Meeting may be reimbursed up to US$200. We support working parents, and we thank our members for their generous contributions to the MESA Annual Meeting Child Care fund, which permits us to subsidize the cost of childcare for attendees. For further information, see mesana.org/annual-meeting/childcare.

## Nursing Mothers Room

Private space for nursing infants will be available to registered attendees.

## Prayer/Meditation Room

Designated space for prayer and meditation will be available during the days of the conference.

AAUP-01128

# Resources for International Travelers

As we plan for the 2025 Annual Meeting, MESA recognizes the increasing difficulties of travel to the U.S. under the Trump administration and our members' legitimate safety concerns. Visa holders and green card holders are facing increasing surveillance when traveling internationally as well as within the U.S. We are committed to supporting our members as they make their plans to attend this fall's Annual Meeting, but cannot guarantee entry into the United States. While we cannot provide legal advice, we offer the following practical tips as a guideline for your travel plans.

1. It is best practice to **carry the following documents** with you when you are traveling to and within the US. While digital copies can be stored on your phone, it is strongly recommended to carry hard copies of these documents. Digital documentation is not always accepted, and presenting your digital copies on a device to a U.S. Customs and Border Protection agent makes that device subject to search.
   - A valid passport
   - Your current U.S. visa
   - If you are a student, your I-20 form with a valid signature
   - Your MESA confirmation email showing that you are participating in the Annual Meeting
   - Proof of your hotel confirmation and ability to financially support yourself while in the United States (such as a letter from your current employer or bank account statement).
2. Prior to travel, keep in mind that immigration officers may inspect your phone, laptop, or other electronic devices for information that could potentially make you excludable from the United States. Please see this information on digital privacy at the U.S. border from the Electronic Frontier Foundation; for your convenience, we include both a **long version** and a **short version**.
3. When **interacting with immigration officers** at airports and other points of entry, it is best practice to do the following:
   - Be honest and transparent in your responses.
   - Clearly explain the purpose of your visit and the duration of your stay.
   - Remain respectful and courteous at all times.
   - Remember that immigration officers have the right to inspect your phone, laptop, or other electronic devices for information.

## Additional Resources

- Information on international **travel rights and responsibilities** in the U.S. from CUNY CLEAR, a free legal assistance program: **Flying While Muslim/Black/Immigrant**.
- ACLU's Border Zone **Rights Guide**.
- For **LGBT2QIA+ travelers**, in particular, gender-nonconforming and trans travelers, resources on flying to and in the U.S. from Advocates 4 Trans Equality.

## U.S. Border Patrol and Customs Information

- **Top Ten Travel Tips**.
- **Search Authority**.
- Information on the **search of electronic devices at the border**.



AAUP-01129

# Participation Opportunities

## Chair a Panel

Volunteers are invited to chair non-preorganized panels at the MESA 2025 Annual Meeting. A listing of available panels will be posted around July 1 once the searchable program is posted. MESA only assigns chairs to panels assembled of individual paper proposals. There are many such panels on the program. Contact the MESA staff at meeting@mesana.org if you have any questions.

*Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.*

## Be a Part of the Book Exhibit

We invite presses, organizations, vendors, and authors to be a part of MESA 2025. Consider exhibiting in MESA's book exhibit, conference sponsorship, advertising, or including a book or item in MESA's Cooperative Book Display. More information is at https://mesana.org/annual-meeting/book-exhibit.

## Submit Your Film to the FilmFest

The MESA FilmFest is a wonderful part of the MESA Annual Meeting, and we are excited to be offering a virtual FilmFest for the fifth year now. The call for submissions is open and we hope that you will be interested in submitting your films! Accepted films will be streamed to MESA Annual Meeting registered attendees. See https://mesana.org/annual-meeting/film-festival to submit a film by June 15, 2025.

## Undergraduate Research Workshop

The Committee on Undergraduate Middle East Studies (CUMES) is sponsoring the undergraduate research workshop to be held in Washington, DC on November 22. 2025. This workshop will be valuable for students planning graduate work in Middle East studies.

**Eligibility:** Students pursuing a bachelor's program *or recent graduates who have not yet begun a graduate degree* are eligible. All fields and disciplines are welcome.

**Format:** The workshop has 3 components: 1) small panel presentation (15-20 minutes) and discussion; 2) professional development session; 3) digital poster session. The small panel presentation will require you submit a 10-12 page paper (or excerpt of a larger work) by no later than November 1.

**Deadlines:** The early acceptance deadline is August 15, 2025, with a second round of acceptances (pending availability) due September 15, 2025.

For more information, please see the **listing on the MESA website** or contact Dr. Victoria Hightower (victoria.hightower@ung.edu).

# Submissions: Process and Statistics

The annual meeting program chair, selected by MESA's Board of Directors, recommends and invites people to serve on the program committee in order to cover the broadest swath of topics relevant to MESA. To the extent possible, reviewers are matched by discipline and geographic focus, as well as research themes. Each proposal is read "blind" and rated by two committee members according to how, in a maximum of 400 words, the paper or panel will contribute to scholarship or to the field. The purpose of the program committee is to read and evaluate submissions, place high-rated ones on the program, and to assemble papers into cohesive panels.

## Acceptance/Rejection Rates, Recent Meetings

| | **2022 (Denver)** | | **2023 (Montreal)** | | **2024 (Virtual)** | | **2025 (Washington, DC)** | |
|---|---|---|---|---|---|---|---|---|
| Submission Type | Proposed | Accepted* Rejected | Proposed | Accepted Rejected | Proposed | Accepted** Rejected | Proposed | Accepted Rejected |
| Individual Papers | **441** | **363 (82%)** **78 (18%)** | **645** | **616 (95%)** **29 (5%)** | **443** | **413 (93%)** **30 (7%)** | **717** | **588 (82%)** **129 (18%)** |
| Pre-organized Panels | **114** | **112 (98%)** **2 (2%)** | **214** | **199 (93%)** **15 (7%)** | **84** | **82 (93%)** **2 (7%)** | **159** | **155 (97%)** **4 (3%)** |
| Roundtables | **30** | **30 (100%)** | **67** | **61 (91%)** **6 (9%)** | **21** | **21 (100%)** | **69** | **57 (83%)** **12 (17%)** |

*Does not include MESA 2021 deferred submissions of 25 panels, 5 roundtables, 1 special session, 61 individual papers
**Does not include MESA 2023 deferred submissions of 4 panels, 1 roundtable, 5 individual papers

## Abstract Submissions by Geographical Location

We use mailing address country to identify location; some have left this blank, which is why the total is less than the total number of paper submissions.

**Total = 1325**

North America = 972
- 98 Canada
- 1 Mexico
- 873 United States

Australasia = 3
- 3 Australia

Asia (excluding MENA/SWANA) = 14
- 3 China
- 2 India
- 1 Indonesia
- 5 Japan
- 2 South Korea
- 1 Taiwan

Africa (excluding MENA/SWANA) = 1
- 1 Kenya

Middle East/Southwest Asia = 151
- 3 Algeria
- 2 Bahrain
- 19 Egypt
- 2 Iran
- 13 Israel
- 4 Jordan
- 6 Kuwait
- 13 Lebanon
- 10 Morocco
- 5 Oman
- 2 Pakistan
- 1 Palestinian Territories
- 11 Qatar
- 3 Saudi Arabia
- 2 Tunisia
- 46 Turkey
- 9 United Arab Emirates

Europe = 184
- 8 Austria
- 2 Belgium
- 1 Cyprus
- 3 Denmark
- 2 Finland
- 13 France
- 1 Georgia
- 38 Germany
- 3 Greece
- 1 Hungary
- 5 Ireland
- 19 Italy
- 9 Netherlands
- 3 Norway
- 2 Portugal
- 7 Spain
- 1 Sweden
- 6 Switzerland
- 60 United Kingdom

## Abstract Submissions by Type

Total = 1372

Members: 1302
- 830 Fellows
- 26 Associates
- 446 Students

Exemptions: 70



AAUP-01131

# Disciplinary Breakdown of Papers

**Based upon the number of papers accepted to be on the program for which we have the necessary data.** We do not have relative data for 2023 because the discipline field allowed multiple selections.

| | 2020 (Washington†) | | 2021 (Montreal†) | | 2022 (Denver) | | 2025 (Washington) | |
|---|---|---|---|---|---|---|---|---|
| History | 486 | 34.69 | 366 | 31.99 | 319 | 31.93 | 378 | **29.69** |
| Anthropology | 153 | 10.92 | 113 | 9.88 | 84 | 8.40 | 184 | **14.45** |
| Pol Sci/Int'l Affrs | 252 | 17.99 | 187 | 16.45 | 183 | 18.30 | 150 | **11.78** |
| Literature | 131 | 9.35 | 119 | 10.40 | 120 | 12.00 | 146 | **11.47** |
| Art/Art History | 36 | 2.57 | 40 | 3.50 | 23 | 2.30 | 47 | **3.69** |
| Religious Stds/Theo | 43 | 3.07 | 42 | 3.67 | 36 | 3.60 | 37 | **2.91** |
| Sociology | 92 | 6.57 | 70 | 6.12 | 56 | 5.60 | 35 | **2.75** |
| Media Arts | 38 | 2.71 | 39 | 3.41 | 45 | 4.50 | 28 | **2.20** |
| Language/Linguistics | 37 | 2.64 | 21 | 1.84 | 20 | 2.00 | 24 | **1.88** |
| Law | 18 | 1.28 | 21 | 1.84 | 8 | 0.80 | 22 | **1.73** |
| Communication | 0 | 0.00 | 9 | 0.79 | 7 | 0.70 | 18 | **1.41** |
| Philosophy | 12 | 0.86 | 19 | 1.66 | 9 | 0.90 | 13 | **1.02** |
| Geography | 18 | 1.28 | 17 | 1.49 | 4 | 0.40 | 12 | **0.94** |
| Archit/Urban Plng | 15 | 1.07 | 18 | 1.57 | 14 | 1.40 | 11 | **0.86** |
| Education | 14 | 1.00 | 6 | 0.52 | 16 | 1.60 | 9 | **0.71** |
| Archaeology | 4 | 0.29 | 1 | 0.09 | 3 | 0.30 | 8 | **0.63** |
| Economics | 9 | 0.64 | 7 | 0.61 | 8 | 0.80 | 8 | **0.63** |
| Psychology | 2 | 0.14 | 0 | 0.00 | 0 | 0.00 | 4 | **0.31** |
| Medicine/Health | 3 | 0.21 | 4 | 0.35 | 4 | 0.40 | 3 | **0.24** |
| Journalism | 3 | 0.21 | 2 | 0.17 | 1 | 0.10 | 2 | **0.16** |
| Library Science | 3 | 0.21 | 0 | 0.00 | 1 | 0.10 | 1 | **0.08** |
| Business/ Public Admin | 8 | 0.57 | 1 | 0.09 | 0 | 0.00 | 0 | **0.00** |
| Interdisciplinary | n/a | | n/a | | n/a | | 116 | **9.11** |
| Unknown* | 24 | 1.71 | 42 | 3.67 | 38 | 3.80 | 17 | **1.34** |
| | 1401 | 99.98** | 1144 | 100.11** | 999 | 99.93** | 1273 | **99.99** |

†meeting held virually
*reflects people in departments/programs that do not fit within the standard list of disciplines
**due to rounding, figure is not 100%

# Sessions Accepted or Assembled

Total = 322

- 155 preorganized panels
- 98 assembled panels
- 57 roundtables
- 6 special sessions
- 6 workshops

# Paper Abstracts Accepted

Total = 1273

- 588 individual abstracts
- 685 abstracts on preorganized panels

AAUP-01132



9-ER 2381

# MESA Elections

**The 2025 MESA Board election will take place later this summer via MESA's website. All voting-eligible members will receive an email from the Secretariat, as well as subsequent reminder messages, when the election is live. The Nominating Committee is given the task of choosing the candidates for the three Board Members who will take office after the 2025 annual meeting. We thank the 2025 Nominating Committee for their service.**

Lisa Bhungalia, University of Wisconsin, Madison
Brahim El Guabli, Johns Hopkins University
Esmat Elhalaby. University of Toronto
Bassam Haddad, George Mason University
Lily Hindy (Student), UCLA
Choon Hwee Koh, UCLA

## Nominating Committee Election Statistics, 2018-2025

| Year | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| # of Full Candidates | 9 | 13 | 15 | 15 | 16 | 12 | 13 | 13 |
| # of Student Candidates | 6 | 5 | 6 | 5 | 5 | 3 | 3 | 1 |
| Total Membership at Election | 2032 | 2505 | 2445 | 2443 | 2168 | 2379 | 1461 | 2186 |
| Eligible Members (F & S) | 1955 | 2417 | 2394 | 2375 | 2117 | 2309 | 1371 | 2072 |
| Valid ballots | 321 | 357 | 388 | 430 | 957 | 448 | 293 | 307 |
| % of voting membership | 16.41 | 14.77 | 16.20 | 18.10 | 45.20 | 19.40 | 21.37 | 14.82 |

## MESA Welcomes New Staff Members



**Ceren Abi**

Dr. Ceren Abi is excited to support the MESA Global Academy as its program manager, building on her professional background helping students and scholars. Dr. Abi is from Istanbul and received her doctorate in History from UCLA. Her research interests include the history of cultural heritage and war in the Middle East.



**Janan Shouhayib**

Dr. Janan Shouhayib has joined MESA as the coordinator of the new Academic Freedom Initiative, which will create and host public resources and research on the contemporary campus climate. Dr. Shouhayib is from Washington DC, and holds a doctorate in Critical Social/Personality Psychology from the Graduate Center at CUNY.



AAUP-01133

9-ER 2382

# Contributions

For the period December 1, 2024, – May 15, 2025, a total of **$24,678** in contributions from indiviudals was received for MESA funds. *We gratefully thank the generosity of the following donors.*

## Call for Donations

### MESA 2025 Travel Grants for Graduate Students and Contingent/Precariously Employed

**The Board is issuing a challenge to members to raise funds in solidarity with precarious labor as well as students in our field.**

MESA's Travel Grant Program awards $500 grants to students and to precariously employed or contingent faculty who have no other institutional financial support to attend the conference. We will be conducting lotteries for travel grants in September and the amount in the fund at that time (including MESA's contributions) will determine the final number of 2025 travel grants. We anticipate receiving over 100 applications.

**The preferred way to make a donation is through your myMESA account.**

Alernatively, you can use the form located at mesana.org. Payment options include a credit or debit card or PayPal account . Be sure to select "Student and Precarity Travel Grants Fund" when specifying what to "Use this donation for."

## Discretionary Funds

### MESA General Fund

McGuire Gibson ■
Steven Heydemann ●
Robert D. Lee ■
Kenneth Perkins ★
Abdul H. Raoof ◆
Jeffrey Reger
Marianna Shreve Simpson
In honor of Badar Khan Suri ★
Janice Terry ●
Anonymous ●

### Presidents

Dina Rizk Khoury ★

## Advocacy Funds

### Academic Freedom

Chibli Mallat ★

### Global Academy

Nancy Gallagher ★

### Global Academy-Emergency

Adey Almohsen ●
Lois A. Aroian ●
Aslı Bâli ★
Charles E. Butterworth ●
Ahmad S. Dallal ★
Lara Deeb ●
Omnia ElShakry ■
Nancy Gallagher ★
Jens Hanssen ◆
S. Rao Jammalamadaka ●
Ilham Khuri-Makdisi ●
Ken Levy-Church ✸
Rose Marie Kuhn
Nada Matta
Karim Mattar ★
Jane Murphy
Christiana Parreira ★
Nahid Siamdoust
Connie Sjodian
Borgan Smarandache ■
Andrea Stanton ★
Howard Winant

## Annual Meeting Support Funds

### Student and Precarity Travel Grants Contribution

Anne H. Betteridge ●

### Child Care Contribution

Joseph E. Lowry ●
Sherry Vattar
Aileen Alexander Wyse ●

## Awards Funds

### MESA Mentoring Award

Nancy Gallagher ★

### Fatema Mernissi Book award

Nancy Gallagher ◆

### Nikkie Keddie Book Award

Rudi Matthee ●

### Malcolm H. Kerr Dissertation Award

Anne H. Betteridge ●
Joseph E. Lowry ●

● *at least $100*
■ *at least $250*
◆ *at least $500*
★ *at least $1000*
✸ *at least $5000*

AAUP-01134

# 2024 Survey Regarding Future Virtual Annual Meetings

The survey was conducted after the MESA 2024 Annual Meeting ended on November 16, and remained open through December 2024. The survey was therefore initiated a few weeks after the U.S. presidential election results were known.

Recent MESA members and conference attendees from 2019 to 2024 were invited to respond, so it was not restricted to only current members (past members were also welcome to participate).

We received **273** responses (128 faculty, 23 students, 8 adjunct/precarity, 7 independent, 7 exhibitors/filmmakers, 19 others; 81 did not identify).

Respondents reported their attendance history at recent meetings by year:

- 2024 (virtual) 130 attended, 15 registered & didn't attend
- 2023 (Montreal) 139 attended, 24 registered & didn't attend
- 2022 (Denver) 129 attended, 7 registered & didn't attend
- 2021 (virtual) 100 attended, 8 registered & didn't attend
- 2020 (virtual) 84 attended, 10 registered & didn't attend
- 2019 (New Orleans) 114 attended, 5 registered & didn't attend

In summary, respondents were more likely to have attended the three most recent meetings.

On the basis of the quantitative responses (graphed below), as well as qualitative comments, MESA is proceeding to contract for a 2027 in-person meeting.

We will conduct the survey again this year following the 2025 annual meeting, in order to begin to decide the format and pattern of the annual meeting after 2030.









AAUP-01135

9-ER 2384

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 211 of 300

# MESA's Institutional Members

We recognize the following organizations as institutional members of MESA. Our institutional members share with MESA a commitment to recognizing excellence in the field, encouraging the growth and vibrancy of all the different disciplines within Middle East studies, and defending the rights of scholars and academics around the world.

Aga Khan University, Institute for the Study of Muslim Civilisations
American University in Cairo
American University of Beirut, Issam Fares Institute for Public Policy and International Affairs
Arab Center Washington DC (ACW)
Arab Council for the Social Sciences
Boston College
Brown University, Center for Middle East Studies
Columbia University, Middle East Institute
Council of American Overseas Research Centers
George Washington University, Institue for Middle East Studies
Georgetown University, Center for Contemporary Arab Studies
Georgetown University, Department of Arabic and Islamic Studies
Georgetown University, Prince Alwaleed Bin Talal Center for Muslim-Christian Understanding
Harvard University, Center for Middle Eastern Studies
ILEX Foundation
McGill University, Institute of Islamic Studies
New York University, Hagop Kevorkian Center for Near Eastern Studies
North Carolina Consortium for Middle East Studies
Northwestern University, Program of Middle East and North African Studies
Ohio State University, Middle East Studies Center
Penn State University, Department of History
Portland State University, Middle East Studies Center
Princeton University, Department of Near Eastern Studies
Simon Fraser University
Stanford University, Sohaib and Sara Abbasi Program in Islamic Studies
Syracuse University, Middle Eastern Studies Program
University of Arizona, Center for Middle Eastern Studies
University of Arkansas, King Fahd Center for MIddle East Studies
University of California, Berkeley, Center for Middle Eastern Studies
University of California, Los Angeles, Center for Near Eastern Studies
University of California, Santa Barbara, Center for Middle East Studies
University of Houston, Arab-American Educational Foundation Center for Arab Studies
University of Illinois at Urbana-Champaign, Center for South Asian and Middle Eastern Studies
University of Maryland, Roshan Institute for Persian Studies
University of Massachusetts Amherst
University of Michigan, Center for Middle Eastern & North African Studies
University of Pennsylvania, Middle East Center
University of Southern California, Department of Middle East Studies
University of Texas at Austin, Center for Middle Eastern Studies
University of Toronto, Department of Near & Middle Eastern Civilizations
University of Utah, Middle East Center
University of Virginia, Department of Middle Eastern & South Asian Languages & Cultures
University of Wisconsin, Madison, Middle East Studies Program
Vanderbilt University
Yale University, Council on Middle East Studies







NEW IN
MIDDLE EASTERN
STUDIES
FROM
THE UNIVERSITY
OF TEXAS PRESS













**Ṭarab**
*Music, Ecstasy, Emotion, and Performance*
EDITED BY MICHAEL FRISHKOPF, SCOTT MARCUS & DWIGHT F. REYNOLDS
**$60.00** *hardcover* | JULY 2025

**Iranians in Texas**
*Migration, Politics, and Ethnic Identity*
BY MOHSEN MOSTAFAVI MOBASHER
**$34.95** *revised paperback edition*

**New Directions in Israeli Media**
*Film, Television, and Digital Content*
EDITED BY YARON PELEG, ERAN KAPLAN & IDO ROSEN
**$55.00** *hardcover*

**War in Syria and the Middle East**
*A Political and Economic History*
BY FEDERICO MANFREDI FIRMIAN
**$65.00** *hardcover*

**I Want Golden Eyes**
BY MARIA DADOUCH
TRANSLATED BY M. LYNX QUALEY & SAWAD HUSSAIN
**$18.00** *paperback*

**Fear in the Middle of a Vast Field and Other Stories**
BY MUSTAFA TAJ ALDEEN ALMOSA
TRANSLATED BY MAISAA TANJOUR & ALICE HOLTTUM
**$18.00** *paperback* | JUNE 2025

75 UNIVERSITY OF TEXAS PRESS
*www.utexaspress.com* | *@utexaspress*



AAUP-01137




Shift reading requirements from **an obstacle** to a valuable **research tool.**

**TEACHING FOR COMPREHENSION**

We offer a series of online seminars that deliver career-enhancing comprehension skills instead of the ability to merely translate texts. These innovative seminars teach students to read and comprehend discipline-specific scholarly texts in a second language quickly and effectively.

**TESTING FOR REAL-WORLD SKILLS**

We've developed an innovative assessment tool that measures the ability to analytically read and synthesize information from scholarly resources—providing certification of gained knowledge, skills and abilities.

**PREPARING GLOBAL SCHOLARS**

Time and time again, students who've taken our seminars have shared that our program has enhanced their research and broadened their perspective—delivering impactful skills they will utilize throughout their careers.

ACADEMICREADING.UCHICAGO.EDU

THE UNIVERSITY OF CHICAGO
ACADEMIC & PROFESSIONAL READING INSTITUTE
World Languages | Global Engagement

**Middle East Studies Association**
3700 O St. NW, ICC Suite 241
Washington, DC 20057 (USA)



# 2025 MESA Awards Competitions and Call for Nominations

Please see details on each award and the procedures for submissions and nominations on MESA's **website.**

**Jere L. Bacharach Service Award** **June 1, 2025**
This award honors extraordinary service to MESA or the field. The winner receives $1000.

**MESA Mentoring Award** **June 1, 2025**
This award honors contributions of a retired individual as mentor/teacher.

**Malcolm H. Kerr Dissertation Awards** **July 1, 2025**
For students completing their dissertations between July 1, 2023 and June 30, 2024, nominations should be from the author's sponsor or advisor. Winners in each category - Humanities and Social Sciences - receive $1000.

**Undergraduate Education Award** **August 1, 2025**
To recognize outstanding scholarship on teaching or other material contributions to undergraduate education in Middle East studies. Winner receives $250

**Graduate Student Paper Prize** **August 15, 2025**
For graduate students whose research papers consider any aspect of post 600 CE Middle East studies. The author of the winning paper receives $250 and the paper will be submitted for publication to *RoMES*.

# EXHIBIT 97

View this email in your browser

# Advisory on Recent Trump Administration Policies & Media Reports of Pending Policies

Dear Members:

We are writing in the context of ongoing and rapid changes to the higher education and immigration landscapes. **MESA's Task Force on Civil and Human Rights is issuing this advisory to alert our membership to the probable consequences of recent Trump Administration policies (as of March 10, 2025) and to recommend appropriate steps for individuals and affiliates to take in response to these measures.** We will continue to monitor, assess, and respond to these changes in support of MESA's organizational mission and its membership.

**We begin by condemning any new measures that will further restrict travel to the United States or affect current visa holders already inside the United States on the basis of national origin.** MESA joined with partners and colleagues in bringing a legal challenge against the Muslim Travel Ban imposed in 2017 and will continue to protest and resist any such measures today. We equally condemn any actions taken against individual valid visa holders based on their expressive or associational activity. The U.S. Constitution should never be interpreted to allow viewpoint based discrimination by the government, let alone direct targeting of individuals for enforcement actions based on their holding views disfavored by a particular administration.

While the Task Force cannot and will not issue legal advice, our recommendations are based on past experience, media reports, shifting federal policies, and in consultation with civil liberties organizations.

Recent news reports indicate that the Trump Administration has begun revoking visas and/or detaining individuals in the United States who are on nonimmigrant visas or are permanent residents (green card holders) on the basis of their protected speech and associational activities.

- These actions are subject to legal challenge, and such challenges have already begun in the instances that we are aware of to date.
- It is unlikely that the Trump Administration currently has the resources to engage in individualized actions against large numbers of valid visa holders, but we consider it prudent at this time to recommend that non-citizen members currently in the United States identify competent immigration lawyers in their communities who might be willing to assist in their defense as needed.
- Many campuses may have resources, including legal clinics and chapters of the National Lawyers Guild present as part of the academic community. In other instances, local pro bono legal services providers may be willing to offer advice and referrals.

Recent news reports also suggest that the Trump Administration may implement a new travel ban (primarily targeting Muslim-majority countries, but possibly including other countries) as early as this week.

- We believe that any MESA member currently employed or studying in the U.S. who is a national of a Muslim-majority country likely to be included in a new travel ban (e.g., Afghanistan, Iraq, Iran, Libya, Palestine, Pakistan, Somalia, Sudan, Syria, Yemen, and others) should consider canceling any upcoming international travel.
- We also recommend that non-citizen MESA members employed in the U.S. and currently traveling outside of the country should consider returning to the United States as soon as possible.
- U.S. citizens have the right to enter the country, but the vetting process may be chaotic and unpredictable. Non-U.S. citizens may under some circumstances be denied re-entry, and currently pending policies might make the entry process more difficult.

We would like to remind members of the following resources available through the MESA website:

1. **MESA Advocacy Resource Center:** https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2025/02/07/mesa-advocacy-resource-center
2. **Traveling Across Borders: Short Guide to Rights:** https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2020/01/28/traveling-across-borders-short-guides-to-rights
3. **Reporting Form for Documenting Shifts in Campus Climate in North America:** https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2024/02/15/documenting-shifts-in-campus-climate-in-north-america
4. **Interventions by MESA’s Committee on Academic Freedom:** https://mesana.org/advocacy/committee-on-academic-freedom
5. **Letters and Statements from MESA’s Board of Directors:** https://mesana.org/advocacy/letters-from-the-board

We will continue to closely follow shifting policies and provide updated information and guidance as they become available.

---

## MESA's Task Force Travel Advisory

---

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 98

View this email in your browser

# MESA Board Statement on the repression of academic freedom in the United States

**March 13, 2025—**The second Trump administration has ushered in an existential threat to academic freedom and higher education in the United States. The current campaign targeting universities is an extension of earlier right-wing efforts to attack and defund teaching about race, gender, and sexuality at the state level, but it is a significant escalation and one at the federal level. In the midst of Israel's genocidal war in the Gaza Strip of the last sixteen months and the fragile ceasefire in place as of this writing, Palestine solidarity protest activity on university and college campuses became a target of attacks that sought to undermine criticisms of Israel while simultaneously extending a pre-existing far-right war on higher education. The consequence has been, above all else, a censorious climate of repression to stifle voices in support of Palestinian self-determination and human rights and to secure ongoing, unconditional support to Israel. In the process, Palestine-related scholarship and advocacy have now become focal points of a frontal assault on universities as centers of critical thinking and knowledge production in a battle to destroy the autonomy of institutions of higher education in the US.

The groundwork for this moment was unfortunately laid through the demonization and criminalization of campus anti-war protests in 2023 and 2024, including statements by the Biden administration and lawmakers across the aisle, as well as the bi-partisan congressional hearings investigating US universities. The Trump administration is now engaged in a multi-agency attack on institutions of higher education and is working in concert with a highly mobilized and organized set of private actors, including lobby groups, non-profits, social media personalities, and extremist right-wing organizations, to

target universities and campus communities directly. The federal government is doing so primarily by cynically deploying a broad, vague, and flawed definition of antisemitism to chill constitutionally protected free speech rights and produce a chilling effect on teaching about, and public discussion of, Israeli policies toward Palestinians on college and university campuses.

On January 29, President Trump issued an Executive Order on “Additional Measures to Combat Anti-Semitism,” demanding action from every executive department or agency. Accordingly, a multi-agency “Task Force to Combat Anti-Semitism” was established on February 3, whose “first priority will be to root out anti-Semitic harassment in schools and on college campuses.” The Task Force is led by the Department of Justice’s Office of Civil Rights and includes elements of the Departments of Education and Health and Human Services, as well as the General Services Administration and other agencies not yet announced. Little else is known at this moment about the Task Force’s exact composition, scope of authority, or manner of operation.

In a matter of weeks, the Task Force has spearheaded the government’s weaponization of spurious antisemitism charges against higher education. It has announced a Department of Justice (DoJ) investigation into the University of California (UC) to assess whether the UC has allowed “an Antisemitic hostile work environment to exist on its campuses.” The Task Force has announced plans to visit at least 10 university campuses to consider “remedial action” action against them. In what appears to be the most egregious instance of government overreach against, and undermining of established due process for, higher education institutions, the Task Force announced the suspension of $400 million in federal funding to Columbia University without any clear legal basis.

The Task Force’s suspension of federal funding to Columbia merits particular attention because it underscores the existential threat posed by the Trump administration to higher education. Only days after initiating an investigation of Columbia for alleged violations, the Task Force announced the suspension of funding as a punitive measure. It has been long-established practice that a university under Department of Education (DoE) investigation is given an opportunity to present evidence and afforded the option of a “resolution,” that is a voluntary agreement with the DoE to take certain corrective steps. Only after the conclusion of an investigation, the issuance of findings and a resolution process would the DoE ever reach the point of instituting measures against a university. Even then, the long-established practice has been that any

compulsory measures be tailored to address specific findings of violation. In other words, general funding cuts as a punitive measure are outside of the bounds of ordinary DoE practices. Instead of following these established procedures, the Task Force, rather than DoE, announced the suspension of federal funding without providing Columbia University an opportunity to respond to the allegations underlying the nascent investigation. The public record suggests that the Task Force neither provided an explanation of the specific basis for its action, nor did it identify particular corrective measures to be undertaken. Moreover, the suspension of the $400 million was not tailored to any specific, alleged violation. Days later, the DoE announced that it had sent letters to 60 other universities under investigation, creating the appearance of a decision to make an example of Columbia University and thereby intimidate other institutions of higher education into taking preemptive measures to avoid similarly punitive cuts.

In addition to these threats to universities and their institutional funding, the government has also taken steps to target individuals on campuses for immigration enforcement actions specifically on the basis of their speech and associational activity. This includes the use of AI to scan social media accounts to identify statements and activities the government disagrees with, and the subsequent use of social media posts as the basis for arrest, detention, and deportation. The most prominent example has been the arrest and detention, using ICE officers, of Mahmoud Khalil, who holds a green card. Khalil was apparently detained for having served as an organizer of protests at Columbia, where he was a graduate student last year. President Trump has made clear on social media that this case “is the first arrest of many to come,” explicitly threatening that his administration will go after additional students at Columbia and other universities. Whatever specific legal pretext the government uses as the basis for this arrest and attempted green card revocation (or in other cases against targeted individuals), the intention is clearly to use the threat of deportation to deter all non-citizens from speaking out in support of views disfavored by the Trump administration.

Moreover, additional grounds to go after universities and their funding seem to be proliferating daily. The recent action pausing federal funding from the Department of Agriculture to the University of Maine over allegations that the university is allowing transgender athletes to compete in sports, makes clear that the Trump administration’s determination to go after university funding is in no way limited to claims related to alleged antisemitism.

Beyond the actions targeting universities and individuals, there remains in the background potential legislation that would strip universities, scholarly associations and philanthropic foundations of their nonprofit status on the basis of unilateral determinations by executive officials that they have allegedly engaged in vaguely defined forms of support to groups on terrorism blacklists, including through speech or other associational activity. Passed by the House of Representatives in the waning weeks of the Biden administration, the reintroduction of such a measure in a Congress continues to loom over higher education as a whole.

These and other recent policy initiatives represent an attempt to focus repression against university administrators to enlist them in efforts to monitor protest activity on their campuses as part of a campaign of intimidation. In this context, and in a continuation of the campus repression that began last year, some universities have, prior to any federal case or investigation, begun implementing measures in line with the Trump administration's preferences, communications, and executive orders. Multiple institutions have begun defunding or dismantling various DEI initiatives, scrubbing or retooling language about valuing diversity and inclusion, and even threatening to decrease funding for longstanding gender studies and ethnic studies academic departments and programs. School administrators have instituted ad-hoc changes to campus policies to further limit opportunities for expressive and associational activities. Disciplinary proceedings against students, faculty, and staff who have participated in pro-Palestine protests have intensified. Some universities have gone so far as to expel students for protest activity. Such anticipatory obedience threatens to radically scale up the government's repressive agenda. Further, as recent developments demonstrate, such compliance does not in fact protect institutions from federal threats.

The example of Columbia is again instructive. Repeated efforts by university leadership to anticipate and comply with demands by hawkish government actors—including multiple crackdowns on student protestors with police and draconian disciplinary measures, as well as the disciplining of faculty and staff via administrative leaves, suspensions, and threats of termination—have only exposed the university to even more extreme forms of sanction. Succumbing to intimidation has failed to assuage the university's antagonists; indeed it seems only to have emboldened the government to intensify its attacks. The government's announcement of massive funding cuts to Columbia University within days of announcing its investigation against the university is an extraordinary punitive measure no other university has experienced to date.

In the current national climate, as institutions of higher education and their mission of critical inquiry face unprecedented attack, MESA unequivocally supports efforts to stand up for freedom of expression, academic freedom, and institutional autonomy. Rather than facilitating or acting in the interests of government repression, we must all take a collective stance to defend higher education in the United States.

First and foremost, the MESA Board of Directors demands that the government immediately end its repressive campaign against American colleges and universities. We call on all branches of the federal government as well as elected officials and civil servants working at all levels to reject this brazen undermining of fundamental protections enshrined in the Constitution, including due process.

The MESA Board of Directors also calls on lawmakers to recognize the threat these policies represent to higher education in general, and to the specific campuses based in their constituencies in particular. Lawmakers have a critical role to play in ensuring transparency, accountability, and the constitutionality of any and all policies.

The MESA Board of Directors urges university and college administrations to affirmatively defend the autonomy of higher education and the rights of all members of their campus to engage in lawful, First Amendment-protected activity. We also call on university and college administrators to protect and support vulnerable members of our campus communities. Leaders in higher education must recognize that voluntary cooperation — beyond what is legally compulsory — with repressive efforts targeting individual members of our campuses or those abrogating the autonomy of higher education will compromise the safety of campus communities and render all universities more vulnerable to governmental overreach and censorship. Anticipatory obedience is neither a defense against repression nor a viable strategy to avert risk. Rather, it is an invitation to greater repression that endangers students, faculty, and staff, and compromises the integrity of institutions of higher education in a democratic society.

Lastly, we recognize that all of these events, and the climate of fear they have produced, are deeply traumatic to our members. The MESA Board of Directors is determined to face this new threat level and act as a resource in solidarity with our membership in defense of freedom of speech, academic freedom, and

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 225 of 300


institutional autonomy. We will support our members in their efforts to mobilize their own campus communities.

Statement

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

Case: 26-6906, 11/20/2026, DktEntry: 16.10, (226 of 300)

# EXHIBIT 99

View this email in your browser

# A Message from MESA and the Task Force on Civil and Human Rights

**March 21, 2025—**In the past month, the Trump Administration has continued to roll back academic freedoms on campuses across the country, including policies that defund schools, threaten Middle Eastern Studies departments, promote surveillance of students and faculty, detain individuals, and seek to revoke visas for international students. Moreover, new executive actions dismantling the Department of Education—together with announced funding freezes and cuts—affect all of higher education. In recent days, threats of deportations and a new travel ban have also been reported.

These changes have deeply unsettled our community across the globe, since we are affected personally and professionally by these threats and attacks. All of these developments have also reaffirmed for us the importance of advocacy that forcefully challenges such initiatives, as the MESA Board noted in its March 13 statement.

Along with our support for the study and scholarship of the Middle East, defending academic freedom remains a core focus in our work. As we adjust to these rapidly changing circumstances, MESA is firmly dedicated to defending academic freedom and providing comprehensive support and anticipatory resources for our membership and community at large as we face these challenges.

Over the last month, we have continued to work within the MESA Task Force on Civil and Human Rights to develop academic freedom defense resources for our membership. The Task Force is currently building out our newly launched academic freedom initiative, leading data collection on campus climate and

academic repression, and continuing to add to the MESA Advocacy Resource Center. Additionally, we have launched working groups with several partner organizations to coordinate our advocacy work. The four working groups focus respectively on data collection and mapping, resource development, media and communications, and legal support. In partnership with the AAUP, we are developing a campus toolkit that we hope will give our members the ability to plan how best to respond to this threatening environment on their own campuses.

Since February, MESA's Committee on Academic Freedom has issued three letters regarding academic repression on specific campuses in North America. As the threats to political and educational landscapes continue to develop daily, we are committed to continuing our advocacy work on multiple fronts, including addressing the ways in which university leadership is, in some instances, engaging in forms of anticipatory obedience that adversely affects our members and that we oppose.

On April 1, MESA will host a closed ***Know Your Rights*** Webinar at 12:00noon EDT. (All current members will be registered with their myMESA email, to ensure security. Please see your email for further information as the date approaches.)

As we continue to prepare for our Annual Meeting, we know how imperative it is for our community to come together, build support, and strategically plan for the continued waves of attacks on our work. We invite our members to consider gathering with us in November and to consider renewing your memberships to help support this work.

We thank you once again for your support and look forward to building together.

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 100

View this email in your browser

# Trump's Immigration Actions: What to Know

## Webinar Tomorrow

## Cosponsored by AAUP and MESA

Please join us Thursday, March 27, at 6:00 pm Eastern (3:00 pm Pacific), for a webinar about Trump administration immigration actions and people's legal rights.

Speakers will include deportation law specialist Marc Van Der Hout, who will share information about current immigration actions and the overall political landscape.

Participants will learn about the rights of legal permanent residents (green card holders), visa holders, and US citizens, and be empowered to advocate and protect both themselves and coworkers.

**This webinar is cosponsored by the American Association of University Professors and the Middle East Studies Association.**

## Register for AAUP-MESA webinar

---

**In addition, next week, MESA will also host a closed webinar for current members only.**

**April 1, *MESA Members: Know Your Rights* Webinar at 12:00noon EDT.**

Current (2025) members have been automatically registered. Please see your myMESA email for the link to join.

---

## In case you missed it

MESA, AAUP, and the Knight institute file lawsuit over Trump policy of arresting and threatening deportation for lawful speechfile lawsuit over Trump policy of arresting and threatening deportation for lawful speech.

The Middle East Studies Association (MESA) and the American Association of University Professors (AAUP) yesterday filed a lawsuit seeking to block the Trump administration from carrying out large-scale arrests, detentions, and deportations of noncitizen students and faculty members who participate in pro-Palestinian protests and other protected First Amendment activities.

---

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Case: 26-6906, 11/20/2026, DktEntry: 16.10, Page 233 of 300


Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 101

View this email in your browser

# *MESA Members: Know Your Rights Webinar*

## April 1, 2025 at 12noon EDT

MESA will host a closed ***Know Your Rights*** Webinar at 12:00noon EDT on April 1.

This is available only to current MESA members, and will not be recorded.

For this webinar, we have preregistered 2025 members with the email from your myMESA account to ensure security.

Please see the email sent to your email with the login link if you would like to attend.

---

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 102

View this email in your browser

# *Know Your Rights: Citizen and Non-Citizen Travelers*

## KYR While Traveling

## Wednesday, April 9, 2025 at 7:00 PM EDT

The CLEAR Project is sponsoring a webinar, ***Know Your Rights While Traveling***, on next Wednesday, April 9, 2025. Registration is open to anyone interested in attending.

Register

---

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 103

View this email in your browser

# MESA Board Joint Statement with the TFCHR regarding deportations

**April 11, 2025—**The MESA Board of Directors and the MESA Task Force on Civil and Human Rights condemn in the strongest terms the Trump administration's targeting of noncitizen students and researchers for their constitutionally protected speech and advocacy. As part of an expansive anti-immigrant agenda, President Donald Trump has revoked visas and ordered the detention and deportation of non-citizens, including lawful permanent residents, for their advocacy of Palestinian rights and human dignity. The pretextual use of federal laws and executive orders to penalize political advocacy, speech, and protest is a direct assault on the foundations of democracy. It is a brazen attempt to deter individuals and institutions from expressing and hearing dissenting viewpoints. It is also a direct attack on the academic freedom of US universities, threatening the viability of these institutions as sites of free research, debate, and knowledge production.

On January 20, 2025, President Trump issued Executive Order No. 14,161 stating that it is the policy of the United States to protect its citizens from noncitizens "who espouse hateful ideology," directing the Secretary of State and other cabinet officials to "vet and screen" all noncitizens who are already in the United States "to the maximum degree possible." On January 29, 2025, the president issued Executive Order No. 14,188 stating that it is the policy of the United States "to combat anti-Semitism vigorously, using all available and appropriate legal tools, to prosecute, remove, or otherwise hold to account the perpetrators of unlawful anti-Semitic harassment and violence." The White House released a fact sheet about the order vowing "to investigate and punish

anti-Jewish racism in leftist, anti-American colleges and universities." The fact sheet characterizes the order as demanding "the removal of resident aliens who violate our laws."

The Executive Orders laid the groundwork for a disturbing series of arrests and deportation proceedings of noncitizen academics who participated in pro-Palestine protests or other related expression and association. MESA and the American Association of University Professors (AAUP) have challenged in court this "ideological deportation policy" as patently unconstitutional. In March 2025 alone, the following arrests were carried out or attempted by the Immigration and Customs Enforcement (ICE) agency:

- On March 8, ICE agents arrested Mahmoud Khalil, a recent Columbia University graduate and U.S. permanent resident. The agents ambushed Khalil in the lobby of his university-owned apartment building, separating him from his wife (a U.S. citizen) and whisking him away to an ICE facility in Louisiana.
- On the same day, ICE signed a detention order for Yunseo Chung, a Columbia University student and permanent resident who has lived in the United States since she was seven. A federal judge temporarily stopped ICE from detaining Chung while attorneys litigate the case.
- On March 11, Ranjani Srinivasan, an Indian national and doctoral student at Columbia University's Graduate School of Architecture, fled the United States for Canada after receiving notice that her visa had been revoked, and experiencing two warrantless visits from ICE agents at her Columbia University-owned housing.
- On March 13, Rasha Alawieh, a Lebanese citizen on an H-1B visa, was detained for 36 hours at Boston's Logan Airport and then deported back to Lebanon. A kidney transplant specialist who was to start a position at Brown University's medical school, Dr. Alawieh was deported despite a court order temporarily blocking her expulsion.
- On March 17, ICE arrested Badar Khan Suri, an Indian national and postdoctoral fellow at the Alwaleed Bin Talal Center for Muslim-Christian Understanding at Georgetown University. Suri was surrounded by masked agents, separated from his wife (a U.S. citizen) and three children, told that his visa was revoked, and detained in an ICE facility in Louisiana.
- On March 21, the Justice Department wrote to attorneys for Momodou Taal, a British-Gambian national and doctoral student in Africana Studies at Cornell University, requesting that Taal voluntarily "surrender to ICE custody." Taal had filed a preemptive lawsuit to block his detention, but

the court has denied his motion seeking a halt to the administration's deportation efforts.

- On March 25, masked ICE agents surrounded Rumeysa Ozturk, a Turkish national and doctoral student in Child Study and Human Development at Tufts University, outside her home and transported her to a facility in Louisiana. In his defense of the arrest, Secretary of State Marco Rubio told reporters, "We gave you a visa to come and study and get a degree, not to become a social activist that tears up our university campus. We've given you a visa and you decide to do that we're going to take it away." Rubio did not specify what actions led to Ozturk's arrest, beyond her co-authoring of an Op-Ed urging Tufts to divest from companies with ties to Israel.

As the ostensible legal basis of the arrests, the government has invoked a little-used provision that was introduced into the Immigration and Nationality Act in 1990 that empowers the government to deport noncitizens if the secretary of state determines that their activities "would have potentially serious adverse foreign policy consequences for the United States." This provision, which purports to vest extraordinary discretion in a single government official, is of dubious validity. It was ruled as unconstitutionally vague by a federal judge – the sister of President Trump, no less – in 1996, although the decision was overturned on unrelated procedural grounds.

The arrests evince a clear pattern of penalizing Palestine solidarity, by redefining it as hateful, anti-Semitic terrorism, with universities as alleged incubators. President Trump reinforced this framing in a post on Truth Social on March 10, after Mahmoud Khalil's arrest: "This is the first arrest of many to come. We know there are more students at Columbia and other universities across the Country who have engaged in pro-terrorist, anti-Semitic, anti-American activity, and the Trump Administration will not tolerate it. Many are not students, they are paid agitators. We will find, apprehend, and deport these terrorist sympathizers from our country—never to return again."

In addition to these arrests, hundreds of international undergraduate and graduate student visas have been revoked without notice. The government has also taken the unprecedented step of terminating hundreds of individuals' records in the federal database regulating the stay of international students, threatening them with potential deportation proceedings. We do not yet know how many of these moves have been prompted by Palestine-related political alignments and/or impact members of the MESA community but they have created a climate of fear among international students and faculty, and, when

related to advocacy, are a clear infringement of first amendment rights. The administration's attempt to stigmatize noncitizens and punish them for their protected speech flies in the face of a broad legal consensus that the First Amendment applies to all persons residing in the U.S., regardless of citizenship status.

As the MESA Board emphasized on March 13, "Palestine-related scholarship and advocacy have now become focal points of a frontal assault on universities as centers of critical thinking and knowledge production in a battle to destroy the autonomy of institutions of higher education in the US."

The MESA Board of Directors and Task Force on Civil and Human Rights demand first and foremost that the U.S. government desist from actions designed to repress pro-Palestine speech and expressive conduct and to punish those who have engaged in such constitutionally-protected speech and conduct, especially noncitizens who are being threatened with the pretextual and punitive use of immigration laws for expressing views with which the government disagrees.

At a time when the government is abusing immigration laws in this way, and also possibly threatening to expand repression of speech to citizens through criminal laws, universities and colleges owe heightened protections to members of their campus communities, particularly noncitizens. There are a series of minimal steps that universities and colleges should take to ensure they are protecting their campus communities. The MESA Board of Directors and Task Force on Civil and Human Rights call on our members and colleagues to ask their university and college administrations to:

1. Refuse to turn over personal student information in response to Title VI investigations;
2. Make a clear commitment to avoid voluntary cooperation or information sharing with Immigration and Customs Enforcement or other federal agencies charged with facilitating deportation or other forms of immigration enforcement;
3. Make a clear commitment to not comply with Section 3 of the expanded Executive Order 13899, which calls for universities to "monitor for and report activities by alien students and staff relevant to those grounds and for ensuring that such reports about aliens lead, as appropriate and consistent with applicable law, to investigations and, if warranted, actions to remove such aliens;"

4. Maintain the enrollment of international students in the event of visa revocation, legal status termination, detention, and/or deportation;
5. Allow impacted international students and scholars to continue their studies and research remotely, if necessary;
6. Ensure that graduate students and workers whose enrollment is contingent upon funding through graduate teaching appointments or fellowships can continue their coursework, research, and teaching appointments;
7. Communicate reliable, timely information to international students and scholars, including immediate notification of changes in their legal status;
8. Provide and pay for legal counsel for those students and scholars whose visas have been revoked;
9. Work swiftly and affirmatively—through lawsuits, if necessary—to stop the termination of legal status of students and scholars without any due process.

Finally, in this climate of escalating fear, we reiterate our commitment to our membership to continue to act as a resource in their defense, and in defense of freedom of speech, academic freedom, and constitutional rights.

**Full statement web version**

**One-page PDF version**

---

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 104

View this email in your browser

# MESA Board Joint Statement with the TFCHR regarding visa revocations

**April 28, 2025—**The MESA Board of Directors and the MESA Task Force on Civil and Human Rights call on all U.S. universities and colleges to heed the Trump administration's reversal of the unlawful mass visa revocations that have terrorized international students and scholars in recent weeks. **We urge campus administrations to immediately inform their communities and recent alumni that international students and scholars remain legally entitled to stay in the United States.**

On April 25, following more than 100 lawsuits against the administration, the Department of Justice announced it would reverse course. This reversal was no doubt a response to the fact that courts across multiple jurisdictions issued restraining orders finding the administration's actions likely unlawful, citing arbitrary practices, violations of existing legal requirements and the failure to afford basic procedural protections.

The lesson is clear: the administration's strategy of shock and awe aims to destabilize through unlawful overreach, forcing affected individuals and institutions to expend enormous resources to assert their rights. The legality of actions is almost irrelevant if fear induces voluntary compliance.

Complying with lawless demands amounts to a voluntary forfeiture of legal and constitutional rights and risks irreversible damage that might otherwise have been avoided. **We warn university and college administrators against the self-inflicted harm that comes from failing to challenge unprecedented**

**actions by the government in the context of its chaotic immigration policies and its broader attack on higher education.** Instead, universities must assert constitutional rights, reinforce legal constraints on executive action, and, where necessary, pursue defensive litigation.

Over the past month, the Trump administration revoked the visas of thousands of foreign students and scholars. As of April 28, MESA recorded 1,674 revocations among current students and recent alumni on temporary (Optional Practical Training) employment—undoubtedly an undercount, as this figure relies on open-source data from university statements, campus newspapers, local journalism, and lawsuits. MESA's data show that visa revocations affected over 200 schools in 44 states, spanning public and private institutions. Impacted students come from at least 24 countries.

The administration's method of communicating visa revocations was shrouded in secrecy: rather than notifying students directly, it deleted their records in the Student and Exchange Visitor Information System (SEVIS), the government database regulating student visa holders, forcing universities to convey this change to students often without a clear understanding of its implications. Since students cannot access SEVIS directly, this maneuver conscripted colleges into the administration's campaign of intimidation. Most were informed of their revoked visas without explanation. Some were allegedly flagged through "criminal records checks" for minor, dismissed, or even dropped charges.

Crucially, **termination of a SEVIS record does not affect a student's lawful status inside the U.S.**, a fact the government has now acknowledged in court filings. Yet government communications blurred this distinction, misleading students and institutions into conflating SEVIS terminations with loss of legal status. It must be emphasized: a visa grants entry into the U.S., but lawful status once inside is separate. Termination of a SEVIS record or visa revocation does not require immediate departure; it only necessitates obtaining a new visa if one leaves and seeks reentry.

**The revocations triggered mass panic on campuses, often exacerbated by inaccurate university communications**. Examples include:

- Johns Hopkins University barred affected students from "non-public areas of University property", presumably including dormitories, stating DHS had instructed them to leave the country.
- Duke University asserted students with SEVIS terminations could no longer study or work legally in the U.S.

- Virginia Tech urged immediate departure after nine students had SEVIS terminations.
- The University at Buffalo (SUNY) told impacted students and alumni that departure was "required."

We know that some students "self-deported" due to misinformation and fear, and actual numbers are likely far higher than what has been reported to date. While it may be too late to undo all the harm for those who have left, **universities must immediately cease any adverse actions based on SEVIS terminations and support students in completing their education whenever possible**.

Even as the visa revocations have been reversed and new visa policies are under review, the damage is lasting. International students are now less likely to apply to U.S. institutions. Universities have been warned they risk punitive exclusion from the government program that allows them to admit students on visas, as exemplified by threats against Harvard. Students, advocates, and institutions have borne enormous costs defending basic legal rights—and a new, troubling baseline has been set.

In response to these acute harms, the MESA Board of Directors and Task Force on Civil and Human Rights call on the U.S. government to cease manipulating the student visa system. We further demand that any visa policy reviews prioritize the original purpose of these programs: facilitating the lawful admission of foreign students, scholars, and visitors to the United States.

At a time when the government has made clear its willingness to abuse immigration laws, we remind universities and colleges that they owe heightened protections to members of their campus communities. The MESA Board of Directors and Task Force on Civil and Human Rights reiterates its **demand that university and college administrations take the following basic steps to protect community members from arbitrary government action**:

1. Refuse to turn over personal student information in response to Title VI investigations;
2. Make a clear commitment to avoid voluntary cooperation or information sharing with Immigration and Customs Enforcement or other federal agencies charged with facilitating deportation or immigration enforcement;
3. Reject compliance with Section 3 of Executive Order 13899, which calls for universities to voluntarily "monitor for and report activities by alien students and staff;"

4. Maintain the enrollment of international students in the event of visa revocation, legal status termination, detention, and/or deportation;
5. Allow impacted international students and scholars to continue their studies and research remotely, when necessary;
6. Ensure that graduate students and workers whose enrollment is contingent upon funding through graduate teaching appointments or fellowships can continue their coursework, research, and teaching appointments;
7. Communicate reliable, timely information to international students and scholars, including immediate notification of changes in their SEVIS status;
8. Provide and pay for legal counsel for those students and scholars whose visas have been revoked;
9. Work swiftly and affirmatively—through lawsuits, if necessary—to stop the termination of legal status of students and scholars without any due process and to defend students and scholars from their campus who have been detained.

Finally, in this climate of escalating fear, we reaffirm our commitment to our membership to continue to act as a resource in their defense, and in defense of freedom of speech, academic freedom, and constitutional rights.

**See statement**

---

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 105

View this email in your browser

# Launching MESA's Academic Freedom Initiative

**May 13, 2025—**Over the last few months, MESA has been building out the Academic Freedom Initiative (AFI), a project funded by the Mellon Foundation to identify and track trends regarding academic freedom and repression on campuses across North America. Since starting the initiative in February, our research priorities have been to document recent mass immigration enforcement and incidents of employment retaliation on campuses, with upcoming projects focused on tracking litigation among other efforts.

**Tracking Higher Education Immigration Enforcement**
We have built a database to track the Trump administration's recent campaign to revoke the visas and terminate the immigration records of thousands of students and scholars across the U.S. Although the Department of Justice announced its intention to reverse these moves on April 25, these measures, along with the numerous cases of individuals currently detained or deported, have created a lasting sense of fear across campuses in recent weeks. It is not yet clear that the government has indeed changed course, or that there have been reversals in all cases where visas were already revoked. Moreover, universities' inability to properly protect or inform their communities has exacerbated this panic.

We have therefore continued to track all visa revocations and immigration record terminations, entry denials, deportations, and detentions of university students, faculty, and staff to comprehensively record and analyze such changes on campuses. Sourcing from open-access data such as court filings and media reports, we have also collaborated with individuals at allied organizations to corroborate our data for accuracy and completion. To date, we have identified 1,708 total cases.

More than half of the affected individuals were current students (975 out of 1,708), while 250 were recent alumni on temporary employment status.

In 478 cases, we have been able to identify affected individuals by name, citizenship, or immigration status.

From this data, we have identified multiple patterns.

Out of more than 200 universities and colleges with reported cases, over 65 percent of cases were reported from public institutions.

We have also identified a demonstrated national origin pattern across the dataset. Out of the cases where citizenship is known, the affected individuals held citizenship from more than 25 countries. Yet, less than 2 percent of these cases involved European citizenship. The overwhelming majority—over 98 percent of cases for which country of citizenship is known—are nationals of countries in the Global South.

We also have reason to believe the reversals are a prelude to further targeting of vulnerable individuals.

**Academic Freedom and Employment Retaliation Database**

In addition to higher education immigration, we have created a database that tracks all adverse employment outcomes for university employees who have advocated for Palestine since October 2023.

Thus far, we have identified the following incidents of employment retaliation:

| Incidents of Retaliation | |
|---|---|
| Suspensions | 27 |
| Terminations | 13 |
| Forced resignations | 3 |
| Rescinded offers | 2 |
| Removals from service positions | 2 |
| Miscellaneous | 14 |
| **Total # of incidents of retaliation** | **61** |

| Individual Data | |
|---|---|
| Tenured faculty | 24 |
| Tenure-track faculty | 9 |

| | |
|---|---|
| Non-tenure track faculty | 22 |
| Staff | 4 |
| **Total # of individuals affected** | **59** |

| **Institutional Data** | |
|---|---|
| Public universities | 16 |
| Private universities | 21 |
| **Total # of universities** | **37** |

**Future Research Directions**

As new policies continue to emerge, our next area of research will focus on legal actions and lawsuits brought under Title VI of the Civil Rights Act of 1964 to track major cases of lawfare concerning Palestinian advocacy within academia. We will build out a new database to capture Title VI litigation since October 2023, to be launched over the summer.

Across the country, universities and colleges remain under attack. Threats to immigration status, funding opportunities and employment, and to First Amendment protections including academic freedom continue to grow.

MESA will continue to develop our research initiative to address these concerns. Our research will be centralized on a publicly accessible website to be launched before the end of the year. In doing so, we will ensure our data is available to our membership and to the public. In addition to our findings, the new standalone website will house resources that are currently located in the MESA Advocacy Resource Center.

As we face continual threats of censorship, and repression, MESA is committed to defending academic freedom and free speech tenaciously, to document the range of experiences affecting our membership and our field, to encourage campuses to protect their communities, and to provide anticipatory support to all affected.

See web version

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 106

View this email in your browser

# *Know Your Rights Town Hall*

## Pre-summer webinar focused on immigration law, ideological detentions, and travel safety

### Tuesday, May 27, 2025
### 6:00-7:30 p.m. ET / 3:00-4:30 p.m. PT

We are holding a pre-summer webinar for our members focused on immigration law, ideological detentions, and travel safety. Join MESA, the American Association of University Professors (AAUP), and immigration attorneys Marc Van Der Hout and Johnny Sinodis on **Tuesday, May 27, at 6–7:30 p.m. ET (3–4:30 p.m. PT)**. We will be discussing updates in the detentions and attempted deportations of noncitizen students and scholars, best practices with respect to travel, and answers to the questions and concerns of international faculty.

Register here, and please submit your questions in advance using this form.

**Register for the webinar**

As the Trump administration continues its onslaught on immigrants and foreign nationals, MESA is working with allies on several fronts:

**In the courts—**Together with AAUP National and several AAUP chapters, we filed suit seeking to block the Trump administration from carrying out large-scale arrests, detentions, and deportations of noncitizen students and faculty members for ideological reasons (typically because of pro-Palestinian speech).

We overcame the government's motion to dismiss and anticipate going to trial this summer.

**Developing resources—**We have developed and assembled resources that are collected in our Advocacy Resource Center.

MESA members joining the webinar may be specifically interested in accessing the following materials highlighted in the Advocacy Resource Center, some of which we worked jointly with AAUP in developing:

- AAUP letter to college and university legal offices: Institutions Should Not Provide Student and Faculty Info to Enable Deportations
- AAUP letter to college and university legal offices: Institutions Should Support Students Under Visa Threats with Legal Aid and Housing
- Fact sheet on dealing with ICE on your campus (AAUP General Counsel)
- Fact sheet on rights and risks for workers who are in the United States on visas (AFT)
- Issue brief on immigration-related campus concerns (American Council on Education)
- Know Your Rights flyers (AFL-CIO)
- Family preparedness plan template (Immigrant Legal Resource Center)
- Immigration legal and digital security resources (AAUP Center for the Defense of Academic Freedom)

Finally, stay tuned for another virtual session that we will be organizing in late summer ahead of international students' and faculty's return to campus.

In solidarity,



Aslı Bâli
President



Jeff Reger
Executive Director

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

# EXHIBIT 107

View this email in your browser

# Advisory on Travel Ban and Annual Meeting Accommodations from the MESA Board of Directors and the Task Force on Civil and Human Rights

**June 16, 2025—**We write in the wake of the latest iteration of the Trump administration's travel ban announced on June 4, 2025. The new policy restricts entry into the United States (with various exceptions and to varying extents) by nationals of Afghanistan, Burundi, Chad, Republic of the Congo, Cuba, Equatorial Guinea, Eritrea, Haiti, Iran, Laos, Libya, Myanmar, Sierra Leone, Somalia, Sudan, Togo, Turkmenistan, Venezuela, and Yemen.

MESA condemns this measure, and the manner in which it restricts travel to the United States on the basis of national origin. MESA, along with partners and colleagues, filed a legal challenge against the 2017 Muslim Travel Ban, and is currently exploring options for legal action against this one.

MESA is committed to supporting our members and annual meeting attendees prohibited by the new Trump administration travel ban from attending the MESA 2025 Annual Meeting.

To that end, MESA will facilitate the participation of conference presenters from the countries included in the travel ban by allowing them to participate remotely. The MESA Secretariat will be in touch soon with affected presenters to make all necessary accommodations.

We understand that in-person meetings may present obstacles to participation for additional members outside the U.S. as well, and we will continue to think creatively about how MESA can facilitate participation. We will be providing

international travel guidance for participants attending from countries that are not included in the ban. Presenters who are ultimately unable to obtain a visa to attend the conference, due to circumstances outside of their control, should contact meeting@mesana.org.

Fully hybrid meetings regrettably are unaffordable due to the exorbitant rates charged for labor and technology to create the necessary audio-visual capacity at our scale. Because MESA annual meetings are planned several years in advance and involve a substantial financial obligation to the meeting venue in the form of a legally binding contract, we also cannot switch from an in-person to a virtual format. The success of an in-person meeting depends on meeting in person to the greatest extent possible.

We are, in addition, planning to experiment with a new model for hosting a mid-year virtual research forum. This forum would provide an additional opportunity for MESA members to present their scholarship and join roundtable discussions from around the globe.

Finally, we have looked to venues outside the U.S. as we plan for our next open meeting year, which is 2027.

**We are pleased to announce that the 2027 Annual Meeting will take place in Toronto, Canada.**

As always, the MESA Board of Directors and TFCHR reaffirm our commitment to our membership, to continue to act as a resource in their defense, and to do all that we can to facilitate the exchange of ideas and knowledge production in our field.

**See web version**

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Case: 26-6906, 11/20/2026, DktEntry: 16.10, (264 of 300)


Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 108

EXHIBIT
108

MESA_1966
Posts
Follow

mesa_1966 ...

**MESA Travel Advisory & Support for Affected Members**

**The MESA Board of Directors and Task Force on Civil and Human Rights condemn the Trump administration's travel ban (June 4, 2025), which restricts entry to the U.S. for nationals of 19 countries.**

**Some of the measures that we are taking to support impacted members:**

- **Offering accommodations for the 2025 MESA Annual Meeting for presenters from the affected countries**
- **Providing updated international travel guidance**
- **Exploring the addition of a mid-year virtual research forum in 2026, in order to expand access and participation globally**
- **Holding the MESA 2027 Annual Meeting in Toronto, Canada**

15

**mesa_1966** MESA condemns the new travel ban. We remain committed to defending academic freedom and ensuring inclusive scholarly exchange. Read the full statement and the steps that we are taking response: https://mesana.org/advocacy/letters-from-the-board/2025/06/16/advisory-on-travel-ban-and-annual-meeting-accommodations-from-the-mesa-board-of-directors-and-the-task-force-on-civil-and-human-rights

June 16

# EXHIBIT 109

EXHIBIT

109

mesa_1966 ...

## ACADEMIC FREEDOM INITIATIVE (AFI)

**MESA has launched its Academic Freedom Initiative, funded by The Mellon Foundation, to identify and track trends regarding academic freedom and repression on campuses across North America. This includes threats to scholars, immigration enforcement, and employment retaliation. The initiative will also result in additional datasets and is in the process of compiling public resources.**

Middle East Studies Association

Defend Higher Education & Academic Freedom

♡ 43 9

**mesa_1966** MESA's new initiative will identify trends regarding academic freedom and repression on campuses, with two initial projects on immigration actions affecting higher ed, and adverse employment outcomes. Learn more and join the fight to defend academic freedom here: https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2025/05/13/launching-mesas-academic-freedom-initiative

May 19

# EXHIBIT 110

EXHIBIT
110

MESA_1966
Posts
Follow

mesa_1966 ...

## MESA BOARD JOINT STATEMENT WITH THE TFCHR REGARDING VISA REVOCATIONS

The MESA Board of Directors and its Task Force on Civil and Human Rights call on all U.S. universities and colleges to recognize the Trump administration's reversal of the unlawful mass visa revocations that have terrorized international students and scholars in recent weeks. We urge campus administrations to immediately inform their communities and recent alumni that international students and scholars remain legally entitled to stay in the United States. Termination of a SEVIS record does not affect a student's lawful status inside the U.S.

Steps for Universities and Colleges to Take:

1. Protect student personal information – Refuse Title VI data requests
2. Avoid voluntary cooperation or information sharing with ICE
3. Reject EO 13899, Section 3 - monitoring noncitizen students and staff
4. Maintain enrollment – Even after visa revocation or detention
5. Enable remote study – For impacted students when needed
6. Secure funding & appointments – Protect graduate workers' status
7. Communicate clearly & quickly – Notify students of SEVIS changes
8. Provide legal support – Pay for counsel for visa challenges
9. Take legal action – File suit to defend due process rights

30 6

mesa_1966 The MESA Board of Directors has issued a statement condemning unlawful visa revocations and intimidation targeting international students and scholars.

Read the full statement here: https://mesana.org/advocacy/letters-from-the-board/2025/04/28/mesa-board-joint-statement-with-the-tfchr-regarding-visa-revocations

April 28

# EXHIBIT 111

EXHIBIT
111


MESA_1966
Posts
Follow
Co-sponsored by MESA
ONLINE WEBINAR
A specialist in deportation law will share information about current immigration actions and the overall political landscape. Members will learn about the rights of legal permanent residents (green card holders), visa holders, and US citizens, and be empowered to advocate and protect both themselves and coworkers.
TRUMP'S IMMIGRATION ACTIONS: WHAT TO KNOW
Thursday, March 27
3:00 p.m. Pacific time
6:00 p.m. Eastern
22
1
14
mesa_1966 17 Thursday, March 27 at 3:00 PM PT / 6:00 PM ET
Join the AAUP webinar "Trump's Immigration Actions - What You Need to Know" featuring a deportation law expert who will break down current immigration actions, the political landscape, and your legal rights.
Whether you're a green card holder, visa holder, or U.S. citizen, this webinar will empower you to advocate for yourself and others.
Stay informed and take action!
Please see your email for information on how to register
March 24

# EXHIBIT 112

EXHIBIT
112

MESA_1966
Posts
Follow

# KNOW YOUR RIGHTS! KNOW YOUR OPTIONS!

After 9/11, travel at airports and borders has become an especially stressful experience for many. This pamphlet provides information on your rights while traveling and tips on how to keep yourself safe.

## WHAT SHOULD I DO BEFORE I TRAVEL?

If you have an immigration case, you should speak with an attorney before traveling. You can consult with CLEAR free of charge if you have any questions or concerns about international or domestic travel.

### HOW TO SECURE YOUR ELECTRONICS:

- Customs & Border Protection (CBP) claims the authority to search, copy, or even seize electronic devices (including smartphones, laptops, and tablets) without a warrant.
- If possible, consider traveling without your electronic devices altogether or carry a device used only for travel.
- If that is not possible, secure your device:
  - activate full-disk encryption;
  - employ a strong password (15+ characters)
  - turn off facial/retina and fingerprint scan features.
- Deleting data will not ensure your privacy. Most government agencies are able to recover deleted data.

32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
**Posts**
Follow




32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!
March 21

MESA_1966
Posts
Follow

**DOCUMENTS TO BRING WITH YOU:**

- To fly **domestically**, travelers must show an accepted government-issued ID. An Enhanced or REAL ID, or a valid passport, will be accepted.
- To fly **internationally**, travelers must show a valid passport. Many countries require more than six months validity on a passport to allow entry.
- Non-citizens should carry their Green Card, visa, as well as any other relevant documents, such as an I-94 or I-20.
- We also recommend carrying a printout of your flight itinerary and your emergency contact information.




32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
Posts
Follow



**WHAT TO BRING AS CARRY-ON AND CHECK-IN LUGGAGE:**

Everything on your person or in your luggage is subject to search by airport officials.

• If you are departing or entering the United States with $10,000 or more, you must always properly declare it to a U.S. customs official. If you are entering or departing the U.S. as part of a group, and the members of the group are cumulatively traveling with $10,000 or more, the same requirement applies. If you are considering traveling with $10,000 or more, please consult with CLEAR or another trusted attorney, to ensure compliance with applicable rules.

32 12

mesa_1966 Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!
March 21

MESA_1966
Posts
Follow

## WHAT SHOULD I EXPECT WHILE TRAVELING?



**QUESTIONING**

✓ Airport officials may ask for your ID or question you about the basic details of your trip, such as its purpose, itinerary, destination, and duration. **You should answer these questions truthfully, but do not volunteer any additional information.**

✗ Airport officials or other law enforcement agents, including the FBI, may also try to pry into your religious or political views, and whether you know particular individuals. This may happen before you reach security, at the gate, or in secondary screening upon return from another country. These questions are inappropriate and beyond the scope of their authority.

**You can refuse to answer these questions.**
**Say: "I'm not comfortable answering questions."**

If officials insist that you answer such questions, ask to speak with your attorney. While the authorities are not obligated to allow your attorney to be by your side at the airport when you are being questioned, you may be able to speak to them over the phone. Contact CLEAR for free legal representation or a referral.

32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
Posts
Follow

Airport officials may insinuate or even threaten that they will arrest you or hold you longer unless you answer their inappropriate questions. They cannot lawfully arrest you solely based on your refusal to answer.



**SEARCHES**

When officials are searching your belongings or your person, do not volunteer any information. Take careful note of the official conducting the search, and if any items are taken out of your field of vision. Ask for the official's full name, agency, badge number, and identification and write down that information.

For international flights, Customs & Border Protection (CBP) claims the authority to search, copy, or even seize electronic devices, including smartphones, laptops, and tablets, without a warrant.

32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
Posts
Follow

**SEARCHES OF YOUR BELONGINGS:**

- Ask that airport officials search your belongings in front of you.
- If an officer seizes and retains your electronic devices, ask for a receipt and note the official's name as well as the date, time, and place.
- If an official asks you for passwords to your electronic devices or to unlock your devices, decline to do so. Providing the passwords potentially waives your rights regarding the personal information on your devices. The official may threaten to confiscate your devices unless you comply—you should still decline. Do not attempt to "remote erase" the device while it is in CBP custody.



**YOU ARE NEVER REQUIRED TO DISCLOSE YOUR DEVICE PASSWORDS OR UNLOCK YOUR DEVICES. UNLOCKING YOUR DEVICE DOES NOT GUARANTEE CBP WILL SHORTEN YOUR SCREENING OR RETURN THE DEVICE BEFORE YOU LEAVE.**



32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
Posts
Follow



**SEARCHES OF YOUR PERSON:**

- All passengers must undergo a routine security search. You may be selected for an additional search.
- If the airport has full body scanners, you can choose between the scan or a pat-down by an agent of the same gender. You have the right to ask for that pat-down to be conducted in a private area. If you consent to the scan, you have the right to ask for an officer of the same gender to view your scan image.
- If you wish to be searched in a private area, you can ask that you be allowed to bring a family member or friend.
- If an official asks you to remove religious clothing, such as a hijab, you can ask the officer to use a wand over that area instead. If they still insist that you remove your hijab, you have the right to remove it only in a private area in front of an agent of the same gender.
- Officials may not conduct a strip search as a routine part of airport security.

32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
Posts
Follow

# WHAT CAN I DO IF I FEEL THAT I HAVE BEEN INAPPROPRIATELY QUESTIONED OR SEARCHED?

- Keep a record with all the details of the incident that you can remember, including names or identifying information of the officials involved, receipts for confiscated property, names and contact information of any witnesses.
- You can file a complaint with the Department of Homeland Security's Traveler Redress Inquiry Program (TRIP) if you were improperly questioned, searched, detained, or denied boarding, or if you were harassed because of your religion, race, or national origin.
- If you have any questions about the TRIP process or need assistance filing a TRIP complaint. Contact CLEAR for a consultation. We can assist you in weighing your options and/or help you navigate the TRIP process.

## WATCHLISTS

The U.S. government maintains many watchlists. A person on a watchlist may not be allowed to fly at all, or that person may be subjected to additional scrutiny and screening during travel.

If law enforcement agents or airport officials try to question you at this point, say politely: "I will not answer your questions at this time." If they insist, ask to speak with your attorney first, and contact CLEAR.

32 12

**mesa_1966** Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!

March 21

MESA_1966
Posts
Follow

**IMMIGRATION CONSEQUENCES**

If you are a green card holder, the duration of your trip abroad may impact the level of scrutiny you face at the border and your immigration status. If you know that you will be abroad for longer than 6 months, consult an attorney about your options before traveling.

Immigration agents often detain undocumented individuals, even if they are traveling domestically. If this happens, do not answer any questions. If you have an immigration court case, you should carry a copy of your next hearing notice when you travel.

If you are traveling on a visa, CBP has broad discretion over whether to admit you. Consult an attorney before any travel if you have concerns about answering questions and/or unlocking your devices.

**CONTACT US FOR LEGAL SUPPORT**

CLEAR provides free legal support to clients, communities, and movements that are targeted by law enforcement under the guise of national security. Contact CLEAR if you seek free legal representation or advice, if you need support for organizing efforts, or if you wish to host a rights awareness workshop at your masjid, place of worship, organization, community center, or school.

CLEAR

cunyclear.org
@CUNY_CLEAR
cunyclear@law.cuny.edu
718-340-4558

32 12

mesa_1966 Know Your Rights and Options Before Traveling!
- What to do before traveling (documents, electronics and belongings)
- What to expect while traveling (questions and search)
- What to do if inappropriately questioned or searched?
Stay prepared, stay safe, and know your rights!
March 21

# EXHIBIT 113

EXHIBIT

113

MESA_1966

Posts

Follow

mesa_1966 ...

## MESA BOARD STATEMENT ON THE REPRESSION OF ACADEMIC FREEDOM IN THE UNITED STATES

In the current national climate, as institutions of higher education and their mission of critical inquiry face unprecedented attack, MESA unequivocally supports efforts to stand up for freedom of expression, academic freedom, and institutional autonomy. Rather than facilitating or acting in the interests of government repression, we must all take a collective stance to defend higher education in the United States.

44 20

**mesa_1966** The MESA Board of Directors has released a critical statement addressing the repression of academic freedom in the United States. Read the full statement here: https://mesana.org/advocacy/letters-from-the-board/2025/03/13/mesa-board-statement-on-the-repression-of-academic-freedom-in-the-united-states #AcademicFreedom #MESA #HigherEducation

March 13

# EXHIBIT 114

EXHIBIT
114


MESA_1966
Posts
Follow
March 13
mesa_1966
MESA MEMBERSHIP
Why become a member?
Join a scholarly community that is passionate about the pursuit of academic knowledge on the MENA region.
Help MESA defend academic freedom and human rights.
Present research at the annual meeting and publish in MESA journals
Serve on committees to recognize excellence and advance the field.
Benefits of Membership
Voting privileges and discounted meeting registration fees
Access to the International Journal of Middle East Studies (IJMES), the major scholarly journal in the field featuring quarterly articles, book reviews, and digital access
Access to MESA Review of Middle East Studies (RoMES) for scholarly articles reviews, resources, and updates on MESA and its members
Receive Issues in Middle East Studies (IMES), MESA's biannual newsletter, with updates on meetings and activities
Individual Membership Categories:
Full Member (Voting): Fellow and Student
Associate Member (Not voting)
Retired Membership
Joint Membership (Partners)
Questions about membership may be directed to the MESA Secretariat at secretariat@mesana.org
How do I join MESA, renew my membership, or update my information?
Through myMESA, the system for MESA members to manage their membership, annual meeting participation, etc.
Become a member today!
for more information navigate to our membership page on the website
9 1 1
mesa_1966 Be part of MESA's inspiring work and strengthen our scholarly community! Become a MESA member to stay connected, informed, and engaged. Enjoy access to publications, present your work, vote, and benefit from discounted fees and other benefits! Join or renew at https://my-mesa.org/
March 6

# EXHIBIT 115

EXHIBIT
115


MESA_1966
Posts
Follow
March 6
mesa_1966
MESA Advocacy Resource Center
Key questions you can find answers to:
How can you respond to ICE presence on campus and protect students and staff on visas?
What legal protections exist for DEI programs under federal law and Supreme Court rulings?
9
2
mesa_1966 The MESA Advocacy Resource Center was created to address growing challenges and threats to academia and scholars. Discover our tools and join us in standing up for academic freedom, inclusion, and justice. https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2025/02/07/mesa-advocacy-resource-center
March 4

# EXHIBIT 116

EXHIBIT
116

MESA_1966
Posts
Follow

mesa_1966 ...

As a MESA member, you strengthen our community. Together, we are working to:

1. Preserve academic freedom
2. Promote cutting edge-scholarship in Middle East studies
3. Defend our colleagues
4. Advocate for the civil and human rights of our community
5. Honor the work and contributions of our fellow scholars
6. Advocate for funding for the field
7. Support the next generation of graduate students and early-career scholars

14 2

**mesa_1966** In these challenging times, when higher education is under attack, being a MESA member means you're part of a movement that stands up to protect academia, educators, and students. Together, we can make a difference and push back against these rising threats.
Become a MESA member today! https://mesana.org/membership/become-a-member

February 27

# EXHIBIT 117

EXHIBIT
117


MESA_1966
Posts
Follow
mesa_1966
Deadline Extended
February 27, 2025
June 29-July 3, 2025
Held at AUC Campus
Cairo, Egypt
MESA/ACSS/OIB
Summer 2025
Workshop
Organized by:
The Middle East Studies Association
The Arab Council for the Social Sciences
The Orient Institute in Beirut
APPLY NOW
22
8
mesa_1966 Attention doctoral students based in North America! Don't miss your chance to apply for the Why Location Matters Doctoral Research Workshop in the Arab World, hosted at AUC in summer 2025—Apply by February 27, 2025! Read details & apply: https://mesana.org/resources-and-opportunities/2025/01/09/call-for-applications-mesa-acss-oib-summer-2025-workshop
February 21

# EXHIBIT 118

EXHIBIT
118


MESA_1966
Posts
Follow
February 21
mesa_1966
MESA 2025
Call for Papers
24h
Left
Thursday, Feb 20th 2025
12pm (Noon) EST
3
mesa_1966 24 HOURS LEFT! Don't miss your last chance to submit your proposals and abstracts for MESA 2025. Deadline: February 20 at 12:00 PM EST.
Details and how to submit: https://mesana.org/annual-meeting/call-for-papers
February 19

# EXHIBIT 119

EXHIBIT
119


MESA_1966
Posts
Follow
February 18
mesa_1966
CALL FOR PAPERS
February 20th
12:00PM (Noon) EST
MESA 2025
12
2
mesa_1966 Only 2 days left to submit your abstracts and proposals for MESA 2025 in DC. Don't miss this chance to share your research and reconnect with our Middle East studies community. Deadline: 12:00 PM EST, February 20. https://mesana.org/annual-meeting/call-for-papers
February 18

Case: 26-6906, 11/20/2026, DktEntry: 16.10, (298 of 300)

# EXHIBIT 120

EXHIBIT
120


MESA_1966
Posts
Follow
mesa_1966
MESA Advocacy Resource Center
In response to growing threats to academic freedom, MESA's Task Force has collected resources for scholars and students to learn more about their rights, how to protect themselves, their research and teaching, and more.
15
7
mesa_1966 MESA's Task Force has created the new MESA Advocacy Resource Center, compiling toolkits, factsheets, and other guidance on how to respond to the threats to rights on campuses across North America and beyond. Examples include resources for international students and scholars facing harassment and the suppression of their academic freedoms.
https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2025/02/07/mesa-advocacy-resource-center
February 12

# EXHIBIT 121