**No. 26-6906**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**STANFORD PUBLISHING CORPORATION, *et al.*,**

*Plaintiffs-Appellees,*

**v.**

**MARCO RUBIO, *et al.*,**

*Defendants-Appellants.*

**Appeal from a Judgment Issued by the U.S. District Court for the Northern District of California (Civil Action No. 5:25-cv-06618-NW)**

# DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD VOLUME 10 of 15

**JONATHAN D. GUYNN**
**Acting Assistant Attorney General**
**Civil Division**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**

**AUGUST E. FLENTJE**
**Special Counsel for Immigration Litigation**

**SAMUEL P. GO**
**Assistant Director**

**JAMES A. HURLEY**
**Trial Attorney**
**Office of Immigration Litigation**
**U.S. Department of Justice Civil Division**
**P.O. Box 878, Ben Franklin Station**
**Washington, D.C. 20044**
**T: (202) 305-1889**
**F: (202) 305-2509**
**james.hurley@usdoj.gov**

**JAIME DURR**
**DOMINIC WEISS**
**Trial Attorneys**

**Date: November 20, 2026**

**Attorneys for Respondent**

EXHIBIT
121

MESA_1966
Posts
Follow

February 12

mesa_1966 ...




10 2

**mesa_1966** The clock is ticking! You have just 24 hours left to submit your abstracts and proposals for MESA 2025 in DC. Don't miss this opportunity to share your research and network with our community of Middle East studies. Deadline: 12:00 Noon EST, February 13
https://mesana.org/annual-meeting/call-for-papers

February 12

# EXHIBIT 122

EXHIBIT
122


MESA_1966
Posts
Follow
mesa_1966
February 13, 2025
Thursday at 12 (Noon)
Two Days Left!
MESA2025
4
mesa_1966 Don't wait—submit your proposals now to ensure everything is submitted by the deadline: Noon EST Feb 13th. In these times, meeting together has never been more important. Don't miss the chance to join the largest gathering in Middle East studies. Details: https://mesana.org/annual-meeting/call-for-papers
February 11

# EXHIBIT 123

MESA_1966
Posts
Follow

EXHIBIT
123

mesa_1966




28 1 6

**mesa_1966** Only one week left to submit your abstracts for our upcoming conference in Washington, DC!

Don't miss this incredible opportunity to join our community in solidarity, present your research, and network with leading scholars and professionals in this field. https://mesana.org/annual-meeting/call-for-papers

February 6

# EXHIBIT 124

EXHIBIT
124


MESA_1966
Posts
Follow
mesa_1966
13
3
mesa_1966 The deadline is approaching in 2 weeks! Don't miss your chance to be part of MESA 2025 in Washington DC. Submit your abstracts and proposals today!
Read More [https://mesana.org/annual-meeting/call-for-papers]
#MESA2025 #CallForProposals
January 30

# EXHIBIT 125

EXHIBIT
125


MESA_1966
Posts
Follow
#MESA2025 #CallForProposals
January 30
mesa_1966
3 weeks left!
CALL FOR PAPERS
MESA 2025
The 59th Annual Meeting of the Middle East Studies Association will be held in person in Washington, DC, on November 22-25, 2025.
Categories of proposals
Pre-organized panels
Pre-organized roundtables
Individual paper abstracts
Procedures
All submissions must be made through the myMESA portal
Proposals are limited to a maximum of 400 words
Proposals should be written anonymously so that they can be reviewed "blind."
Membership for calendar year 2025 is required of all proposal author(s)
IMPORTANT DATE
FEBRUARY 13
Paper submission deadline
APRIL 30
Program Committee Notification are sent out
MAY 15
Pre-register for the Annual Meeting
More Questions?
Please visit our website or email us at meeting@mesana.org
21
4
mesa_1966 Reminder: Three weeks left to submit your paper or session proposals for MESA's 59th Annual Meeting in Washington DC this November!
[link: https://mesana.org/annual-meeting/call-for-papers]
January 23

# EXHIBIT 126

EXHIBIT
126


MESA_1966
Posts
Follow
mesa_1966
MESA 2025
CALL FOR PAPERS
You are invited to propose papers and sessions for the 59th MESA Annual Meeting
Deadline
February 13, 2025
41
12
mesa_1966 Four weeks left to submit your paper or session proposals for MESA's 59th Annual Meeting, happening on November 22-25, 2025 in Washington DC! The deadline to submit is 11:59 AM Eastern Time February 13, 2025.
[link: https://mesana.org/annual-meeting/call-for-papers]
January 16

# EXHIBIT 127

EXHIBIT
127


MESA_1966
Posts
Follow
Middle East Studies Association
OIB
Call for Applications
MESA/ACSS/OIB Summer 2025 Workshop
Why Location Matters: Doctoral Research in the Arab World
• Date: June 29-July 3, 2025
• Location: Held at AUC Campus
• Deadline for submissions: February 20, 2025.
• Languages: Arabic and English
Questions can be directed to secretariat@mesana.org
42
6
mesa_1966 Call for Applications: Why Location Matters Doctoral Research Workshop in the Arab World.
MESA invites its student members based in North America to apply for a summer 2025 workshop at AUC with colleagues from around the globe. Apply by Feb 20, 2025.
Read Details: https://mesana.org/resources-and-opportunities/2025/01/09/call-for-applications-mesa-acss-oib-summer-2025-workshop
January 10

# EXHIBIT 128

EXHIBIT
128


MESA_1966
Posts
Follow
MESA 2025
Calls for Participation Are Open
February 13, 2025
22
5
mesa_1966 If you are organizing a panel for MESA 2025 and you would like to issue an open call for additional participants, you may now submit an open call on MESA's website.
Final proposals by session organizers are due on Thursday, February 13 at 11:59AM (Noon) Eastern Standard Time.
Read More: [https://mesana.org/annual-meeting/call-for-participation]
If you have any questions, please email us at: meeting@mesana.org
January 9

# EXHIBIT 129

EXHIBIT
129


MESA_1966
Posts
Follow
mesa_1966
VIRTUAL
MESA
2024
November 11-16
23
1
mesa_1966 Introducing our new MESA 2024 logo for this year's virtual conference! We look forward to connecting with our colleagues around the globe in November.
March 27, 2024

# EXHIBIT 130

EXHIBIT
130


MESA_1966
Posts
Follow
more
May 11, 2023
mesa_1966
2023 MESA
CALL FOR PAPERS
The Middle East Studies Association calls for submissions from members for its 57th annual meeting to be held in Montréal, Québec, Canada from November 2-5, 2023.
DEADLINE EXTENDED
Thursday, February 23, 2023 at midnight (EST)
Questions: meeting@mesana.org
https://mesana.org/annual-meeting/call-for-papers
44
mesa_1966 UPDATE: CfP deadline extended to February 23
February 9, 2023

# EXHIBIT 131

EXHIBIT
131


MESA_1966
Posts
Follow
State University
January 12, 2023
mesa_1966
2023 MESA
CALL FOR PAPERS
The Middle East Studies Association calls for submissions from members for its 57th annual meeting to be held in Montréal, Québec, Canada from November 2-5, 2023.
Deadline: Thursday, February 16, 2023 at midnight (EST)
Questions: meeting@mesana.org
https://mesana.org/annual-meeting/call-for-papers
64
1
mesa_1966 The Middle East Studies Association calls for submissions from members for its 57th annual meeting to be held in Montréal, Québec, Canada from November 2-5, 2023 at the Palais des congrès de Montréal.
January 11, 2023

# EXHIBIT 132

EXHIBIT
132


MESA_1966
Posts
Follow
mesa_1966
BOOK EXHIBIT
Have you registered for the
MESA Conference?
PRE-REGISTER BY SEPTEMBER 29TH!
24
5
mesa_1966 Have you registered for MESA 2023 yet? The September 29 deadline to pre-register is fast approaching! After the deadline, attendees must register on-site at the higher, on-site rate beginning on November 2. See link below for more info and to register! https://mesana.org/annual-meeting/registration
September 14, 2023

# EXHIBIT 133

Case: 26-6906, 11/20/2026, DktEntry: 16.11, Page 26 of 300

EXHIBIT 133

# Middle East Studies Association of North America, Inc.

# Strategic Plan

## 2021–2025

# Mission Statement

The Middle East Studies Association (MESA) is a non-profit association that fosters the study of the Middle East, promotes high standards of scholarship and teaching, and encourages public understanding of the region and its peoples through programs, publications and services that enhance education, further intellectual exchange, recognize professional distinction, and defend academic freedom in accordance with its status as a 501(c)(3) scientific, educational, literary, and charitable organization.

# Vision Statement

The strength of MESA lies in its dual commitment to scholarship and advocacy. MESA fosters and disseminates inclusive scholarship, intellectual exchange beyond borders, and pedagogy about the Middle East and North Africa. MESA advocates for academic freedom. It is committed to supporting struggles against racism and anti-Blackness. It opposes anti-Muslim racism, anti-Semitism, and all forms of discrimination based on gender and sexuality. This vision of MESA's role will guide the implementation of the Strategic Plan over the coming five years.

# Background and Plan of Action

The Strategic Planning Committee was constituted by the Board of Directors (BoD) in November 2019 to develop a plan with goals and objectives to guide the BoD and the Secretariat over the next five years. These goals serve as guidelines for MESA's leadership as it carries out the association's mission in a changing environment concerning research, pedagogy, employment, and threats to academic freedom and civil rights. MESA is committed to transparency and pluralism. This plan is an evolving document, and was circulated among MESA's affiliated organizations for feedback in December 2020. We continue to welcome input and comments from our members.

# Long-Term Goals

Guided by MESA's mission and its dual commitment to scholarship and advocacy, the Strategic Plan recommends that MESA's BoD pursue the following goals:

1. Further intellectual exchange in North America and globally
2. Advance research within and across disciplinary and regional boundaries
3. Support undergraduate and graduate students' professional and intellectual development
4. Encourage public understanding of, and reward public scholarship on, the region
5. Recognize the importance of academic freedom and contribute to its defense
6. Foster and promote anti-racism and anti-discrimination in MESA as an organization and in the Middle East as an academic field.
7. Preserve and enhance MESA's organizational independence and financial health

# Further Intellectual Exchange

***Ongoing Practices:***

1. Host an annual meeting which welcomes high-quality, diverse scholarship from a range of disciplines
2. Foster innovative and high-quality research through the publication of *International Journal of Middle East Studies (IJMES)* and *Review of Middle East Studies (RoMES)*
3. Actively maintain ties with scholars from the Middle East and North Africa (MENA) region through the Global Academy, and help Global Academy Fellows to network with one another and with the institutional partners gathered into regional clusters of universities
4. Serve as a clearinghouse for information about programs of study and academic events related to the MENA region
5. Maintain affiliations with other academic organizations focusing on the MENA region in the United States and globally

***Objectives:***

1. Collaborate with other area studies professional organizations to support transregional scholarly initiatives
2. Support the professional development of students and junior faculty through webinars and panels or other workshops and gatherings at the annual meeting
3. Apply for foundation funding to support innovative seminars that advance the field of MENA studies, and partner with grant-receiving centers, institutes, or affiliates
4. Create a welcoming meeting space for all attendees through the enactment of policies developed by the Anti-Sexual Harassment Committee (ASH)
5. Incorporate anti-racism and anti-discrimination practices in all areas of intellectual exchange

Case: 26-6906, 11/20/2026, DktEntry: 16.3, Page 30 of 300



# Teaching, Pedagogy, and Student Support

***Ongoing Practices:***

1. Coordinate with MESA's Committee for Undergraduate Middle East Studies (CUMES)
2. Support the organization's Undergraduate Education Award
3. Facilitate the Undergraduate Research Workshop at the annual meeting
4. Devote space in *Issues in Middle East Studies* to essays on pedagogy
5. Recognize excellence in research by graduate students through the Malcolm H. Kerr Dissertation Awards
6. Support graduate student participation in MESA through travel fellowships for students, and sponsoring panels and workshops at the annual meeting to benefit graduate students
7. Recognize the importance of graduate students in the organization through the Student Director position on the MESA Board

***Objectives:***

1. Promote research on pedagogy through expanded publication opportunities in MESA outlets and encouraging papers and panels on pedagogy at the annual meeting
2. Connect and seek collaborative opportunities with the teaching and learning programs of other area studies and disciplinary associations
3. Share resources for undergraduate Middle East studies programs (creation of minors, certificates, program development, curriculum and assessment best practices)
4. Encourage the development of resources for pedagogical training, course design, instructional support, and professional development for graduate students in Middle East studies
5. Promote teaching and learning in MENA languages; seek opportunities for collaboration with centers and with language-specific professional associations

# Academic Freedom Advocacy

### *Ongoing Practices:*

1. Advocate through letter writing for the protection of academic freedom in North America and the Middle East, North Africa, and Gulf region
2. Publicize the work of the Committee on Academic Freedom (CAF) to the MESA membership and the broader academic and rights communities through the annual academic freedom award and annual meeting panels
3. Advise the board regarding sites or instances of particular concern for possible board action or statements
4. Coordinate with the Task Force on Civil and Human Rights (TFCHR) in seeking to protect institutions and scholars whose academic freedom is threatened in North America
5. Compile and provide resource materials for students, faculty, and administrators to address emerging challenges to academic freedom
6. Provide advice to other associations seeking to address academic freedom issues
7. Join, where appropriate and with board approval, with other associations in academic freedom petitions, letters, and campaigns

### *Objectives:*

1. Identify ways to further publicize the academic freedom cases adopted
2. Engage in more systematic follow-up on cases about which CAF has written to note changes to or continuation of their circumstances
3. Further develop ties with academic freedom (or similar) committees in other academic associations in North America
4. Offer assistance, when appropriate, to Middle East studies associations based outside the United States seeking to establish academic freedom committees
5. Coordinate outreach and identification of scholars with the MESA Global Academy

# Promoting Anti-Racism and Anti-Discrimination

MESA is committed to the struggles against racism, anti-Blackness, discrimination and the systemic and systematic prejudices directed against people of different identities and backgrounds. This means actively encouraging within our organization the participation of communities of color including Black, Native American, Indigenous, Latinx, and ethnic minorities as well as of people of different genders and LGBTQ2+ communities. Our commitment entails promoting research and teaching on the experiences of Black communities and other racialized minorities in the MENA region, on the historical and contemporary connections between the Middle East and other regions with an emphasis on Africa, and on themes, categories, and discourses regarding race and colorism in the MENA region.

MESA's centering of anti-racism and anti-discrimination work aims to move beyond increasingly ambiguous terms like "diversity" and "inclusion" by actively advancing, implementing, and institutionalizing processes within MESA that can help dismantle racist and discriminatory practices embedded in academia. This work extends to all the various marginalized histories, languages, and social groups of the Middle East and North Africa, and the variety of academic disciplines we use to study them.

## *Ongoing Practices:*

1. Continue consulting, as requested, with HBCUs and MSIs on the establishment of programs and centers of Middle East studies
2. Continue support, as requested, to the Middle East Outreach Council to develop programs and materials that reach K-12 schools with significant Black, Latinx, Native American and Indigenous student bodies
3. Charge the MESA Program Committee with ensuring that the Annual Meeting covers diverse topics that speak to geographic linkages and marginalized groups, a greater emphasis on African communities and issues relating to transnational networks between Africa, the Americas, and the Middle East, and a broad range of presenters of diverse backgrounds in accordance with the goals described above
4. Build on previous outreach to sister academic professional membership associations to develop joint activities

## Promoting Anti-Racism and Anti-Discrimination cont

***Objectives:***

1. Establish a committee charged with further articulating and implementing these goals. The committee is encouraged to consider developing some of the following proposals in addition to others it may recommend.
2. Coordinate with *IJMES* and *RoMES* editorial staffs and boards to develop plans for inclusion of diverse topics and authors in their pages
3. Work with CUMES to encourage the recruitment of undergraduate students from underrepresented minorities to study the Middle East and attend the MESA Annual Meeting
4. Develop a fellowship program for the annual meeting to encourage attendance of historically underrepresented groups of students and scholars in Middle East studies
5. Support panels, webinars, and resource lists on teaching about marginalized communities in the Middle East
6. Develop a book prize or a best article prize for scholarship on issues of race and color in the MENA region and the connections between the Middle East and Africa

# MESA's Organizational Independence and Financial Stability

***Ongoing practices:***

1. Support the reorganization and the transition of MESA's Secretariat to Washington, DC
2. Ensure that the Secretariat maintains a stable and independent working environment by continuing our productive relationship with the Institute for Middle East Studies at George Washington University's Elliot School for International Affairs
3. Secure the independence of the Secretariat's work.
4. Consult with and support BoD committees such as the MESA Global Academy, ASH, CAF, TFCHR, Committee on Precarity and Adjunctification, and Committee on Anti-Racism and Anti-Discrimination (CAA) on new projects and the expansion of MESA's commitments

***Objectives:***

1. Reassess the office space needs of MESA's Secretariat in light of the reorganization of its staff and its move to the DC area
2. Set priorities for MESA fundraising in an environment restricted by the economic downturn caused by COVID-19
3. Task the Development Committee with developing a long-term fundraising strategy in consultation with the BoD
4. Approach foundations for programmatic funding of new initiatives, and clear potential approaches by the Global Academy to new funders






















**MESA Headquarters & Secretariat**
1957 E Street NW, Suite 512H, Washington DC 20052 (USA)
*mailing address:*
3542 N. Geronimo Avenue, Tucson AZ 85705 (USA)
520-333-2577 · fax 520-207-3166
secretariat@mesana.org
mesana.org

# EXHIBIT 134

EXHIBIT
134

# Bylaws

*These Bylaws incorporate revisions approved on January 15, 1972, January 31, 1975, February 16, 1977, April 1, 1978, May 31, 1980, May 1, 1988, October 15, 1990, November 1, 1995, November 1, 1999, April 20, 2009, April 13, 2012, April 1, 2014, March 15, 2017, and March 21, 2025, of the original Bylaws of the Middle East Studies Association, Inc., of December 8, 1967.*

## ARTICLE I. NAME, NATURE, and OBJECTIVES

**Section 1.** Name. The name of this organization shall be the MIDDLE EAST STUDIES ASSOCIATION of North America, Inc. It shall be known also as The Middle East Studies Association (MESA) (also referred to herein as "MESA" or the "Association").

**Section 2.** Nature and Objectives. THE MIDDLE EAST STUDIES ASSOCIATION is a non-profit association that fosters the study of the Middle East, promotes high standards of scholarship and teaching, and encourages public understanding of the region and its peoples through programs, publications and services that enhance education, further intellectual exchange, recognize professional distinction, and defend academic freedom in accordance with its status as a 501(c)(3) scientific, educational, literary, and charitable organization.

## ARTICLE II. MEMBERSHIP

**Section 1.** Types of Membership. There shall be three categories of full members: Honorary Fellows, Fellows, and Student Members; one category of Associate Members; and one category of Institutional Members.

**a.** Honorary Fellows. Honorary Fellows shall be limited to outstanding internationally recognized scholars who have made major contributions to Middle East studies. Honorary Fellowship shall be bestowed by nomination of the Board of Directors and conferred by the majority of those present and voting at any Annual Members meeting of the organization. Honorary Fellows shall retain their status until their resignation or death. Honorary Fellows shall be entitled to all the rights and duties of Fellows but shall not pay dues. There shall be no more than ten Honorary Fellows at any one time.

**b.** Fellows. Fellows are defined as those individuals who have received a Doctorate related to Middle East studies and/or who have taught in Middle East studies and/or who have made a scholarly contribution to Middle East studies. Fellows shall be admitted to membership by approval of the majority of the Board of Directors. Annual dues as established by the Board of Directors must be paid to retain membership.

**c.** Student Members. The Board of Directors may admit as Student Members registered graduate and undergraduate students interested in Middle East studies who may meet such qualifications as may be established by the members of the Association. Annual dues as established by the Board of Directors must be paid to retain membership. The Board of Directors may establish a time-limit for student membership.

**d.** Associate Members. The Board of Directors may elect as Associate Members without the voting privilege persons interested in the study of the Middle East and who meet such qualifications as may be established by the members of the Association. They shall be entitled to attend all public meetings of the Association and to receive all publications of the Association. Annual dues as established by the Board of Directors must be paid to retain membership.

**e.** Institutional Members. The Board of Directors may admit as Institutional Members without the voting privilege academic or philanthropic institutions which meet such qualifications as may be established by the Board of Directors. Institutional Members shall be subject to review every third year, to ensure their missions and objectives continue to coincide with those of MESA, as stated in Article I, Section 2. Annual dues as established by the Board of Directors must be paid to retain membership.

**Section 2.** Voting. Only Full Members in good standing are eligible to vote by ballot (for the purposes of these bylaws "ballot" shall refer to both mailed paper and electronic mail ballot or any other means of electronic transmission approved by the Board of Directors) or voice vote in open sessions. Full Members in arrears of payment of dues shall be considered not in good standing.

**Section 3.** Resignation and Removal of Members. A member of any category of membership may be removed at any time by a vote of the majority of the membership. Any member in any category may resign at any time.

**Section 4.** Compensation. The Board of Directors may authorize reimbursement for expenses incurred by members in connection with the performance of their duties, provided however, that nothing herein contained shall be construed to preclude any member from serving the Association in any other capacity or receiving compensation for such services.

**Section 5.** Dues. Membership in any category is subject to such dues as may be fixed by the Board of Directors.

## ARTICLE III. ANNUAL MEETING OF THE ASSOCIATION

**Section 1.** An Annual Meeting shall be held at a time and place to be determined by the Board of Directors.

**Section 2.** An Annual Members Meeting open to members and guests of the Association shall be held at the time and place of the Annual Meeting.

**a.** The President or, in that Officer's absence, the President-Elect or Past-President, shall preside. In the event that none of these individuals is available, the Board of Directors shall select one of its members to preside.

**b.** Procedure shall be governed by the latest edition of Robert's Rules of Order, and there shall be a parliamentarian who shall advise the presiding officer.

**c.** There shall be a quorum for the Annual Members Meeting of 35 voting members of the Association in good standing. In the absence of a quorum, the Meeting may be held, but no votes may be taken.

**d.** Only Full Members in good standing may vote at the meeting.

**e.** Voting at the Annual Members Meeting shall be of two kinds.

**1).** Voting which seeks only to determine the "sense of the meeting."

**2).** Voting which seeks only to submit the question to the membership at a future time in the form of a ballot. Any vote to submit a matter to the general membership must be passed by a majority of those present and voting, providing there is a quorum at the time the vote is taken. Matters which are passed by the required majority shall be submitted to the membership under procedures described in Article III, Section 5.

**Section 3.** Special Meetings of the members shall be called at any time by the Executive Director of the Association upon the request of the majority of the Board Members or upon request of no less than one-fourth of the voting members of the Association.

**Section 4.** Resolutions

**a.** The Board of Directors may present resolutions to the Annual Members Meeting.

**b.** Any member of the Association in good standing with voting rights may, subject to the following rules, present resolutions at the Annual Members Meeting.

**1).** Resolutions must be received in writing by the office of the Executive Director of the Association not later than three weeks prior to the Annual Meeting; must be signed by at least seventy-five members of the Association in good standing with voting rights; must not be more than 300 words in length including background material; and must deal with a matter of concern to the Association or to the academic profession.

**c.** Resolutions may be voted upon at the Annual Members Meeting to determine "the sense of the meeting" or;

**d.** Resolutions designed to determine Association policy, to instruct the Board, or to amend the Bylaws, must be voted upon at the Annual Members Meeting to determine whether they should be submitted to the membership at a future time in the form of a ballot. A majority of those members present and entitled to vote, and constituting a quorum, shall be required to pass such a resolution. Resolutions passed by the required majority shall be submitted to the membership under procedures described in Article III, Section 5.

**Section 5.** Referenda

**a.** Referenda are defined as the casting of votes by the membership in good standing and with voting rights on issues other than elections, providing each member has been furnished with a ballot. Referenda may be initiated by the Board of Directors or by vote at the Annual Members Meeting as specified in Article III, Sections 2 and 4.

**b.** The Board of Directors may present its opinion on a referendum issue in writing at the time the mail ballot is sent to the membership.

**c.** Ballots must be returned by a date determined by the Executive Director, but not less than thirty (30) days from the issue of the ballot to be counted.

**d.** The result of the vote by members in good standing with voting rights shall be decided by a majority of those voting, or two-thirds of those voting for amendments (Article VIII).

## ARTICLE IV. BOARD OF DIRECTORS

**Section 1.** Management. The affairs and the property of the Association shall be managed by the Board of Directors (herein-after sometimes referred to as the Board or the Directors). The membership may originate general policies and give general directives to the Board. The Directors shall act only as a Board and individual Directors shall have no power as such.

**Section 2.** Annual Meeting. There shall be at least one Annual Meeting of the Board scheduled on the day before the opening of the annual conference and meetings-in-conjunction day. Such Annual Meetings of the Board shall be general meetings and open for the transaction of any business except in any case where special notice is required by law, by the Certificate of Incorporation, or by the Bylaws. They will be held in executive session and open to Board Members, both voting and ex-officio, and invited guests.

**Section 3.** Special Meetings. Special meetings of the Board shall be called at any time by the Executive Director upon the request of the President or upon the request of no less than a majority of the Directors.

**Section 4.** Notification. All Board Members will be given at least fourteen days notice of the time and location of board meetings.

**Section 5.** Quorum. At all meetings of the Board the presence of a majority of the Directors shall be necessary and sufficient to constitute a quorum. Except as otherwise provided by law or by the Bylaws, the act of a majority of the Directors present and voting shall be the act of the Board.

**Section 6.** Numbers of Directors. The Board of Directors shall consist of nine voting persons: The President, the President-Elect or the immediate Past-President, six Members of the Board, and one Student Member of the Board. The Executive Director and Treasurer shall serve on the Board as non-voting members.

**Section 7.** Election of Members of the Board. The Nominating Committee, described in Article VI, Section 2, shall annually nominate four Fellows as candidates for two vacancies of the Fellows Members of the Board. The Nominating Committee shall biennially nominate two Student Members for the one vacancy of the Student Member of the Board. Additional nominations may be made by petition from the membership to the Nominating Committee. Any Fellows Member may be nominated a candidate for Fellows Member of the Board by a petition signed by seventy-five Fellows in good standing provided the nominee has agreed to run and the petition is received at the Secretariat by the tenth of June. Any Student Member may be nominated a candidate for Student Member of the Board by a petition signed by seventy-five Student Members in good standing provided the nominee has agreed to run and the petition is received at the Secretariat by the tenth of June. The Committee shall, with the help of the Executive Director, conduct the election. Ballots shall be provided by the Secretariat in sufficient time so that they may be reasonably returned by a deadline before the Annual Meeting. The Nominating Committee may instruct the Executive Director to count the ballots and to have the results certified by a notary public. A plurality of the votes cast shall be required for election. Only the Ballots of members in good standing shall be counted. In preparing the list of nominees, the Nominating Committee shall keep in mind the desirability of having representation on the Board from the various sections of the United States and Canada, as well as scholars representing interests in the several regions of the Middle East and the various disciplines represented in Middle Eastern studies. The six Fellows Members of the Board shall be elected by the members of the Association. These six Fellows Members shall be elected from the Fellows by a plurality of the vote cast, with two Fellows Members being elected each year. Each person elected a Fellows Member of the Board shall continue in office until his or her term of three years has expired or until his or her successor shall have been duly elected and qualifies, or until his or her earlier death, resignation or removal in accordance with the Bylaws. The Student Member of the Board shall be elected by the members of the Association. The Student Member of the Board shall be elected from the Student Members by a plurality of the vote cast, with one Student Member of the Board being elected every odd-numbered year. The elected Student Member of the Board shall continue in office until his or her term of two years has expired or until his or

her successor shall have been duly elected and qualifies, or until his or her earlier death, resignation or removal in accordance with the Bylaws. Additional Members of the Board to fill any vacancy or vacancies caused by failure to elect the full number of members or the death, resignation or removal of any member may be elected by a majority of the remaining Board of Directors. The term of office begins after the Annual Meeting which follows his or her election. Only Fellows in good standing shall be eligible to serve as Fellows Members of the Board of Directors. Only Student Members in good standing shall be eligible to serve as a Student Member of the Board of Directors.

**Section 8.** Resignation and Removal of Directors. Any Director may be removed at any time with or without cause and with or without notice at any meeting of the members by a vote of the majority of the members of the Association. Any Director may resign at any time.

**Section 9.** Compensation. The Directors shall not receive compensation for their services as such but the Board may authorize reimbursement of expenses incurred by Directors in connection with the performance of their duties provided, however, that nothing herein contained shall be construed to preclude any Director from serving the Association in any other capacity or receiving compensation for any such services.

Each Director and Officer, whether or not then in office, shall be indemnified by the Association against all liabilities, costs and expenses reasonably incurred by or imposed upon him or her in connection with or arising out of any action, suit or proceeding in which he or she may be involved or to which he or she may be made a party by reason of his or her being or having been a Director or Officer of the Association; such expense to include the cost of reasonable settlements (other than amounts paid to the Association itself) made with a view to curtailment of costs of litigation. The Association shall not, however, indemnify such Director or Officer with respect to matters as to which he or she shall be finally adjudged in any action, suit or proceeding to have been derelict in the performance of his or her duty as such Director or Officer, nor in respect of any matter on which any settlement or compromise is effected, if the total expense, including the cost of the settlement, shall substantially exceed the expense which might reasonably be incurred by such Director or Officer in conducting such litigation to a final conclusion; and in no event shall anything herein contained be so construed as to authorize the Association to indemnify any such Director or Officer against any liability or expense by reason of willful misfeasance, bad faith, gross negligence or reckless disregard of the duties involved in the conduct of his or her office. The foregoing right of indemnification shall not be exclusive of other rights to which any Director or Officer may be entitled as a matter of law.

**Section 10.** Action Without Meeting. Any action required or permitted to be taken by the Board of Directors under any provision of the Association Code may be taken without a meeting of the Board of Directors if all Members of the Board shall individually or collectively consent in writing to such action. Such written consent or consents shall be filed with the minutes or proceedings of the Board. Such action by written consent shall have the same force and effect as a unanimous vote of such Directors.

**Section 11.** Limitation of Authority. No Officer authorized to spend or obligate expenditure of MESA funds may expend more than 5% of the total budget or 150% of any line item of budget without approval of the majority of the Board of Directors.

**Section 12.** Determination of Organization and Assets. If the number of eligible voting members falls below 80 for two consecutive fiscal years, a majority of the Board of Directors may terminate the organization and liquidate the assets remaining after the payment of all its obligations and these shall be given to one or more non-profit charitable corporations incorporated in the United States if approved by appropriate federal and state authorities as required by law. No member of MESA, other person or corporation except a non-profit charitable corporation, shall by virtue of such liquidation ever receive or be entitled to any of the assets of MESA.

## ARTICLE V. OFFICERS

**Section 1.** Number of Officers. The Officers of the Association shall be a President, who shall serve a two-year term and serve as Chair of the Board, a President-Elect or an immediate Past-President, an Executive Director, and a Treasurer. One person may not hold two or more of the aforesaid offices except those of the Executive Director and Treasurer. The President-Elect and the Past-President shall not hold office at the same time.

**Section 2.** Election of Officers. The President-Elect shall be elected biennially by the members. The Nominating Committee, described in Article VI, Section 2, shall nominate Fellows as candidates for office. It shall nominate two Fellows for the office of a President-Elect. Additional nominations may be made by petition from the membership to the Nominating Committee. Any Fellows Member may be nominated a candidate for Officer by a petition signed by seventy-five Fellows in good standing provided the nominee has agreed to run and the petition is received at the Secretariat by the tenth of June. The Committee shall, with the help of the Executive Director, conduct the election. Ballots shall be provided by the Secretariat in sufficient time so that they may be reasonably returned by a deadline before the Annual Meeting. The Nominating Committee may instruct the Executive Director to count the ballots and to have the results certified by a notary public. A plurality of the votes cast shall be required for election. Only the Ballots of members in good standing shall be counted. In preparing the list of nominees, the Nominating Committee shall keep in mind the desirability of having representation on the Board from the various sections of the United States and Canada, as well as scholars representing interests in the several regions of the Middle East and the various disciplines represented in Middle Eastern studies. Vacancies of Officers caused by failure to elect the full slate thereof or caused by death or resignation, or increase in the number of Officers may be filled by a majority vote of the Board at a special meeting called for that purpose or at any regular meeting. New Officers will fill out the term of existing Officers.

**Section 3.** Additional Officers. The Board at any meeting may by resolution appoint such additional Officers and such agents and employees, and determine their term of office and compensation, if any, as it may deem advisable. The Board may delegate to any Officer or committee the power to appoint such subordinate Officers or agents and to determine their terms of office and compensation, if any. Such additional Officers will not be a Member of the Board of Directors unless so specified in these Bylaws.

**Section 4.** Removal of Officers. Any Officer may be removed at any time with or without cause and with or without notice by a vote of the majority of the body electing or appointing him or her.

**Section 5.** President. The President's term shall be for two years and the President shall be a Member of the Board and all committees ex officio, shall serve as Chair of the Board and shall be a Member of the Board for the year following his or her term in office. He or she shall be the Chief Executive Officer of the Association and shall have general supervision of the affairs and property of the Association and over its

several Officers, and shall generally do and perform all acts incident to the office of President, and shall have such additional powers and duties as may from time to time be assigned to him or her by the Board. When authorized by the Board, the President may sign and execute, in the name of the Association, deeds, mortgages, bonds, contracts or other instruments authorized by the Board, except in cases where the signing and execution thereof shall be expressly delegated by the Board or by these Bylaws to some other Officer or agent of the Association. The President begins his or her term immediately after serving as President-Elect, and he or she takes office following the Annual Meeting.

**Section 6.** The President-Elect. The President-Elect, at the request of the President, or in the President's absence or disability, shall perform all the duties of the President subject to all the restrictions upon the President. When authorized by the Board, the President-Elect may also sign and execute, in the name of the Association, deeds, mortgages, bonds, contracts or other instruments authorized by the Board, except in cases where the signing and execution thereof shall be expressly delegated by the Board or by these Bylaws to some other office or agent of the Association. The President-Elect shall perform such other duties as from time to time may be assigned to him or her by the Board or the President. The President-Elect serves for one year as the President-Elect, beginning after the Annual Meeting which follows his or her election.

**Section 7.** The Past-President. The Past-President, at the request of the President, or in the President's absence or disability, shall perform all the duties of the President subject to all the restrictions upon the President. When authorized by the Board, the Past-President may also sign and execute, in the name of the Association, deeds, mortgages, bonds, contracts or other instruments authorized by the Board, except in cases where the signing and execution thereof shall be expressly delegated by the Board or by these Bylaws to some other office or agent of the Association. The Past-President shall perform such other duties as from time to time may be assigned to him or her by the Board or the President. The Past-President serves for one year following his or her term as President.

**Section 8.** The Treasurer. The Board shall appoint a Treasurer and shall determine his or her compensation, if any. The Treasurer shall act under the supervision of the Board and have charge and custody of, and be responsible for, all the funds of the Association and shall keep or cause to be kept and shall be responsible for the keeping of, accurate and adequate records of the assets, liabilities and transactions of the Association. He or she shall deposit all monies and other valuable effects of the Association in the name of and to the credit of the Association in trust companies or other depositories as may be designated in the manner provided in Article VII, Sections 5 and 6. In general, he or she shall perform all duties incident to the Office of Treasurer and such other duties as may from time to time be assigned to him or her by the Board or the President. If required by the Board, the Treasurer shall give a bond for the faithful discharge of his or her duties in such sum and with such surety or sureties as the Board shall determine. The expense of such bond shall be paid by the Association. The Office of Treasurer may be combined with any other office, as the Board may direct.

**Section 9.** Executive Director. The Board shall appoint an Executive Director and shall determine the length of service and compensation of the office holder. The Term of office is not to exceed five years, although he or she will be eligible for reappointment. The organization and management of the Secretariat shall be reviewed by the Board of Directors annually. The Executive Director is subject to removal as specified in Article V,, Section 4. The Executive Director shall be the Chief Administrative Officer of the Association. It shall be his or her duty, under the direction of the Board, to oversee the affairs of the

Association, to have responsibility for the continuing operations of the Association, to assist the work of its committees, to assist in the formulation of policies and projects for submission to the Board of Directors, to execute the instructions of the President and the Board, to prepare minutes of the meetings of the Board and the meetings of the members of the Association, to authenticate the records of the Association, and to perform such other duties as the President and the Board may direct.

## ARTICLE VI. COMMITTEES

**Section 1.** Executive Committee. The Executive Committee shall consist of the Officers of the Association. It shall act on behalf of the Board of Directors in the operation of the Association and shall have such authority as may be established from time-to-time by the Board of Directors.

**Section 2.** Nominating Committee. The Nominating Committee shall be nominated at the Annual Meeting. It shall consist of five Fellows in good standing and one Student Member in good standing. The Board of Directors shall submit a list of names of at least eight Fellows for five positions and a list of names of at least four Student Members for one position. Additional names may be proposed from the floor at the time of the Annual Members Meeting. The Nominating Committee shall be elected by ballot in advance of the Annual Meeting, under the guidance of the Board of Directors, with the assistance of the Executive Director. The five Fellows and one Student Member receiving the highest number of votes shall be elected. The Executive Director shall serve as the non-voting chair of the Nominating Committee. The elected Nominating Committee shall proceed in the manner described in Article IV, Section 7 and Article V, Section 2.

**Section 3.** Annual Meeting Program Committee. Members of the Program Committee shall be appointed by the Board after it hears the recommendations of the Program Chair- designate. They shall serve from the date of their appointment until the close of the official program of the Annual Meeting for which they are responsible. All panels, plenary sessions, or other aspects of the official program for the Annual Meeting shall be organized under the direction of the Program Committee, and no panels shall be allotted as a bloc to any person or group of persons outside the Committee. Only programs organized and approved under the direct control of the Program Committee shall be printed in the official program, except when the Board, on the recommendation of the Program Committee, decides otherwise. Nothing in this rule shall be construed to prohibit or restrain the Association's policy of, where feasible, making meeting rooms available and assisting in the announcement of special meetings organized to serve the purpose of the Association or its members.

**Section 4.** Publications Committee. The Publications Committee shall consist of five persons: the Editor of the International Journal of Middle East Studies, the Editor of the MESA Review of Middle East Studies (formerly known as the MESA Bulletin), one elected Member of the Board of Directors appointed by the Board, and two members-at-large appointed by the Board. The Editors of the two journals continue to serve on the Committee as long as they hold their editorial positions, the members-at-large serve for a period of three years, and the Member of the Board serves for two or three years, depending upon his or her tenure on the Board. The Member of the Board other than the editors of IJMES and the MESA Review of Middle East Studies shall be the Chair. The Committee shall coordinate and review the publication activities of the Association, and report annually to the Board of Directors.

**Section 5.** Personnel Committee. The Personnel Committee shall consist of three persons: The MESA President as chair, and two senior Fellow Members from the Board of Directors—one of whom may be the Past President (if available)—appointed by the President in consultation with the Executive Director. The Committee shall conduct the annual review of the Executive Director, address any personnel issues that arise, and assess the staffing needs of the Association in collaboration with the Executive Director. The Committee shall submit its report and recommendations annually to the Board of Directors for approval.

**Section 6.** Other Committees. The Board may constitute such other committees of Directors, Officers, employees, members, or other persons, with such functions, powers and duties as the Board shall provide. Each such committee shall operate in accordance with these Bylaws and the directives of the Board. Eligibility for membership shall be determined by the Board, and all such committees shall report their activities to the full membership annually. The names of the members of each committee and their terms of office shall be made known to the members at least annually.

## ARTICLE VII. MISCELLANEOUS PROVISIONS

**Section 1.** Offices. The Board may establish, from time to time, and in addition to the location of the Secretariat, one or more offices of the Association at any place or places and may maintain such office or offices for such period or periods of time as it may deem expedient.

**Section 2.** Fiscal Year and Audit. The fiscal year of the Association shall end on December 31 in each year. There shall be an annual audit of the Association, the result of which shall be reported to the members.

**Section 3.** Execution of Contracts. The Board may authorize any Officer, employee or agent, in the name of and on behalf of the Association, to enter into any contract or execute and deliver any instrument, and such authority may be general or confined to specific instance, and the Board may provide for such Officer, employee or agent to delegate such authority to other Officers, employees or agents, subject to the limitations set forth in these Bylaws.

**Section 4.** Loans. No loan shall be contracted on behalf of the Association unless authorized by the Board.

**Section 5.** Commercial Paper. All checks, drafts and other orders for the payment of money out of the funds of the Association, and all notes or evidences of indebtedness of the Association shall be executed on behalf of the Association by such Officer or Officers or employee or employees, as may be determined by resolution of the Board, or by designation of an Officer or Officers to whom such power of designation shall have been conferred by the Board.

**Section 6.** Deposits. All funds of the Association not otherwise employed shall be deposited from time to time to the credit of the Association in such banks, trust companies, or other depositories as the Board may from time to time select or as may be selected by any Officer or employee of the Association to whom such power may from time to time be delegated by the Board (or by an Officer or Officers to whom such power of designation shall have been conferred by the Board), may endorse, assign and deliver checks, drafts and other orders for the payment of money which are payable to the order of the Association.

**Section 7.** Notices. Except as may otherwise be required by law, any notice required to be given under these Bylaws shall be in writing and signed by the President or the Executive Director.

**Section 8.** Affiliated Organizations. Organizations having a scholarly interest in the Middle East and whose memberships include a substantial number of members of the Association may be affiliated with the Association. Affiliation is subject to acceptance by the Board of Directors, and affiliations shall be subject to review every third year. Affiliated organizations may meet under the aegis of the Association at the Annual Meeting, and participate in the program of the Annual Meeting, subject to approval and scheduling by the Program Committee of the Annual Meeting.

**Section 9.** Virtual Meetings and Participation by Certain Electronic Means. Subject to the provisions of applicable statutes and these Bylaws, any meetings of the Members and meetings of the Directors, including Annual Meetings, may be held virtually or in a hybrid format approved by the Board of Directors through the use of any means of communication by which all Members and Directors participating may simultaneously hear each other during the meeting and have a reasonable opportunity to participate in the meeting. A Member or Director participating in a meeting by this means is deemed to be present in person at the meeting.

## ARTICLE VIII. AMENDMENT OF BYLAWS

Amendments to these Bylaws may be proposed by 1) The Board of Directors or 2) by petitions signed by 75 voting members in good standing. All amendments shall be governed by the regulations contained in Article III, Sections 4 and 5, except that amendments must have a two-thirds majority of those voting.

# EXHIBIT 135

EXHIBIT
135

# Mission Statement

The Middle East Studies Association (MESA) is a non-profit association that fosters the study of the Middle East, promotes high standards of scholarship and teaching, and encourages public understanding of the region and its peoples through programs, publications and services that enhance education, further intellectual exchange, recognize professional distinction, and defend academic freedom in accordance with its status as a 501(c)(3) scientific, educational, literary, and charitable organization.

# Annual Meeting



The Middle East Studies Association's 59th annual meeting will be held in Washington DC from **November 22-25, 2025.**

The MESA 2025 Call for Papers is now closed. Decisions will be announced by May 1. The hotel room block is now open for reservations.

# Advocacy

The Middle East Studies Association (MESA) advocates on behalf of its members on issues that are central to its mission.

This includes statements and letters from MESA's Board of Directors, MESA's Committee on Academic Freedom, the Task Force on Civil and Human Rights, and the MESA Global Academy.

# Become a Member



Be a part of a community of scholars who are passionate about the pursuit of academic knowledge on the MENA region. Help MESA defend academic freedoms. Share your research at the annual meeting. Access the best, cutting-edge scholarship in person at the conference or online in our journals.

**Join** or renew today!

# Member Announcements

## Advisory regarding U.S. Travel Ban

MESA's Board of Directors and Task Force on Civil and Human Rights have issued a new advisory regarding the latest travel restrictions enacted by the Trump Administration.

## MESA 2025 Hotel Reservations

To book your room, please see here.

## Issues of IJMES, RoMES, and IMES available

To access, select the Publications tab in your myMESA account then click the publication image.

## Security Alerts for Researchers and Students

There are two active security alerts issued by MESA's Board of Directors for those embarking on research in Egypt and UAE.

JUNE 23, 2025 · RESOURCES AND OPPORTUNITIES

### Digital Content Associate, MESA Acade

**MESA**

The Middle East Studies Association (MESA) is seeking a par
Freedom Initiative.

Employment

US

MAY 13, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

### Launching MESA's Academic Freedom Ini

MESA has been building out the Academic Freedom Initiative (AF
identify and track trends regarding academic freedom and repre
datasets focus on recent immigration actions affecting higher ed
university employees since October 2023.

Resources

US

Academic Freedom Initiative

FEBRUARY 07, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

### MESA Advocacy Resource Center

MESA's Task Force has created a new advocacy resource cen
repression of rights on campuses across North America and

Resources

Canada, North America, US

JULY 02, 2025 · RESOURCES AND OPPORTUNITIES

### Call for Applications: 2026-27 Membershi School of Historical Studies

**Institute for Advanced Study - School of Historical Studies**

The Institute for Advanced Study School of Historical Studies inv

Announcements

US

JULY 02, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant Professor in the history of Arab Migration, Mobility and Diaspora

**Khayrallah Center/North Carolina State University**

The Department of History and the Khayrallah Center for Le invite applications to fill the Akram Khater Distinguished Pr for a tenure-track appointment at the rank of Assistant Prof Diaspora, beginning August 2026.

Employment

US

JULY 01, 2025 · RESOURCES AND OPPORTUNITIES

## Ethnographic Experiments from and with

**Doha Institute for Graduate Studies**

Submit your paper for the Ethnographic Experiments from and v Institute for Graduate Studies December 15-16.

Calls for Submissions

Qatar

JUNE 30, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter expressing alarm regarding the Ahmadreza Djalali, Iranian-Swedish sc

Our letter expressing alarm regarding the imminent risk of death row in Iran and joining global academic & human rigl

Interventions

Iran

Ahmadreza Djalali

JUNE 26, 2025 · LETTERS AND STATEMENTS FROM THE BOARD

## MESA Board Joint Letter with CAF to Univ

MESA expresses grave concern regarding the University of Utah' understanding (MOU) with Ariel University, located in the illegal Bank. The University of Utah has become the first American acac deal with Ariel University, the establishment of which constitute agreement is also in violation of international law, and comes aft repression of Palestinian universities in the West Bank and its de Gaza.

Interventions

US

Ariel University, University of Utah

JUNE 24, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant, Associate or Full Professor in Anthropology (Fall 2026)

**The American University in Cairo**

The Department of Sociology, Egyptology and Anthropology (SEA) invites applications for an Assistant or Associate Professor of Anthropology with expertise in either the Anthropology of Religion and/or the Anthropology of the Environment.

Employment

JUNE 23, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to protest the intensification of Isr sector in the occupied West Bank

Our letter vigorously condemning the ongoing and intensifying a occupied West Bank. We call upon various international bodies a Palestinians to continue their education unimpeded and their un mission.

Interventions

JUNE 22, 2025 · RESOURCES AND OPPORTUNITIES

## CFP: NAAIMS Webinar Conference on "Islam and AI" (Nov. 20, 2025; abstracts due July 11)

**North American Association of Islamic and Muslim Studies**

The 54th Annual Conference "Islam and AI: Challenges and opportunities" calls for paper submissions.

Calls for Submissions, Conferences

JUNE 22, 2025 · RESOURCES AND OPPORTUNITIES

## Conference "Minority Law in Arab States

**AGYA & Max Planck Institute for Comparative and International**

The international conference "Minority Law in Arab States: Gove in Hamburg, July 14-15.

JUNE 20, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to San José State University regarding the termination of Professor Sang Hea Kil

Our letter expressing concern at the decision of the San José State University (SJSU) administration to terminate the employment of Professor Sang Hea Kil, a tenured member of the Department of Justice Studies, due to alleged violations of university time, manner and place rules.

Interventions

US

Professor Sang Hea Kil, San José State University

JUNE 20, 2025 · RESOURCES AND OPPORTUNITIES

## Lecturer in Arabic

**Ohio State University**

The Department of Near Eastern and South Asian Languages a. position (non-tenure track) in Arabic culture.

Employment

JUNE 16, 2025 · NEWS

## In Memoriam, Peter Chelkowski (1933-2024)

MESA mourns the passing of Dr. Peter J. Chelkowski on Octo

Member Acknowledgments

JUNE 16, 2025 · LETTERS AND STATEMENTS FROM THE BOARD

## Advisory on Travel Ban and Annual Meeti MESA Board of Directors and the Task Fo

Joint statement from the MESA Board and Task Force regarding t response.

Interventions

JUNE 11, 2025 · RESOURCES AND OPPORTUNITIES

## Problem Areas, Disciplinary Boundaries, and Scholarly Practice in the Post-Formative Period

**Ghent University**

The ERC-project KNOW: Polymathy and Interdisciplinarity in Premodern Islamic Epistemic Cultures (1200-1800) invites abstract submissions for its first international workshop to be held at Ghent University on 2-4 June 2026.

Europe

JUNE 11, 2025 · RESOURCES AND OPPORTUNITIES

## Symposium "Islamic Law in Comparative and Epistemologies" in honour of Profess

**Max Planck Institute for Comparative and International Private I**

This event will celebrate the extensive and influential research o Institute of Comparative Law) on Islamic law and the field of com

JUNE 10, 2025 · NEWS

## MESA Files Amicus Brief in Harvard Lawsuit Challenging Federal Funding Cuts

MESA has filed an amicus curiae brief in support of Harvard University in its federal lawsuit challenging the Trump administration's funding cuts.

Press Releases

US

Harvard

JUNE 04, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant Professor in Political Science wi

**The American University in Cairo**

assi

MAY 27, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to George Washington University protesting the administration's actions against graduating senior Cecilia Culver because of remarks she made about Palestine during her commencement address

Our letter expressing concern about the decision of the administration of the George Washington University to ban graduating senior Cecilia Culver from campus and threaten to investigate her for possible student conduct code violations.

Interventions

US

George Washington University

MAY 27, 2025 · RESOURCES AND OPPORTUNITIES

## International Winter School 2026: Call foı

**The Arab Center for Research and Policy Studies**

ACRPS invites applications for the seventh International Winter S
Paradigm Shift or a Passing Trend?" in Doha, Qatar.

Calls for Submissions

MAY 20, 2025 · RESOURCES AND OPPORTUNITIES

## Arab Graduate Students Conference 20

**Arab Center for Research & Policy Studies**

The Center invites applications for its Fifth Conference for A
from 11-13 April 2026, at the Arab Center premises in Doha,

Conferences

MAY 19, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to New York University concerning degree of graduating senior Logan Rozos proceedings against him

Our letter expressing concern about the decision of NYU to withl
subject him to disciplinary action because of remarks he made al
ceremony of the Gallatin School of Individualized Study

Interventions

US

New York University

MAY 19, 2025 · RESOURCES AND OPPORTUNITIES

## LEO Lecturer I - Arabic Language

**University of Michigan Middle East Studies**

The College of Literature, Science, and the Arts, and the Department of Middle East Studies invite applications for a LEO Lecturer I in Arabic Language for the Fall 2025 Term.

Employment

# EXHIBIT 136

EXHIBIT 136

# Mission Statement

The Middle East Studies Association (MESA) is a non-profit association that fosters the study of the Middle East, promotes high standards of scholarship and teaching, and encourages public understanding of the region and its peoples through programs, publications and services that enhance education, further intellectual exchange, recognize professional distinction, and defend academic freedom in accordance with its status as a 501(c)(3) scientific, educational, literary, and charitable organization.

## Vision Statement

The strength of MESA lies in its dual commitment to scholarship and advocacy. MESA fosters, sustains, and disseminates scholarship, intellectual exchange beyond borders, and pedagogy. MESA advocates for academic freedom as well as the civil and human rights of scholars and students in the field of Middle East studies. MESA is proud to serve as an association that gives voice to the value of studying the Middle East in its global context, opposes all forms of discrimination, and defends the mission of higher education in both North America and in the MENA/SWANA region.

## Description

The Middle East Studies Association (MESA) is a private, non-profit learned society that brings together scholars, educators and those interested in the study of the region from all over the world.

MESA is primarily concerned with the study of the Middle East (including Southwest Asia, the Arab world, and North Africa) from the seventh century to today, though not at the exclusion of earlier time periods. Other areas of Africa, Asia, Europe, and the Americas—including diaspora communities—are also included as part of the study of the transnational dimensions of the societies of the Middle East in an interdisciplinary and comparative context.

From its inception in 1966 with 51 founding members, MESA has increased its membership into the thousands and now serves as an umbrella organization for dozens of institutional members and affiliated organizations. The association is a constituent society of the American Council of Learned Societies, the National Council of Area Studies Associations, and a member of the National Humanities Alliance.

As part of its goal to advance learning, facilitate communication and promote cooperation, MESA sponsors an annual meeting that is a leading international forum for scholarship, intellectual exchange, and pedagogical innovation. It is responsible for the *International Journal of Middle East Studies*, the premiere journal on the region, the MESA *Review of Middle East Studies* and a biannual newsletter. An awards program recognizes scholarly achievement, service to the profession, and exemplary student mentoring. MESA is governed by a nine-member Board of Directors elected by the membership.

## Strategic Plan

MESA has adopted a strategic plan for 2021-2025.

## Privacy Policy

MESA's privacy policy governs the manner in which MESA collects, uses, maintains and discloses information collected from users of the mesana.org website and the myMESA membership portal.

## Policy on public statements and media appearances

MESA has adopted a spokesperson policy on the authority to represent or speak on behalf of the association.

## Guidelines Governing Donations and Solicitation of Gifts

MESA has adopted guidelines that govern how it receives donations and/or solicits gifts.

## Photo Credits

Our thanks to Richard Doughty, AramcoWorld and Jonathan Bloom, Boston College for permitting MESA to use their beautiful photos of mosaics as banner images on the MESA website.

# EXHIBIT 137

EXHIBIT
137

# Current Meeting

MESA 2025
November 22-25, 2025
Westin Washington, DC Downtown

ANNOUNCEMENTS AND DEADLINES

## Registration

All are invited to attend MESA's 59th Annual Meeting. You must register to attend. Please see the registration page for further details on rates, policies, and deadlines.

## Program

MESA members may view the tentative, searchable program in their myMESA accounts starting July 1. A printable preliminary program will be available in September.

## Hotel

MESA has contracted with the Westin Washington, DC Downtown for a room rate of $209 for single occupancy (before taxes and fees).
Make your reservation by October 30, 2025 to receive the discounted rate.

**Questions?**

Email meeting@mesana.org with your questions or inquiries.

# EXHIBIT 138

EXHIBIT
138

# Committee on Academic Freedom

MESA's Committee on Academic Freedom comprises two sub-committees: MENA (Middle East and North Africa) and NA (North America). The mission of CAF is to address violations by protesting them at the highest government and diplomatic levels of the country where the violation occurs. The cases that CAF has addresses can be viewed in the list of interventions. To learn more about CAF, read the Committee's protocol.

JUNE 30, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter expressing alarm regarding the Ahmadreza Djalali, Iranian-Swedish sc

Our letter expressing alarm regarding the imminent risk of death row in Iran and joining global academic & human rigl

Interventions

Iran

Ahmadreza Djalali

JUNE 23, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to protest the intensification of Isr sector in the occupied West Bank

Our letter vigorously condemning the ongoing and intensifying a occupied West Bank. We call upon various international bodies a Palestinians to continue their education unimpeded and their un mission.

Interventions

Palestine/Israel

JUNE 20, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to San José State University reg Sang Hea Kil

Our letter expressing concern at the decision of the San José employment of Professor Sang Hea Kil, a tenured member of of university time, manner and place rules.

Interventions

US

Professor Sang Hea Kil, San José State University

MAY 27, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to George Washington University p actions against graduating senior Cecilia made about Palestine during her commer

Our letter expressing concern about the decision of the administ graduating senior Cecilia Culver from campus and threaten to in violations.

Interventions

US

George Washington University

MAY 19, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to New York University concern degree of graduating senior Logan Roz proceedings against him

Our letter expressing concern about the decision of NYU to subject him to disciplinary action because of remarks he ma ceremony of the Gallatin School of Individualized Study

Interventions

US

New York University

MAY 12, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to Protest the Unjust Detention of Amirhossein Moradi for the Past Five Yea

Our letter calling for the immediate and unconditional release of who were denied fair trials and have been unjustly imprisoned fc mistreatment. In addition, the letter urges President Pezeshkian students' rights and academic freedom. It also highlights the bro following the 2022 "Woman, Life, Freedom" protests, during whi disciplinary actions.

Interventions

Iran

APRIL 29, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to the University of Notre Dame cancellation of a keynote lecture by Pr

Our letter condemning the last-minute cancellation of a key Abdelhadi, purportedly on grounds of security.

Interventions

US

Professor Eman Abdelhadi, University of Notre Dame

APRIL 28, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to the University of Colorado-Boul university's failure to respond adequatel students

Our letter expressing concern about the University of Colorado-E physical assault committed on campus against students advocati

Interventions

US

University of Colorado-Boulder

APRIL 28, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter regarding treatment of students and scholars protesting the pretrial imprisonment of Istanbul Mayor İmam

Our letter regarding the use of violence by the police, as wel academics, and related institutions participating in protests İmamoğlu following the annulment of his bachelor's degree.

Interventions

Turkey

Ekrem İmamoğlu

APRIL 15, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter concerning the ongoing mistreatm translator Kholoud Said

Our third letter to Egyptian officials regarding the unjust circum Said. We call on the authorities to dismiss all charges against her Alexandrina.

Interventions

Egypt

Kholoud Said

APRIL 08, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to Yale University regarding the

Our letter expressing concern about the termination of Dr. H and Political Economy Project and associate research schola obscure website whose founders and contributors are anony

Interventions

US

Helyeh Doutaghi, Yale University

MARCH 31, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to Harvard University protesting t associate director of the Center for Middl

Our letter expressing concern about Harvard University's decisic Professor Rosie Bsheer as, respectively, director and associate di Studies

Interventions

US

Harvard University

MARCH 17, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to the leadership of Columbia U Trump administration's ultimatum of defense of academic freedom & the un

Our letter expressing outrage about the letter dated 13 Marc officials, and to urge you to respond in a principled and forc extreme demands that it sets forth

Interventions

US

Columbia University

MARCH 17, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to the Association of Collegiate Sch cancellation of a planned special journal

Our letter expressing concern about the decision of the Board of Architecture to cancel a planned issue of the Journal of Architect equally disturbed by the board's termination of JAE Interim Exec

Interventions

US

Association of Collegiate Schools of Architecture, Journal of Ar

MARCH 06, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to NY Governor Hochul and leaders of the City University of New York regarding the Palestinian Studies

Our letter expressing grave concern about Governor Hochul University of New York (CUNY) take down a posted advertis Palestinian Studies

Interventions

US

City University of New York CUNY, Governor Hochul, Hu

MARCH 06, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter protesting the ongoing unjust inca

Our tenth letter to express our outrage and deep concern, and de (Iranian-Swedish) Dr. Ahmadreza Djalali who has been detained on the basis of a forced confession.

Interventions

Iran

Ahmadreza Djalali

MARCH 03, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## MESA Statement on Dr. Laila Soueif

MESA expresses profound concern regarding the deteriorati
of her son Alaa Abdel-Fattah and the end of violations of aca

Interventions, Updates

Egypt

FEBRUARY 14, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Salma al-Shehab released from prison

CAF welcomes the recent news that Salma al-Shehab has been re

Updates

Saudi Arabia

Salma al-Shehab

FEBRUARY 10, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to MIT expressing concern abou
## Michel DeGraff to teach a course relati

Our letter expressing concern about the decision of MIT's De
Michel DeGraff permission to offer a proposed course on lan

Interventions

US

Massachusetts Institute of Technology, Professor Michel I

FEBRUARY 10, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to Emory University regarding the
## Mohammad for exercising her right to fre

Our letter expressing concern about the suspension of Umaymah
School of Medicine, for a statement that she made during a medi
code of conduct.

Interventions

US

Emory University, Umaymah Mohammad

JANUARY 28, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to the Columbia University Sena Office of Institutional Equity's treatme

Our letter expressing concern about the flawed disciplinary circumstances surrounding her "retirement."

Interventions

US

Columbia University, Dr. Katherine Franke

DECEMBER 16, 2024 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to New York University regarding toward faculty and students

Our letter expressing concern about recent actions that have exa

Interventions

US

New York University

DECEMBER 12, 2024 · COMMITTEE ON ACADEMIC FREEDOM

## Response from Cornell to our 26 Novei

The Committee on Academic Freedom received a response fi to our 26 November letter regarding a course proposal deve

Responses

US

Cornell University, Dr. Eric Cheyfitz

NOVEMBER 26, 2024 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to the Interim President of Cornell of an approved course proposal

Our letter expressing concern about the negative comments rece Dr. Eric Cheyfitz

Interventions

US

Cornell University, Dr. Eric Cheyfitz

NOVEMBER 20, 2024 · COMMITTEE ON ACADEMIC FREEDOM

## Letter regarding the latest trial and sentencing of Dr. Nasser bin Ghaith

Our letter protesting the latest trial of Dr. Nasser bin Ghaith, who has already spent 11 years in prison and his sentencing to life in prison on dubious charges of "establishing and managing a clandestine terrorist organization," as well as decrying his mistreatment in prison.

Interventions

UAE

Dr. Nasser bin Ghaith

# EXHIBIT 139

EXHIBIT
139

# Task Force on Civil and Human Rights

The Task Force on Civil and Human Rights pays close attention to the legal and political landscape and monitors shifts that may negatively affect our members. It tracks official rhetoric that targets Muslim and Middle Eastern communities and the reported harassment of Muslim and Middle Eastern students and faculty. It is attentive to the ways in which immigration law and the proposed registry program that targets Muslims may pose challenges to Muslim and Middle Eastern communities, and students and researchers working on the Middle East. It serves as a vehicle to monitor such developments and devises ways for MESA to respond effectively to the federal administration and its policies.

## Recent Work

MAY 13, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

### Launching MESA's Academic Freedom

MESA has been building out the Academic Freedom Initiativ identify and track trends regarding academic freedom and r datasets focus on recent immigration actions affecting highe university employees since October 2023.

Resources

US

Academic Freedom Initiative

FEBRUARY 07, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGHT

### MESA Advocacy Resource Center

MESA's Task Force has created a new advocacy resource center fo repression of rights on campuses across North America and beyo

Resources

Canada, North America, US

FEBRUARY 15, 2024 · TASK FORCE ON CIVIL AND HUMAN RIGHT

### Documenting Shifts in Campus Climate in

Form for Reporting Changes in Campus Climate and Incidents of America

Resources

Canada, North America, US

MARCH 10, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGH

### Advisory on Recent Trump Administra Pending Policies

Recommendations regarding recent and ongoing travel restrictions by Trump Administration.

Updates, Resources

travel restriction

SEPTEMBER 25, 2020 · TASK FORCE ON CIVIL AND HUMAN RIGH

## Memo on the Circumstances of the Arrest Materials Scientist Dr. Sirous Asgari

The Middle East Studies Association Task Force on Civil and Hum join together in expressing our shock and outrage at reports con scientist Dr. Sirous Asgari.

Interventions

Iran, US

SEPTEMBER 29, 2020 · TASK FORCE ON CIVIL AND HUMAN

## Statement on DHS Proposed Rule Impc Duration

The MESA Task Force on Civil and Human Rights calls on DH deprive international students of lawful status for the durat students from much of the developing world to two-year visas insufficient even for undergraduate study. The administration's proposed regulation would effectively mean that the United States no longer welcomes international students. If this rule were to go into effect, students from much of the world would face severe disincentives in considering degree programs in the U.S. Such actions would inflict broad harm on the intellectual life and economic viability of American universities, future generations of students, and the sectors of the economy that require highly qualified researchers and professionals.

Interventions

US

DHS, travel restriction, US, visa

JANUARY 28, 2020 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Traveling across borders: short guides to

Short guides to expectations of privacy and rights when cross

Resources

border crossings, digital privacy

JUNE 04, 2019 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Memo on OFAC Compliance for Academic

This memo offers basic guidance for those seeking to conduct ac sanctions (notably, Iran, Sudan and Syria).

Iran, Sudan, Syria

licensing guidelines, OFAC, sanctions

FEBRUARY 04, 2020 · TASK FORCE ON CIVIL AND HUMAN RI

## TFCHR announces a study of visa and c

MESA's Task Force on Civil and Human Rights notes with co particularly from Iran, with valid visas, as well as reports of of the issues of visa cancelation, border denials, and deporta North Africa. We are seeking information to better documer MENA region to the US for academic purposes. Please conta information regarding these issues.

Interventions

Iran, Iraq, Libya, Somalia, Sudan, US, Yemen

border crossings, Muslim ban, travel ban

JUNE 27, 2017 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Memo on Impact of Supreme Court Decisi

Task Force for Civil and Human Rights Memo on June 26, 2017 U.

Iran, Iraq, Libya, Somalia, Sudan, Syria, Yemen

IRAP v. Trump, MESA Lawsuit, Muslim ban

NOVEMBER 20, 2019 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Memo on Public Records Harassment and Defense

This memo offers preliminary guidance for those facing overly broad public records requests, particularly when public records laws are abused for the purposes of harassment and intimidation of scholars or centers for ideological reasons. Please contact tfchr@mesana.org for more information.

Resources

US

FOIA, open records, public records

JANUARY 29, 2017 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Memo on Executive Order to Limit Entry of Immigrants

President Donald J. Trump signed an Executive Order on January admission and vetting of non-citizens to the United States.

Iran, Iraq, Libya, Somalia, Sudan, Syria, Yemen

ACLU, IRAP v. Trump, MESA Lawsuit, Muslim ban

JULY 20, 2018 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Memo on US Supreme Court Decision on IRAP v. Trump upholding September 24, 2017 Presidential Proclamation of Travel Ban

On June 26, 2018, the United States Supreme Court issued an opinion upholding President Trump's third Muslim Ban. MESA continues to believe that the travel ban is at odds with fundamental principles upheld by the scholarly community including non-discrimination and a commitment to the free exchange of ideas. MESA will continue to take proactive steps to mitigate the adverse impact of the travel ban on research collaborations, scholarly activities and the students in our community.

Iran, Iraq, Libya, Somalia, Sudan, Syria, Yemen

IRAP v. Trump, MESA Lawsuit, Muslim ban, travel ban

MARCH 08, 2017 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Memo on Executive Order to Restrict Entry of Individuals from Designated Middle Eastern Countries

On Monday, March 6, 2017, President Donald J. Trump signed a new Executive Order (EO) that restricts entry into the United States for 90 days for all nationals of Iran, Libya, Somalia, Sudan, Syria, and Yemen.

Iran, Libya, Somalia, Sudan, Syria, Yemen

IRAP v. Trump, MESA Lawsuit, Muslim ban, travel ban

# EXHIBIT 140

EXHIBIT 140

# Letters and Statements from the Board

JUNE 26, 2025 · LETTERS AND STATEMENTS FROM THE BOA

## MESA Board Joint Letter with CAF to U

MESA expresses grave concern regarding the University of U
understanding (MOU) with Ariel University, located in the il
Bank. The University of Utah has become the first American
deal with Ariel University, the establishment of which const
agreement is also in violation of international law, and come
repression of Palestinian universities in the West Bank and i
Gaza.

Interventions

US

Ariel University, University of Utah

JUNE 16, 2025 · LETTERS AND STATEMENTS FROM THE BOARD

## Advisory on Travel Ban and Annual Meeti MESA Board of Directors and the Task For

Joint statement from the MESA Board and Task Force regarding t
response.

Interventions

APRIL 11, 2025 · LETTERS AND STATEMENTS FROM THE BOARD

## MESA Board Joint Statement with the TFC

The MESA Board of Directors and its Task Force on Civil and Hun
administration's targeting of noncitizen students and researcher
advocacy. We call on our members and colleagues to ask their un
of steps to ensure that they are protecting their campus commu

Interventions, Resources

US

AAUP v. Rubio

APRIL 28, 2025 · LETTERS AND STATEMENTS FROM THE BO/

## MESA Board Joint Statement with the '

The MESA Board of Directors and its Task Force on Civil and
recognize the Trump administration's reversal of the unlaw
students and scholars in recent weeks. We urge campus administrations to immediately inform their communities and recent alumni that international students and scholars remain legally entitled to stay in the United States. Termination of a SEVIS record does not affect a student's lawful status inside the U.S.

Interventions, Updates

US

MARCH 13, 2025 · LETTERS AND STATEMENTS FROM THE BOARD

## MESA Board Statement on the repressi( States

In the current national climate, as institutions of higher educatio unprecedented attack, MESA unequivocally supports efforts to st and institutional autonomy. Rather than facilitating or acting in take a collective stance to defend higher education in the United

Interventions

US

MARCH 28, 2025 · LETTERS AND STATEMENTS FROM THE B(

## Joint Statement regarding Columbia U Education

MESA and the undersigned associations condemn the actions taken in the past weeks at Columbia University and the Department of Education, which imperil the autonomy of centers for regional study at universities across the United States and the future of area studies as a domain of scholarship and research in American higher education.

Interventions

US

SEPTEMBER 12, 2024 · LETTERS AND STATEMENTS FROM THE

## MESA Board Joint Letter With CAF conder education sector in Gaza

The Board of Directors of the Middle East Studies Association anc condemn the government of Israel's brutal military campaign ag upon its immediate cessation. This letter focuses on the decimati the military's killing of students, faculty, and staff and its targete related facilities. We are especially concerned to underscore the and affiliation as many of the murdered Gazan scholars as is poss

Interventions

Palestine/Israel

JANUARY 17, 2025 · LETTERS AND STATEMENTS FROM THE

## MESA Board Joint Statement with CAF Military Campaign on Education in Lel

The MESA Board of Directors and its Committee on Academi interruption of education and the damage to Lebanese educ. campaign which began in September 2024. The attacks in Lebanon, including on educational facilities and their environs, are direct infringements on the right to education as well as on academic freedom. We express solidarity with our colleagues in Lebanon and urge international organizations to support Lebanese institutions as they resume their important activities and rebuild their sector.

Interventions

Lebanon

JULY 29, 2024 · LETTERS AND STATEMENTS FROM THE BOARD

## Endorsement of SEMOMM statement rega

Our statement endorsing SEMOMM regarding the recent arrest a
François Burgat.

Interventions

Europe

François Burgat, SEMOMM

SEPTEMBER 10, 2024 · LETTERS AND STATEMENTS FROM TI

## Joint Letter to Iranian Authorities fror

The Committees on Academic Freedom of the British Society for Middle Eastern Studies (BRISMES), the Italian Society for Middle East Studies (SeSaMO), and the Middle East Studies Association of North America (MESA) have written a statement to express concern about the persistent violations of academic freedom, including freedom of research and teaching, and freedom of expression in Iran over the past two years.

Interventions

Iran

APRIL 24, 2024 · LETTERS AND STATEMENTS FROM THE BOARD

## MESA Board Joint Statement with CAF co protest on campuses

The MESA Board of Directors and its Committee on Academic Fre
repress, and criminalize campus protests against the ongoing Isr
college and university boards of trustees, presidents, and admini
forcefully recommit themselves to the freedom of inquiry, expre
the US academy for decades.

Interventions

North America, US

MAY 06, 2024 · LETTERS AND STATEMENTS FROM THE BOARD

## MESA Board Joint Statement with CAF updating and responding to campus repression

The Board of Directors of the Middle East Studies Association and its Committee on Academic Freedom decry in the strongest of terms the growing number of cases of colleges and universities calling on police to repress campus protests against the ongoing genocide in Gaza. We also deplore actions and statements from officials that seek to delegitimize student and faculty activists and their criticism of the war.

Interventions, Updates

US

DECEMBER 18, 2023 · LETTERS AND STATEMENTS FROM THE BO

## Open Letter to US and Canadian Colleg

MESA's Board of Directors and Committee on Academic Freedom throughout North America to redouble efforts to protect the free members of their campus communities.

Interventions

Canada, North America, US

MARCH 11, 2024 · LETTERS AND STATEMENTS FROM THE BOARD

## MESA Board Joint Statement with CAF regarding the ongoing genocidal violence against the Palestinian people and their cultural heritage in Gaza

The Board of Directors of the Middle East Studies Association and its Committee on Academic Freedom condemn in the strongest possible terms the ongoing attack on Gaza by the state of Israel, resulting in the widespread destruction of the built environment and civilian infrastructure of the Gaza Strip with the apparent intention of erasing Palestinian heritage, thereby amounting to cultural genocide.

Interventions

Palestine/Israel, US

OCTOBER 16, 2023 · LETTERS AND STATEMENTS FROM THE BOA

## MESA Board Statement on Palestine and

The MESA Board of Directors is heartbroken by the loss of Israeli no justification for the targeting of civilians. We join our membe committed to a political solution that offers safety, dignity, and e concerned about the cumulative effect of the Israeli siege and bo displacement and destruction — including the bombing of school things, the possibility of access to education for generations of G and ability of students, faculty, and staff at universities across No viewpoints free of harassment, intimidation, and threats to their leaders and administrations to oppose all forms of discriminatio Semitism, and to affirmatively assert and protect the right to aca campuses.

Interventions

Canada, Europe, North America, Palestine/Israel, US

NOVEMBER 21, 2023 · LETTERS AND STATEMENTS FROM TH

## MESA Board Letter to Biden Administration on Ceasefire in Gaza

Letter on behalf of the Middle East Studies Association of North America calling on the Biden administration to support an immediate, unconditional, and permanent ceasefire in — and lifting of the siege on — Gaza.

Interventions

Palestine/Israel, US

SEPTEMBER 28, 2023 · LETTERS AND STATEMENTS FROM TH

## Joint letter from BRISMES, SeSaMO an regarding Khaled El Qaisi

The Italian Society for Middle East Studies (SeSaMO), the Bri Middle East Studies Association of North America (MESA) ha Palestinian student Khaled El Qaisi. SeSaMO, BRISMES and M ensure his immediate release.

Interventions

Palestine/Israel

JULY 17, 2023 · LETTERS AND STATEMENTS FROM THE BOARD

## ACLS Statement on SCOTUS Ruling on Aff

MESA has endorsed a statement from the ACLS emphasizing a co education, after the Supreme Court of the United States recently colleges and universities.

Interventions

US

APRIL 25, 2023 · LETTERS AND STATEMENTS FROM THE BO

## MESA Comment on proposed MENA US

In response to a Notice by the Office of Management and Bu Ethnicity Statistical Standards, MESA submitted a formal co Middle Eastern and North African (MENA) category as a che

Interventions

US

MARCH 09, 2023 · LETTERS AND STATEMENTS FROM THE BOARD

## ACLS Statement Regarding the Effort to U Florida House Bill 999

MESA has endorsed a statement from the ACLS regarding a new l is a frontal attack on the principles of academic freedom. If it pas state's public colleges and universities, with dire consequences f

Interventions

US

MARCH 06, 2023 · LETTERS AND STATEMENTS FROM THE B

## AAUP statement regarding Florida bill as we know it

MESA has endorsed a statement from the AAUP regarding Fl and to academic freedom.

Interventions

US

FEBRUARY 10, 2023 · LETTERS AND STATEMENTS FROM THE BO

## ACLS Statement in Support of Academic F

MESA has endorsed a statement from the ACLS in support of the at other institutions of higher education experiencing similar po

Interventions

US

DECEMBER 09, 2022 · LETTERS AND STATEMENTS FROM TH

## MESA Board Statement in support of p

The Board of Directors of the Middle East Studies Associatio Iranian government repression of protests. Pursuant to our and teaching as well as defending academic freedom and the Iranian students, teachers, and scholars who have been riski government's policies. We express our solidarity with our Ir

Interventions

Iran

OCTOBER 05, 2022 · LETTERS AND STATEMENTS FROM THE B

## Joint Statement from the Association for support of protests at Sharif University o

MESA and the Association for Iranian Studies have issued a joint students and professors at Sharif University of Technology in Tel of the academic rights of university students and professors. We assaults on university campuses and communities. We call for a f information regarding the fates of those killed, injured, missing,

Interventions

Iran

OCTOBER 04, 2022 · LETTERS AND STATEMENTS FROM THE BOARD

## Statement in solidarity with the Iranian academics' petition in response to the unfolding events in Iran

MESA has endorsed a statement by the Association for Iranian Studies and its Committee on Academic Freedom expressing solidarity with the Iranian academics who have signed a petition in response to the unfolding events in Iran. The petition stresses the right of Iranian women to freely choose their own dress code; calls for abolishing the morality police; and supports the protection of citizenship rights for all Iranians.

Interventions

Iran

# EXHIBIT 141

EXHIBIT
141

# All Resources and Opportunities

The presence of an opportunity on MESA's website does not indicate endorsement by MESA. MESA recommends that individuals practice due diligence in dealing with any vendor or institution listed. Specific questions about any listed opportunity should be directed to the organization/person referenced in the listing and not to MESA.

### Postings

Anyone wishing to post an opportunity should complete the form found here. If you have a virtual event please complete this form instead. MESA charges $95 for postings on the employment and summer language programs pages. All other postings are free of charge. We will invoice you and provide payment options once we receive your order. Please note postings will go up only after payment has been received. Postings may not exceed 500 words and will be posted for a maximum of 90 days (repostings will incur an additional $95 charge). Questions may be directed to secretariat@mesana.org.

JUNE 23, 2025 · RESOURCES AND OPPORTUNITIES

## Digital Content Associate, MESA Acade

**MESA**

The Middle East Studies Association (MESA) is seeking a part
Freedom Initiative.

Employment

JULY 02, 2025 · RESOURCES AND OPPORTUNITIES

## Call for Applications: 2026-27 Membershi School of Historical Studies

**Institute for Advanced Study - School of Historical Studies**

The Institute for Advanced Study School of Historical Studies inv

Announcements

JULY 02, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant Professor in the history of A

**Khayrallah Center/North Carolina State University**

The Department of History and the Khayrallah Center for Le
invite applications to fill the Akram Khater Distinguished Pr
for a tenure-track appointment at the rank of Assistant Prof
Diaspora, beginning August 2026.

Employment

JULY 01, 2025 · RESOURCES AND OPPORTUNITIES

## Ethnographic Experiments from and with

**Doha Institute for Graduate Studies**

Submit your paper for the Ethnographic Experiments from and v
Institute for Graduate Studies December 15-16.

Calls for Submissions

JUNE 22, 2025 · RESOURCES AND OPPORTUNITIES

## CFP: NAAIMS Webinar Conference on "Isl abstracts due July 11)

**North American Association of Islamic and Muslim Studies**

The 54th Annual Conference "Islam and AI: Challenges and oppo

Calls for Submissions, Conferences

JUNE 24, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant, Associate or Full Professor i

**The American University in Cairo**

The Department of Sociology, Egyptology and Anthropology (SEA) invites applications for an Assistant or Associate Professor of Anthropology with expertise in either the Anthropology of Religion and/or the Anthropology of the Environment.

Employment

JUNE 20, 2025 · RESOURCES AND OPPORTUNITIES

## Lecturer in Arabic

**Ohio State University**

The Department of Near Eastern and South Asian Languages and position (non-tenure track) in Arabic culture.

Employment

JUNE 22, 2025 · RESOURCES AND OPPORTUNITIES

## Conference "Minority Law in Arab Stat

**AGYA & Max Planck Institute for Comparative and International Private Law**

The international conference "Minority Law in Arab States: Governing Religious Diversity" invites people to join them in Hamburg, July 14-15.

Conferences

JUNE 04, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant Professor in Political Science wi

**The American University in Cairo**

The Department of Political Science invites applicants for an as emphasis on the Middle East starting Fall 2025.

Employment

JUNE 11, 2025 · RESOURCES AND OPPORTUNITIES

## Symposium "Islamic Law in Comparative Perspectives: Milestones, Methods, and Epistemologies" in honour of Professor Nadjma Yassari

**Max Planck Institute for Comparative and International Private Law**

This event will celebrate the extensive and influential research of Professor Nadjma Yassari (Director of the Swiss Institute of Comparative Law) on Islamic law and the field of comparative law.

Conferences

MAY 20, 2025 · RESOURCES AND OPPORTUNITIES

## Arab Graduate Students Conference 2026

**Arab Center for Research & Policy Studies**

The Center invites applications for its Fifth Conference for Arab ( from 11 13 April 2026, at the Arab Center premises in Doha, Qata

Conferences

MAY 27, 2025 · RESOURCES AND OPPORTUNITIES

## International Winter School 2026: Call for Applications

**The Arab Center for Research and Policy Studies**

ACRPS invites applications for the seventh International Wi Paradigm Shift or a Passing Trend?" in Doha, Qatar.

Calls for Submissions

MAY 19, 2025 · RESOURCES AND OPPORTUNITIES

## CfP Symposium: Literature, Care, and the and North Africa

**Utrecht University**

Southwest Asian and North African Literatures Network invite al

Calls for Submissions

MAY 19, 2025 · RESOURCES AND OPPORTUNITIES

## LEO Lecturer I - Arabic Language

**University of Michigan Middle East Studies**

The College of Literature, Science, and the Arts, and the Dep Lecturer I in Arabic Language for the Fall 2025 Term.

Employment

APRIL 29, 2025 · RESOURCES AND OPPORTUNITIES

## CFP: NAAIMS Webinar Conference on "Isı abstracts due July 11)

**North American Association of Islamic and Muslim Studies**

NAAIMS invites abstract submissions for a fall conference on "Isl conference will be held online on Nov. 20th.

Calls for Submissions

MAY 07, 2025 · RESOURCES AND OPPORTUNITIES

## Filling the Power Vacuum? China's Engagement with the Middle East

**National University of Singapore**

The Middle East Institute invites people to a Book Talk by Dr. Zhang Chuchu on her new book China's Changing Role in the Middle East: Filling a Power Vacuum? held via Zoom.

Virtual Events

APRIL 21, 2025 · RESOURCES AND OPPORTUNITIES

## The Contemporary Iranian Studies Confe

**University of Tehran**

The Conference invite panel proposals and abstract submissions general categories of politics, sociology, culture and economics a

Calls for Submissions, Conferences

APRIL 22, 2025 · RESOURCES AND OPPORTUNITIES

## CFP: Conference on Global Iranian Diaspora Studies (May 2026)

**Elahé Omidyar Mir-Djalali Institute of Iranian Studies**

The Conference on Global Iranian Diaspora Studies invite individual papers, pre-organized panels, and creative submissions that engage with the conference topics.

Calls for Submissions, Conferences

APRIL 10, 2025 · RESOURCES AND OPPORTUNITIES

## CAHE Day of Action

**Coalition For Action In Higher Ed (CAHE)**

Announcements

APRIL 10, 2025 · RESOURCES AND OPPORTUNITIES

## Freedom of Speech, Trump and Campu Suri

**Alwaleed Center for Muslim-Christian Understanding (ACMC**

Join the panel discussion on April 14 at 4pm in the HFSC Soc

Virtual Events

MARCH 19, 2025 · RESOURCES AND OPPORTUNITIES

## CfP: Mainstreaming the Margins and Mar Contemporary Egyptian Culture

**CEDEJ & American University in Cairo**

The conference invites scholars and practitioners of contempora proposals.

Calls for Submissions

MARCH 21, 2025 · RESOURCES AND OPPORTUNITIES

## Trump's Immigration Actions: What to

**AAUP and MESA**

The American Association of University Professors is organi. event is cosponsored by MESA.

Virtual Events

MARCH 17, 2025 · RESOURCES AND OPPORTUNITIES

## CfP - Within and Beyond Islam. Stories an in Italy

**Occhiali – Rivista sul Mediterraneo islamico**

This call for papers seeks to gather research focused on the youn stories and experiences related to both commitment and diseng places of worship.

Calls for Submissions

MARCH 19, 2025 · RESOURCES AND OPPORTUNITIES

## Death Time and the Politics of Queer Feminist Pedagogy, Study, and Knowledge Production

**SOAS, University of London**

The workshop organised by the Centre for Gender Studies invites abstract submissions

Calls for Submissions

MARCH 13, 2025 · RESOURCES AND OPPORTUNITIES

## A short course on Governing Diversity: Engaging with a Complex World

**The Aga Khan University (International) in the United Kingdom**

In collaboration with the Ismaili Centre and the Aga Khan Museum, The Aga Khan University is offering a face-to-face short course in Canada on Governing Diversity: Engaging with a Complex World.

Announcements

# EXHIBIT 142

EXHIBIT 142

# International Journal of Middle East Studies

All individual MESA members enjoy full access to the digital versions of MESA journals, which includes all back issues going back more than 50 years, in both PDF and full-text HTML versions, and supplementary material.

Simply log into MyMESA using your member information, click on MESA Publication, and you'll see all of our journals.




The *International Journal of Middle East Studies (IJMES)* publishes original research on politics, society, and culture in the Middle East from the seventh century to the present day. The journal also covers Spain, southeast Europe, parts of Africa, South Asia, and the former Soviet Union, as well as other regions, for subjects of relevance to the Middle East. Contributions are welcome from across disciplines, including anthropology, comparative religion, cultural studies, economics, history, law, literature, philosophy, politics, sociology, and theology. *IJMES* is a quarterly journal published by Cambridge University Press under the auspices of the Middle East Studies Association of North America.

MESA members receive the journal as a benefit of their membership. Subscriptions are also available through Cambridge University Press.

To claim a missing issue of IJMES, please complete the form found here.

To advertise in IJMES, visit CUP's website.

## Editorial Office

Joel Gordon, Editor
*International Journal of Middle East Studies*
Department of History
416 Old Main
University of Arkansas
Fayetteville, AR 72701

Visit IJMES on the CUP Website

# EXHIBIT 143

EXHIBIT 143

# Review of Middle East Studies




The *Review of Middle East Studies* (*RoMES*) is the Middle East Studies Association's online journal of review, available through Cambridge Journals Online.

Published twice a year, *RoMES* looks to bridge divides between fields, publics and geographies in Middle East studies. The addition of special focus discussions and sections on pedagogy and curation are part of an effort to specifically bridge academia and "the public"; research and pedagogy; scholar and practitioner; resource acquisition specialists and users; artists and critics.

Typically, there are 20-30 reviews reflecting a range of recently published books in the field of Middle East studies. Those interested in writing book reviews for *RoMES* should submit a CV and a list of areas of expertise to the editorial office (romes@cmc.edu).

MESA members have access to *RoMES* as a benefit of their membership.

Advertising is available in *RoMES*. Information about display ads is available here. Information about banner advertisements on its Cambridge University Press site, is available here.

— Heather Ferguson, Editor

## Editorial Office

**Heather Ferguson, Editor**

Case: 26-0906, 11/20/2026, DktEntry: 16.1, (98 of 300)



*Review of Middle East Studies*
Department of History
Claremont McKenna College
850 Columbia Avenue
Claremont, CA 91711
romes@cmc.edu

# EXHIBIT 144

EXHIBIT 144

# Press Releases

JUNE 10, 2025 · NEWS

## MESA Files Amicus Brief in Harvard La Cuts

MESA has filed an amicus curiae brief in support of Harvard administration's funding cuts.

Press Releases

US

Harvard

APRIL 29, 2025 · NEWS

## Federal Court Says First Amendment Bars Students and Faculty on Basis of Political Trump Policy Can Go Forward

A federal judge has ruled that the case of AAUP v. Rubio can mov ideological-deportation policy violates the First Amendment by t Americans have a right to hear and engage with.

Press Releases

US

AAUP v. Rubio

APRIL 01, 2025 · NEWS

## Knight Institute Asks Court to Block Trump Policy of Deporting Students and Faculty for Lawful Speech: AAUP and Middle East Studies Association say policy clearly violates the First Amendment

The American Association of University Professors (AAUP) and the Middle East Studies Association (MESA) today filed a motion for a preliminary injunction in their lawsuit seeking scale arrests, detentions, and deportations of noncitizen stu Palestinian protests and other protected First Amendment a

Press Releases

US

AAUP v. Rubio

MARCH 25, 2025 · NEWS

## MESA, AAUP, and Knight Institute file law arresting and threatening deportation fo

The Middle East Studies Association (MESA) and the American As lawsuit seeking to block the Trump administration from carrying of noncitizen students and faculty members who participate in p Amendment activities.

Press Releases

US

AAUP v. Rubio

OCTOBER 17, 2024 · NEWS

## MESA Announces new Academic Freedom Initiative

MESA's Academic Freedom Initiative will support data collec
regarding academic freedom in the context of scholarship ai

Press Releases

US

FEBRUARY 21, 2024 · NEWS

## MESA Moves DC Headquarters to CCAS at

Georgetown University's Center for Contemporary Arab Studies

Press Releases

NOVEMBER 16, 2023 · NEWS

## Middle East Scholars Announce 2023 A

The 2023 MESA Academic Freedom Award has been goes to I
and steadfastness in the face of more than a decade of repre

Press Releases

Bahrain

Academic Freedom, Committee on Academic Freedom, Dr

NOVEMBER 14, 2023 · NEWS

## MESA Announces 2023 Award Recipients

On November 3, 2023, MESA awarded 21 individuals for excellenc

Press Releases

DECEMBER 03, 2022 · NEWS

## MESA Announces 2022 Award Recipient

On December 2, 2022, MESA awarded 17 individuals for excellenc
Palestinian NGO's for their decades-long pursuit of academic free
field of Middle East Studies.

Press Releases

DECEMBER 04, 2022 · NEWS

## Middle East Scholars Announce 2022 A

The 2022 MESA Academic Freedom Award has been given to 6 Palestinian NGOs — Addameer, Al-Haq, Bisan Center for Research and Development, Defense for Children International - Palestine, Union of Palestinian Women's Committees, and the Union of Agricultural Work Committees — for their decades-long pursuit of academic freedom, courageous resilience, and contributions to the field of Middle East Studies.

Press Releases

Palestine/Israel

Academic Freedom, Committee on Academic Freedom

DECEMBER 01, 2021 · NEWS

## Middle East Scholars give 2021 Academic students, and alumni of Boğaziçi Universi

The 2021 MESA Academic Freedom Award has been given to the : University.

Press Releases

Turkey

Academic Freedom, Awards

MARCH 23, 2022 · NEWS

## Middle East Scholars Vote to Endorse BDS

The membership of MESA has voted in favor of a resolution endorsing the Palestinian call for boycotts, divestment, and sanctions of Israel as a way to hold the government accountable for ongoing human rights violations. MESA's Board of Directors will implement it in a manner consistent with MES laws. The resolution states that the boycott will not target i individual MESA members to choose whether or not they wi institutions.

Press Releases

North America, Palestine/Israel, US

OCTOBER 15, 2020 · NEWS

## 2020 Academic Freedom Award Goes to D

Fourteen individuals in nine categories including the Academic F awards, were honored at MESA's 2020 Awards Ceremony held Oc

Press Releases

Academic Freedom, Awards

DECEMBER 01, 2021 · NEWS

## MESA Announces 2021 Award Recipien

On December 1, 2021, MESA awarded 20 individuals for exce students, and alumni of Boğaziçi University for defending ac

Press Releases

SEPTEMBER 30, 2020 · NEWS

## Press Release: MESA virtual conference to

Press release regarding MESA's first virtual conference (#MESA20

Press Releases

North America

annual meeting, program

OCTOBER 11, 2020 · NEWS

## MESA Announces 2020 Award Recipien

MESA awarded 14 individuals for excellence in scholarship, October 11, 2020.

Press Releases

Awards

NOVEMBER 14, 2019 · NEWS

## Press release concerning the protection o

At its 53rd annual meeting in New Orleans, MESA's Board of D academic freedoms.

Press Releases

NOVEMBER 20, 2019 · NEWS

## Middle East Scholars Give 2019 Academ

The 2019 MESA Academic Freedom Award has been given to University.

Press Releases

MAY 03, 2019 · NEWS

## Press Release on new ruling in Muslim Ba

A federal court in Maryland has rejected the Trump administrati challenging the president's Muslim ban executive order that bar traveling to the United States.

Press Releases

ACLU, IRAP v. Trump, Muslim ban

SEPTEMBER 12, 2019 · NEWS

## Press Release on foreign academics working restrictions in Palestine

MESA and other scholarly organizations have written to Isra
permits for international academics working in Palestine.

Press Releases

Palestine/Israel

NOVEMBER 16, 2018 · NEWS

## MESA Announces 2018 Award Recipients

MESA awarded 12 individuals for excellence in scholarship, ment
November 16, 2018.

Press Releases

Awards

NOVEMBER 17, 2018 · NEWS

## Middle East Scholars Give Academic Fr
## Writer, and Women's Rights Advocate,

2018 MESA Academic Freedom Award given to Saudi scholar
Fassi

Press Releases

Saudi Arabia

Hatoon al-Fassi

NOVEMBER 15, 2018 · NEWS

## Press Release on Deteriorating Security C
## United Arab Emirates

At its 52nd annual meeting, MESA's Board of Directors issued a st
conditions for researchers in the United Arab Emirates.

Press Releases

UAE

NOVEMBER 15, 2018 · NEWS

## Press Release on Affirmation of Commitment to Fight Antisemitism as a Form of Racism

At its 52nd annual meeting in San Antonio, MESA's Board of Directors issued a statement affirming commitment to fight Antisemitism as a form of racism.

Press Releases

APRIL 18, 2018 · NEWS

## Press Release on Creation of Resource Guide to Counteract Dangerous Risk of Canary Mission Website

Press release from MESA's Committee on Academic Freedom: "Committee on Academic Freedom Shines Light on Secretive Website that Defames Students; Offers Resource for College Leaders to Take Action

Press Releases

North America

Canary Mission, Committee on Academic Freedom, defamatory attacks

# EXHIBIT 145

Case: 26-6906, 11/20/2026, DktEntry: 16.31, Page 107 of 300



EXHIBIT 145

# All News

JUNE 23, 2025 · RESOURCES AND OPPORTUNITIES

## Digital Content Associate, MESA Acade

**MESA**

The Middle East Studies Association (MESA) is seeking a part Freedom Initiative.

Employment

US

MAY 13, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## Launching MESA's Academic Freedom Ini

MESA has been building out the Academic Freedom Initiative (AF identify and track trends regarding academic freedom and repre datasets focus on recent immigration actions affecting higher ed university employees since October 2023.

Resources

US

Academic Freedom Initiative

FEBRUARY 07, 2025 · TASK FORCE ON CIVIL AND HUMAN RIGHTS

## MESA Advocacy Resource Center

MESA's Task Force has created a new advocacy resource cen repression of rights on campuses across North America and

Resources

Canada, North America, US

JULY 02, 2025 · RESOURCES AND OPPORTUNITIES

## Call for Applications: 2026-27 Membershi School of Historical Studies

**Institute for Advanced Study - School of Historical Studies**

The Institute for Advanced Study School of Historical Studies inv

Announcements

US

JULY 02, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant Professor in the history of Arab Migration, Mobility and Diaspora

**Khayrallah Center/North Carolina State University**

The Department of History and the Khayrallah Center for Le
invite applications to fill the Akram Khater Distinguished Pr
for a tenure-track appointment at the rank of Assistant Prof
Diaspora, beginning August 2026.

Employment

US

JULY 01, 2025 · RESOURCES AND OPPORTUNITIES

## Ethnographic Experiments from and with

**Doha Institute for Graduate Studies**

Submit your paper for the Ethnographic Experiments from and v
Institute for Graduate Studies December 15-16.

Calls for Submissions

Qatar

JUNE 30, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter expressing alarm regarding the Ahmadreza Djalali, Iranian-Swedish sc

Our letter expressing alarm regarding the imminent risk of
death row in Iran and joining global academic & human righ

Interventions

Iran

Ahmadreza Djalali

JUNE 24, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant, Associate or Full Professor in A

**The American University in Cairo**

The Department of Sociology, Egyptology and Anthropology (SEA
Professor of Anthropology with expertise in either the Anthropo
Environment.

Employment

JUNE 22, 2025 · RESOURCES AND OPPORTUNITIES

JUNE 23, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to protest the intensification of sector in the occupied West Bank

Our letter vigorously condemning the ongoing and intensify West Bank. We call upon various international bodies as wel continue their education unimpeded and their universities t

Interventions

Palestine/Israel

## CFP: NAAIMS Webinar Conference on "Isl abstracts due July 11)

**North American Association of Islamic and Muslim Studies**

The 54th Annual Conference "Islam and AI: Challenges and oppo

Calls for Submissions, Conferences

JUNE 22, 2025 · RESOURCES AND OPPORTUNITIES

## Conference "Minority Law in Arab Stat

**AGYA & Max Planck Institute for Comparative and Internati...**

The international conference "Minority Law in Arab States: Governing Religious Diversity" invites people to join them in Hamburg, July 14–15.

Conferences

JUNE 20, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to San José State University regard Sang Hea Kil

Our letter expressing concern at the decision of the San José Stat employment of Professor Sang Hea Kil, a tenured member of the of university time, manner and place rules.

Interventions

US

Professor Sang Hea Kil, San José State University

JUNE 20, 2025 · RESOURCES AND OPPORTUNITIES

## Lecturer in Arabic

JUNE 16, 2025 · NEWS

## In Memoriam, Peter Chelkowski (1933-20

MESA mourns the passing of Dr. Peter J. Chelkowski on October

Member Acknowledgments

**Ohio State University**

The Department of Near Eastern and South Asian Languages position (non-tenure track) in Arabic culture.

Employment

JUNE 11, 2025 · RESOURCES AND OPPORTUNITIES

## Symposium "Islamic Law in Comparative and Epistemologies" in honour of Profess

**Max Planck Institute for Comparative and International Private I**

This event will celebrate the extensive and influential research o Institute of Comparative Law) on Islamic law and the field of con

Conferences

JUNE 11, 2025 · RESOURCES AND OPPORTUNITIES

## Problem Areas, Disciplinary Boundarie Formative Period

**Ghent University**

The ERC-project KNOW: Polymathy and Interdisciplinarity in Premodern Islamic Epistemic Cultures (1200-1800) invites abstract submissions for its first international workshop to be held at Ghent University on 2-4 June 2026.

Europe

JUNE 04, 2025 · RESOURCES AND OPPORTUNITIES

## Assistant Professor in Political Science wi

**The American University in Cairo**

The Department of Political Science invites applicants for an assi emphasis on the Middle East starting Fall 2025.

Employment

JUNE 10, 2025 · NEWS

## MESA Files Amicus Brief in Harvard La Cuts

MESA has filed an amicus curiae brief in support of Harvard administration's funding cuts.

Press Releases

US

Harvard

MAY 27, 2025 · RESOURCES AND OPPORTUNITIES

## International Winter School 2026: Call fo

**The Arab Center for Research and Policy Studies**

ACRPS invites applications for the seventh International Winter Paradigm Shift or a Passing Trend?" in Doha, Qatar.

Calls for Submissions

MAY 27, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to George Washington Universit actions against graduating senior Ceci made about Palestine during her comn

Our letter expressing concern about the decision of the administration of the George Washington University to ban graduating senior Cecilia Culver from campus and threaten to investigate her for possible student conduct code violations.

Interventions

US

George Washington University

MAY 19, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to New York University concernin degree of graduating senior Logan Rozos proceedings against him

Our letter expressing concern about the decision of NYU to withl subject him to disciplinary action because of remarks he made al ceremony of the Gallatin School of Individualized Study

Interventions

US

New York University

MAY 20, 2025 · RESOURCES AND OPPORTUNITIES

## Arab Graduate Students Conference 2026

**Arab Center for Research & Policy Studies**

The Center invites applications for its Fifth Conference for Arab Graduate Students in Western Universities to be held from 11-13 April 2026, at the Arab Center premises in Doha, Qatar.

Conferences

MAY 19, 2025 · RESOURCES AND OPPORTUNITIES

## LEO Lecturer I - Arabic Language

**University of Michigan Middle East Studies**

The College of Literature, Science, and the Arts, and the Dep
Lecturer I in Arabic Language for the Fall 2025 Term.

Employment

MAY 19, 2025 · RESOURCES AND OPPORTUNITIES

## CfP Symposium: Literature, Care, and t and North Africa

**Utrecht University**

Southwest Asian and North African Literatures Network invite al

Calls for Submissions

MAY 12, 2025 · COMMITTEE ON ACADEMIC FREEDOM

## Letter to Protest the Unjust Detention of Students Ali Younesi and Amirhossein Moradi for the Past Five Years

Our letter calling for the immediate and unconditional release of Iranian students Ali Younesi and Amirhossein Moradi, who were denied fair trials and have been unjustly imprisoned for five years on baseless charges and subjected to mistreatment. In addition, the letter urges President Pezeshkian to uphold his campaign promises by protecting students' rights and academic freedom. It also highlights the broader crackdown on students in Iran, especially following the 2022 "Woman, Life, Freedom" protests, during which thousands faced arrests, suspensions, and disciplinary actions.

Interventions

Iran

# EXHIBIT 146

EXHIBIT
146

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

MESA calls on the University of Utah to rescind its agreement with Ariel University, which was established in an illegal settlement in the occupied West Bank, in violation of international law. Read full statement here:
mesana.org/advocacy/let...

Middle East Studies Association

**Middle East Studies Association**

MESA expresses grave concern regarding the University of Utah's signing on 19 May 2025 of a ...

mesana.org

June 27, 2025 at 3:44 PM Everybody can reply

# EXHIBIT 147

EXHIBIT
147

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

MESA condemns the new travel ban. We remain committed to defending academic freedom and ensuring inclusive scholarly exchange. Read the full statement and the steps that we are taking response:
mesana.org/advocacy/let...

**MESA Travel Advisory & Support for Affected Members**

**The MESA Board of Directors and Task Force on Civil and Human Rights condemn the Trump administration's travel ban (June 4, 2025), which restricts entry to the U.S. for nationals of 19 countries.**

**Some of the measures that we are taking to support impacted members:**

- **Offering accommodations for the 2025 MESA Annual Meeting for presenters from the affected countries**
- **Providing updated international travel guidance**
- **Exploring the addition of a mid-year virtual research forum in 2026, in order to expand access and participation globally**
- **Holding the MESA 2027 Annual Meeting in Toronto, Canada**

June 16, 2025 at 1:41 PM Everybody can reply

# EXHIBIT 148

EXHIBIT
148

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

Reminder to submit your narrative films, documentaries, and shorts (both fiction and nonfiction) to the 42nd virtual MESA FilmFest to showcase to an engaged academic audience of professors, students, and librarians! Submit here: mesana.org/annual-meeti...




June 6, 2025 at 11:45 AM Everybody can reply

# EXHIBIT 149

EXHIBIT
149

# Post

@mesa1966.bsky.social

The newest issue of MESA's biannual newsletter, Issues in Middle East Studies, is out now!
Members—check your inbox or your myMESA account for the latest edition!
Not yet a member? Join MESA for access to insights, latest news and more:
mesana.org/membership




May 23, 2025 at 11:47 AM Everybody can reply

# EXHIBIT 150

← **Post**

@mesa1966.bsky.social

MESA's new initiative will identify trends regarding academic freedom and repression on campuses, with two initial projects on immigration actions affecting higher ed, and adverse employment outcomes. Learn more and join the fight to defend academic freedom here: mesana.org/advocacy/tas...

## ACADEMIC FREEDOM INITIATIVE (AFI)

**MESA has launched its Academic Freedom Initiative, funded by The Mellon Foundation, to identify and track trends regarding academic freedom and repression on campuses across North America. This includes threats to scholars, immigration enforcement, and employment retaliation. The initiative will also result in additional datasets and is in the process of compiling public resources.**

Middle East Studies Association

Defend Higher Education & Academic Freedom

May 19, 2025 at 11:40 AM Everybody can reply

EXHIBIT 150

# EXHIBIT 151

EXHIBIT
151

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social
Follow

Reminder: Pre-Registration Deadline for Participants for MESA 2025 is May 15!

Read More: mesana.org/annual-meeti...




May 7, 2025 at 1:29 PM · Everybody can reply

# EXHIBIT 152

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

The MESA Board of Directors has issued a statement condemning unlawful visa revocations and intimidation targeting international students and scholars.

Read the full statement here:
mesana.org/advocacy/let...

## MESA BOARD JOINT STATEMENT WITH THE TFCHR REGARDING VISA REVOCATIONS

The MESA Board of Directors and its Task Force on Civil and Human Rights call on all U.S. universities and colleges to recognize the Trump administration's reversal of the unlawful mass visa revocations that have terrorized international students and scholars in recent weeks. We urge campus administrations to immediately inform their communities and recent alumni that international students and scholars remain legally entitled to stay in the United States. Termination of a SEVIS record does not affect a student's lawful status inside the U.S.

### Steps for Universities and Colleges to Take:

1. **Protect student personal information – Refuse Title VI data requests**
2. **Avoid voluntary cooperation or information sharing with ICE**
3. **Reject EO 13899, Section 3 - monitoring noncitizen students and staff**
4. **Maintain enrollment – Even after visa revocation or detention**
5. **Enable remote study – For impacted students when needed**
6. **Secure funding & appointments – Protect graduate workers' status**
7. **Communicate clearly & quickly – Notify students of SEVIS changes**
8. **Provide legal support – Pay for counsel for visa challenges**
9. **Take legal action – File suit to defend due process rights**

April 28, 2025 at 2:36 PM Everybody can reply

EXHIBIT
152

# EXHIBIT 153

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social
Follow

@mesa1966.bsky.social condemns in the strongest terms the targeting of noncitizen students and researchers for their constitutionally protected speech and advocacy. We call on universities and colleges to take 9 steps to ensure the protection of their campus communities. mesana.org/advocacy/let...

Middle East Studies Association

**Middle East Studies Association**
The MESA Board of Directors and its Task Force on Civil and Human Rights condemn in the strongest ...

mesana.org

April 11, 2025 at 10:58 AM Everybody can reply

**9** reposts **13** likes

EXHIBIT
153

# EXHIBIT 154

EXHIBIT
154

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

Join the CAHE Day of Action on April 17 with 90+ rallies, teach-ins & actions nationwide to stand up for higher education. Find an event near you: dayofactionforhighered.org




**A National Day of Action for Higher Ed**

On April 17, higher ed unions, AAUP chapters, and student organizations across the U.S. are coming ...

dayofactionforhighered.org

April 10, 2025 at 1:54 PM Everybody can reply

# EXHIBIT 155

EXHIBIT
155

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

Join the 'Know Your Rights while traveling' virtual workshop by the CLEAR Project on Wednesday, April 9 at 7:00 pm EST.

Register Here: bit.ly/CLEARKYR4925

Stay safe & informed!
#KnowYourRights



← **Post**

traveling' virtual workshop by the CLEAR Project on Wednesday, April 9 at 7:00 pm EST.

Register Here: bit.ly/CLEARKYR4925

Stay safe & informed!
#KnowYourRights




April 1, 2025 at 1:45 PM Everybody can reply

# EXHIBIT 156

EXHIBIT
156

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

The MESA Board of Directors and allied associations have released a statement condemning recent actions at Columbia University and the Department of Education. Read the full statement here: mesana.org/advocacy/let...



**Joint Statement regarding Columbia University and the Department of Education**

**MESA and the undersigned associations condemn the actions taken in the past weeks at Columbia University and the Department of Education, which imperil the autonomy of centers for regional study at universities across the United States and the future of area studies as a domain of scholarship and research in American higher education.**

March 28, 2025 at 2:34 PM Everybody can reply

# EXHIBIT 157

⇄ Reposted by Middle East Studies Association o...

**Knight First Amendme...** @knight... · 3mo

This morning, the Knight Institute filed a lawsuit challenging the Trump administration's policy of arresting, detaining, and deporting noncitizen students and faculty who participate in pro-Palestinian activism.
knightcolumbia.org/content/aaup...




**AAUP, Middle East Studies Association, Knight Institute Sue Over Trump Policy of Arresting and ...**

EXHIBIT
157

knightcolumbia.org

7 142 422

← **Post**

@knightcolumbia.org

This morning, the Knight Institute filed a lawsuit challenging the Trump administration's policy of arresting, detaining, and deporting noncitizen students and faculty who participate in pro-Palestinian activism. knightcolumbia.org/content/aaup...




**AAUP, Middle East Studies Association, Knight Institute Sue Over Trump Policy of Arresting and Threatening to Deport Studen...**

knightcolumbia.org

March 25, 2025 at 10:22 AM Everybody can reply

# EXHIBIT 158

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social

Follow

The MESA Task Force on Civil and Human Rights has issued an urgent advisory regarding recent and potential Trump Administration policies impacting higher education and immigration. Link to the full advisory: mesana.org/advocacy/tas...

## MESA Task Force Advisory: Recent Trump Administration Policies & Media Reports

### Administration's Actions:

- Reports indicate visa revocations and detentions targeting nonimmigrant visa holders and permanent residents, based on protected speech and associational activities.

### Potential Travel Advisory:

- A new travel ban, targeting mainly Muslim-majority countries, is reported to be implemented soon.
- Non-citizen members from potentially targeted countries should consider avoiding international travel, or returning to the U.S. if currently abroad.
- Re-entry may be more difficult for citizens and non-citizens.

### Resources on our website:

- Advocacy Resource Center
- Traveling Across Borders Guide
- Interventions by MESA's Committee on Academic Freedom
- Letters and Statements from MESA's Board of Directors

### Recommendations:

- These reported actions are being challenged.
- It may nevertheless be prudent to identify immigration lawyers in your area.
- Utilize campus resources like legal clinics or the National Lawyers Guild, or local pro bono counsel.

March 11, 2025 at 1:46 PM Everybody can reply

EXHIBIT
158

# EXHIBIT 159

EXHIBIT
159

← **Post**

@mesa1966.bsky.social

Be part of MESA's inspiring work and strengthen our scholarly community! Become a MESA member to stay connected, informed, and engaged. Enjoy access to publications, present your work, vote, and benefit from discounted fees and other benefits! Join or renew at my-mesa.org




March 6, 2025 at 1:16 PM Everybody can reply

# EXHIBIT 160

← **Post**

**Middle East Studies Asso...**
@mesa1966.bsky.social
Follow

The MESA Advocacy Resource Center was created to address growing challenges and threats to academia and scholars. Discover our tools and join us in standing up for academic freedom, inclusion, and justice.
mesana.org/advocacy/tas...

## MESA Advocacy Resource Center

Key questions you can find answers to:

- How can you respond to ICE presence on campus and protect students and staff on visas?
- What rights and risks do international scholars face under current political conditions?
- How can researchers combat campaigns of intimidation and harassment?
- What are the implications of political attacks on academic freedom and free speech?
- How can universities resist compliance with harmful policies like Project 2025?
- What legal protections exist for DEI programs under federal law and Supreme Court rulings?

March 4, 2025 at 1:45 PM Everybody can reply

EXHIBIT
160

# EXHIBIT 161

EXHIBIT
161

← **Post**

@mesa1966.bsky.social

As higher education faces increasing attacks, being a MESA member means joining a movement that protects academia, educators, and students. Together, we can push back against these threats and make a real difference. Become a MESA member today! mesana.org/membership/b...




February 27, 2025 at 11:09 AM Everybody can reply

# EXHIBIT 162

EXHIBIT
162

← **Post**

Middle East Studies Assoc... Follow
@mesa1966.bsky.social

As higher education faces increasing attacks, being a MESA member means joining a movement that protects academia, educators, and students. Together, we can push back against these threats and make a real difference. Become a MESA member today! mesana.org/membership/b...

Middle East Studies Association

**Become a Member**
Information on MESA membership

mesana.org

February 27, 2025 at 11:07 AM Everybody can reply

# EXHIBIT 163

**Curriculum Vitae**
Cinzia Arruzza

**PERSONAL DETAILS**

Cinzia Arruzza
Maria Stata Professor of Classical Greek Studies
Philosophy Department
Boston University
745 Commonwealth Ave #503
Boston, MA 02215
arruzzac@bu.edu
+16467041191

**EDUCATION**

| | |
|---|---|
| 2005 | Ph.D. in philosophy, University of Rome Tor Vergata. |
| 1999 | Laurea in philosophy, 110/110 cum laude, University of Rome Tor Vergata. |

<u>AOS</u>
Ancient Greek Philosophy, Ancient Greek Political Thought, Plato, Plotinus, Socratic Circle.

<u>AOC</u>
Ancient Greek Literature and History, Political Philosophy, Feminist Philosophy, Marxism, Medieval Philosophy.

<u>Languages</u>
Fluent in English, French, and Italian (mother tongue). Excellent reading knowledge of Ancient Greek and Latin. Good knowledge of German and Spanish. Reading knowledge of Portuguese.

**QUALIFICATIONS**

| | |
|---|---|
| 2022 | Habilitation to Full Professor of History of Philosophy, Ministero dell'Istruzione, dell'Università e della Ricerca (MIUR), Italy. |

## ACADEMIC POSITIONS

| | |
|---|---|
| 2024- | Professor of Philosophy and Maria Stata Professor of Classical Greek Studies, Philosophy Department and Classics Department (affiliated), Boston University. |
| 2017-2024 | Associate Professor, Philosophy Department, New School for Social Research. |
| 2024 | Visiting Professor, University of Rome La Sapienza. |
| 2019 | Visiting Professor, University of Bologna. |
| 2018 | Visiting Professor, University of Piemonte Orientale. |
| 2018 | Visiting Professor, University of Rome Tor Vergata. |
| 2010-2017 | Assistant Professor, Philosophy Department, New School for Social Research. |
| 2014 | Alexander von Humboldt-Stiftung Alumni Fellowship, University of Bonn. |
| 2009-2010 | Part-time faculty, University of Bonn. |
| 2008-2010 | Alexander von Humboldt-Stiftung Postdoctoral Fellowship, University of Bonn. |
| 2007-2008 | Part-time faculty, History of Late Ancient Philosophy, University of Rome Tor Vergata. |
| 2006-2007 | Teaching Assistant, History of Late Ancient Philosophy, University of Rome Tor Vergata. |
| 2005-2006 | Postdoctoral Research Fellowship, University of Fribourg (Switzerland). |
| 2001-2004 | Doctoral Fellowship, University of Rome Tor Vergata. |

## PUBLICATIONS

### Forthcoming Articles

'The Madness of Philosophy and the Limits of Human Moderation in Plato's *Phaedrus* 249d-257b, in *Plato's* Phaedrus, edited by Pierre Destrée, Christoph Horn, and Susan Sauvé Meyer, "Plato Dialogue Project", Oxford University Press.

'Looking at the Black Sea: Foreigners, *Genê,* and Civic Theôria in Plato's *Laws*", in *Racecraft in Plato and Aristotle*, edited by Patricia Marechal and John Proios, Oxford University Press.

'The Justice of the First Wave: The Argument for Shared Tasks Among Guardian Men and Women in Plato's *Republic* I', accepted for publication in *Oxford Studies in Ancient Philosophy*.

### Works in Progress

*Socrates' Women. Virtue, the Soul and Sexual difference in the Socratic Circle and Plato's Dialogues*, book manuscript (under contract with OUP; currently completed: chapter 1- 3).

Case: 26-6906, 11/20/2026, DktEntry: 16.1, Page 153 of 300

*Plotin, Traité 26*, (French translation with Introduction and Commentary; under contract with Vrin).

**Books**

Ancient Philosophy

2018 *A Wolf in the City. Tyranny and the Tyrant in Plato's* Republic, Oxford University Press, Oxford.
Reviews:
*Notre Dame Philosophical Review* 2019.03.11 (R. Kraut) https://ndpr.nd.edu/news/a-wolf-in-the-city-tyranny-and-the-tyrant-in-platos-republic/; *The Journal of the History of Philosophy*, 5, 4, 2019 (M. Johnstone); *The Philosophical Quarterly*, 9 August 2019 (J. W. Carter) https://academic.oup.com/pq/advance-article-abstract/doi/10.1093/pq/pqz050/5545616?redirectedFrom=fulltext; *The Review of Metaphysics* 73, 1, 2019 (Kevin M/ Cherry) https://muse.jhu.edu/article/739740; Bryn Mawr Classical Review 2019.11.39 (Jakub Jirsa) https://bmcr.brynmawr.edu/2019/2019.11.39; *Etudes platoniciennes* 6, 2019 (Carolina Araújo) https://journals.openedition.org/etudesplatoniciennes/1807; *Bochumer Philosophisches Jahrbuch für Antike und Mittelalter,* 22, 2020 (Vanessa Jansche); *Archiv für Geschichte der Philosophie* (Chris Bobonich); *The Heythrop Journal* 62:2, 2021 (Robin Waterfield); *Journal of Hellenic Studies* 141, 2021 (Geoffrey Bowe).

2015 *Plotinus. Ennead II 5. On What is Potentially and What Actually.* Translation with an Introduction and Commentary, 'The Enneads of Plotinus Series' (editors: John Dillon and Andrew Smith), Parmenides Press, Las Vegas.

2011 *Les Mésaventures de la théodicée. Plotin, Origène et Grégoire de Nysse,* Brepols, "Nutrix" Series, Turnhout.

Political Theory

2019 (with Tithi Bhattacharya and Nancy Fraser), *Feminism for the 99%. A Manifesto*, Verso, London and New York (translated into 30 languages).

2017 (with Lidia Cirillo), *Storia delle storie del femminismo,* Edizioni Alegre, Roma.

Case: 26-6906, 11/20/2026, DktEntry: 16.12, Page 154 of 300

2013 *Dangerous Liaisons, Marriages and Divorces of Marxism and Feminism*, The Merlin Press, London (multiple translations).

**Articles in peer-reviewed journals**

Ancient Philosophy

2023 'Wearing Virtue: Plato's *Republic* V, 449a-457b and the Socratic Debate on Women's Nature', *Archai* 33.

2022 'I tre tiranni della *Repubblica* di Platone e la critica della democrazia ateniese', *Filosofia Politica*, 3, pp. 445-458.

2018 'The Lion and the Wolf: The Tyrant's Spirit in Plato's *Republic*', *Ancient Philosophy*, 38:1, pp. 47-67.

2017 'From Democracy to Tyranny: Plato, Trump, and the Misuses of a Philosophical Trope', *Bollettino della Società Filosofica Italiana*, settembre-dicembre, pp. 69-81 .

2012 '"Cleaning the City". Plato and Popper on political Change', *Polis. The Journal of the Society for Greek Political Thought*, 29:2, pp. 259-285.

2012 'Plato's World-Maker in Origen's *Contra Celsum*', *Horizons*, 3:1, pp. 61-80.

2011 'The Private and the Common in Plato's *Republic'*, *History of Political Thought*, 32:2, pp. 215-233.

2011 'Passive potentiality in the physical realm: Plotinus' critique of Aristotle in *Enneads II 5 [25]*', *Archiv für Geschichte der Philosophie*, 1, pp. 24-57.

2009 'Le refus du bonheur. Négligence et chute dans la pensée d'Origène', *Revue de Théologie et de Philosophie*, 141, pp. 261-272.

2007 'La matière immatérielle chez Grégoire de Nysse', *Freiburger Zeitschrift für Philosophie und Theologie*, 54, pp. 215-223.

2003 'Ordo e mediazione gerarchica nelle *Expositiones in ierarchiam coelestem* di Giovanni Scoto Eriugena', *Studi medievali*, IIIa S., XLIV: II, pp.117-145.

Political Theory

2020 (with Patrick King), '"Class Struggle is not a Game." Daniel Bensaïd's Relational Conception of Class', *Século XXI*, 10:1, pp. 21-44.

Case: 26-6906, 11/20/2026, DktEntry: 16.1, Page 155 of 300

2017 ‘Capitalism and the Conflict over Universality: A Feminist Perspective’, *Philosophy Today*, 61:4.

2016 ‘Functionalist, Determinist, Reductionist: Social Reproduction Feminism and its Critics’, *Science & Society*, 80:1, pp. 9-30.

2015 ‘Marx’s Gendered Temporalities’, *Historical Materialism*, 23:4, pp. 49-59.

2015 ‘Gender as Social Temporality: Butler (and Marx)’, *Historical Materialism*, 23:1, pp. 28-52.

2015 ‘Genere e capitale: la critica marxiana dell’ecomia politica e il femminismo’, *Iride*, 1, pp. 79-94.

**Book chapters**

Ancient Philosophy

2024 ‘The Soul, Virtue, and Women’s Nature in First-Generation Socratics’, in Soul and Life. Psyche in Seminal Ancient Greek Thinkers, ed. by Marina Marren, Mercer University Press, Macon, pp. 75-97.

‘Tyranny and Shamelessness in Plato and Today’, in Demokratie und Populismus in der grieschischen Antike und heute, ed. by Christoph Riedweg , Riccarda Schmid und Andreas Victor Walser, de Gruyter, Berlin, pp. 335-349.

2019 ‘Bad Lovers and Lovers of the Demos in Plato’s *Gorgias* and *Phaedrus*’, in *Philosophie für die Polis. Akten des 5. internationalen Kongresses der Gesellschaft für Antike Philosophie in Zürich (6.–9. September 2016)*, ed. by Christoph Riedweg, de Gruyter, Berlin, pp. 203-220.

2019 (with Aaron Jaffe), ‘Ancient Philosophy’, in *The Bloomsbury Companion to Marx*, ed. by Jeff Diamanti, Andrew Pendakis and Imre Szeman, Bloomsbury, London, pp. 175-184.

2016 ‘Philosophical Dogs and Tyrannical Wolves in Plato’s *Republic*’, in *Philosophy and Political Power in Antiquity*, ed. by C. Arruzza and D. Nikulin, Brill, Leiden.

2013 ‘Being True to One’s Birth: What is *gennaion* in the Noble Falsehood of the *Republic*?’, in *Plato Revived*, ed. by Filip Karfik and Euree Song, de Gruyter, Berlin, pp. 278-289.

Political Theory

2021 ‘Feminist Movements in a Pandemic World: Toward a New Class Politics’, in *Class and Redistribution*, ed. by Farah Aksoy, Meagan Down, and Corina Oprea, L’Internationale Online, pp. 25-44 (www.internationaleonline.org).

2021 ‘Three Debates in Marxist Feminism’, in *The Sage Handbook of Marxism*, ed. by Svenja Bromberg, Sara R. Farris, Beverley Skeggs, & Alberto Toscano, SAGE, London, Vol. 3, pp. 1354-1372.

2021 ‘Feminismo, clase y reproducción social’, in *Clase, proceso de trabajo y reproducción social: Ampliando las perspectivas de los estudios laborales*, ed. by M. Atzeni, R. Elbert, C. Marticorena, J. Montero Bressan and J. Soul, Conice, Buenos Aires, pp. 228-240.

2017 ‘Capitalism’s Insidious Charm vs. Women’s and Sexual Liberation’, in *Feminism, Capitalism, and Critique. Essays in Honor of Nancy Fraser*, ed. by B. Bargu and C. Bottici, Palgrave McMillan, pp. 85-100.

2015 ‘Il genere del capitale. Introduzione al femminismo marxista’, in *Storia del marxismo.Vol 3: Economia, politica, cultura: Marx oggi*, ed. by Stefano Petrucciani, Carocci editore, Roma.

2013 ‘Of What is Anarcha-feminism the Name?’, in *The Anarchist Turn*, ed. by Chiara Bottici, Jacob Blumenfeld and Simon Critchley, Pluto Press, London, pp. 111-123.

2012 ‘“La femme est l’avenir du spectre”? Le genre, le capital, et le marxisme de Daniel Bensaïd’, in *Daniel Bensaïd, l’intempestif*, ed. by François Sabado, Editions La Decouverte, Paris.

2008 (with Antonio Montefusco) ‘Come perdere l’aureola. Vademecum per la ricerca precaria’, in *L’onda anomala. Alla ricerca dell’autopolitica*, Edizioni Alegre, Roma.

**Articles in non peer-reviewed journals**

2018 ‘From Women’s Strike to a New Class Movement: The Third Feminist Wave’, *Viewpoint Magazine*: https://viewpointmag.com/2018/12/03/from-womens-strikes-to-a-new-class-movement-the-third-feminist-wave/ (translated into several languages).

2017 ‘Italy’s Refusal’, New Left Review, 103, pp. 117-127.

2015 ‘Logic or History? The Political Stakes of Marxist Feminist Theory’, *Viewpoint Magazine*: https://viewpointmag.com/2015/06/23/logic-or-history-the-political-stakes-of-marxist-feminist-theory/.

2014 ‘Remarks on Gender’, *Viewpoint Magazine*: https://viewpointmag.com/2014/09/02/remarks-on-gender/ (translated into several languages).

2013 ‘The Authority of Reason: on John Scottus Eriugena’s *Periphyseon*, I, 508C-513C’, *Glossator*, 7.

2010 ‘Le temps du retour. Temporalité et apocatastase dans le *Perì Archôn* d’Origène’, in *Acta Universitatis Palackianae Olomucensis, Theologica Olomucensia*,10, pp. 69-78.

2010 ‘Vers une union queer de marxisme et féminisme?’, in *Contretemps*, 6, pp. 89-100.

2009 (with Felice Mometti) ‘Le berlusconisme et la transition autoritaire’, in *Contretemps*, 4, pp. 91-99.

**Edited journal issues**

2020 (with Kelly Gawel), ‘The Politics of Social Reproduction’, Special Issue, *CLC Web, Comparative Literature and Culture*, 22:2.

2016 (with Patrick King), ‘Symposium on Daniel Bensaïd’, *Historical Materialism* 24:4.

2015 (with Christoph Horn, Dmitri Nikulin, and Emidio Spinelli), ‘Hans Jonas: the Thinker of Antiquity and Modernity’, *Giornale Critico di Storia delle Idee*, 14.

**Edited volumes**

2016 (with Dmitri Nikulin), *Philosophy and Political Power in Antiquity*, Brill, Leiden.

2008 *Pensare con Marx, ripensare Marx. Teorie per il nostro tempo*, Edizioni Alegre, Rome.

**Book Reviews**

2024 ‘Josh Wilburn: The Political Soul. Plato on Thumos, Spirited Motivation, and the City. Oxford: Oxford UP 2021. XXVI, 340 S.’, in *Gnomon*, 96, 5, pp 409-412.

2023 ‘Taming Politics. Plato and the Democratic Roots of Tyrannical Man. By Ivan Jordović. Stuttgart: Steiner 2019. 236 S. (Studies in Ancient Monarchies. 5.)’, *Gnomon*, 95, 2, pp. 175-176.

2021 ‘Dangerous Counsel. Accountability and Advice in Ancient Greece. By Matthew Landauer. Chicago: The University of Chicago Press, 2020’, *Polis* 38: 2, pp. 336-339.

2020 ‘Plato as Critical Theorist. By Jonny Thakkar. Cambridge: Harvard University Press, 2018’, *Ancient Philosophy* 40:1, pp. 217-221.

2017 ‘Plotinus and Epicurus: Matter, Perception, Pleasure. Edited by Angela Longo and Daniela Patrizia Taormina. Cambridge: Cambridge University Press, 2016’, *Ancient Philosophy*, 37:2.

2016 ‘Andreas Bedke, *Anthropologie als Mosaik. Die Aufnahme antiker Philosophie durch Gregor von Nyssa in seiner Schrift* De hominis opificio, Münster : Aschendorff 2012’, *Gnomon*, 88, pp. 171-173.

2014 ‘James Wilberding and Christoph Horn (eds.), *Neoplatonism and the Philosophy of Nature*, Oxford: Oxford University Press 2012’, *Aestimatio: Critical Reviews in the History of Science*, 11, pp. 253-259.

2014 ‘Kevin M. Cherry, *Plato, Aristotle, and the Purpose of Politics*, Cambridge: Cambridge University Press 2012’, *Ancient Philosophy*, 34:2, pp. 432-436.

2013 ‘Mario Vegetti, *Un paradigma in cielo’. Platone politico da Aristotele al Novecento*, Rome: Carocci, 2009, *Historical Materialism*, 21:1, pp. 185-195.

2009 ‘Wilfried Kühn, *Quel savoir après le scepticisme ? Plotin et ses prédécesseurs sur la conscience de soi*, Vrin, Paris 2009’, *Archiv für Geschichte der Philosophie*, 3, pp 322-325.

**TRANSLATIONS**

2010 Translation from French of Eustache Kouvélakis, *Philosophie et Révolution. De Kant à Marx*, Presses Universitaires de France, Paris 2003 (*Filosofia e rivoluzione. Da Kant a Marx*, Edizioni Alegre, Roma).

2009 Translation from English of Slavoj Žižek, *First as Tragedy, then as Farce*, Verso, London 2009 (*Dalla tragedia alla farsa*, Ponte Alle Grazie, Milano).

Translation from English of Slavoj Žižek, *In Defense of Lost Causes*, Verso, London 2008 (*In difesa delle cause perse*, Ponte Alle Grazie, Milano).

2008 Translation from French of Georges Didi-Huberman, *Ce que nous voyons, ce qui nous regarde*, Les Editions de Minuit, Paris 1992 (*Il gioco delle evidenze*, Fazi Editore, Roma).

2007 Translation from French of Daniel Bensaïd, *Marx l'intempestif*, Editions Fayard, Paris 1995 (*Marx l'intempestivo*, Edizioni Alegre, Roma).

Translation from French of Daniel Bensaïd, *Les trotskysmes*, Presses Universitaires de France, Paris 2002 (*Chi sono questi troskisti?*, Edizioni Alegre, Roma).

## ACADEMIC EXPERT POSITIONS

### Membership in International Professional Associations and Editorial Boards

2025- Member of the Advisory Council of Critical Antiquities Network.
2024- Member of the Scientific Board of *Methexis*.
2022- Member of the Editorial Board of *Polity*, Journal of NPSA.
2022- Member of the Doctoral Collegium of Philosophy, University of Rome Tor Vergata.
2022 Member of the Board of the Centro studi dipartimentale "Marx e i marxismi", University of Padua.
2022 - Member of the Scientific Committee of *Archai: The Origins of Western Thought*.
2021- Member of the International Scientific Committee of the Centre for Critical Theory and Politics, Ca' Foscari University of Venice.
2016 - Member of the Editorial Review Board of *Theoria and Praxis: International Journal of Interdisciplinary Thought*.
2015- External Affiliate of the Centre for Philosophy and Critical Thought, Goldsmiths University of London.

### Refereing and external assessments

<u>Fellowships</u>
2020 Anonymous peer-reviewer, American Academy in Berlin Prize Fellowship.
2019 Anonymous peer-reviewer, American Academy in Berlin Prize Fellowship.

<u>Academic journals</u>
*Ancient Philosophy; Apeiron; Archiv für Geschichte der Philosophie; Classical Quarterly*; *Elenchos: rivista di studi sul pensiero antico; Hypatia: A Journal of Feminist Philosophy; Iride: Rivista di filosofia e di discussione pubblica; Journal of Hellenic Studies; Oxford Studies in Ancient Philosophy; Phronesis; Plato: Journal of the International Plato Society*;

*Methexis; Polis: The Journal for Ancient Greek and Roman Thought; Review of Metaphysics; The International Journal of the Platonic Tradition.*

Publishers
Acumen; Bloomsbury; Oxford University Press; Pluto Press; Routledge; Verso Books.

**SERVICE**

**Boston University**

| | |
|---|---|
| 2024-2025: | Academic Policy Committee of CAS. |
| | Organization of the Faculty Work in Progress Meetings, Philosophy Department. |
| | Benedict Lectures Committee. |
| | Organization of the Work in Progress Talks Series in Ancient Philosophy, Philosophy Department. |
| 2025: | BUGWU Implementation Working Group. |

**New School**

| | |
|---|---|
| 2023-2024 | NSSR Tenure Committee. |
| 2022-2023 | Organization of the Thursday Night Philosophy Colloquium, NSSR. |
| 2020-2021 | Vice-President of the New School AAUP chapter. |
| 2018-2019 | Chair of Search Committee, TT position in Critical Philosophy of Race, Philosophy Department, NSSR. |
| 2018-2019 | Co-chair of Search Committee, Onassis Lectureship in Ancient Greek Thought and Language, Philosophy Department, NSSR. |
| 2018-2019 | Chair of Graduate Admissions, Philosophy Department, NSSR. |
| 2015-2017 | Director of Undergraduate Studies, Philosophy Department, Eugene Lang College. |
| 2015-2016 | Member of Search Committee, Media and Culture Studies, Eugene Lang College. |
| 2015 | Co-chair of Search Committee, Onassis lectureship in Ancient Greek Thought and Language, Philosophy Department, NSSR. |
| 2013-2015 | Social Justice Commitee, The New School. |
| 2013-2014 | Graduate Admissions Committee, Philosophy Department, NSSR. |
| 2011-2013 | Organization of the Thursday Night Philosophy Colloquium, NSSR. |

**Organization of international colloquia and symposia**

| | |
|---|---|
| 2024 | Plotinus Workshop, *Ennead 6.1.13-30*, Boston University, November 1-3. |
| 2017 | (with Paul Kottman) *Marx, Arts, Politics. Contemporary Reflections*, The New School for Social Research, May 4-5. |

2016 (with Chiara Bottici and Nancy Fraser) *Feminism, Capitalism and Social Transformation*, New School for Social Research, New York, April 21-22.

2014 (with Christoph Horn, Dmitri Nikulin, Emidio Spinelli) *Hans Jonas und die Klassische Philosophie*, Mönchengladbach, December 15-17.

2013 (with Dmitri Nikulin) *Tyrants, Kings, Emperors, and Philosophers: Philosophy and Political Power in Antiquity*, New School for Social Research, New York, May 10-11.

2010 (with Damian Caluori) *Neoplatonic Epistemology and the Limits of Reason*, panel at 2010 ISNS Madrid Conference.

2008 "*Cosa vogliamo? Vogliamo tutto*". *Il Sessantotto quarant'anni dopo*, II International Conference organized by Centro Studi Livio Maitan, Rome, January 31- February 1.

2007 *Pensare con Marx, ripensare Marx*, I International Conference organized by Centro Studi Livio Maitan, Rome, January 25-26.

## SUPERVISION AND EXTERNAL EXAMINING

### Supervision of Ph.D. Dissertations

Defended

2025 Aaron Bernam, *The Inhumanity of Value*, The New School for Social Research, Philosophy Department.

2023 Pedro Mauricio Garcia Dotto, *Plato, Persuasion, and Psychagogy: An Interpretation of the Phaedrus*, The New School for Social Research, Philosophy Department.

Kelly Gawel, *Contradictions of Care. Violence and Revolution in Caring Relations*, The New School for Social Research, Philosophy Department.

2021 Daniel Boscov Ellen, *After the Flood. Political Philosophy in the Capitalocene*, The New School for Social Research, Philosophy Department.

2019 Joshua Nicholas Pineda, *Wolves in Sheep's Clothing: Theory and Critique in the Marxist and Post-Marxist Traditions*, The New School for Social Research, Philosophy Department (awarded the NSSR prize for best dissertation in philosophy and sociology).

2018 Juniper Alcorn, *Pregnancy is not a Choice: Toward a Feminist Philosophical Critique of Sexual Reproduction*, The New School for Social Research, Philosophy Department.

2015 Elizabeth Suergiu, *The Philosopher's Mirror: Imitation and Image Making in Socratic Dialectic*, The New School for Social Research, Philosophy Department.

2014 Aaron Jaffe, *Alienation from "Species-Being" An Investigation of Marx's Philosophical Anthropology*, The New School for Social Research, Philosophy Department (awarded the NSSR prize for best dissertation in philosophy and sociology).

In process
[redacted]

External Examiner

2022 René de Nicolay, *The Origins of Licence: Excessive Freedom in Ancient Political Philosophy*, Classics Department of Princeton University and Doctoral School 540 of Paris Sciences et Lettres University.

**TEACHING**
I have created and taught dozens of courses on philosophy and feminist and political theory on undergraduate and graduate levels at different universities.

**Graduate Courses**

Boston University
Plato's *Republic*, Spring 2025.

New School
*Ideology*, Spring 2024.
*Plotinus*, Fall 2023.
*Plato and the Sophists*, Spring 2023.
*Socrates' Women*, Fall 2022.
*Socrates*, Fall 2021.
*Plato's Republic*, Fall 2020.
*Class, Gender and Race*, Fall 2019.
*Marx's Grundrisse and their Interpretation*, Spring 2019.
*Plato and the Sophists*, Fall 2018.
*Aristotle's Metaphysics Zeta and Theta*, Spring 2017.
*Eros, Madness, and Plato*, Fall 2016.
*Hellenistic Philosophy*, Spring 2016.
*Plato's Republic*, Fall 2015.
*Hellenistic Philosophy*, Spring 2014.

Case: 26-6906, 11/20/2026, DktEntry: 16.11, Page 163 of 300

*Love, Madness and Plato*, Fall 2013.
*Plotinus*, Fall 2012.
*Church Fathers vs. Gnostics: Iraeneus, Tertullian, Origen, and Augustine*, Spring 2012.
*Reading Marx*, Fall 2011.
*Citizenship and Politics in Plato and Aristotle*, Fall 2011.
*The Holy Order: The Areopagite and Eriugena*, Spring 2011.
*Plato's Metaphysics*, Fall 2010.

University of Bologna
*Gender, Capitalism, and Social Reproduction,* Senior Seminar in Global Humanities, Fall 2019.

University of Piemonte Orientale
*Platone e i sofisti*, Spring 2018.

University of Helsinki
*Feminism and Capitalism*, SKY doctoral course, September 2015.

University of Bonn
*Platons Politeia*, Spring 2010.

**Undergraduate Courses**

Boston University

*History of Ancient Philosophy*, Spring 2025.

*History of Ancient Philosophy*, Fall 2024.

New School

*Socrates*, Spring 2024.
*Eros, Madness, and* Plato, Fall 2023.
*Aristotle's Ethics*, Spring 2023.
*Plato and the Sophists*, Fall 2022.
*Socrates*, Fall 2021.
*Eros*, *Madness and Plato*, Spring 2021.
*Eros, Madness and Plato*, Spring 2020.
*Aristotle's Ethics*, Fall 2020.
*Plato and the Sophists*, Fall 2018.
*Critical Social Thought,* Spring 2017.
*Feminism and Marxism*, Fall 2016.
*Feminism and Marxism*, Spring 2016.
*Plato's Republic*, Fall 2014.
*Aristotle's Ethics*, Spring 2014.
*Gramsci*, Fall 2013.
*Queer Theory*, Spring 2013.
*Plato's Republic*, Fall 2012.

*Care of the Self (Foucault and the Ancients)*, Spring 2012.
*Feminism and Marxism*, Fall 2011.
*Philosophy I*, Spring 2011.

University of Roma Tor Vergata
*Plotino, Enneade II 5*, Spring 2018.
*Plotino e la materia*, Spring 2007.

**Mixed Graduate/Undergraduate Courses**

Boston University

Plato I, *Plato's Republic*, Spring 2025

**CONFERENCE PAPERS AND INVITED TALKS**

2025 — 'Racism in Plato's *Laws*', Reading Plato from theb Global South, Southwest University, Chongqing, China, June 25-27.

'Il coraggio delle donne in Senofonte', Doctoral lecture, University of Rome Tor Vergata, May 28.

Alcibiades' *Thumotic* Problem and the Shadow of Tyranny, 18th West Coast Plato Workshop, US Sa Diego, May 16-18 (keynote lecture).

'Hopping on Swords: Xenophon on Women's Courage', ISSS panel, APA Conference, NYC, January 10.

2024 — 'La *Repubblica* di Platone: prima e seconda ondata", Università di Roma La Sapienza, May 29.

'Social Reproduction and Primitive Accumulation', International Symposium on Social Reproduction, La Sorbonne, Paris, May 22, 23 and 24.

2023 — 'The Figure of Aspasia in First Generation Socratics: Aeschines, Antisthenes and Xenophon', *Philosophy Before and After Plato*, Classical Philosophy Conference, Princeton University, December 9 and 10.

'Looking at the Black Sea: *Genê and Civic Theôria in Plato's* Laws', University of Chicago, Neubaurem Collegium for Culture and Society, December 1.

'Looking at the Black Sea: *Genê and Civic Theôria in Plato's* Laws', Cornell University, Philosophy Department, November 8.

‘Sexual Difference in Question: The Justice of the First Wave in Plato’s *Republic*’, Villanova University, Philosophy Department, October 20.

‘Under Aspasia’s Spell: the Socratic Circle on Eros, Marriage, and Foreign Women’, Annual Conference of the Brazilian Society of Classical Studies, September 25.

‘Under Aspasia’s Spell: the Socratic Circle on Eros, Marriage, and Foreign Women’, Keynote address, *Identity Play: Constructing the Self in the Ancient Mediterranean*, The 15th Annual CUNY Graduate Center Grad Students Conference in Classics, April 28 (online).

2023 ‘The Logic of Sexual Difference and Equality in Plato’s *Republic* 5’, WIP, Philosophy and Classics Departments, NYU, February 10.

2022 ‘La logica della differenza e dell’uguaglianza sessuale nel libro V della *Repubblica* di Platone’, Scuola Normale Superiore, December 20.

‘La tirannide democratica e la sua psicologia morale nei libri VIII e IX della Repubblica di Platone’, Scuola Normale Superiore, Pisa, December 19.

‘Philosophical Madness and the Limits of Human Moderation in Plato’s *Phaedrus*’, Boston University, November 10.

‘*Phaedrus*, 249d-257b’, Plato Dialogue Project, Athens, September 22-24.

‘Wearing Virtue, Plato’s *Republic* V, 449a-457b and the Socratic Debate on Women’s Nature”, *International Symposium Pato Today!*, September 12-14, 2022 (online).

‘Philosophical Madness and the Limits of Human Moderation in Plato’s *Phaedrus*’, Philosophy Department, NSSR, September 8.

‘‘Plotinus’ Critique of Aristotle in *Ennead* 3.6 [26].8-10’, *Plotinus Conference*, Princeton University, Philosophy Department, September 3-4.

‘The Feminist Strike Movement and the Question of Universalism’, Philosophy Department, University of Utrecht, June 2.

MA Guest Lecture, ‘Virtue and Sexual Difference in the Socratic Circle’, Philosophy Department, University of Utrecht, June 2.

MA Guest Lecture, ‘Feminism and Social Reproduction’, Philosophy Department, Loyola University, April 12.

‘The Androgynous Soul and the Socratic Circle’, *UNR Symposium on the Soul*, March 31 and April 1.

Keynote speaker, *Central PA Consortium WGSS Conference*, March 25.

| | |
|---|---|
| 2021 | ‘Feminist Movements in a Pandemic World’, “Social Reproduction in/under Crisis”, Department of Gender and Women’s Studies, Berkeley University, April 12. |
| | ‘Philosopher-Queens: A Social Reproduction Reading of the First Two Waves in Plato’s *Republic* V’, WIP talks, Classics Department, NYU, April 8. |
| | ‘Philosopher-Queens: A Social Reproduction Reading of the Abolition of the Oikos in Plato’s *Republic* Book V’, “I Jornada Archai Gênero e Antiguidade: problemas e métodos”, University of Brasilia, February 22. |
| | ‘Reading Philosophical Arguments in Historical Context: A Disappearing Art’, “Historical Materialism and the Classics”, AIA/SCS Joint Annual Meeting, January 5-10. |
| | ‘Tyranny and Shamelessness in Pato and Today’, “New Perspectives on Plato’s Internal Critique of the Athenian *Politeia*”, AIA/SCS Joint Annual Meeting, January 5-10. |
| 2020 | ‘Readings and Misreadings of Primitive Accumulation’, The Franke Lectures in the Humanities, Yale McMillan Center, December 9. |
| | ‘Democracy, tyranny, and Shamelessness in Plato’s *Republic*’, “Demokratie und Populismus in der griechischen Antike und heute”, ZAZH – Zentrum Altertumswissenschaften Zürich, February 12-14. |
| | ‘Democratic Hedonism and its Tyrannical Child in Plato’s Republic’, The C.J. de Vogel symposium “21st century Plato”, Vrije Universiteit Amsterdam, November 29. |
| 2019 | Invited panelist, *Ethics Here and Now: Racial Justice, Reproductive Justice, Climate Justice*, Symposium, Fairfield University, October 4. |
| | Keynote speaker, *Conference of the Interdisciplinary Center for Studies and Research on Marx and Marxism*, Universidade Federal Fluminense, Niterói-Rio de Janeiro, August 26-30. |
| | ‘Plato on Shame’, *Philosophy in Assos. Plato*, July 1-4. |
| | ‘Social Reproduction, Class Formation and the New Feminist Wave’, *The Future with Marx*, *International Conference*, Moscow School of Social and Economic Sciences, May 24-25. |
| | *Feminism for the 99%. A Manifesto*, book panels in Berlin, Bologna, Philadelphia, Milan, New York, Naples, Rome, Padua, Rio de Janeiro, Santiago de Chile, Seattle, Zagreb. |
| | ‘What's the Need for Shame? Plato on Shamelesness and Injustice’, Scranton University, February 27. |

‘Beyond the Logic of Parallel Movements: the New Feminist Wave as Class Formation’, *International Conference on Feminism and Marxism*, National Autonomous University of Mexico (UNAM), February 11-12.

2018 Invited Panelist at the 8th Conference of the Latin America Council of Social Sciences (CLACSO), Buenos Aires, November 19-23.

‘La lutte féministe comme lutte de classe : retour sur la question du sujet de l’histoire’, *Socialisme/communisme. Penser et construire les alternatives*, International conference, Maison des Sciences de l’Homme Paris-Nord, November 9-10.

‘Social Reproduction and Class Struggle’, Keynote talk at the *9th International Marx & Engels Colloquium*, University of Campinas – Unicamp Campinas (SP), Brazil, July 17-20.

‘Reflections on class, feminism and the work of social reproduction’, Keynote speaker, *36th International Labour Process Conference*, University of Buenos Aires, March 21-23.

2017 ‘Clever Villains: The Tyrant’s Reason in Plato’s *Republic’*, CUNY Graduate Center, Classics Department, December 8.

‘Bad Lovers and Lovers of the Demos: What *Phaedrus* Shows about Callicles [and *vice versa*]’, Vassar College, November 29.

‘Capitalism and the Conflict over Universality’, *Feminism and Marxism: an Unhappy Marriage?*, Universidad Michoacana de San Nicolás de Hidalgo, November 8-10.

‘From Democracy to Tyranny: Plato, Trump, and the Misuses of a Philosophical Trope’, *Trump Philosophy*, *The Arendt-Schurmann Annual Symposium in Political Philosophy*, April 28-29.

Respondant to Jessica Moss, ‘Why can rhetoric produce only *doxa*?’, *Between Philosophy and Rhetoric*, NYU Classics Department, May 13-14.

Keynote speaker at the Final Plenary ‘The International Women’s Strike and the Anticapitalist Feminist Movement’, *Historical Materialism Conference*, New York City, April 23.

2016 ‘Tyrannical Democracy’s Deceiving Gentleness in Plato’s *Republic*’, *Kratology: Workshop at the Institute for Comparative Literature and Society*, Columbia University, November 10.

Translation and Commentary of Plotinus, *Ennead* V 3, 9-10, *Plotinus Workshop*, Cornell University, October 28-30.

'The Demos and its Son: Tyranny and the Critique of Democracy in Plato's *Republic*', Keynote Speaker at the *Ancient Philosophy Society at SPEP 2016*, Salt Lake City, October 20.

'Let Us Take Care of Ourselves: Stoic Exercises and Foucault', STOICON 2016, New York City, October 15.

'Plato's Critique of Tyranny as a Critique of Democracy in *Republic* VIII and IX', Philosophie für die Polis, GANPH, Universität Zurich, September 6-9.

'Repenser l'oppression des femmes et le capitalisme : théorie unitaire et reproduction sociale', *CNRS, Séminaire Féminismes matérialistes et analyses critiques*, Paris, May 17.

'Bad Lovers and Lovers of the Demos: What the *Phaedrus* Shows about Callicles', at *Phaedrus Workshop*, CUNY, March 18-19.

'Gender and Sexuality: within and beyond Capitalism', at the Conference 'Jenseits des Kapitalismus', Wuppertal University, February 4-6.

2015 'Capitalism and the Conflict over Universality: a Feminist Perspective', at *Thinking Universalities*, De Paul University, Chicago, October 23-24.

'Conflictual Universality: A Feminist Perspective on Revolution', at *Rethinking Revolution*, University of Helsinki, September 25.

2015 'The Gender of Capital: Women's Oppression and Capital's Reproduction', University of Helsinki, September 22.

'Spirit in Plato's Republic and the Tyrant's Psychopathology', New School for Social Research, September 17.

'Il corpus degli scritti platonici: una rilettura di insieme', Università degli studi di Roma La Sapienza, March 31.

'Il lupo e il tiranno: il *thumos* del tiranno nella *Repubblica* di Platone', Università degli studi di Milano, March 10.

'The Wolf and the Lion: The Tyrant's Spirit in Plato's *Republic*', at the *Conference on Ancient Philosophy*, University of Bonn, January 21.

'Loups et lions. Le thumos du tyran chez Platon', University of Fribourg (CH), November 24.

2014 ‘Gender as Social Temporality: Butler (and Marx)’, Applied Philosophy Lyceum, Middle Tennessee State University, March 28.

‘Social Reproduction Feminism and its Critics’, School of Politics and International Relations, Queen Mary University of London, January 30.

‘On Plato and Foucault’, MA lecture, CIDRAL Theory Intensive, University of Manchester, January 29.

Series of book panels on *Dangerous Liaisons. Marriages and Divorces of Marxism and Feminism*: Oxford, January 27; London, January 28; Manchester, January 29.

2013 ‘Social Reproduction Feminism and its Critics’, at the workshop *Crisis, Critique, Capitalism*, Collège d’études mondiales under the auspices of the Chair in “Global Justice”, Paris, November 21-23.

‘Philosophical Dogs and Tyrannical Wolves in Plato’s *Republic*’, *Hannah Arendt and Reiner Schürmann Symposium in Political Philosophy*, New School for Social Research, May 10-11.

‘Gender as Social Temporality: Butler (and Marx)’, *Critical Theory Conference*, University of Oregon, April 18-20.

‘Non sono ammesse deviazioni: causalità e atomismo epicureo in Plotino, *Enneade* III 1’, Conference *Gli atomi di Epicuro e l’ordine di Plotino*, University of L’Aquila, L’Aquila, March 7-8.

2012 Translation and commentary of Plotinus, *Enneads* IV 3 (27), 4, *Plotinus Workshop*, Cornell University, Ithaca, November 2-4.

Translation and commentary of Plotinus, *Enneads*, V 1(10), 4, 1-21, *Plotinus Colloquium*, Paris, May 18-19.

2011 Translation and commentary of Plotinus, *Enneads* I 1, 6-7, 6, Plotinus Workshop, Cornell University, Ithaca, October 28-30.

‘Cleaning the City. Plato and Popper on Political Change’, Trinity University, San Antonio, October 7.

‘Plato’s World-Maker in Origen’s *Contra Celsum*’, at the Symposium *Demiurge: the World-Maker in the Platonic Tradition*’, Institute of Humanities and Institute of Philosophy, Seoul National University, Seoul, September 8-9.

‘Cleaning the City. Plato and Popper on Political Change’, University of Bonn, July 1.

Case: 26-6906, 11/20/2026, DktEntry: 16.1, Page 170 of 300

‘Gender Performativity and Capital Performativity’, *2nd NY Historical Materialism Conference*, The New School for Social Research, New York, May 6-8.

‘What is Anarchafeminism the Name for?’, at the *2011 Arendt-Schürmann Symposium, “The Anarchist Turn”*, The New School for Social Research, New York, May 5-6.

2010 ‘The Private and the Common in Plato’s *Republic*’, The New School for Social Research, New York, March 9.

2009 Translation and Commentary on Plotinus, *Enneades*, III 6, 2, 1-22, Plotinus Colloquium, Rome, May 22-23.

2008 Translation and Commentary on Plotinus, *Enneades*, I 5, 6, 6-16, Plotinus Colloquium, University of Oslo, June 6-7.

‘Le refus du bonheur. Négligence et chute dans la pensée d’Origène’, University of Geneva, April 23.

2007 ‘Le temps du retour. Temporalité et apocatastase dans le *Peri Archôn* d’Origène’, University of Olomouc (Czech Republic), April 23-25.

2006 ‘Matière immatérielle chez Grégoire de Nysse’, *Journée d’études ‘Paradoxes de la philosophie entre Antiquité et Moyen Age’*, University of Fribourg, June 6.

## ACTIVISM

### Interviews and media requests

Dozens of interviews and video-interviews in several media outlets in the United States, Argentina, Brazil, Chile, France, Germany, Italy, Korea, Mexico, Spain, UK, and several other countries.

### Political articles and essays

Dozens of political articles and essays published in several languages.

### Recent Organizing

2025 BU-AAUP
2020 Creation of the New School-AAUP chapter.
2017 Organization of the International Women’s Strike in the United States.

July 1st, 2025

# EXHIBIT 164




Home
IV Online magazine
Debate
Features
Documents of the FI
Links
Reviews section
Index
Contact us

OK

Home > News from around the world > **Western Complicity in Apartheid Israel's Brutal Violence Heightens (...)**

PALESTINE/ISRAEL

# Western Complicity in Apartheid Israel's Brutal Violence Heightens Palestinian Resistance & International Solidarity

SUNDAY 8 OCTOBER 2023, BY PALESTINIAN BDS NATIONAL COMMITTEE (BNC).

Share 31 Post

*Israel's far-right government, the most racist, fundamentalist and fanatic ever, has been ruthlessly escalating its ethnic cleansing, siege, killings, incarceration, and daily humiliation of millions of Indigenous Palestinians in the occupied Gaza Strip and the West Bank, including East Jerusalem.*

The BDS movement strongly condemns the governments of the colonial West for, once again, hypocritically [https://bdsmovement.net/hypocrisy] standing with apartheid Israel and duly adopting its deceptive timeline of the current "violence" as if it all began this morning with the powerful armed reaction of the oppressed Palestinians in Gaza. This skewed timeline is meant to hide the initial and escalating decades-long colonial violence of the oppressor

Israel's far-right government, the most racist, fundamentalist and fanatic ever, has been ruthlessly escalating its ethnic cleansing, siege, killings, incarceration, and daily humiliation of millions of Indigenous Palestinians in the occupied Gaza Strip and the West Bank, including East Jerusalem. It believed that its unmasked brutality would force Palestinians to simply surrender and accept oppression as fate.

Drunk with power and impunity as a result of unconditional US and European collusion, funding and arming, as well as the shameful normalization and military alliances [https://bdsmovement.net/news/palestinians-and-saudis-stand-together-against-normalization-with-apartheid-israel] with Arab dictatorships, with the Palestinian Authority's complicity, the Netanyahu regime has felt it was time to bury the "question of Palestine" once and for all.

Ignoring this crucial context, the Western choir is, again, decrying the Palestinian "violent attacks" on Israel.

Regardless how people around the world view armed resistance and how international law regulates it, they cannot but agree with the Brazilian educator Paulo Freire who says [https://envs.ucsc.edu/internships/internship-readings/freire-pedagogy-of-the-oppressed.pdf]

"With the establishment of a relationship of oppression, violence has already begun. Never in history has violence been initiated by the oppressed. ... Violence is initiated by those who oppress, who exploit, who fail to recognize others as persons — not by those who are oppressed, exploited, and unrecognized."

Since oppression is the root cause of violence, to end all violence — the initial and ongoing violence of the oppressor and the reactive resistance of the oppressed — we must act to end oppression. As proven in the South African struggle that dismantled apartheid there, exposing and ending state, corporate and institutional complicity in Israel's 75-year-old regime of settler-colonialism and apartheid [https://bdsmovement.net/news/historic-palestinian-anti-apartheid-ca[illegible]], especially through BDS tactics, are the most ethical and strategic forms of international solidarity to end all oppression and all violence. Only thus can we achieve freedom, justice, equality and dignity

*7 October 2023*

*Source BDS [https://bdsmovement.net/news/western-complicity-apartheid-israel%E2%80%99s-brutal-violence-heightens-palestinian-resistance]*

**P.S.**

If you like this article or have found it useful, please consider donating towards the work of *International Viewpoint* Simply follow this link: Donate [https://www.paypal.me/IViewpoint] then enter an amount of your choice. One-

donations are very welcome. But regular donations by standing order are also vital to our continuing functioning. See the last paragraph of this article (http://www.internationalviewpoint.org/spip.php?article2302) for our bank account details and take out a standing order. Thanks.

### ATTACHED DOCUMENTS

western-complicity-in-apartheid-israel-s-brutal-violence_a8271.pdf (PDF (INFO DOCUMENT PDF) - 906.5 KIB)
Extraction PDF [→article8271]

## Palestine

End the blockade of Gaza !

Pity the people of Gaza!

The Nakba intensifies. May our solidarity grow too!

No to the dissolution of Urgence Palestine

We need to talk about Gaza more than ever

## Israel

Syria: Fishing in Troubled Waters

Free Syria scares Israel, that's why it sows hatred and occupies

Yemen on the brink

'Since 1967, 35% to 37% of Palestinian society has spent time in Israeli prisons'

So-called axis of resistance

## Palestinian BDS National Committee (BNC)

# EXHIBIT 165

Philosophy for Palestine

November 1, 2023

We are a group of philosophy professors in North America, Latin America, and Europe writing to publicly and unequivocally express our solidarity with the Palestinian people and to denounce the ongoing and rapidly escalating massacre being committed in Gaza by Israel and with the full financial, material, and ideological support of our own governments.

We do not claim any unique authority moral, intellectual, or otherwise on the basis of our being philosophers. However, our discipline has made admirable strides recently in confronting philosophy's historically exclusionary practices and in engaging directly with pressing and urgent injustices. To this end, we call on our colleagues in philosophy to join us in overcoming complicity and silence.

As we write, bombs have killed over 8,500 people in Gaza. By the time you read this, that number will have risen. [*Update 2/29/24: the death toll is now estimated to have surpassed 29,000.*]

Thousands more are trapped under rubble. For over three weeks, a siege of the territory has cut off food, water, medicine, fuel, and electricity. A million inhabitants of northern Gaza have been ordered to flee their homes amid airstrikes and in advance of an ongoing ground invasion with nowhere safe to go. Talk of a second *nakba* is chilling, yet apt. People of conscience have an obligation to speak out against these atrocities. This is not a difficult step to take; what is far more difficult for us is to turn away in silence and complicity from an unfolding genocide.

To focus, as we do here, on the actions of the Israeli state and the unflagging support it receives from the US and its allies, is neither to celebrate violence, nor to equivocate on the value of innocent lives. Civilian deaths, regardless of nationality, are tragic and unacceptable. Yet to act as though the history of violence began with Hamas's attacks on October 7, 2023 is to display a reckless indifference to history as well as to both Palestinian and Israeli lives. In order for violence to stop, the conditions that produce violence must stop.

The blockade of Gaza has lasted 16 years; the occupation of the West Bank and Gaza has lasted 56 years; the dispossession of Palestinians of their lands and homes across historic Palestine has lasted three quarters of a century, since the 1948 establishment of Israel as an ethno-supremacist state. It is not without reason that observers including both international and Israeli human rights groups now characterize Israel's control over the land from the Jordan River to the Mediterranean Sea as a system of apartheid.

Most importantly, we are all too aware that the countries in which we live and work and to which we pay taxes is funding and abetting one party and one party only in this deeply asymmetric conflict. That party is not the oppressed, but the oppressor.

Right now, the people of Gaza have urged allies worldwide to exert pressure on their governments to demand an immediate ceasefire. But this should this *must* be the beginning and not the end of collective action for liberation. If there is to be justice and peace, the siege of Gaza must end, the blockade must end and the occupation must end. Above all, the rights *all* people currently living between the Jordan River and the Mediterranean, as well as those of Palestinian refugees in exile must be respected.

We invite our fellow philosophers to join us in solidarity with Palestine and the struggle against apartheid and

occupation.In particular, join us in supporting the academic and cultural boycott of Israeli institutions distinct from individuals—as outlined by the Palestinian Campaign for the Academic and Cultural Boycott of (PACBI). We urge all individuals to speak out openly and fearlessly, and work to advance the cause of Palestinian liberation and justice for all.

Signed,

1. Hosn Abboud (American University of Beirut)
2. Baher Abdulhai (University of Toronto)
3. As'ad Abu Libdeh (University of Applied Science, Jordan)
4. Diana María Acevedo-Zapata (Universidad Pedagógica Nacional de Colombia)
5. María del Rosario Acosta López (University of California, Riverside)
6. Javier Agüero Aguila (Universidad Católica del Maule, Chile)
7. Sabeen Ahmed (Swarthmore College)
8. Rachida Akil (Faculty of Humanities, University of Tunis)
9. Aziz Al-Azmeh (Central European University)
10. Dina Al-Kassimi (University of British Columbia)
11. Hanan Al-Khalaf (Kuwait University)
12. Aalia Hilal Al Saadi (Sultan Qaboos University, Oman)
13. Alia Al Saji (McGill University)
14. Saad Al Tamimi (Al Mustansiriya University, Iraq)
15. Mohammad Alameri
16. Linda Martín Alcoff (City University of New York)
17. Eric Aldieri (Bridgewater State University)
18. Asma Alibrahim (Al Bayt University, Jordan)
19. Daniel Allen (Villanova University)
20. Rayid Almansory (University of Sunderland)
21. Tasneem Alsayyed (University of Waterloo)
22. Basil Alsoodany
23. Mauricio Amar (Centro de Estudios Árabes, Universidad de Chile)
24. Ilana Amaral (Universidade Estadual do Ceará)
25. Hermann Amaya (Universidad de Guadalajara)
26. Luvell Anderson (Syracuse University)
27. Solmu Anttila (VU Amsterdam)
28. Louise Antony (University of Massachusetts, Amherst)
29. Emiliano Aquino (Universidade Estadual do Ceará)

30. Alfred Archer (Tilburg University)
31. Sara Aronowitz (University of Toronto)
32. Cinzia Arruzza (New School for Social Research)
33. Richard T.W. Arthur (McMaster University)
34. Ali Asghar
35. Aref Ashrafian (Mofid University, Iran)
36. David Auerbach (North Carolina State University)
37. Estenio Azevedo (Universidade Estadual do Ceará)
38. Farshid Baghai (Villanova University)
39. Étienne Balibar (Kingston University)
40. Anthony Ballas (Northern New Mexico College)
41. Ralph Bannell (Pontifical Catholic University of Rio de Janeiro)
42. Jonnefer Francisco Barbosa (PUC-SP, São Paulo)
43. Óscar Barroso (Universidad de Granada)
44. Bana Bashour (American University of Beirut)
45. Stefanie Baumann (New University of Lisbon)
46. Kenneth Baynes (Syracuse University)
47. Zachary Behlok (Deinstitutionalized Scholar, USA)
48. Abdelilah Belkeziz (Université Hassan II, Morocco)
49. Nora Berenstain (University of Tennessee, Knoxville)
50. Joseph Bermas Dawes (DePaul University)
51. Emanuela Bianchi (New York University)
52. Shaikha Binjasim (Kuwait University)
53. Greg Bird (Wilfrid Laurier University)
54. Liliane Blaser (Comunidad de Trabajo e Investigación COTRAIN)
55. Jared Bly (Villanova University)
56. Ashley Bohrer (University of Notre Dame)
57. Martin Bolaños (Universidad de Buenos Aires)
58. Alcira Beatriz Bonilla (Universidad de Buenos Aires)
59. Kelsey Borrowman (Villanova University)
60. Dan Boscov Ellen (Pratt Institute)
61. Eric Bottorff (Oakton Community College)
62. Faouzi Boukhriss (University of Ibn Tofail, Morocco)
63. Erik Bordeleau (Universidade Nova, Lisbon)
64. Samir Bouslhame (Ibn Zohr University, Agadir)

65. Raymond Brassier (American University of Beirut)

66. Bob Brecher (University of Brighton)

67. Elyasi Eyja M.J. Brynjarsdottir (University of Iceland)

68. Carmelita Brito de Freitas Felício (Universidade Federal de Goiás)

69. Larry Alan Busk (Florida Gulf Coast University)

70. Judith Butler (University of California, Berkeley)

71. Kevin Cabardo (New School for Social Research)

72. Fortunato Maria Cacciatore (Università della Calabria)

73. Alex Callinicos (King's College London)

74. Antonio Campillo (Universidad de Murcia)

75. João Cão Duarte (Universidade de Lisboa)

76. Taylor Carman (Barnard College, Columbia University)

77. Alejandra Castillo (UMCE, Chile)

78. Amandine Catala (Université du Québec à Montréal)

79. Marie Chabbert (Utrecht University)

80. Eugenio Chahuan (Universidad de Chile)

81. Robert Chapman (Durham University)

82. Tim Christiaens (Tilburg University)

83. Lillian Cicerchia (University of Amsterdam)

84. Alejandra Ciriza (Universidad Nacional de Cuyo, Argentina)

85. Adriana Clavel-Vazquez (Tilburg University)

86. Rebecca Comay (University of Toronto)

87. Elena Comay del Junco (University of Connecticut)

88. Sascha Miguel Cornejo Puschner

89. Gustavo Costa (Universidade Estadual do Ceará)

90. Carmen Liliana Cubillos Sastoque (Universidad Central de Venezuela)

91. Carla Damião (Universidade Federal de Goiás)

92. Housamedden Darwish (Leipzig University)

93. Alexis Davin (University of Bristol)

94. Angela Y. Davis (University of California, Santa Cruz)

95. Byron Davies (Tecnólogico de Monterrey)

96. Camila de Gamboa (Universidad del Rosario)

97. Dayana de la Rosa (Universidad del Atlántico

98. Reza Dehghani (University of Tehran)

99. Stephanie Deig (University of Lucerne)

100. Donatella Delle Porta (Scuola Normale Superiore)

101. Finnur Dellsén (University of Iceland)

102. Maliheh Deyhim (Memorial University of Newfoundland)

103. Esa Díaz León (University of Barcelona)

104. Gonzalo Díaz Letelier (UMCE)

105. Rosalyn Diprose (University of NSW

106. Tarek R. Dika (University of Toronto)

107. Rosalyn Diprose (UNSW, Sydney)

108. Federico Donner (Universidad Nacional de Rosario, Argentina)

109. Marie Draz (San Diego State University)

110. Todd Dufresne (Lakehead University)

111. Emily Dupree (Loyola University Chicago)

112. Fataharrahman Eisa (Alneelain University, Khartoum, Sudan)

113. Peter Ekegren (Uppsala University)

114. Latifa El Bouhsini (Université Mohamed V Rabat, Morocco)

115. Mohammed El Fahem (L'Université Moulay Ismail de Meknès, Morocco)

116. Safae el Khannoussi el Bouidain (University of Amsterdam)

117. Fouad El Mazouni

118. Abdellah El Moutaouakil (Université Hassan II, Morocco)

119. Zeyad El Nabolsy (York University)

120. Adham El Shazly (University of Cambridge)

121. Hind Elkalai (University of Massachussets, Amherst)

122. Manal Elshwhaby

123. Nathan Eckstrand (Sam Houston State University)

124. Jessica Elkayam (Sam Houston State University)

125. Jessica Ellis (European Graduate School)

126. Diane Enns (Toronto Metropolitan University)

127. Sandra Escutia Díaz (Universidad Nacional Autónoma de México)

128. Andrea Fagioli (University of Buenos Aires)

129. Augie Faller (Bryn Mawr College)

130. Saba Fatima (Southern Illinois University Edwardsville)

131. Brandon D.C. Fenton (York University/Conestoga College)

132. Ann Ferguson (University of Massachusetts, Amherst)

133. Estela Fernández Nadal (Universidad Nacional de Cuyo)

134. Luigi Filieri (Johannes Gutenberg Universität Mainz)

135. Owen Flanagan (Duke University)

136. Anton Ford (University of Chicago)

137. Carina Fourie (University of Washington)

138. Nancy Fraser (New School for Social Research)

139. Layal Ftouni (Utrecht University)

140. Alessandra Fussi (University of Pisa)

141. Mercer Gary (Drexel University)

142. Gabriele Gava (University of Turin)

143. Kelly Gawel (Governors State University)

144. Nassire Ghadire (University of Baghdad)

145. Aya Moustafa Ghareeb (Ain Shams University)

146. Jonathan Gingerich (Rutgers University)

147. Marcela Gomez (Universidad Nacional Autónoma de México)

148. Gabriela González Ortuño (Universidad Nacional Autónoma de México)

149. Sarah Gorman

150. Dana Grabelsky (City University of New York)

151. Peter Graham (University of Massachusetts, Amherst)

152. Ramon Grosfoguel (University of California at Berkeley)

153. Miguel Gualdron Ramirez (University of Oregon)

154. Hermann Guendel (Universidad Nacional de Costa Rica)

155. Lisa Guenther (Queen's University)

156. María José Guerra Palmero (University of La Laguna)

157. Rita Guidarelli (Universidad Autónoma Chapingo)

158. Lauren Guilmette (Elon University)

159. Daniel Gutiérrez (UBA-UNQ)

160. Reza Hadisi (University of Toronto)

161. Joshua M. Hall (University of Alabama, Birmingham)

162. Kim Q. Hall (Appalachian State University)

163. Sterling Hall (Villanova University)

164. Raja Halwani (School of the Art Institute of Chicago)

165. Naïma Hamrouni (Université du Québec à Trois Rivières)

166. Siba Harb (Tilburg University)

167. John Harfouch (University of Alabama, Huntsville)

168. Rafeeq Hasan (Amherst College)

169. Sally Haslanger (MIT)

169. Sally Haslanger (MIT)

170. Josh Hayes (Alvernia University)

171. Tris Hedges (University of Copenhagen)

172. Andrés Fabián Henao Castro (University of Massachusetts, Boston)

173. Charles Hermes (University of Texas at Arlington)

174. Inti Hernández Reyes (Universidad LaSalle Oaxaca)

175. Tom Hickey (University of Brighton)

176. Kathleen Higgins (University of Texas at Austin)

177. Allan Hillani (New School for Social Research)

178. Sukaina Hirji (University of Pennsylvania)

179. Shannon Hoff (Memorial University)

180. Nancy Holmstrom (Rutgers University, Newark)

181. Hossein Houshmand (Simon Fraser University)

182. Hengameh Hoveyda

183. Peter Hudis (Oakton College)

184. Lynne Huffer (Emory University)

185. Andrew Hunter (Toronto Metropolitan University)

186. Jenann Ismael (Johns Hopkins University)

187. Fatma Ismail (Ain Shams University)

188. María Antoniets Izaguirre (Universidad Central de Venezuela)

189. Kamal Jabr

190. Eneida Jacobsen (Villanova University)

191. Aaron Jaffe (The Juilliard School)

192. Alison Jaggar (University of Colorado, Boulder)

193. Mark Jago (University of Nottingham)

194. Joy James (Williams College)

195. Yolande Jansen (University of Amsterdam/ VU Amsterdam)

196. Michelle Jenkins (Whitman College)

197. Marta Jiménez (Emory University/Universidad Complutense de Madrid)

198. Christopher Johns (American University of Beirut)

199. Andrew Johnson (Loyola Marymount University

200. Robert N. Johnson (University of Missouri)

201. Janine Jones (UNC, Greensboro)

202. Ólafur Páll Jónsson (University of Iceland)

203. Philip Kain (Santa Clara University)

204. G...simos Kokkoliris (National and Kapodistrian University of Athens)

204. Gerasimos Kakoliris (National and Kapodistrian University of Athens)

205. Khaled Kammouny (Lebanese University)

206. Rachana Kamtekar (Cornell University)

207. Sophia Kanaan (New School for Social Research)

208. Luciana Kaplan

209. Najwa Karassi

210. Pedro Karczmarczyk (Universidad Nacional de La Plata, Argentina)

211. Rodrigo Karmy (Universidad de Chile)

212. Lina Kattan (University of Calgary)

213. Danivir Kent (Universidad de Guadalajara)

214. Serene Khader (City University of New York)

215. Muhammad Ali Khalidi (City University of New York)

216. Akram K. Khan

217. Sami Khatib (OIB, Beirut)

218. Irfan Khawaja

219. Sarah Kizuk (Skidmore College)

220. Hans Herbert Kögler (University of North Florida/Alpen Adria University)

221. Jennifer Komorowski(Toronto Metropolitan University)

222. Marie Kortam

223. Alexi Kukuljevic (Universität für Angewandte Kunst Wien/University of Applied Arts Vienna)

224. Shapel LaBorde (Teachers College, Columbia University)

225. Souad Lamrani

226. Mark Lance (Georgetown University)

227. Emily Lange (Marquette University)

228. Matthew LaVine (SUNY Potsdam)

229. Aurora Laybourn (DePaul University)

230. Mithra Lehn (New School for Social Research)

231. Jason Lemmon (University of Nebraska-Lincoln)

232. Joop Leo (University of Amsterdam)

233. Joseph Levine (University of Massachusetts, Amherst)

234. Shen-yi Liao (University of Puget Sound)

235. Matthias Lievens (KU Leuven)

236. Anthony Löwstedt (Webster University Vienna)

237. Pilar Lopez-Cantero (Tilburg University)

238. Jesús Luzardo (Loyola University Chicago)

239. Heather Lynch (Glasgow Caledonian University)

239. Heather Lynch (Glasgow Caledonian University)

240. Sandra Maceri (Universidad de Buenos Aires)

241. Brooke Maddux (Université de Reims Champagne Ardenne

242. Ali Karbalaei Mahdi (York University)

243. Nelson Maldonado-Torres (University of Connecticut)

244. Diana Marañón (Universidad de Guanajuato)

245. Patricia Marechal (University of California, San Diego)

246. Ned Markosian (University of Massachusetts, Amherst)

247. Luciana Martínez (Universidad de Buenos Aires)

248. Al Martinich (University of Texas at Austin)

249. Giovanni Mascaretti (University of Bergamo)

250. Don Mason

251. Hassan Massoud (University of Alberta)

252. Margaret McLaren (Rollins College)

253. Saladin Meckled-Garcia (University College London)

254. José Medina (Northwestern University)

255. Maria Mejia (Elon University)

256. Eduardo Mendieta (Penn State University)

257. José Jorge Mendoza (University of Washington)

258. Torsten Menge (Northwestern University Qatar)

259. Hichem Messaoudi (University of Carthage, Tunisia)

260. Daniel Michelow (Universidad Católica del Maule)

261. Elaine Miller (Miami University, Ohio)

262. Dana Francisco Miranda (University of Massachusetts, Boston)

263. Arnold Yasin Mol (Leiden University/Islamic University of Applied Sciences Rotterdam)

264. Andrés Molina Ochoa (South Texas College)

265. Beatriz Montenegro

266. Parisa Moosavi (York University)

267. Gil Morejon (DePaul University/Loyola University)

268. J. Moufawad-Paul (York University)

269. Fahd Mughal

270. Julia Muñoz (Universidad Nacional Autónoma de México)

271. Tamim Najate

272. Evando Nascimento (UFJF Brazil)

273. Jeramy Neefus (Michigan State University)

274. Stephen Nelson (Northland Community & Technical College)

275. Frederick Neuhouser (Barnard College, Columbia University)

276. Christopher Norris (University of Cardiff)

277. Abderrahim Nour Eddine (Professeur de philosophie à la retraite)

278. Steve Núñez (University of Connecticut)

279. Patrick S. O'Donnell (Santa Barbara City College)

280. Kyle O'Dowd (New School for Social Research)

281. Samir Okasha (University of Bristol)

282. Johanna Oksala (Loyola University Chicago

283. Ian Olasov (City University of New York)

284. Adi M. Ophir (Brown University)

285. Romy Opperman (New School for Social Research)

286. Imge Oranli (Arizona State University)

287. Mariana Ortega (Penn State University)

288. Irene Ortiz (Universidad Autónoma de Madrid)

289. Nadia Oubih

290. Imranali Panjwani (Anglia Ruskin University)

291. Emily Parker (Towson University)

292. Diana Milena Patiño Niño (Deinstitutionalized scholar, Colombia)

293. Alicia Patterson (Oregon State University)

294. Astrid Paulsson (Charles Sturt University, Australia)

295. Laura Pelegrin (Universidad de Buenos Aires)

296. Jenny Pelletier (University of Gothenburg)

297. John Pittman (John Jay College of Criminal Justice, CUNY)

298. Josué Piñeiro (Kennesaw State University)

299. Valeria Pinto (University of Naples "Federico I")

300. Andrea Pitts (University of Buffalo)

301. Giovanni Poggi (Nelson Mandela University, South Africa)

302. Catarina Pombo Nabais (Universidade de Lisboa)

303. Eli Portella Perreras (Florida Gulf Coast University)

304. Kelli Potter (Utah Valley University)

305. Francisco Quijano Velasco (Universidad Nacional Autónoma de México)

306. Laura Quintana (Universidad de Los Andes)

307. Silvana Rabinovich (Universidad Nacional Autónoma de México)

308. Najat Rahman (Université de Montréal)

309. Ahmad Fuad Rahmat (University of Nottingham)
310. Amy Ramirez (National University of Singapore)
311. Sandeep Ray (University of Nottingham)
312. Tully Rector (Radboud University)
313. David Rey (Universidad del Valle)
314. Iaan Reynolds (Utah Valley University)
315. Joel Michael Reynolds (Georgetown University)
316. Julian Rios (Grinnell College)
317. María Lucía Rivera Sanín (Universidad Nacional de Colombia)
318. Sajjad Rizvi (University of Exeter)
319. William Clare Roberts (McGill University)
320. Clelia O. Rodriguez (University of Toronto)
321. Montserrat Rodríguez (Universidad Nacional Autónoma de México)
322. Luke Roelofs (University of Texas at Arlington)
323. Monique Roelofs (University of Amsterdam)
324. Taylor Rogers (Governors State University)
325. Lillian Rojas Paez (Colectivo "Las Amazonas")
326. Concha Roldán (Instituto de Filosofía del CSIC, Spain)
327. Nuria Roldán (Seville University)
328. Maria Grazia Rossi (Universidade Nova, Lisbon)
329. Catherine Rowett (University of East Anglia)
330. Kathryn Russell (SUNY Cortland)
331. Carl Sachs (Marymount University)
332. Muhammad Sadiq Kakar (Vrije Universiteit Brussel)
333. Abdelhamid Safa (IPU New Zealand)
334. Gayle Salamon (Princeton University)
335. Rocío Salcido (Universidad de Guadalajara)
336. Magdi Abdelhafez Saleh (Professeur émérite aux Universités)
337. Mohammad Salheen (Al Azhar University)
338. Rabab Salih
339. Freddy Sánchez (Universidad Experimental de las Artes, Venezuela)
340. Jorge Sanchez Perez (University of Alberta)
341. Sahotra Sarkar (University of Texas at Austin)
342. Martin Savransky (Goldsmiths, University of London)
343. Lara Scaglia (Universidad Nacional Autónoma de México)

344. Naomi Scheman (University of Minnesota)

345. Lisa Schwartzman (Michigan State University)

346. Henry Schiller (University of Sheffield)

347. Paula Schwebel (Toronto Metropolitan University)

348. Laurie Shrage (Florida International University)

349. Richard Seaford (University of Exeter)

350. Kris F. Sealey (Penn State University)

351. Emiliano Sfara (University of Tours)

352. Amer Shalaby (University of Toronto)

353. Hasana Sharp (McGill University)

354. Falguni Sheth (Emory University)

355. Haiyue Shan (VU Amsterdam)

356. Amy Shuster (The Ohio State University)

357. Lotje Siffels (Radboud University)

358. Sonia Sikka (University of Ottawa)

359. Laura Silva (Université Laval)

360. Matthew Noah Smith (Northeastern University)

361. Nicole Smith (University of Texas at Austin)

362. Iarle Sousa Ferreira (Instituto Federal de Educação, Ciéncia e Tecnologia de Goiás)

363. Michael Starling (San Joaquin Delta College)

364. Michael Stevenson (Brooklyn Institute for Social Research)

365. Francesco Sticchi (Oxford Brookes University)

366. Ted Stolze (Cerritos College)

367. Lucian Stone (University of North Dakota)

368. J.T. (Thijl) Sunier (VU Amsterdam)

369. Mairaj Syed (University of California, Davis)

370. Olúfẹ́mi O. Táíwò (Georgetown University)

371. Luz Adriana Tamayo Duque

372. Chloë Taylor (University of Alberta)

373. Josias Tembo (Radboud University)

374. Francisco Luciano Teixeira Filho (Universidade Estadual do Ceará, Brasil)

375. Sunera Thobani (University of British Columbia)

376. Peter Thomas (Brunel University London)

377. Sarra Tlili (University of Florida)

378. Anya Topolski (Radboud University)

379. Iván Torres Apablaza (Universidad de Chile)

380. Alberto Toscano (Goldsmiths, University of London)

381. Adriel Trott (Wabash College)

382. Paula Carolina Tur Murillo (Universidad Nacional de La Plata)

383. Marcela Uchôa (University of Coimbra)

384. Anwar Uhuru (Wayne State University)

385. Gregory Vandamme (UCLouvain)

386. Helga Varden (University of Illinois at Urbana Champaign)

387. Agustina Varela Manograsso (Universidad de Murcia)

388. Jorge Vega (Humboldt Universität zu Berlin)

389. Juan José Vélez Peña (University of Bremen)

390. J. David Velleman (Johns Hopkins University/New York University)

391. Elizabeth Victor (William Paterson University)

392. Raúl Villarroel (Universidad de Chile)

393. Rafael Vizcaíno (DePaul University)

394. Nikolaos Vlahakis (Sofia University)

395. Steven J. Wagner (University of Illinois at Urbana Champaign)

396. Catherine Walsh (Deinstitutionalized scholar, Ecuador)

397. Alistair Welchman (University of Texas at San Antonio)

398. Cynthia Willett (Emory University)

399. Vanessa Wills (George Washington University)

400. Amelia Wirts (University of Washington)

401. Sophie Withaeckx (Maastricht University)

402. George Yancy (Emory University)

403. Zahi Zalloua (Whitman College)

404. Rocío Zambrana (Universidad de Puerto Rico)

405. Kashef Zayed (Sultan Qaboos University, Oman)

406. Eduardo Zazo Jiménez (Universidad Autónoma de Madrid)

407. Robin Zheng (University of Glasgow)

All institutional affiliations listed for identification purposes only

**To add your name, please click here**

# EXHIBIT 166

**Haverford Faculty for Justice in Palestine Statement in Support of an Academic Boycott of Israel**

Original Link: https://docs.google.com/document/d/1EFt-NCmk8Kaxu44aSBXP7ylx5-0UqzuNTkSLUpPjKbA/edit

Accessed: 11/29/23 (first time); Accessed: 2/22/24 (second time)

---

We write as members of Haverford Faculty for Justice in Palestine to express our grief and outrage regarding the shooting of Haverford College student Kinnan Abdalhamid, Brown University student Hisham Awartani, and Trinity College student Tahseen Ali Ahmad in Burlington, Vermont, on November 25, 2023. These three Palestinian college students were shot simply for speaking Arabic and wearing keffiyehs. We extend our support and solidarity to Kinnan, Tahseen, and Hisham, and their families. As faculty and staff at Haverford College, we also stand with the Palestinian, Arab, Muslim, and anti-Zionist students who have felt silenced and fearful of the current climate of hostility and intimidation towards critics of the Israeli state.

The shooting of these three young people is just another example of the wave of anti-Arab, anti-Palestinian racism, and Islamophobia that is growing across the U.S., particularly on college campuses. The long-standing efforts of Zionists to suppress pro-Palestinian voices on college campuses, including the targeting of groups such as Students for Justice in Palestine and Jewish Voice for Peace, have created a hostile climate for Arab, Muslim, and anti-Zionist Jewish students. It is this hostile environment, that equates anti-Zionism with antisemitism, that contributes to the broader surge in Islamophobic violence and anti-Arab racism.

As scholars, teachers, and university staff, we urge institutions of higher education to support free speech and academic freedom and to combat the spread of false narratives that equate support for Palestine with antisemitism. The material consequence of this hostile climate and spread of false information is the actual physical violence targeting Brown and Black bodies, including the shooting of Kinnan Abdalhamid, Tahseen Ahmed, and Hisham Awartani.

Our goal should be to encourage students to seek out accurate information (especially outside of the biased representation in mainstream media coverage), provide historical context, and facilitate nuanced analysis, **not** to encourage simplistic thinking that conflates critiques of state violence with antisemitism. We **stand with** the tens of thousands of anti-Zionist American Jews who are saying, “Not in our name!” to the Israeli state’s genocidal violence against Gaza. We encourage colleges and universities, including Haverford College, to stand with the nonviolent international Boycott, Divestment, and Sanctions (BDS) movement by supporting the academic boycott of Israel. We reiterate our support for pro-Palestinian students, particularly

Students for Justice in Palestine and Jewish Voice for Peace, who have come under attack for critiquing the violence of both the U.S. and Israeli state.

We urge faculty and staff at colleges and universities globally, particularly our fellow Faculty for Justice in Palestine chapters, to sign on to our statement **here**. *You must complete the Google form (click on the link to the left) to add your name, as you can **not** do it manually. Please use this URL to share this doc: https://tinyurl.com/HaverfordFJPstatement

In solidarity,

**Haverford Faculty for Justice in Palestine**

Dr. Gina Velasco, Associate Professor and Director, Program in Gender and Sexuality

Dr. Tarik Aougab, Associate Professor of Mathematics

Dr. Lindsay Reckson, Associate Professor and Chair of English

Dr. Maud Burnett McInerney, Professor of English and Laurie Ann Levin Chair of Comparative Literature

Dr. Aurelia Gómez Unamuno, Associate Professor and Chair of the Department of Spanish

Dr. Zainab Saleh, Associate Professor of Anthropology

Dr. Qrescent Mali Mason, Assistant Professor of Philosophy

Dr. Lina Martinez Hernandez, Assistant Professor of Spanish

Dr. Danielle Allor, Visiting Assistant Professor of English

Dr. Talia Young, Visiting Assistant Professor of Environmental Studies

Dr. Asali Solomon, Bertrand K. Wilbur Endowed Chair in the Humanities, Professor of English, and Chair of Creative Writing

Dr. Guangtian Ha, Assistant Professor of Religion

Dr. Gustavus Stadler, William R. Kenan Professor of English

Dr. Marlen Rosas, Assistant Professor of History

Case: 26-6906, 11/20/2026, DktEntry: 16.1, Page 196 of 300

Izzy Star LSW MSW, Psychological Counselor at Haverford College Counseling and Psychological Services

**NYU FJP**

Dr. Sonya Posmentier, Associate Professor of English

Dr. Andrew Ross, Professor of Social and Cultural Analysis

Dr. Sinan Antoon, Associate Professor, Gallatin School

Dr. John King, Associate Adjunct Professor, ACT-UAW Local 7902

Dr. Anna McCarthy, Professor of Cinema Studies

Dr. Dina M. Siddiqi, Clinical Associate Professor, Liberal Studies

Dr. Arang Keshavarzian, Associate Professor of Middle Eastern and Islamic Studies

Dr. Sara Pursley, Associate Professor

**San Francisco State University FJP**

Dr. Rabab Abdulhadi, Associate Professor of Arab and Muslim Ethnicities and Diaspora Studies

Dr. Tomomi Kinukawa, Lecturer of Women and Gender Studies

**Pratt Institute FJP**

Dr. Jonathan Beller, Professor of Humanities and Media Studies

Dr. Laura Henriksen, Visiting Assistant Professor of Writing

**Mount Holyoke FJP**

Dr. Iyko Day, Elizabeth C. Small Professor and Chair of English

Dr. Ren-yo Hwang, Assistant Professor of Gender Studies and Critical Race and Political Economy

Andrea Lawlor, Associate Professor of English

Dr. Vanessa Rosa, Associate Professor of Latinx Studies and Co-Chair, Critical Race and Political Economy

Dr. Elif Babül, Associate Professor of Anthropology

**Stanford University FJP (also signing as group)**

Dr. Jonathan Rosa, Associate Professor of Education and Comparative Studies in Race and Ethnicity

Dr. Seema Yasmin, Clinical Assistant Professor of Medicine, Primary Care and Population Health

Dr. David Palumbo-Liu, Professor of Comparative Literature

Dr. Mrigender Singh Virk, Clinical Assistant Professor of Pathology

Dr. Marci Kwon, Assistant Professor of Art and Art History

**UMass - Boston, Faculty and Staff for Justice in Palestine**

Dr. Heike Schotten, Professor of Political Science

Dr. Jeff Melnick, Professor of American Studies

Dr. Karen Suyemoto, Professor of Psychology and Asian American Studies

Dr. Dana Francisco Miranda, Assistant Professor of Philosophy

Dr. Steve Striffler, Professor of Anthropology

Dr. Andrés Fabián Henao Castro, Associate Professor of Political Science

Dr. Sana Haroon, Professor of History and Asian Studies

**UMass Amherst FJP**

Dr. Britt Rusert, Professor of Afro-American Studies

Rachel Weber, Attorney and Lecturer, UMass Amherst and Jewish Voices for Peace

Dr. Angie Willey, Associate Professor of Women, Gender, and Sexuality Studies

Dr. Jordy Rosenberg, Professor of English

Dr. Asha Nadkarni, Associate Professor of English

Dr. Laura Ciolkowski, Senior Lecturer of Women, Gender, Sexuality Studies

Dr. Marianna Ritchey, Associate Professor of Music History

Dr. Svati Shah, Associate Professor of Women, Gender, and Sexuality Studies

Dr. Adam Dahl, Associate Professor of Political Science

Dr. Kiran Asher, Professor & Chair, Women, Gender, and Sexuality Studies

Dr. Rachel L. Mordecai, Associate Professor of English

Dr. Hoang Phan, Associate Professor, English Literature and American Studies

Dr. Cameron Awkward-Rich, Associate Professor of Women, Gender, and Sexuality Studies

Dr. Ruth Jennison, Associate Professor of English

**New School FJP**

Dr. Cinzia Arruzza, Associate Professor of Philosophy

Dr. J. Mae Barizo, Assistant Professor of Writing

Dr. Heather Davis, Assistant Professor of Culture and Media

Dr. Cassius Adair, Assistant Professor of Media Studies

Dr. Jaskiran Dhillon, Associate Professor of Global Studies

Dr. Natasha Lennard, Associate Director, Critical Journalism

**Columbia University, Barnard College, Teacher's College FJP**

Dr. Marwa Elshakry, Associate Professor of History

Dr. Debbie Becher, Associate Professor of Sociology

Dr. Premilla Nadasen, Professor of History

Dr. Jack Halberstam, Professor of Gender Studies and English

Dr. Sarah Haley, Associate Professor of History

Dr. Bahia Munem, Lecturer, Center for the Study of Ethnicity & Race

Dr. Hiba Bou Akar, Associate Professor, Graduate School of Architecture, Planning and Preservation

Dr. Mana Kia, Associate Professor of Middle Eastern, South Asian, and African Studies

Dr. Bruce Robbins, Old Dominion Foundation Professor in the Humanities

Dr. Bahia Munem, Lecturer, Center for the Study of Ethnicity and Race

Dr. Neferti Tadiar, Professor of Women's, Gender, and Sexuality Studies

Dr. Mahmood Mamdani, Herbert Lehman Professor of Government

**CUNY for Palestine**

Jane Guskin, Adjunct Lecturer, Queens College CUNY

Dr. Saadia Toor, Associate Professor, Women's and Gender Studies

Dr. Jean Halley, Professor, Graduate Center and College of Staten Island

Dr. Stuart Chen-Hayes, Professor, School and Clinical Mental health Counseling CUNY Lehman College

Professor Stuart Chen-Hayes, Professor, School and Clinical Mental Health Counseling, CUNY Lehman College

**Sydney University Staff for BDS**

Dr. David Brophy

Mrs. Laura Haidar

Mx. Matte Rochford

Dr. Ioana A. Dumitru

Dr. Jason Todd

Dr. Daej Arab

Aiden Magro

Ms. Sophie Cotton

Miss Hannah Beyrouti

Dr. Markela Panegyres

Ms. Finola Laughren

Dr. Nick Riemer

Nicholas Avery

Dr. Robert Austin Henry, Honorary Associate, History

**Georgetown University FJP**

Dr. Laurie King, Professor of Anthropology

Dr. Judith E Tucker, Professor Emerita

Dr. Greg Afinogenov, Associate Professor of History

Dr. Lahra Smith, Associate Professor and Director, Africana Studies

Dr. Melinda González, Assistant Professor & Provost's Distinguished Faculty Fellow

**UC Santa Cruz FJP**

Dr. Nidhi Mahajan, Assistant Professor of Anthropology

Dr. Muriam Haleh Davis, Associate Professor of History

Dr. Christine Hong, Professor of Critical Race and Ethnic Studies (CRES) and Literature

Dr. Brittani R. Orona, UC President’s and Andrew W. Mellon Postdoctoral Fellow

**UC Berkeley FJP**

Dr. Samera Esmeir, Associate Professor of Rhetoric

Dr. Natalia Brizuela, Professor of Spanish & Portuguese and Film & Media

Dr. Ramsey McGlazer, Associate Professor of Comparative Literature

Dr. Roshanak Kheshti, Associate Professor in Theater, Dance, and Performance Studies

**UC Riverside FJP**

Dr. Farah Godrej, Professor of Political Science

Dr. Jeffrey Sacks, Professor of Comparative Literature

Professor Sarita See, Professor of Media and Cultural Studies, University of California Riverside

**UC Santa Barbara FJP**

Dr. Sherene Seikaly, Associate Professor of History

Dr. Charmaine Chua, Assistant Professor of Global Studies

Professor Jane Ward, Professor of Feminist Studies

Dr. William I Robinson, Distinguished Professor of Sociology

Dr. Jean Beaman, Associate Professor of Sociology

**Claremont Colleges Faculty for Justice in Palestine**

Dr. Jih-Fei Cheng, Associate Professor of Feminist, Gender, and Sexuality Studies, Scripps College

Dr. Piya Chatterjee, Professor of Feminist, Gender, and Sexuality Studies, Scripps College

Dr. Daniel Segal, Professor of Anthropology and History, Pitzer College

**UNC-Chapel Hill FJP**

Dr. Elyse Crystall, Professor of English & Comparative Literature

**Cal State LA FJP**

Dr. Leda Ramos, Professor of Chicana/o & Latina Studies

**Faculty for Justice in Palestine at Syracuse University (also signing as group)**

Dr. Dana Olwan, Associate Professor of Women's and Gender Studies

**University of Hawai'i FJP**

Dr. Cynthia Franklin, Professor of English

**University of Chicago FJP**

Dr. Julie Orlemanski, Associate Professor of English, University of Chicago

**University of British Columbia FJP**

Dr. Dina Al-Kassim, Professor

**Palestine Studies Working Group (working on forming an FJP chapter), University of Minnesota, Twin Cities**

Dr. Sima Shakhsari, Associate professor of Gender, Women & Sexuality Studies

**Hunter College & the Graduate Center, City University of New York, FJP in formation**

Dr. Rosalind Petchesky, Distinguished Professor Emerita, Jewish Voice for Peace

**University of Michigan Faculty and Staff for Justice in Palestine**

Dr. Alan Wald, H. Chandler Davis Collegiate Professor

**University of Rutgers FJP**

Dr. Zahra Ali, Assistant Professor of Sociology, Rutgers University-Newark

**Smith College FJP**

Dr. Elisabeth Armstrong, Professor of the Study of Women & Gender; Department Chair of the Program for the Study of Women & Gender

**UCLA FJP in formation**

Professor Grace Kyungwon Hong, Professor of Gender Studies and Asian American Studies

**Sarah Lawrence College FJP**

Dr. Emmaia Gelman, Guest in Politics

Dr. Aysegul Kayagil, Sociology

Professor Suzanne Gardinier, Anita Stafford Chair in Service Learning

Professor Yekaterina Oziashvili, Professor of Politics

Professor Elke Zuern, Professor of Politics

P Gould, Faculty

**Washington University in St. Louis FJP**

Dr. Dr. Angela Miller, Professor of Art History and Archaeology

**In solidarity:**

Dr. Alicia Christoff, Associate Professor of English, Amherst College

Dr. John Schultz, Temple University

Dr. Brandis Whitfield, Temple University

Dr. Santana Afton, Georgia Institute of Technology

Dr. Seppo Niemi-Colvin, Indiana University

Dr. Ila Varma, University of Toronto

Dr. Jayadev Athreya, University of Washington

Dr. Denis Hirschfeldt, University of Chicago

Dr. Nikhil Sahoo, Cornell University

Dr. Allyson Nadia Field, University of Chicago

Dr. Britt Munro, CUNY Graduate Center, John Jay College

Dr. Maliha Chishti, Assistant Instructional Professor, University of Chicago

Dr. Rachel Lee Rubin, Professor of American Studies

Dr. Sabeen Ahmed, Assistant Professor of Philosophy, Swarthmore College

Dr. Eric Lott, Faculty, CUNY Graduate Center

Dr. Denis Hirschfeldt, Professor of Mathematics, University of Chicago

Diamond Camacho, PhD student, CUNY Graduate Center

Dr. James Dennis Hoff, Associate Professor of English, BMCC, CUNY

Dr. Alex Wolf, Professor, CUNY

Annie Diamond, Academic Affairs Coordinator, NELC and ISAC

Dr. Hicham Safieddine, Associate Professor of History, University of British Columbia

Dr. Sarah Schulman, Ralla Klepak Professor of English, Northwestern University

Dr. Heidi Morrison, University of Wisconsin - La Crosse

Dr. Robert J. Corber, William R. Kenan Professor of American Institutions and Values, Trinity College (Haverford class of 1980)

Dr. Zayde Antrim, Professor of History and International Studies, Trinity College

Professor Shamoon Zamir, NYU Abu Dhabi

Dr. Amir Mohareb, Assistant Professor, Harvard University

Dr. David Brophy, University of Sydney & Sydney Staff for BDS

Ms. Grace Dulawan, university worker

Ms. Zahra Khan, Columbia University and CUNY School of Medicine

Dr. Fida Adely, Associate Professor, Georgetown University

Dr. Amahl Bishara, Associate Professor of Anthropology, Tufts University

Dr. Nadia Guessous, Associate Professor of Feminist and Gender Studies, Colorado College

Ms. Mimi Kirk, Georgetown University

Dr. Dayo F. Gore, Associate Professor, Georgetown University

Dr. Karlyn Gorski, Assistant Instructional Professor, University of Chicago

Dr. Christine So, Associate Professor of English, Georgetown University

Dr. Erik Wade, Assistant Professor, SUNY Oswego

Dr. Lara Deeb, Professor of Anthropology and MENA Studies, Scripps College

Dr. Sang Kil, Professor, San Jose State University

Dr. Sherene Razack, Distinguished Professor, UCLA

Allyson Ganster, PhD Student, CUNY Graduate Center

Dr. Suad Joseph, University of California, Davis

Dr. Geeta Patel, Professor of Middle Eastern and South Asian Languages and Cultures, University of Virginia

Dr. Susan Slyomovics, Distinguished Professor of Anthropology, UCLA

Dr. Noureddine Jebnoun, Adjunct Associate Professor, Center for Contemporary Arab Studies, Georgetown University

Dr. Stephen Roddy, University of San Francisco

Dr. Hareem Khan, Assistant Professor of Anthropology and Ethnic Studies, California State University, San Bernardino

Dr. Khaled Abou El Fadl, Professor, UCLA School of Law

Professor Gillian Hart, UC Berkeley

Jamal Nassar, Dean Emeritus, California State University San Bernardino

Professor Minoo Moallem, UC Berkeley

Professor Theresa Montaño, California State University Northridge, CHS

Professor Chris Stone, Associate Professor of Arabic, Hunter College CUNY (Haverford class of 1987)

Dr. Ahlam Muhtaseb, California State University San Bernardino

Dr. Rachael Stryker, Assistant Professor of Human Development and Women's Studies, CSU East Bay

Dr. Melina Abdullah, Professor of Pan-African Studies, Cal State LA

Dr. Hiram Perez, Associate Professor of English, Vassar College

Dr. Laurie Kain Hart, Professor of Anthropology, UCLA Dept of Anthropology and formerly at Haverford College

Dr. Chanelle Wilson, Assistant Professor of Education, Bryn Mawr College

Dr. Philippe Bourgois, Professor of Psychiatry and Anthropology, UCLA

Dr. Lisa Rofel, Professor Emerita, University of California, Santa Cruz and Board member, Jewish Voice for Peace

Miss Eman Ahmad, Hunter College

Dr. Arul Shankar, Professor of Mathematics, University of Toronto

Dr. John Caravello, California State University Channel Islands

Dr. Merrill Cole, Professor of English, Western Illinois University

Dr. Heidi R. Lewis, Associate Professor of Feminist & Gender Studies, Colorado College

Dr. Eman Abdelhadi, Assistant Professor, Department of Comparative Human Development

Dr. Assaf Kfoury, Professor of Computer Science, Boston University

Dr. Keith Feldman, Associate Professor of Comparative Ethnic Studies, UC Berkeley

Dr. Lawrence Davidson, Professor Emeritus, West Chester University

Dr. Manzar, Professor Emerita, Cal Poly, San Luis Obispo

Dr. Jack Isaac Pryor, Assistant Professor of Theater, Penn State University

Dr. Jason Ferreira, Associate Professor of Race & Resistance Studies, College of Ethnic Studies, San Francisco State University

Dr. Can Aciksoz, Associate Professor of Anthropology, UCLA

Dr. Linval DePass, Executive Director, Nonclinical Safety and Principal Scientist, Durect Corporation

Dr. Danielle Roper, Assistant Professor of Romance Languages and Literature, University of Chicago

Dr. Adela Cedillo, Assistant Professor of Modern Mexican History, University of Houston

Dr. Harlan Weaver, Associate Professor of Gender and Sexuality Studies, Kansas State University

Mx. Dylan Wells, Lecturer, San Francisco State University

Dr. Rosemarie Kuhn, Professor of French, California State University

Dr. Florencia Orosz, Assistant Professor of Mathematics, CU Boulder

Dr. Joel Beinin, Donald J. McLachlan Professor of History, Emeritus, Stanford University

Dr. Erica L. Williams, Professor of Sociology and Anthropology, Spelman College

Dr. Kristen Gillespie-Lynch, Professor of Psychology, College of Staten Island; CUNY

Dr. Christina Knight, Assistant Professor of Art History and Global Racial Justice, Rutgers University, New Brunswick

Dr. Serra Hakyemez, Assistant Professor of Anthropology and Global Studies, University of Minnesota
Danielle Dadras, University of Minnesota, Global Studies

Dr. Paola Bacchetta, Professor of Gender and Women's Studies, UC Berkeley

Dr. Beverly Guy Sheftall, Professor of Women's Studies, Spelman College

Dr. Leah Leiner, Temple University

Dr. Selma Feliciano-Arroyo, Lecturer in Spanish, University of Pennsylvania

Dr. Aren Aizura, Associate professor in Gender, Women and Sexuality Studies, University of Minnesota

Dr. Ajay Skaria, Professor of History, University of Minnesota

Dr. Vida Samiian, Professor and Dean Emerita, California State University, Fresno

Dr. Robin D. G. Kelley, Professor of History, UCLA

Dr. Chris Free, Research Faculty, University of California, Santa Barbara

Dr. David Klein, Emeritus Professor of Mathematics, California State University Northridge

Dr. Nancy Gallagher, Professor Emerita, UC Santa Barbara

Dr. Omnia El Shakry, Professor of History, Yale University

Dr. Edmund Burke, III, Emeritus Professor, University of California, Santa Cruz

Dr. Penny Rosenwasser, City College of San Francisco, Kehilla Community Synagogue, member of Feminists for Justice in Palestine, National Women's Studies Association

Dr. Kyle Luh, Assistant Professor of Mathematics, University of Colorado Boulder

Professor Hatem Bazian, UC Berkeley, Zaytuna College and Executive Director, Islamophobia Studies Center

Dr. Kamala Visweswaran, Professor of Anthropology, Rice University

Dr. Ross Lerner, Associate Professor of English, Occidental College, Haverford College alumnus

Dr. Zeynep Korkman, Associate Professor of Gender Studies, UCLA

Miss An Nguyen, University of Sydney

Professor Sarah Combellick-Bidney, Professor of Political Science, Augsburg University

Professor Judith Butler, UC Berkeley

Dr. Heather Ferguson, Associate Professor of Middle East/Ottoman History, Claremont McKenna College

Dr. Bridget Guarasci, Associate Professor of Anthropology, Franklin & Marshall College

Professor Elora Halim Chowdhury, Professor of Women's, Gender and Sexuality Studies, UMass Boston

Dr. Elinore Kaufman, Assistant Professor of Surgery, University of Pennsylvania

Dr. Huda Fakhreddine, Associate Professor of Arabic Literature, University of Pennsylvania

Professor Charles Post, Professor of Sociology, City University of New York

Dr. Roberto Castillo Sandoval, Professor of Spanish and Comparative Literature, Haverford College

Dr. Tanya Zakrison, Professor of Surgery, University of Chicago

Dr. Sumaiya Hamdani, Associate Professor of History, George Mason University

Dr. Ania Loomba, Catherine Bryson Professor of English, University of Pennsylvania

Dr. Suvir Kaul, A. M. Rosenthal Professor of English, University of Pennsylvania

Dr. Anne Norton, Distinguished Professor of Political Science, University of Pennsylvania

Professor Maria Dakake, George Mason University

Dr. Richard J. Cohen, Lecturer, University of Virginia

Dr. Kristina Richardson, Professor of Middle Eastern & South Asian Languages & Cultures, University of Virginia

Dr. Matthew Abraham, Professor of English, University of Arizona

Dr. Ajantha Subramanian, CUNY Graduate Center

Dr. Kath Weston, Professor of Anthropology, University of Virginia

Dr. Kim F. Hall, Lucyle Hook Professor of English and Professor of Africana Studies, Barnard College, Columbia University

Dr. Richard Handler, Professor of Anthropology, University of Virginia

Dr Irene Calis, Director of Arab World Studies, American University

Dr. Jill Stauffer, Associate Professor and Director of Peace, Justice, and Human Rights, Haverford College

Dr. David Valentine, Associate Professor of Anthropology, University of Minnesota

Dr. Maria Hantzopoulos, Vassar College

Dr. Garrett Graddy-Lovelace, Provost Associate Professor, American University School of International Service

Dr. Mariam Durrani, Professorial Lecturer, American University

Dr. April Mendoza, University of California, San Francisco

Dr. Alice Rothchild, Jewish Voices for Peace (Bryn Mawr College Class of 1970)

Dr. Farha Ghannam, Professor of Anthropology, Swarthmore College

Dr. Howard Winant, Distinguished Professor of Sociology, Emeritus, University of California, Santa Barbara

Dr. Manan Desai, Associate Professor, Department of American Culture and Program in Asian/Pacific Islander American Studies, University of Michigan

Ahmet Tekelioglu, Editor-in-Chief, Maydan, George Mason University AbuSulayman Center for Global Islamic Studies

Dr. Ariella Rotramel, Associate Professor, Connecticut College

Mr. Aaron Sterngass, Alumnus

Dr. Roberto Mónico, Professor, Cal Poly Humboldt

Dr. Seema Golestaneh, Associate Professor, Cornell University

Dr. Jennifer Guglielmo, Associate Professor of History, Smith College

Dr. Wilson Valentín-Escobar, Assistant Professor of American Studies and Public Humanities, The New School

Ms. Lyla Washaha, Staff, University of California, Santa Barbara

Professor Laura Tanenbaum, LaGuardia Community College

Dr. Sahar El Zahed, CSUN

Dr. Neelofer Qadir, Assistant Professor of English, UNC Greensboro

Dr. Zareena Grewal, Associate Professor of American Studies, Ethnicity, Race, & Migration, and Religious Studies, Yale University

Dr. John M. Willis, Associate Professor of History, University of Colorado, Boulder

Dr. Greta LaFleur, Associate Professor of American Studies and Women's, Gender and Sexuality Studies, Yale University (National FJP)

Ainsley Bruton, Haverford College Staff (Assistant Director of Admission)

Dr. Nada Moumtaz, Associate Professor, University of Toronto

Dr. Karim Mattar, Associate Professor of English, University of Colorado at Boulder

Dr. Suzanne F. Boswell, Postdoctoral Fellow, NYU

Sahar Aziz, Distinguished Professor of Law, Rutgers University

Dr. Thomas A. Guglielmo, Professor, George Washington University

Dr. Uluğ Kuzuoğlu, Assistant Professor of History, Washington University in St. Louis

Dr. Nathaniel Farrell, Washington University in St. Louis

Professor Daniel B Szyld, Temple University

Dr. Tessa Farmer, Associate Professor, University of Virginia

Dr. Shefali Chandra, Professor, Washington University in St. Louis

Dr. Migue A. Valerio, Assistant Professor of Spanish, Washington University in St. Louis

Joon Luther, Bryn Mawr College

Dr. Farha Ghannam, Eugene M. Lang Research Professor of Anthropology, Swarthmore College

Dr. Hoon Song, Associate Professor, University of Minnesota, Twin Cities

Dr. Neha Vora, Lafayette College

Dr. Ananth Shankar, Assistant Professor, Northwestern University

Dr. Nasser Abourahme, Assistant Professor, Bowdoin College

Dr. Lisa Lowe, Professor of American Studies, Yale University

Dr. Ben Stucky, Assistant Professor of Mathematics, Beloit College

Ms. Patricia Cipollitti Rodriguez, PhD student, CUNY Graduate Center

Dr. Amy Oden, Associate Director of Programs and Grants, The EDGE Foundation

Dr. Anjuli Fatima Raza Kolb, Associate Professor of English, Dartmouth College

Dr. Ayang Utriza Yakin, Catholic University of Louvain, Belgium and SciencesPo Bordeaux, France

Dr. Adam Subhas, Associate Scientist, Woods Hole Oceanographic Institution, and Faculty of the MIT-WHOI Joint Program in Oceanography, HC Alum, class of '09

Professor Zakia Salime, Professor of Sociology and Women's and Gender Studies, Rutgers University

Sameera Syed, Managing Director, Center for Social Norms and Behavioral Dynamics, University of Pennsylvania

Dr. Barbara Foley, Emerita Distinguished Professor of English, Rutger University

Dr. Sean A. Gordon, Assistant Professor of English, California State University, Fresno

Dr. Roderick A. Ferguson, William Robertson Coe Professor of Women's, Gender, and Sexuality Studies and American Studies, Yale University

Ms. Shahzeen Nasim, University of Texas Press

Prea Persaud,Swarthmore College, Haverford College

Dr. Stephanie Smallwood, Associate Professor of History, University of Washington

Dr. Adam Subhas, Associate Scientist and Faculty of the MIT-WHOI Joint Program in Oceanography, Woods Hole Oceanographic Institution

Dr. Fadi A Bardawil, Visiting Research Scholar, Near Eastern Studies, Princeton University

Dr. Sophie Hines, Assistant Scientist and faculty in the MIT-WHOI joint Program in Oceanography, Woods Hole Oceanographic Institution

Dr. Nancy Stern, Professor of Bilingual Education & TESOL, The City College of New York and Graduate Center, CUNY

Dr. Jennifer Harford Vargas, Associate Professor of Literatures in English, Bryn Mawr College

Dr. Nathalie Arnold Koenings, Associate Professor of Anthropology, Hampshire College. Bryn Mawr 91

Dr. Timothy Brennan, Professor of Cultural Studies and Comparative Literature, University of Minnesota

Professor Joel Alden Schlosser, Professor of Political Science, Bryn Mawr College

Dr. Lisa Moore, Professor in American and English Literature, The University of Texas at Austin

Dr. David Kamper, Professor of American Indian Studies, San Diego State University

Dr. James Kyung-Jin Lee, Professor of Asian American Studies, University of California, Irvine

Dr. Caroline Robinson, Teaching Assistant Professor of Arabic, UNC Chapel Hill

Dr. Michelle Joffroy, Associate Professor of Spanish, Smith College

Dr. Nora E. Taplin-Kaguru, Assistant Professor of Sociology, Bryn Mawr College

Dr. Olivia Chilcote, Assistant Professor of American Indian Studies, San Diego State University

Julian Jackson, Assistant Director, John P. Chesick Scholars Program, Haverford College

Dr. Nora Jacobsen Ben Hammed, Assistant Professor of Middle Eastern Languages & Culture, UC Berkeley

Dr. Rachmi Diyah Larasati, Professor and DGS at Gender, Women & Sexuality Studies, University of Minnesota

Dr. Padi Fuster Aguilera, Department of Mathematics, CU Boulder

Dr. Benita Bunjun, Professor of Social Justice and Community Studies, Women & Gender Studies, Saint Mary's University

Dr. Roberto D. Hernández, Associate Professor of Chicana/o Studies, San Diego State University

# EXHIBIT 167

ISRAEL/PALESTINE

# Scholars Call for an End to the Violence in Israel and Palestine

This war must end now!

December 11, 2023

Public Seminar



We write as scholars and educators in the social sciences, the humanities, and the arts to call for an immediate and permanent cease-fire in the conflict between Israel and Hamas, for the immediate lifting of Israel's blockade of Gaza, and for the immediate release of all hostages. This war must end now!

As we write, nearly 16,000 people have been killed in Gaza, thousands of whom are children. More than 1.8 million people have been displaced, including to areas in southern Gaza subject to further bombardment. Even purported "safe zones" lack water, food, sanitation, fuel, electricity and basic health care. Disease is already spreading. Schools, cultural sites, and universities have also been destroyed or damaged by Israeli bombardments. Scholars, journalists, teachers, and students have been killed. As university professionals, these attacks are of special concern to us. In the West Bank, settler violence in the form of murder, physical assaults, and property destruction is also escalating. The sheer scale of human suffering necessitates an immediate end to the conflict on all sides and the pursuit of nonmilitary solutions to longstanding conflicts in the region.

We continue to condemn the assault led by Hamas on October 7, 2023. The murder and kidnapping of Israeli civilians and migrant workers, as well as the use of sexual and gender-based violence as a war weapon, are unacceptable. The October 7 massacre has triggered traumatic memories of historical Jewish persecution and legitimate concerns about rising, global anti-Semitism.

At the same time, we condemn the ongoing Israeli response in Gaza, which amounts to the collective punishment of Gaza's population. Its ferocity and scope, targeting of civilian infrastructure, and reckless assault on civilian life vastly exceeds any justifiable claim of

"self-defense" or "proportionate response." Each day of continued fighting adds to the unconscionable toll of human suffering. It also risks a larger conflict, possibly involving Lebanon, Iran, and even the United States.

As Israel's longtime patron and ally, the United States bears enormous responsibility for this crisis. The Biden administration's unconditional support for Israel at the United Nations has made any Security Council resolution demanding a ceasefire impossible. Most nations, and peoples of the world, back this demand. U.S. ordnance has already been used by Israel in likely violation of international law. We categorically oppose the transfer of additional weapons or other military aid to Israel. We call on the Biden administration and other U.S. political leaders to engage with the international community and do everything in their power to secure an immediate and permanent ceasefire, the greater provision of humanitarian aid, the release of all hostages, the ability of displaced Gazans to return home, and the meaningful restart of a just and lasting peace process that will provide for Palestinian dignity, self-determination, and coexistence.

We condemn all forms of racial and religious discrimination. We also reject the automatic conflation of criticism of Israel with anti-Semitism,* as well as the blanket condemnation of those with sympathies for Israel as apologists for the Israeli state's current conduct. We write in the conviction that the educational institutions of which we are part have a responsibility to preserve conditions for open and informed dialogue and must uphold the rights of all students, faculty and staff to freely assemble and express their views on this conflict — however divergent and contentious they may be.

The violence did not begin on October 7. A truthful reckoning with the past is a crucial part of the process required to create the conditions for political equality amongst all of the people who live between the Jordan River and the Mediterranean Sea. We may differ on how that process should proceed. This is precisely why we wish to defend a space for open dialogue. The differences among us do not prevent agreement on the urgent need for a ceasefire and life-saving aid.

**_*The Jerusalem Declaration on Antisemitism_** *is an excellent moral and rational alternative to the IHRA definition of what does, and does not constitute anti-Semitism in speech about the Israel-Palestinian conflict.*

**Signatories**

1. Cinzia Arruzza, Philosophy, NSSR and Lang

2. Alice Crary, Philosophy, NSSR and Lang

3. Andreas Kalyvas, Politics, NSSR and Lang

4. Anne McNevin, Politics, NSSR and Lang

5. Julie Beth Napolin, Literature, Lang

6. Miller Oberman, First-Year Writing, Lang

7. Jeremy Varon, History, NSSR and Lang

8. McKenzie Wark, Culture & Media, Lang College

9. Ruthe Foushee, Psychology, NSSR

10. Jack Jin Gary Lee, Sociology, NSSR and Lang

11. Emma Park, History, NSSR and Lang

12. Abou Farman, Anthropology, NSSR

13. Rachel Sherman, Sociology, NSSR and Lang

14. Clara Mattei, Economics, NSSR and Lang

15. Lillian Polanco-Roman, NSSR and Lang

16. Nidhi Srinivas, Management, NSPE

17. Alex Aleinikoff (University Professor)

18. Anna Simone Reumert, Zolberg Institute and NSSR

19. Mike Crane, Lang

20. Peter Hoffman, International Affairs, SPE

21. Antina von Schnitzler, International Affairs, SPE

22. Victoria Hattam, Politics, NSSR and Lang

23. Ben Katchor, Illustration, Parsons

24. Natasha Lennard, CPCJ, NSSR

25. Ben Katchor, Illustration, Parsons

26. JM Bernstein, NSSR and Lang

27. Lawrence Hirschfeld, Anthropology & Psychology, NSSR & Lang

28. Cassius Adair, SPE

29. James Dodd, Philosophy, NSSR and Lang

30. Mark Setterfield, Economics, NSSR and Lang

31. Elzbieta Matynia, Sociology, NSSR and Lang

32. Nikolaos Chatzarakis, Economics, NSSR and Lang

33. David Huyssen, NSSR and Lang

34. Nancy Fraser, NSSR

35. Nadia Williams, Parsons

36. Evan Litwack, First Year Experience, Lang

37. Eli Zaretsky, History, NSSR and Lang

38. Zed Adams, Philosophy, NSSR and Lang

39. Omri Boehm, Philosophy, NSSR/Lang

40. Em Joseph, Parsons

41. Dmitri Nikulin, Philosophy, NSSR

42. Nayaab Khawar, Lang

43. Alexandra Délano Alonso, Lang/SPE

44. Heather Davis, Culture and Media, Lang

45. Ryan Gustafson, NSSR and Lang

46. Che Broadnax, Journalism + Design, Lang

47. Romy Opperman, Philosophy, NSSR

48. Genevieve Yue, Culture and Media, Lang

49. Jurgen von Mahs, Urban Studies, Lang/SPE

50. James W. Fuerst, Writing and Literary Studies, Eugene Lang College

51. Ann Stoler, anthropology and historical studies, NSSR

52. Kate McClellan, NSSR

53. Cresa Pugh, Sociology, Lang/NSSR

54. Hugh Raffles, Anthropology, NSSR and Lang

55. Christen Clifford, Lang

56. Andrew Arato, NSSR Sociology

57. Bureen Ruffin, Lang

58. Benoit Challand, Sociology, NSSR and Lang

59. Chiara Bottici, Philosophy, NSSR and Lang

60. Gwen Grewal, Philosophy, NSSR

61. Arien Mack NSSR

62. Anne Margaret Daniel, NSSR and Lang

63. Joan Miller, Psychology, NSSR and Lang

64. Columba González-Duarte, Anthropology, NSSR and Lang

65. Willi Semmler, Economics, NSSR

66. Onno de Jong, Parsons

67. Julia Ott, NSSR and Lang

68. Alexandra Chasin, Lang

69. Anwar Shaikh, New School for Social

70. Daniel R. Rodríguez-Navas, Philosophy, NSSR & Lang

71. Kenia M. Soboleva, Lang

72. Sanjay Reddy, Economics, NSSR and Lang

73. Helen Betya Rubinstein, Lang

74. Eleanor Kagan, Lang

75. Margot Bouman, Visual Studies, Parsons

76. Fields Harrington, Lang

77. James Kienitz Wilkins, Culture & Media (Screen Studies), Lang

78. Miranda Young, Philosophy, NSSR

79. Noah Kupper, New School for Social Research

80. Kevin Cabardo, Philosophy, NSSR

81. Sophia Kanaan, Philosophy, NSSR

82. Chris Beck, Parsons & NSSR

83. Jack Wareham, NSSR Philosophy

84. Panos Tsoukalis, NSSR

85. Clara Lupi, NSSR

86. Bryan Doniger, Philosophy, NSSR

87. Luisa Minopoli, NSSR

88. Bryan Doniger, Philosophy

89. Marcello Kilani, Philosophy, NSSR

90. Jack Condie, Philosophy, NSSR

91. Weiouqing Chen, NSSR

92. Veronica Padilla, Philosophy, NSSR

93. Vidya Ravilochan, Philosophy, NSSR

94. Mithra Lehn, NSSR

---

Image credit: Black abstract art | Cg_loser / Shutterstock

Public Seminar

0

Keywords: Israel-Palestine Conflict, Politics

Related Names: Cinzia Arruzza, Joe Biden, Mike Crane, Rachel Sherman, Sanjay Reddy, Zed Adams

Comments (0)

## Related Posts



POLITICS

The Moral Failure of My Left
January 10, 2024 • Mitchell Abidor

ISRAEL/PALESTINE

A Response to "Principles of Solidarity. A Statement"

November 22, 2023 • Public Seminar

POLITICS

Reflections on the War between Israel and Hamas

October 16, 2023 • Jeffrey C. Isaac



POLITICS

The War Between Israel and Hamas Isn't a Zero-Sum Game

October 25, 2023 • Ilan Zvi Baron



FILM & PERFORMING ARTS

A Pioneering Palestinian Film Offers a Quantum of Solace

November 29, 2023 • Zenzelé Soa-Clarke



LITERATURE

Questioning Art in a Time of War

December 6, 2023 • Abby Merrick

LATEST + BEYOND THE ISSUES



LITERATURE

The Monster Became My Companion

June 11, 2025 • Matthew Kosinski, Laurie Sheck



DISABILITY

Greg Abbott's Wheelchair

June 10, 2025 • Andrew Joseph Pegoda

ARTIFICIAL INTELLIGENCE

Great Engineers, Terrible Philosophers

June 9, 2025 • Luciano Floridi, Giannis Perperidis, Alexandros Schismenos

MUSIC

God Bless Perverts

June 4, 2025 • Mikayla Emerson



LITERATURE

Blurb Me

June 3, 2025 • Madeleine Adams



POETRY

Can Poetry Still Unite Us?

May 28, 2025 • Carina Filemyr, Sarah Schweig




BOOKS

The Blue House

May 28, 2025 • Sarah V. Schweig



HABITAT

Reimagining Ecological Repair

May 26, 2025 • Mairéad O'Donnell




GUN VIOLENCE

United States Makes Weapons—Then Sells Them to Mexican Cartels

May 22, 2025 • Jeremy Robson



DEMOCRACY

Ecology and Democracy in a World on Fire

May 21, 2025 • Jedediah Britton-Purdy



ECONOMY

US Tariffs and Trump's Neopatrimonial Mercantilism

May 21, 2025 • William Milberg



CAPITALISM

We're Going to Fort Knox to Touch the Real

May 20, 2025 • Justin Joque

THE NEW SCHOOL

Public Seminar is a journal of ideas, politics, and culture published by the Public Seminar Publishing Initiative at The New School. We are a non-profit organization, wholly supported by The New School, and by the generosity of our sponsors and readers.

NEWSLETTER

Sign up for our weekly newsletter to receive selections from new issues of *Public Seminar*.

Type your email... Subscribe

By subscribing you agree to Substack's Terms of Use, our Privacy Policy and our Information collection notice

substack

CONNECT WITH US

- Facebook
- Twitter
- Instagram

Copyright © 2014–2025 The Editorial Board of Public Seminar, All Rights Reserved.

# EXHIBIT 168

# World-Outlook

ONLINE POLITICAL ANALYSIS & INTERPRETATION OF EVENTS

SATURDAY, MAY 31ST, 2025

PALESTINE/ISRAEL

# Open Letter to Israeli & U.S. Governments on Issue of Rape

BY WORLD-OUTLOOK.COM ON FEBRUARY 28, 2024 • ( 3 COMMENTS )

Type your email… SUBSCRIBE

The open letter below was initiated by U.S.-based anti-Zionist Jewish feminists. It has since gained support across the United States and internationally. As its preamble notes, the signatories "believe we have a particular responsibility to speak out in support of Palestinian rights and against the current genocide."

It also states clearly, "We support the investigation initiated by the highly-qualified members of the U.N. Commission of Inquiry into the entire range of war crimes committed during both the October 7 Hamas attack and the Israeli state's subsequent assault on Gaza."

The letter is a response to efforts to discredit supporters of women's rights who speak out against rape but also oppose Israel's genocidal assault on Gaza.




**February 19, 2024, march to save Rafah, the city in southern Gaza that Israel is preparing to invade as part of its nearly five-month-long war on the Palestinian territory. The action took place at the San Francisco Civic Center.** (Photo: Howard Petrick)

Below the list of signers, the document concludes with a section on background and resources, which includes links to op-eds, articles, and websites with information and opinion on the issues involved.

Among them, a December 1, 2023, statement by the organization MADRE — **Calling for a Survivor-Centered Approach to Sexual Violence in Israel, Palestine and Beyond** (https://www.madre.org/media-item/calling-for-a-survivor-centered-approach-to-sexual-violence-in-israel-palestine-and-beyond/) — stands out. MADRE, as its web site explains, was "founded in 1983" as "an international human rights organization that transcends geographies and generations to deliver sustainable gender, racial, climate, and disability justice." Its statement says in part:

> *Eyewitnesses and first responders to the Hamas attacks on October 7 have reported that militants committed sexual violence against Israeli women and girls. UN Secretary-General Antonio Guterres has called for an investigation, amplifying a demand put forward by Israeli feminist organizations. MADRE categorically condemns the use of gender-based violence in war. While we cannot independently verify claims of sexual violence on October 7, they deserve to be investigated, as do reports of sexual violence committed by Israeli security forces and settlers, which has long been used to subjugate Palestinians….*

> *We reject any presumption that our support for Palestinian liberation leaves no room for condemnation of attacks against civilians, or that compassion for Israeli victims requires an endorsement of Israel's assault on Gaza. We also repudiate racist notions that tarnish all Palestinian men as predators or that hold the entire Palestinian people responsible for the attacks by Hamas. Furthermore, seeking justice for Israeli survivors does not imply a moral or material equivalency between Israeli and Hamas crimes.*

*World-Outlook* is publishing the open letter that follows and the list of background materials for the information of our readers. The original can be found **here** (https://stopmanipulatingsexualassault.org/).

*

# Open Letter to the Israeli and U.S. Governments and Others Weaponizing the Issue of Rape

**All too often in the fog of war, the brutality of sexual assault and rape is lost in the public eye, and bringing these abuses to light is something for which feminists have fought for decades.**

**Complicating this issue, however, is the fact that accusations of sexual assault have also been wielded as a tool of war – and as an (often lethal) weapon of racism and colonialism.**

In its current war against the people of Gaza, the Israeli government has chosen to weaponize the issue of sexual violence for political outcome. The statement below will be delivered to officials of the Israeli government who have mounted a public crusade manipulating this issue to both legitimize – and divert attention from – their campaign of ethnic cleansing, to dehumanize Palestinians, and to vilify those who criticize their actions. It will also be sent to U.S. officials, prominent public figures and others who, with intention or misguidedly, have joined the fray by demonizing a variety of feminist organizations and individuals. In some cases, these attacks have included orchestrated campaigns to withdraw funding for critical work. They have also fueled harassment and doxing of staff or board members that, reprehensibly, has included threats of rape and death.

The statement was initiated by U.S.-based anti-zionist Jewish feminists who believe we have a particular responsibility to speak out in support of Palestinian rights and against the current genocide. It has since garnered support from across the U.S. and throughout the world. Many of the signers have worked on or researched the issue of sexual violence for decades. Many have directly supported survivors and/or are

survivors ourselves. Collectively, we are accustomed to holding complicated realities in our minds, which we believe to be a necessary practice in a complex and unjust world.

The signers of this statement stand together both in condemning all instances of war crimes – including sexual violence – and in defending those who are under attack for challenging Israel's deadly assault on Palestinians.

**In the face of these attempts to intimidate or discredit us, we refuse to be silenced.**

# OPEN LETTER TO THE ISRAELI AND U.S. GOVERNMENTS AND OTHERS WEAPONIZING THE ISSUE OF RAPE

We, the undersigned, are responding to the disgraceful coordinated offensive currently being leveled against feminist, women's advocacy, Jewish anti-zionist, and other organizations, agencies and individuals, accusing us of "failing to condemn" reported systematic sexual assaults of Israeli women and children in the brutal October 7 attack by Hamas.

We repudiate the attempts by the Israeli government, and its apologists, to delegitimize our work, defund social justice and feminist organizations, and undermine our demands that Israel cease its genocidal massacre of Palestinians.

Whether we identify as feminists, as Jews, as anti-zionists, as all of the above, or as allies, and wherever we are based in the world, we proclaim that we can hold many truths simultaneously in our heads and in our hearts; that is what we do every minute of every day. We excoriate rape and all forms of sexual assault against anyone of any gender or age – whether perpetrated by Hamas, the Israeli Defense Forces (IDF) or anyone else. We also excoriate carpet bombing of civilians, deadly blockades of food, water and fuel, use of illegal chemical weapons, targeted murders of journalists and aid workers, decimation of homes, hospitals, schools, houses of worship, infrastructure and entire family lines, annihilation of culture, kidnapping and hostage-taking, and all war crimes when committed by any party.

For those of us who are Jewish, we embrace our Jewish identity and its history of facing down injustice and we also condemn the actions of the state created in our name that was birthed in massacre and mass expulsion, that has maintained a stifling, racist and dehumanizing occupation for 75 years, and that is currently conducting mass murder of civilians daily with impunity.

WE CONDEMN RAPE – JUST AS WE CONDEMN EVERY WAR CRIME.

Sexual assault is devastating. Whether perpetrated by state or non-state actors; by strangers, acquaintances, friends or family members; by teachers, coaches, supervisors, co-workers or religious figures of any faith; by police, prison guards, soldiers or guerrilla fighters – we are very familiar with its enduring legacies of trauma and upheaval. And we condemn it equally in every instance.

We believe survivors and we believe reporting that results from investigations conducted by trained feminist and human rights experts who have no agenda other than to clearly and accurately document and convey the gravity of gender-based violence. Sexual assault is pervasive – even commonplace. It is rarely met with the outrage that its incidence, impact and enormity merit. And, history is also replete with examples of rape charges being wielded by stakeholders in armed conflict to render the "enemy" more monstrous – and thus as deserving of ever-more depraved forms of militarized violence. This tactic is as old as war itself. And this means that there are many reasons to distrust either the selective outrage – or protestations of innocence – of either governments or militias, or their respective propaganda organs, when it comes to sexual assault. There is an urgent need for increased public consciousness about how such outrage is mobilized during periods of conflict,

and/or to legitimize racist agendas. And there is equivalent need for public awareness during moments when outrage is conspicuously absent – such as when members of those very governments or militias are accused of sexual abuses within their own ranks.

Israel's current campaign to discredit feminists – especially feminists of color, Arab feminists and Jewish anti-zionist feminists – and others critical of its lethal offensive against Palestinians is insulting and dishonest, but it is nothing new. We see it for what it is: a cynical attempt to incite public fury and deflect attention from the genocide it is perpetrating. And far too many public figures and elected officials have allowed themselves to become participants in this onslaught of accusations against us.

**So, let us once again make ourselves clear: We condemn rape. We condemn genocide. And we also condemn the opportunistic manipulation of the issue of sexual assault by those committing war crimes themselves – or by anyone else.**

We support the investigation initiated by the highly-qualified members of the U.N. Commission of Inquiry into the entire range of war crimes committed during both the October 7 Hamas attack and the Israeli state's subsequent assault on Gaza – an effort in which Israel thus far has refused to participate. We also support additional inquiries into these sexual assault allegations conducted by impartial feminist and human rights authorities with proven expertise in,

and sensitivity about, sexual violence, as well as provision of a comprehensive range of services for all survivors by those explicitly trained in addressing sexual trauma. Additionally, we urge investigation into reported atrocities by both Israeli military personnel and non-state actors – including vigilante settler groups – throughout Israel and the Occupied Territories.

**Finally, we continue to raise our voices as part of the world-wide call for a permanent ceasefire in Gaza, the release of all hostages and political prisoners, termination of U.S. military aid to Israel and an end to Israeli apartheid.**

---

**Below is a list of initial signers of this statement.**

**Please click here** (https://docs.google.com/forms/d/e/1FAIpQLSeJfU_ooRqCKA8u3-PB8mV0FBkqoBelFN1VH_u3-MqWWQdFXQ/viewform) **if you would like to add your name; the list will be updated periodically.**

**We encourage you to share this effort and invite others to sign on.**

Amanda Lugg (US)
Ana Zentella, Professor Emerita, University of California San Diego (US)
Angela Y. Davis (US)
Anissa Helie, Feminist Historian (Algeria / US)
Ann Russo, DePaul University (US)*
Arlene Avakian, Professor Emeritus, University of Massachusetts Amherst (US)
Aurora Levins Morales, Writer (Puerto Rico)

Prof. Ayşe Gül Altınay, Sabancı University (Turkey)*
Dr. Barbara Ransby, Historian/Writer (US)
Barbara Schulman, Independent Advocate (US)
Barbara Smith, Black Feminist Author and Activist (US)
Dr. Barbara Klugman, Strategy and Evaluation Freelancer (South Africa)
Beverly Sheftall (US)
Blanche Wiesen Cook, University Distinguished Professor Emerita, John Jay College (US)
Carrie Shelver, Sexual Rights Initiative (South Africa)*
Catherine Hodes, LCSW/LICSW, Gender-Violence Advocate (US)
Prof. Chandra Talpade Mohanty, Distinguished Professor, Syracuse University (US)*
Charlotte Bunch, Founder, Center for Women's Global Leadership (US)
Chitra Ganesh (US)
Cindy Engler (US)
Cindy Weisner, Grassroots Global Justice Alliance (US)*
Cynthia Rothschild, Independent Advocate (US)
Prof. David Kazanjian, English and Comparative Literature, University of Pennsylvania (US)*
Prof. Dianne Otto, Melbourne Law School (Australia)
Dubravka Zarkov, Associate Professor (retired), International Institute of Social Studies Netherlands (Serbia)
Ellen Gurzinsky (US)
Prof. Elizabeth Bernstein, Women's, Gender, and Sexuality Studies, Barnard College, Columbia University (US)*
Prof. Elora Chowdhury, Women's, Gender, & Sexuality Studies, University of Massachusetts Boston (US)
Esther Farmer, Jewish Voice for Peace-NYC (US)
Gillian Kane (US)
Prof. Gina Dent (US)
Prof. Gloria Careaga, Faculty of Psychology, National Autonomous University of Mexico (Mexico)*
Hema Sarang-Sieminski (US)
Prof. Hülya Adak (Turkey)
Ilana Landsberg-Lewis (Canada)
Indai Sajor, Independent Advocate (Philippines)
Jacqueline Woodson (US)
Prof. Jessie Daniels, PhD (US)
Joan Nestle (US / Australia)
Joanne Sandler (US)

Jodi Jacobson, Human Rights Advocate (US)
Joyce Yu (US)
Karen Zelermyer (US)
Kate Kroeger, Urgent Action Fund for Feminist Activism (US)
Katherine Acey, Chair, Political Research Associates (US)*
Kathy Engel (US)
Kavita Nandini Ramdas, Principal, KNR Sisters; Activist in Residence and former President and CEO, Global Fund for Women (US / India)
Kay Whitlock, Co-Author, Queer (In)Justice: The Criminalization of LGBT People in the US (US)
Prof. Ketu Katrak, University of California Irvine (US)*
Prof. Kiran Asher (US)
Laurie Woods, Independent Advocate for Women (US)
Lepa Mladjenovic, Feminist List Against Rape in War in the Region of Ex-Yugoslavia (Serbia)
Leslie Cagan (US)
Prof. Lila Abu-Lughod, Columbia University (US)*
Lisa Cartwright (US)
Prof. Lisa Duggan, New York University (US)*
Student Rabbi Louisa Solomon (US)
Lydia Alpízar Durán, Independent Advocate (Mexico / Costa Rica)
Margaret Cerullo, Professor Emerita, Hampshire College (US)
Margaret Randall (US)
Marion Stevens, Founding Director of the Sexual and Reproductive Justice Coalition and Stellenbosch University (South Africa)
Marjorie Fine (US)
Marla Erlien (US)
Rabbi May Ye, Jewish Voice for Peace Rabbinical Council (US)*
Prof. Miriam Ticktin (US)
Nathalie Arnold Koenings, Hampshire College (Belgium)
Prof. Nina Berman, Columbia Journalism School (US)*
Dr. Penny Rosenwasser, Kehilla Community Synagogue; Jewish Voice for Peace (US)
Prof. Rebecca Jordan-Young, Department of Women's, Gender, and Sexuality Studies, Barnard College (US)*
Rela Mazali, Writer, Independent Scholar, Activist (Israel)
Risa Shaw, PhD (US)
Prof. Rosalind Petchesky, Distinguished Professor Emerita, Hunter College & the Graduate Center-City University of New York; Member Leader, Jewish Voice for Peace-NYC (US)

Roxanna Carrillo (Perú / US)
Sally Noland MacNichol, Anti-Violence Activist (US)
Samantha Kostmayer, Independent Advocate (US)
Sandy Martin, Feminist, Socialist, Activist (US)
Sara Lennox, Professor Emerita, University of Massachusetts Amherst (US)*
Sarah Schulman (US)
Sarah Sills, Member Leader, Jewish Voice for Peace-NYC (US)
Prof. Shahla Talebi, Arizona State University (US)*
Prof. Sima Shakhsari, University of Minnesota (US)*
Stephanie Roth, Member, Jewish Voice for Peace (US)
Subha Wijesiriwardena, Feminist Activist, Researcher, Communicator (Sri Lanka / US)
Susan Lob, Founder, Voices of Women Organizing Project (US)*
Susana Fried (US)
Prof. Svati Shah (US)
Prof. Tami Kashia Gold (US)
Terry Greenblatt (US)
Yasmin Nair, Writer and activist (US)
Zillah Eisenstein, Professor Emerita, Writer, Activist (US)

*Affiliation included for identification purposes only

---

## The following is a list of additional signers that will continue to be updated periodically.

**Names are listed in the order in which they were received.**

**Please click here** (https://docs.google.com/forms/d/e/1FAIpQLSeJfU_ooRqCKA8u3-PB8mV0FBkqoBelFN1VH_u3-MqWWQdFXQ/viewform) **if you would like to add your name.**

Deb Matheson, Raging Granny (Canada)
Liz LeClair, Sexual Assault Survivor (Canada)
Hope Chigudu (Zimbabwe)
Prof. Sé Sullivan, University of Alabama (US)
Prof. Amina Mama (Nigeria / UK / US)
Krishanti Dharmaraj, Feminist Alliance for Rights (US)

Stephanie Urdang, Writer (US)
Judy Yu (US)
Adam Richter (US)
Dr. Kim Fountain, Independent Advocate (US)
Mariam I. Habib, LCSW,Social Worker and Educator (US)
Pauline Park, Chair, New York Association for Gender Rights Advocacy (NYAGRA) (US)
Dr. Claerwen O’Hara, La Trobe Law School (Australia)*
Laurie Prendergast, Advocate and Organizer (US)
Dr. Karen Crawley, Griffith Law School (Australia)*
Prof. Kelly Gillespie, University of the Western Cape (South Africa)
Ms Fatima Shabodien, Feminist Activist (South Africa)
Roshila Nair, Social Justice Activist, Global South Against Xenophobia (GSAX) (South Africa)
Masoodah Chikte (South Africa)
Judy Favish (South Africa)
Tanya Serisier, Birkbeck, University of London (UK)
Saajidah Cassiem, Muslim Youth Movement (South Africa)
Dr. Madeleine Kennedy-Macfoy, Executive Director, Gender at Work (Norway)
Simi Kamal, Women’s Rights Activist (Pakistan)
Zartasha Niazi, Human Rights Activist (Pakistan)
Kalyani Menon Sen, Independent Researcher (India)
Ms Ruth van der Vindt (South Africa)
Michal Friedman (South Africa)
Ayesha Khan, Independent Advocate (Pakistan)
Saajidah Cassiem, Chairperson of Western Cape Muslin Youth Movement (South Africa)*
Lajla Elin Blom, Independent Advocate (Norway)
Kamal Faridi(Pakistan)
Khawar Mumtaz, Activist (Pakistan)
Dr. Ednie Garrison, Professor of Women’s, Gender and Queer Studies (U.S.)
Bilquis Tahira (Pakistan)
Merle Favis, South African Jews for Free Palestine (South Africa)*
Torild Melhus, Psychologist (Retired) (Norway)
Jasveen Jairath, Human Rights Advocate (India)
Aayushi Aggarwal, Independent Advocate (India)
Rina King, Independent Advocate (South Africa)
Erum Khan (Pakistan)
Dr. Julia Dehm, Senior Lecturer, La Trobe University (Australia)
Jessica Sherman, South African Jews for a Free Palestine (SAJFP) (South Africa)

Cristina Delgado (Argentina)
Megan Choritz (South Africa)
Zandi Sherman, South African Jews for a Free Palestine (South Africa)
David Kelleher (Canada)
Ghada Jiha, Feminist Advocate (US)
Clara Sheffer (US)
Holly Richardson, Community Organizer (US)
Roslyn Fish, South African Jews for a Free Palestine (South Africa)*
Emma Daitz, Researcher, Department of Family, Community, and Emergency Medicine, UCT (South Africa)
Anthony Fish Hodgson, South African Jews for a Free Palestine (South Africa)
Stephanie Gilman (US)
Dr. Carol Miller, Independent Researcher and Evaluator (Canada)
Kezia Lewins, Wits Sociology (South Africa)
Erum Khan (Pakistan)
Dr. Marie-Katherine (Kate) Waller, Gender at Work (Canada)
Jamila Abu Maria, Independent Advocate, Writer, Communications Consultant (US)
Bertha Pearl (US)
Naheed Samadi Bahram, Independent Advocate (US)
Emer Martin, SHIPS (Ireland)
Prof. Laura Tanenbaum, City University of New York; JVP-NYC (US)
Rupande Mehta (US)
Prof. Nichole Shippen, LAGCC, City University of New York (US)*
Rieky Stuart (Canada)
Luma Kennedy, Lecturer/ Research Associate (US)
Morgan Garcia, MPH, FHI 360 (US)*
Lauren Whitmer, PhD, Gender-Based Violence Researcher & Advocate (US)
Prof. Michelle Fine, The Graduate Center, City University of New York (US)
Jo Sorochinsky, Independent Advocate (Canada)
Terésa Stern, LCSW; Jewish Voice for Peace (US)
Sasha Ross Becker (US)
Dr. Judith Marshall, Independent Researcher (Canada)
Brian Weiss (US)
Gina Heathcote, Newcastle University (UK)
Susie Day, Writer (US)
Johanna Brenner (US)
Janet Goodman-Clarke, Jewish Woman, JVP Activist (US)
Adam J. Martin (US)
Susan Oberman (US)

Jo Macellaro (US)
Arielle Shorr, Jewish Voice for Peace; If Not Now; Jews for Racial and Economic Justice (US)
Callie Thuma (US)
Anya Bernstein (US)
Jules Rose, Anti-Zionist Jewish Activist (US)
Tonda Marton, Independent Advocate (USA`)
Jerise Fogel (US)
Marc Kagan, City University of New York School of Labor and Urban Studies (US)*
Susan Lee (US)
Cora Cadman (US)
Richard Ronner, Development Community (US)*
Mariam Rauf, Baloch Feminist and Advocate (US)
Dr. Karlyn Koh (U.S.A.)
Doctor Janice Haaken, Portland State University (US)
Hana Hobscheid (US)
Linzi Manicom (Canada)
Renée Steinhagen, Jewish Voice for Peace (US)
Nathan Pollack (US)
Lisa Sanetra, Independent Advocate (US)
Gail Lerner, Jewish Voice for Peace-NYC (US)*
Christopher Stone, Professor of Arabic (US)
Alexandra Woods, PhD, Psychologist (US)
Laura Flanders, Journalist & Author (US)
Priya Dhanani, PhD Candidate, ARC Centre of Excellence for the Elimination of Violence Against Women Monash University (Australia)
Rupal Oza (US)
Kohenet Elana-June Margolis (US)
Susan Epstein (US)
Daniela Gennrich, We Will Speak Out South Africa (South Africa)
Maria Karsou, Independent Advocate (US)
Sarah Sophie Flicker, Organizer and Artist (US)
Julia Barnett (Canada)
Renée Steinhagen, Member, Jewish Voice for Peace-Northern New Jersey (US)
Wendy McPeake (Canada)
Manon Beury, Human Rights Lawyer (Switzerland)
Patricia Clough, Psychoanalyst (US)
Heather Benjamin (US)
Dr. Gordon Doctorow, EdD (Canada)

Alexandra Wells (US)
Prof. Bina Fernandez, University of Melbourne (Australia)
Zoe Kupetz, History Teacher (US)
Marina Lent (US)
Morgan De Lancy (US)
David Durning, Independent Advocate (Canada)
Ezra Friedman (US)
Margie Bertrand (Canada)
Miranda Morgan, PhD, Independent Advocate (Canada)
Dr. Jordana Silverstein (Australia)
Richie Merino, Bronx Anti War Coalition (US)
Katie Olmstead, Jew (US)
M.J. Williams (US)
Carolyn D'Cruz (Australia)
Karen Judd, Independent Advocate (US)
Ann Clendenin, LCSW (US)
Dr. Suzette Mitchell, Independent Advocate (Australia)
Jenny Stimac, Independent Jewish Voices Canada (Canada)
Trudy Silver, Jewish Feminist (US)
Sari Graham (US)
Hannah Barnes (US)
John Of (U.S.)
Dianne Feely, Co-Editor, Against the Current (US)
Pedro Cruz, JVP and JVP North Jersey (US)
Prof. Barry Eidlin, Sociology Dept., McGill University (Canada)*
Fatima Hasan, Independent Advocate (US)
Eli Oberman (US)
Tegan Evans, PhD Candidate, University of Melbourne (Australia)
Linda Alband (US)
Mattilda Bernstein Sycamore (US)
Tamara Lorincz, Activist and academic, WILPF-Canada & VOW (Canada)
Joshua Kimelman (US)
Eileen Weitzman (US)
Laurie Arbeiter, We Will Not Be Silent (US)
Sumedha Choudhury, Melbourne Law School (Australia)
Ingrid Semaan (U.S.)
Rola Saeed (Jordan)
Rashida Manjoo, Professor Emeritus (South Africa)
Sina Najafi, Cabinet Magazine (US)*
Elise Tak, Independent Advocate (US)

Hadeel Bibi, Independent Social Consultant (Jordan)
Sherry Wolf, Tempest Collective (US)
Prof. Loretta Feris, Professor of Law, University of Pretoria (South Africa)*
Prof. Wendy Brown, JVP member (US)*
Prof. Rebecca Karl, New York University (US)*
Soraya Shalforoosh (US)
Tamara Braam (South Africa)
Dr. Shireen Hassim (South Africa)
Ms Bernedette Muthien, Engender (South Africa)
Marina Green (South Africa)
Prabha Khosla, ReFocus Consulting (Canada)*
Kacey Byczek, Independent Advocate (US)
Deborah Mutnick (US)
Dr. Sabrina Qureshi, Million Women Rise (UK)*
Lourdes Beneria, Professor Emerita (Spain)
Fadia Kamal (Jordan)
Prof. Ellen Ross, Profesor Emerita, Ramapo College (US)*
Jan Slakov (Canada)
Dominique Russell (Canada)
Shauna Paull, poet (Canada)
Kevin Tremblay (Canada)
Carina Ray, University of Michigan (US)*
Yifat Susskind, Executive Director, MADRE (US)
Any Laurau Tremosa (SpaIn)
Janet Hooper, Elder (US)
Reanne Anad, Female Liberation Network (United Kingdom)*
Chloe Weiser, Jew & Feminist Advocate (US)
Laila Ali (Canada)
Sarah Gunther (US)
Alexis Danzig (US)
Claudia Castañeda, Independent Advocate (US)
Emily Maxwell (Canada)
Amanda Mercedes Gigler, Feminist Free Radical (Serbia / The Netherlands)
Prof. Nancy Holmstrom, Professor Emerita, Rutgers University, Newark (US)*
Silvana Castaneda (US)
Anna Berg (US)
Jeanne Bergman, PhD, Jewish Elders of JVP (US)*
Sheila Jordan, Superintendent of Schools Emerita (US)
Marcia Gallo, Professor Emerita, University of Nevada-Las Vegas (US)*
Karen Hoover, MD, Independent Advocate for the Palestinian People (US)

Rasha Arabi, Independent Advocate (US)
Bonnie Anderson, Professor Emerita of History, City University of New York (US)
Koyoltzintli Miranda (US)
Jean Gagne, Independent Jewish Voices (Canada)
Prof. Lori Gruen, Philosophy and FGSS, Wesleyan University (US)*
Terry Boggis (US)
Nydia Leaf (US)
Owen Berson (US)
Lorissa Sengara (Canada)
Evneeki Roufail, Independent Advocate (Canada)
Julia Greenberg, Independent Health and Rights Consultant (US)
Prof. Ann Cammett (US)
Matt Dragon, Independent Advocate (US)
Mx. Emery Flatt (US)
Rachel Cohen (US)
Katie Halper, The Katie Halper Show (U.S.)
Phoebe Hunter (US)
Dr. Angela Miller (US)
Alison Jaggar, Emerita Professor of Distinction, Philosophy and Gender Studies (US)
Marisa Judeh (Jordan)
Evan Thomas (US)
C.M. Shelagh Day (Canada)
Tanya Layne (South Africa)
Mr. Sulaiman Foday Mansaray, Gender Advocate (Sierra Leone)
Betty Marton, Independent Advocate (US)
Edeltraud Lipkow, Retired Person (Germany)
Mallory Seegal (US)
Judith Deutsch, Psychoanalyst (Canada)
Giselle Carino, CEO- Fòs Feminista (USA / Argentina)*
Megan Moore (US)
Margaret Washington (US)
Dr. Reyes Coll-Tellechea, Spanish-American Scholar, University of Massachusetts Boston (US)
Jim Snodgrass, Independent Advocate (US)
Ann Antonellis (United States of America)
Karla Schultz, Registered Nurse (US)
Noha Sadany (US)
Eric Camins (US)
Prof. Gertrude Fester, Black feminist Writer and Activist (South Africa)

Dr. Amy Pett (US)
Tamara Castro (US)
Cinzia Arruzza, New School for Social Research (US)
Susan Gutwill, MS, LCSW, Feminist Psychotherapist, Trauma Therapist (US)
Lori Adelman (US)
Professor Alison Phipps, Newcastle University (UK)
Ariane Brunet, Co-founder, Centre for Secular Space; Activist on Violence Against Women in War (Canada)*
Lisa Kubie, Psychiatric Nurse Practitioner (US)
Janet Forrester, Independent Advocate (US)
David Pratt (U.S.)
Yusuf Ahmad, NYC for Abortion Rights (US)
Dr. Vanja Hamzić, SOAS University of London (United Kingdom)
Janet Wong (Malaysia)
Michelle Maffia (US)
Francine Miller, Esq., Vermont Law & Graduate School (US)*
Kathryn Levy (U.S.)
Prof. Nancy Fraser, New School for Social Research (US)*
Janice Gutman, Lesbian Feminist Activist (US)
Ann Ferguson, Professor Emerita, University of Massachusetts Amherst (US)
Prof. Leslie Salzinger, Chair, Gender and Women's Studies, UC Berkeley (US)*
Prof. Molly Talcott, California State University, Los Angeles (US)
Dr. Patsy George, Human Rights and Peace Advocate (Canada)
Patricia Swick (Canada)
Dr. Denise Miller (United Kingdom)
Dr. Jamie Hagen, Queen's University Belfast (UK)
May Fu, California State University, Los Angeles (US)
Nela Porobić, Feminist Anti-Militarist Collective (Bosnia and Herzegovina)
Dr. Anna Selmeczi, South African Jews for a Free Palestine (SAJFP) (South Africa)
Masuma Ali Khan, PhD Student (Italy)
Gorana Mlinarevic (Bosnia & Herzegovina)
Prof. Beth Baker, California State University, Los Angeles (US)
Prof. Maria Cisterna Gold, University of Massachusetts, Boston (US)*
Barbara Ruth, Jewish Voice for Peace (US)*
Orit Schreiber (UK)
Maria Suarez Toro, Writer, Honorary Pen International Award; Autonomous Feminist Activist (Costa Rica)
Tracey Levi (United Kingdom)
Susan Barney, Independent Advocate (US)

Dennise Christensen, Church Going Christian (United Kingdom)
Dr. Ebru Lumley (United Kingdom)
Arielle Sabot, MA Jewish Gender Studies (US)
Prof. Sara Farris, Sociology (UK)
Asia Garramone, Studentessa e Attivista (Italy)
Dra. Stefany Rojas Montero, Enf (Costa Rica)
Haman The'rasha, Co founder FIFTJ; Independent Iranian (Iran)
Terr. Yasser Avafit, Humanitarian; IED specialist (Egypt)
Catherine Rottenberg (UK)
Malika Ndlovu (South Africa)
Naomi Allen, New Paltz Women in Black (U.S.)
Jo Salas (US)
Tanya Marquette, Independent Advocate (US)
Corey Balsam, National Coordinator, Independent Jewish Voices (Canada)
Luciana Percovich, Author;Independent Advocate (Italy)
Kathryn Russell, Professor Emerita of Philosophy, State University of New York;
US Social Justice Activist, Scholar, Teacher (US)*
Rac Silver, Songwriter;Independent Advocate (Scotland)
Thamar Álvarez Vega, Psychologist and Writer (Spain)
Maud Easter, Independent Advocate (US)
Sally Haslanger, Ford Professor of Philosophy and WGS, Massachussetts
Institute of Technology (US)*
Allie Ross (US)
Linda Novenski, Veterans for Peace-NYC (US)
Dr. Alejandra Marchevsky (US)
Alexandra Holmstrom-Smith, MA, JD; Socialist Feminist Working Group,
Democratic Socialists of America-NYC* (US)
Ellen Mosen James, JVP (US)
Marit Parker (Cymru / Wales)
Mickie Lynn, Women Against War (US)*
Dina Refki (US)
Dr. Dana Kornberg (US)
RN Wendy Dwyer, Member U.H. Peace Action (US)
Anne Liske (U.S.)
Dr. Yassin Brunger, Queen's University Belfast (UK)*
Nalini Burn, Independent Advocate; Researcher (Mauritius)
Elizabeth Cox (Australia)
Linda Abbott (US)
Francoise Girard, FMUS.org (US)
Ms Carmen Ghdaye (Canada)

Gwen Maffia (US)
Prof. Sheila Bunwaree, Independent Advocate (Mauritius)
Eugene Hamoy, Independent Advocate (US)
Michele Sibony, Member, French Jewish Union for Peace UJFP (France)
Prof. Dana Collins, California State University, Fullerton (US)
Reeni Goldin (US)
Haris Jamil (Australia)
Rupal Oza (US)
Lisa Bloom (US)
Wendy Thompson, Retired President, UAW Local 235 (US)*
Elizabeth Regan (UK)
Margaret & Kurt Liske, Independent Advocates (USA)
Mary Buchwald (U.S.)
Hazel Landa (US)
Ramdenee Neena, Docteur en Pharmacie (Mauritius)
Arla Ertz, Retired Social Worker (US)
Elizabeth Finnegan, Independent Advocate (UK)
Seth DiMartile, Member of Anakbayan (Canada)*
Adi Teelock, Independent Advocate (Mauritius)
Feny Fischler, Another Jewish Voice (Belgium)
Filip Fanchette (Mauritius)
Sym Van Wesemael (Belgium)
Branca Maria Moreira Alves, Retired UNIFEM; Independent Advocate (Brazil)
Mireille Moutte (France)
Janet Wong (Malaysia)
Sarah Tanghe (Belgium)
Judy Stewart (UK)
Alex Marlowe (Canada)
Carole Ferraro (US)
Jeannine Guthrie (US)
Prof. Kiran Grewal, Human Rights, Goldsmiths College (UK)
Katherine Doyle (US)
Mr. Ramphul Vyas, Valuation Surveyor (Mauritius)
Monika Schweizer (Canada)
Ann Berlak, San Francisco State, Retired (US)*
Michele Hunt (US)
Aishah Shahidah Simmons, Survivor-Healer; Writer; Documentary Filmmaker (US)
Dina Portnoy (US)

*Affiliation included for identification purposes only

**Please click here** (https://docs.google.com/forms/d/e/1FAIpQLSeJfU_ooRqCKA8u3-PB8mV0FBkqoBelFN1VH_u3-MqWWQdFXQ/viewform) **if you would like to add your name.**

---

# BACKGROUND AND RESOURCES

These links are provided for background on the issues raised in the statement and to direct readers to additional resources. Inclusion here does not imply endorsement of content on the part of statement signers.

## Feminist Ceasefire Statements

Palestinian Feminist Collective Statement
https://palestinianfeministcollective.org/us-feminist-organizations-call-for-permanent-ceasefire-now/ (https://palestinianfeministcollective.org/us-feminist-organizations-call-for-permanent-ceasefire-now/)

Feminists for a Free Palestine statement
https://truthout.org/articles/over-140-prominent-feminist-scholars-demand-ceasefire-end-to-occupation-in-gaza/ (https://truthout.org/articles/over-140-prominent-feminist-scholars-demand-ceasefire-end-to-occupation-in-gaza/)

Feminist Manifesto for Palestine
https://docs.google.com/document/d/1v-7jXhV3Kg-BR2Sz0cZPqex8F5wsf4bI_DQppClvQBc/edit (https://docs.google.com/document/d/1v-7jXhV3Kg-BR2Sz0cZPqex8F5wsf4bI_DQppClvQBc/edit)

Statement by 1,200 scholars working in feminist, queer, and trans studies
https://www.jadaliyya.com/Details/45485 (https://www.jadaliyya.com/Details/45485)

Global Fund for Women "Stop the Massacre" statement
https://www.globalfundforwomen.org/latest/article/palestine-stop-the-massacre/ (https://www.globalfundforwomen.org/latest/article/palestine-stop-the-massacre/)

National Women's Studies Association statement
https://mailchi.mp/nwsa/nwsa-calls-for-a-ceasefire-and-negotiations-to-end-gaza-siege-and-israeli-apartheid-450830 (https://mailchi.mp/nwsa/nwsa-calls-for-a-ceasefire-and-negotiations-to-end-gaza-siege-and-israeli-apartheid-450830)

Social movement activists' statement
https://docs.google.com/forms/d/e/1FAIpQLSeHM1p9NvxBEPampXrxDx8WCbNSnyeZgX9pe_vFoo2nLAuQsA/viewform (https://docs.google.com/forms/d/e/1FAIpQLSeHM1p9NvxBEPampXrxDx8WCbNSnyeZgX9pe_vFoo2nLAuQsA/viewform)

# Feminist Op-Eds and Statements on Oct. 7 Rape Allegations and/or Weaponization of the Issue of Rape

11/25/2023 Palestinian Feminist Collective statement on International Day for the Elimination of Violence Against Women
https://palestinianfeministcollective.org/shut-down-colonial-feminism-2023/ (https://palestinianfeministcollective.org/shut-down-colonial-feminism-2023/)

12/1/23 MADRE statement calling for a survivor-centered approach to sexual violence
https://www.madre.org/media-item/calling-for-a-survivor-centered-approach-to-sexual-violence-in-israel-palestine-and-beyond/ (https://www.madre.org/media-item/calling-for-a-survivor-centered-approach-to-sexual-violence-in-israel-palestine-and-beyond/)

12/8/23 The Edge op-ed by Zillah Eisenstein
https://www.theedgemedia.org/war-rape-question-hamas/ (https://www.theedgemedia.org/war-rape-question-hamas/)

12/13/23 NY Times op-ed by Jill Filipovic
https://www.nytimes.com/2023/12/13/opinion/hamas-violence-women-israel.html (https://www.nytimes.com/2023/12/13/opinion/hamas-violence-women-israel.html)

1/4/24 Aljazeera op-ed by Maryam Aldossari
https://www.aljazeera.com/opinions/2024/1/4/for-feminists-silence-on-gaza-is-no-longer-an-option (https://www.aljazeera.com/opinions/2024/1/4/for-feminists-silence-on-gaza-is-no-longer-an-option)

1/7/24 Survivor Advocates in Support of the San Francisco Ceasefire Resolution
https://docs.google.com/document/d/1VjdmbM_Hx0fDFKR4unni1X7eu2QENTWyq2SGxm0ZJbY/edit?usp=sharing (https://docs.google.com/document/d/1VjdmbM_Hx0fDFKR4unni1X7eu2QENTWyq2SGxm0ZJbY/edit?usp=sharing)

1/16/24 CounterPunch op-ed by Heidi Matthews and Tanya Serisier
Bombing Gaza Isn't Fighting Sexual Violence

1/19/24 Jadaliyya op-ed by Nada Elia
https://www.jadaliyya.com/Details/45725/Weaponizing-Rape (https://www.jadaliyya.com/Details/45725/Weaponizing-Rape)

Feminist Solidarity Collective for Palestine critique of NY Times reporting on Hamas rape allegations
https://sites.google.com/view/nycrimes/decolonial-feminist-edition-no-4 (https://sites.google.com/view/nycrimes/decolonial-feminist-edition-no-4)

Speak Up – Middle East/North African (MENA) Feminist Initiative statement on NY Times reporting on Hamas rape allegations
https://speakupeg.com/2023/12/30/nyts-disgraceful-investigation-weaponizing-sexual-violence-against-women-for-occupation-propaganda/ (https://speakupeg.com/2023/12/30/nyts-disgraceful-investigation-weaponizing-sexual-violence-against-women-for-occupation-propaganda/)

Women's International League for Peace and Freedom Statement
https://www.wilpf.org/only-solidarity-will-bring-justice/ (https://www.wilpf.org/only-solidarity-will-bring-justice/)

Human Rights Watch statement on investigating sexual and gender-based violence in conflict
https://www.hrw.org/news/2023/12/12/investigating-sexual-and-gender-based-violence-conflict (https://www.hrw.org/news/2023/12/12/investigating-sexual-and-gender-based-violence-conflict)

Gender-Based Violence and Gender Inclusion Professionals statement
https://www.change.org/p/calling-on-gender-based-violence-and-gender-inclusion-professionals-ceasefire-now (https://www.change.org/p/calling-on-gender-based-violence-and-gender-inclusion-professionals-ceasefire-now)

## Select Media Coverage and Source Materials on the Oct. 7 Allegations and the Sexual Assault

# Issue

11/10/23 Guardian article on implications of failure of Israeli government to preserve evidence in Oct. 7 attack
https://www.theguardian.com/world/2023/nov/10/israel-womens-groups-warn-of-failure-to-keep-evidence-of-sexual-violence-in-hamas-attacks (https://www.theguardian.com/world/2023/nov/10/israel-womens-groups-warn-of-failure-to-keep-evidence-of-sexual-violence-in-hamas-attacks)

11/14/23 Reuters article on Israeli families condemning women's groups
https://www.reuters.com/world/middle-east/where-are-you-israeli-hostage-families-urge-womens-groups-speak-up-2023-11-13/ (https://www.reuters.com/world/middle-east/where-are-you-israeli-hostage-families-urge-womens-groups-speak-up-2023-11-13/)

11/29/23 US Congressional letter calling on UN Women to condemn Hamas
https://cherfilus-mccormick.house.gov/sites/evo-subsites/cherfilus-mccormick.house.gov/files/evo-media-document/final-letter-calling-on-un-women-to-condemn-hamas-sexual-violence-against-israeli-women1.pdf (https://cherfilus-mccormick.house.gov/sites/evo-subsites/cherfilus-mccormick.house.gov/files/evo-media-document/final-letter-calling-on-un-women-to-condemn-hamas-sexual-violence-against-israeli-women1.pdf)

11/30/23 The Hill article on congressional letter condemning UN Women
https://thehill.com/homenews/house/4335175-house-lawmakers-accuse-un-women-hamas-attack/ (https://thehill.com/homenews/house/4335175-house-lawmakers-accuse-un-women-hamas-attack/)

11/30/23 Reuters article on UN Commission investigating war crimes by Israel and Hamas
https://www.reuters.com/world/middle-east/un-commission-investigate-hamas-sexual-violence-appeal-evidence-2023-11-29/ (https://www.reuters.com/world/middle-east/un-commission-investigate-hamas-sexual-violence-appeal-evidence-2023-11-29/)

November 2023 Physicians for Human Rights Israel Position Paper on Sexual Violence on Oct. 7
https://www.phr.org.il/wp-content/uploads/2023/11/5771_Sexual_Violence_paper_Eng-final.pdf (https://www.phr.org.il/wp-content/uploads/2023/11/5771_Sexual_Violence_paper_Eng-final.pdf)

Image of 12/4/23 Full page ad in NY Times (paid for http://www.bonot.org/aid-israel (http://www.bonot.org/aid-israel))

https://www.timesofisrael.com/liveblog_entry/full-page-ad-in-nytimes-calls-on-world-not-to-ignore-hamas-sex-crimes-on-oct-7/ (https://www.timesofisrael.com/liveblog_entry/full-page-ad-in-nytimes-calls-on-world-not-to-ignore-hamas-sex-crimes-on-oct-7/)

12/4/23 UN Special Session on Sexual Violence organized by Israeli Mission to the UN on 12/4 (scroll down in article for link to video of entire session): https://www.timesofisrael.com/liveblog_entry/watch-un-session-discusses-allegations-of-hamas-rape-of-israeli-women/ (https://www.timesofisrael.com/liveblog_entry/watch-un-session-discusses-allegations-of-hamas-rape-of-israeli-women/)

12/4/23 US Sen. Kirsten Gillibrand statement at UN Special Session https://www.youtube.com/watch?v=A0F4QiwkdhM (https://www.youtube.com/watch?v=A0F4QiwkdhM)

12/1/23 UN Women statement on reported gender-based violence https://www.unwomen.org/en/news-stories/statement/2023/12/un-women-statement-on-the-situation-in-israel-and-gaza (https://www.unwomen.org/en/news-stories/statement/2023/12/un-women-statement-on-the-situation-in-israel-and-gaza)

12/1/23 National Review article attacking Astraea Lesbian Foundation for Justice & naming Jewish board members https://www.nationalreview.com/corner/where-are-the-women-of-astraea/ (https://www.nationalreview.com/corner/where-are-the-women-of-astraea/)

12/2/23 Haaretz article condemning UN Women for their “late response” https://www.haaretz.com/israel-news/2023-12-02/ty-article/.premium/after-eight-weeks-un-women-condemns-hamas-use-of-sexual-violence-on-oct-7/0000018c-2b09-dc03-a9ec-3f7ba0190000 (https://www.haaretz.com/israel-news/2023-12-02/ty-article/.premium/after-eight-weeks-un-women-condemns-hamas-use-of-sexual-violence-on-oct-7/0000018c-2b09-dc03-a9ec-3f7ba0190000)

12/4/23 National Review article attacking Women for Women International https://www.nationalreview.com/corner/where-are-the-women-of-women-for-women-international/ (https://www.nationalreview.com/corner/where-are-the-women-of-women-for-women-international/)

12/5/23 Fox News attack on Pramila Jayapal https://www.foxnews.com/media/womens-groups-silent-top-progressive-jayapal-downplays-hamas-rape (https://www.foxnews.com/media/womens-groups-silent-top-progressive-jayapal-downplays-hamas-rape)

12/5/23 Reuters article on accounts of sexual violence and difficulties in investigating
https://www.reuters.com/world/middle-east/accounts-sexual-violence-hamas-attack-mount-justice-is-remote-israels-victims-2023-12-05/ (https://www.reuters.com/world/middle-east/accounts-sexual-violence-hamas-attack-mount-justice-is-remote-israels-victims-2023-12-05/)

12/6/23 Guardian article on Israel's condemnation of Unicef ED for not condemning Hamas early or strongly enough and its refusal to provide access to UN investigators
https://www.theguardian.com/world/2023/dec/06/un-condemnation-of-sexual-violence-by-hamas-too-little-too-late-says-israel (https://www.theguardian.com/world/2023/dec/06/un-condemnation-of-sexual-violence-by-hamas-too-little-too-late-says-israel)

12/8/23 CNN clip of former Microsoft CEO Sheryl Sandberg criticizing feminist orgs
https://www.cnn.com/videos/world/2023/12/08/the-lead-sheryl-sandberg-un-on-hamas-sexual-violence-jake-tapper.cnn (https://www.cnn.com/videos/world/2023/12/08/the-lead-sheryl-sandberg-un-on-hamas-sexual-violence-jake-tapper.cnn)

12/8/23 Mondoweiss article on lack of evidence in allegations against Hamas
https://mondoweiss.net/2023/12/despite-lack-of-evidence-allegations-of-hamas-mass-rape-are-fueling-israeli-genocide-in-gaza/ (https://mondoweiss.net/2023/12/despite-lack-of-evidence-allegations-of-hamas-mass-rape-are-fueling-israeli-genocide-in-gaza/)

12/11/23 Letter from US Senators to UN Secretary General denouncing UN Women's response to 10/7 allegations
https://www.rosen.senate.gov/wp-content/uploads/2023/12/Letter-to-UN-on-Hamas-Sexual-Violence-Final-Version.pdf (https://www.rosen.senate.gov/wp-content/uploads/2023/12/Letter-to-UN-on-Hamas-Sexual-Violence-Final-Version.pdf)

12/12/23 NBC News article on 33 US Senators criticizing UN Commission of Inquiry
https://www.nbcnews.com/politics/congress/senators-call-un-open-independent-probe-hamas-sexual-violence-rcna129187 (https://www.nbcnews.com/politics/congress/senators-call-un-open-independent-probe-hamas-sexual-violence-rcna129187)

12/24/23 Intercept article on the global response to weaponization of the sexual assault allegations

https://theintercept.com/2023/12/24/feminism-sexual-violence-hamas-israel/ (https://theintercept.com/2023/12/24/feminism-sexual-violence-hamas-israel/)

1/19/24 AP article on women and children as main victims of war
https://apnews.com/article/women-children-gaza-war-victims-un-inequality-f0f89a724543b99c2c22439e7af09405 (https://apnews.com/article/women-children-gaza-war-victims-un-inequality-f0f89a724543b99c2c22439e7af09405)

1/29/24 NY Times article on new UN investigation
https://www.nytimes.com/2024/01/29/world/middleeast/israel-hamas-sexual-violence-un.html (https://www.nytimes.com/2024/01/29/world/middleeast/israel-hamas-sexual-violence-un.html)

1/30/24 Intercept article on NY Times internal strife over article investigating Hamas sexual violence
https://theintercept.com/2024/01/28/new-york-times-daily-podcast-camera/ (https://theintercept.com/2024/01/28/new-york-times-daily-podcast-camera/)

1/30/24 CBC article on why investigating Oct. 7 sexual assault allegations will be long process
https://www.cbc.ca/news/world/oct-7-sexual-violence-investigation-1.7093742 (https://www.cbc.ca/news/world/oct-7-sexual-violence-investigation-1.7093742)

2/9/24 Mother Jones article on protests at Columbia Univ. event on sexual violence in conflict featuring Hillary Clinton and Sheryl Sandberg
https://www.motherjones.com/politics/2024/02/hillary-clinton-protesters-sexual-violence-columbia-hamas-gaza-israel/ (https://www.motherjones.com/politics/2024/02/hillary-clinton-protesters-sexual-violence-columbia-hamas-gaza-israel/)

## Additional Resources

Palestinian Feminist Collective website
https://palestinianfeministcollective.org/ (https://palestinianfeministcollective.org/)

Solidarity with Palestine – A Radical Black Feminist Mandate
https://www.blackwomenradicals.com/blog-feed/black-feminist-perspectives-on-palestine-a-reading-list (https://www.blackwomenradicals.com/blog-feed/black-feminist-perspectives-on-palestine-a-reading-list)

Pirate Feminist Solidarity Resource Website created by Barnard Women's, Gender and Sexuality Studies faculty
https://in-this-moment.org/resources-2/ (https://in-this-moment.org/resources-2/)

**Webinar: Palestine is a Feminist Struggle: Emerging Feminist Organizing from the Homeland to the US**

https://www.youtube.com/watch?v=D7GbROi_Sgw&t=3010s (https://www.youtube.com/watch?v=D7GbROi_Sgw&t=3010s)

**Review of African Political Economy Blog: Why Palestine is a Feminist and an Anti-Colonial Issue**

https://roape.net/2023/11/21/why-palestine-is-a-feminist-and-an-anti-colonial-issue (https://roape.net/2023/11/21/why-palestine-is-a-feminist-and-an-anti-colonial-issue)

---

If you appreciate this article, subscribe to World-Outlook (for free) by clicking on the link below.

Type your email in the box below and click on "SUBSCRIBE." You will receive a notification in your in-box on which you will have to click to confirm your subscription.

Type your email…

SUBSCRIBE

---

# 3 replies »

Thanks for sharing. This is a perfect example of why I su Reply e to World Outlook.

Loading...

Pingback: UN: Full Investigation Needed on Oct. 7 Sexual Violence Charges - World-Outlook

Pingback: ONU: Debe realizarse una investigación completa sobre los cargos de violencia sexual del 7 de octubre - Panorama-Mundial

# EXHIBIT 169

**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Re: Potential Immigration Sweeps
**Date:** January 7, 2025 at 6:56 PM
**To:** [redacted]
**Cc:** [redacted]u



Hi [redacted],

Thanks for the quick reply. I'm happy to wait to learn more about what you discover once you're back from the sources you mention below. I really appreciate your help.

I don't know if you remember Mike Tyson's heyday, but there was a time when he was such a weird and strange figure that just about nothing I would have heard about him would surprise me. I mean, he was really into pigeons, for instance. I remember some public person talking about someone being in the Tyson Zone: that person is so weird that you would not dismiss out of hand anything you might hear about them. Trump is definitely in the Tyson Zone for me. I mean, deploying the military to take over Greenland???

All the best,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

> On Jan 7, 2025, at 12:46 PM, [redacted] wrote:
>
> Dear Bernard,
>
> I'm at the airport returning from a conference in California, so I apologize for not being able to give your concern the attention it deserves. I can say that I got briefings as early as November from all of the University, the FAS, and the College about plans they were making on this front. As you know, the FAS encouraged all international students to return before, I think, January 20th. But I know other safeguards are being put in place as well. I'll be sure to check in about some of the details once I'm back. If you have specific questions, let me know and I'll try to put you in touch with someone closer to the process. In the meantime, let me know if there's anything else I can do.
>
> Best,
>
> [redacted]
>
> —
> [redacted]

**From:** Nickel, Bernhard <bnickel@fas.harvard.edu>
**Sent:** Tuesday, January 7, 2025 4:51:13 AM
**To:** [redacted]
**Subject:** Potential Immigration Sweeps

Dear [redacted],

Like many chairs, I suspect, I'm concerned about anti-immigration and anti-immigrant policies that the new administration might pursue, targeted especially against our students. That concern came to the fore again this morning when I read this article in The NY Times about preparations school distracts are making. Do you know if Harvard is countenancing coming up with protocols for what to do should immigration agents actually come to campus?

Perhaps I am being overly dramatic. I admit that my sense of what is likely to happen with the incoming administration and what is an implausible fear is not well calibrated. Any advice or information would really help me.

Thanks a lot,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

# EXHIBIT 170

**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Sommer
**Date:** March 11, 2025 at 9:29 AM
**To:** [redacted]



Lieber [redacted]

Wir haben schon eine ganze Zeit nicht miteinander gesprochen. Ich hoffe, es geht Dir gut. (Ich verfolge natürlich [redacted] immer noch auf Strava.)

[redacted] hat mittlerweile Sommerpläne machen können, weil sie in einem Sommerprogramm angenommen worden ist. Das bedeutet, daß sie und ich zwischen dem 15. Mai und dem 15. Juni in Europa sein können. Wahrscheinlich nicht den ganzen Monat, aber das sind so die Grenzdaten, in denen wir uns bewegen. Und da wollte ich mal sehen, wie das bei Euch in die Pläne passen könnte.

Alles Liebe,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

Case: 26-6906, 11/20/2026, DktEntry: 16.11, Page 266 of 300

# EXHIBIT 171

**From:** Nickel, Bernhard bnickel@fas.harvard.edu
**Subject:** Fwd: Immigration resources
**Date:** March 31, 2025 at 1:21 PM
**To:** philfaculty-list philfaculty-list@fas.harvard.edu



Dear Colleagues,

I just received this from GSAS yesterday. Many of the resources mentioned below, such as the legal representation clinic and the "know your rights" resources are relevant for faculty who are here on visas or "Green Cards" as well, so I wanted to share them with you.

All the best,
Bernhard

---
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up

Begin forwarded message:

**From:** [redacted]
**Subject:** Immigration resources
**Date:** March 30, 2025 at 2:14:23 PM EDT
**To:** <bnickel@fas.harvard.edu>
**Reply-To:** [redacted]

View this email in your browser

HARVARD Kenneth C. Griffin
GRADUATE SCHOOL OF ARTS AND SCIENCES
OFFICE OF THE DEAN

The message below was sent to GSAS students earlier today.

Dear Harvard Griffin GSAS Students,

We've heard from many concerned students and others in our community regarding recent reports of US immigration enforcement actions. While there are still many unknowns, we want to make sure that you're aware of the latest available resources and information.

1. **HIO Information sessions:** The Harvard International Office (HIO) is hosting a "know your rights" information session for all Harvard international students and scholars who wish to attend on Wednesday, April 2, 2025, at 6:00 p.m. EST. To register for this session, please ensure you are logged into Zoom, then register here. Additional sessions are likely to be scheduled in the future as well.
2. **Know your rights Information:** Even if you are not a US citizen, you still have constitutional rights. More information and resources can be found on the Mass.gov website and the Immigration Legal Resource Center website.
3. **University policy on enforcement requests:** When law enforcement requests access to nonpublic documents or campus spaces, it is University practice to engage the Office of the General Counsel (OGC) and the Harvard University Police Department to ensure that proper procedures are followed. You can read more about the University's policy here.
4. **Contact Information:** If you have any concerns, you should contact HIO. During business hours (Monday through Friday from 9:00 a.m. to 5:00 p.m. EST), you should contact your HIO Advisor, email internationaloffice@harvard.edu, or visit virtual on call advising hours. Additional helpful information, including a guidance document from OGC on entering or re-entering the US at ports of entry, can be found on HIO's "Travel Concerns" webpage. If you're a United States citizen, please contact your Dean of Student's Office.
5. **Legal assistance:** Finally, if you find yourself needing legal assistance, the Harvard Representation Initiative is a pro bono legal clinic and all Harvard affiliates who have concerns about their immigration status are

eligible to consult with an attorney to determine whether further legal pro bono representation is advisable.

We realize that this is a very difficult and uncertain time for many. Please know that the staff at the Office of Student Services and the Office of Equity, Diversity, Inclusion & Belonging are available to support students. Please reach out to them if you need additional assistance beyond the resources noted above. Our team will continue to communicate and share information that benefits the Harvard Griffin GSAS community as we learn more.

While the HIO has been in regular contact with international students about visas and related issues, we all as a community have concerns about the well-being of our students and peers. We hope that this information will not only provide needed guidance but will also better enable all of us to support those around us who need it.

With all best wishes,

[redacted]

[redacted]

[redacted]

Office of the Dean
Harvard Kenneth C. Griffin Graduate School of Arts and Sciences
University Hall, Harvard Yard
gsasdean@fas.harvard.edu
617-496-1464

This e-mail is a communication from the Harvard Griffin GSAS Office of the Dean.

Please do NOT unsubscribe yourself, as this e-mail list is used to provide important and timely information to Harvard Griffin GSAS students.

Want to change how you receive these e-mails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT 172



**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Additional Conversation
**Date:** April 2, 2025 at 2:46 PM
**To:** [redacted] philgrad-list philgrad-list@fas.harvard.edu

Dear All (prospective and current grads),

These are unusual times for higher education in general and Harvard specifically, given the various attacks and threats the Trump Administration has levied against Higher Ed. So I've been thinking that it might be good for all of you, prospective and current grads, to just have a conversation about where things stand, what I know about the University's strategy, where there is uncertainty, and so on.

So I'd like to propose that we have an additional event as part of the prospective grads' visit, tomorrow (Thursday) starting at 5 in the grad lounge on the third floor of Emerson where we can have an open conversation about these issues. We'll go as long as we need to and then go to the reception.

All the best,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

# EXHIBIT 173

**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Re: Harvard Representation Initiative
**Date:** April 3, 2025 at 6:48 AM
**To:** [redacted]



Hi [redacted]

Thanks a lot for that, I really appreciate it. And if at any time you need support or advocacy, there are a lot of chairs and directors of study in FAS who are ready to provide that.

All the best,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

> On Apr 2, 2025, at 8:58 AM, [redacted]:
>
> Hi Bernhard:
>
> I am so sorry that you and other colleagues are having to deal with this anxiety-provoking situation. I am in regular conversation with [redacted], my amazing colleague who runs our Immigration Law Clinic, as well as HU administration, about the resources that are needed to enable HRI to do all that is being asked of it. I believe we have a plan in place that will work but will continue to monitor the situation closely.
>
> Yours,
>
> [redacted]
>
> ---
>
> **From:** Nickel, Bernhard <bnickel@fas.harvard.edu>
> **Date:** Tuesday, April 1, 2025 at 9:33 PM
> **To:** [redacted]
> **Subject:** Harvard Representation Initiative
>
> Dear [redacted],
>
> I'm writing with a perhaps unusual question. There was an FAS Faculty Meeting today, and it's become clear that many international members of our community are scared and anxious about traveling, being picked up, detained, deported, etc. This is likely to get worse.

That raises the concern that the Representation Initiative may well find itself overwhelmed by the demands members of our community place on it. So I wanted to ask you, in your role as Dean of HLS: do you think that the Representation Initiative can deal with the demand or does it need to grow to meet the moment? If the latter, are there plans to expand capacity to deal with this likely increase in demand? And is there anything that we (faculty, and for that matter, chairs of FAS departments) can do to help make sure that there is enough bandwidth to provide this incredibly important resource?

I should perhaps say: I'm here on a Green Card, and I'm scared in a way I've never been before. But knowing that something like the Representation Initiative is available to people at Harvard means a lot to me.

Thanks a lot,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 174

Case: 26-6906, 11/20/2026, DktEntry: 16.12, Page 275 of 300



**From:** Nickel, Bernhard bnickel@fas.harvard.edu
**Subject:** A note from From the Grad Workers Union re: immigration
**Date:** April 21, 2025 at 11:27 AM
**To:** [redacted]

Dear Colleagues,

Some of the grads sent me the document below re: international students. I'm forwarding it to you in case it's helpful (especially the first part about course policies).

CryptPad

**Encrypted Document**
cryptpad.fr

All the best,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
----------------------------------

## Requests for faculty support in the face of ongoing visa revocations

*At this moment, many of our non-citizen students are personally fearful for their safety. We are hoping that our faculty, as leaders in our campus communities, will be willing to do everything they can to protect these students and enable them to continue to pursue their educational goals in spite of the many threats they face.*

*To this end, we hope faculty will consider taking the following actions in their personal capacities to support their students.*

1. Review your course policies to build in **flexibility for students that may need to complete their coursework or final examinations remotely**; work with the registrar as needed to ensure this is an option for your course.

2. **Review Know Your Rights basics** from organizations like the Massachusetts Immigrant Rights Alliance to ensure you know how to react in an emergency situation (bit.ly/MIRAtraining)

3. In conversations with your school administration, **help students advocate for University-wide safety and support reforms**, listed below.

## University-wide recommendations to strengthen non-citizen student support

1. **Exercise all legal rights to protect student records, enrollment status, disciplinary records, employment records, or personal information of any Harvard affiliates** from immigration authorities or other federal agencies. Refuse to comply with or institute surveillance practices of Harvard affiliates, including those participating in political speech and protests on campus.

2. **Commit** to not terminating a student's enrollment or worker status if their SEVIS or Visa status changes; **create consistent remote schooling options** for students and workers that may need to complete their schooling or appointments outside of the United States.

3. For students that do not have the option to continue their schooling remotely (e.g., due to violent or unsafe conditions in their home country) **work with peer educational institutions outside the United States who can host them** and provide student visa support so they have a safe place to continue their education

4. **Hire additional staff for the Harvard Representation Initiative (HRI)**, which handles immigration concerns for all Harvard affiliates. HRI currently has two staff attorneys for our 10,000+ person community.

5. **Ensure all schools within the University provide the same standard of protection and benefits** for their students and workers (i.e., no non-citizen affiliate should have access to better resourcing or benefits due to the school they are enrolled in)

6. **Issue immediate notifications** to all students, faculty, and staff if Harvard University representatives (including, but not limited to, University administrative staff, the Office of General Counsel, or Harvard International Office) receive a request from immigration officials to access records or campus buildings

7. **Create an emergency fund** for legal services and other immigration-related expenses that is accessible for all non-citizen Harvard affiliates (e.g., travel for students that may need to leave the United States).

8. **Clarify definition of non-public spaces** (e.g., through a publicly accessible map), where non-citizen affiliates can be safe from warrantless ICE presence.

9. **Affirm that no Harvard affiliates, including non-citizens, will be punished for the content of their speech,** particularly on the basis of political dissent and solidarity with Palestine.

## Recommendations met by the University to date

-

1. Publicly commit to **proactively tracking SEVIS changes** twice daily and immediately informing students if their status has been changed by the State Department.

# EXHIBIT 175

**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Re: Happy birthday!
**Date:** April 22, 2025 at 11:32 AM
**To:** [redacted]



Hey man,

Been a couple of days, the world is completely topsy-turvy again. Boy do people love Harvard. One of the undergrads was interviews, I think in The Boston Globe, and said "right now, there's as much school spirit as there is at the Harvard/Yale Game!" I found that both awesome and silly.

Anyway, yes, I'd love to come out to see you. I'll be in touch. (Stretch goal: Organize something that involves [redacted]!)

b
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

> On Apr 16, 2025, at 4:55 PM, [redacted] wrote:
>
> No worries! Yes, what a crazy time. I realized that I never gave Harvard any sort of forwarding address, so I haven't received anything from them (even an email) since 2019. I just updated everything and I plan to donate money, as well. I've always made a joke of the fact that I don't want to donate to extremely rich universities that leave so much to be desired when it comes to their internal decision making, but of course, the university and I have an enemy in common now. And my other alma mater, Columbia, seems to have capitulated.
>
> The offer to crash here is still on the table. And I have plans to come to Boston in 2026. I do hope to see you before then, but either way, let's get together.
>
> Life is good. I took my mountain bike for a spin last weekend. It kicked my ass in a good way.
>
> Oh, I'll be in NYC 5/27-5/29, if you happen to be there. We're seeing Othello.
>
> [redacted]
>
> On Mon, Apr 14, 2025 at 7:56 PM Nickel, Bernhard <bnickel@fas.harvard.edu> wrote:
>> Hey [redacted],
>>
>> Good lord things have been weird here, and they're getting worse. I'm just writing to say "sorry" for dropping the ball on this. Since I'm going to be on sabbatical next year, and I may not be able to travel internationally — I'm still here on a Green Card — I may have a lot more opportunities to come and see you.
>>
>> But seriously: Damn.

I hope things are good with you,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

On Feb 26, 2025, at 9:32 AM, [redacted] wrote:

Hi, Bernhard,

There's not a time after my spring break that's particularly good or particularly bad. Let me know if and when you're coming and I'll make room in my schedule.

I did go ahead and buy a mountain bike--a used 2022 Stumpjumper Evo Pro. I paid $3250 for it. Size XL. I also bought a hitch-mounted rack that can hold two bikes, but I haven't installed it yet.

[redacted]

On Tue, Feb 25, 2025 at 7:19 PM Nickel, Bernhard <bnickel@fas.harvard.edu> wrote:

Hi [redacted],

So it turns out that something's come up, and I won't be able to get out to Reno over my spring break. Gah!

However, I got in touch with [redacted], and there's definitely an option for me to come out later in the spring term to spend a bit of time at UNR, give a talk, and then hang out w/ you for a bit. Being not a snow-person but more of a hiking etc. person, later in the spring might be better anyway.

Are there times later in the term that would work for you?

Thanks again. I do really hope to be able to see you and as much of your family as makes sense.
-b
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up

----------------------------------

On Feb 1, 2025, at 12:59 AM, [redacted] wrote:

Hi, Bernhard,

Sorry about the delay, but because of the holidays [redacted] and her ex-husband took a while to sort out the custody schedule. We are not going to have her son [redacted] the weekend of Friday 3/21-Sunday 3/23, and as I mentioned, Monday, 3/24, is the beginning of my Spring Break. I have to teach one class on Friday, 3/21, until noon pacific time, but I can take the rest of that day off. We get [redacted] back on Friday, 3/28.

No pressure, of course, but if you wanted to visit, that would be an ideal weekend. We'll have a spare room.

[redacted]

On Sat, Dec 28, 2024 at 5:53 PM Nickel, Bernhard <bnickel@fas.harvard.edu> wrote:

> That might actually work out well. I was just looking at the map of the west coast, and I can totally see myself heading out to Reno at the start of my spring break, renting a car, and then taking a road trip to CA and/or OR, and then spend a couple of days with you at the start of your break/end of mine. Happily, I'm only teaching once a week—the joys of teaching a seminar—and that's on Wednesdays, so it'd be easy for me to extend my spring break by a couple of days, i.e., organize my time in Reno around whenever is most convenient for you. It'd definitely be nice to see you and spend some time with you.
>
> (Heck, I might contact [redacted] and see if I can do something at UNR.)
>
> Anyway, it's still a ways off in the distance, but I didn't want to lose the opportunity of coming out to see you in person. And of course no worries if anything comes up.
>
> Hope the truck is working out,
> B
> --
> Bernhard Nickel
> Professor of Philosophy
> Department Chair
> Emerson 207
> Department of Philosophy
> Harvard University
> Website || Office Hours Sign-Up
> --------------------------------
>
> On Dec 28, 2024, at 2:22 AM, [redacted] wrote:
>
> I can take most Friday afternoons off if I give advance notice.
>
> On Fri, Dec 27, 2024 at 11:19 PM [redacted] wrote:
>
> > Alas, my spring break is a week later, the week of Monday, 3/24. But any of those

weekends would work for me if you were thinking of a shorter trip. And I could also give you our spare bedroom if [redacted] is going to be at his dad's.

I hope to have my mountain bike by then.

Really cool to hear about your getting to spend some quality time with [redacted].
Apologies for the late reply. [redacted] bought a truck today. I spent nearly the whole day at the auto dealership. Eventually she wants to fit it with one of those attachment campers.

On Fri, Dec 27, 2024 at 6:55 AM Nickel, Bernhard <bnickel@fas.harvard.edu> wrote:

> Oh my lord, this is hilarious. Google is suggesting that you sound like a bot!
>
> Anyway, I hope you had a good holiday over the past couple of days, and are having a good transition into the new year. I'm getting to spend a bunch of time with [redacted], which is really nice for both of us. We're both trying to take time off from work and failing. :)
>
> I'm still thinking about coming out to Reno. I wonder if maybe around my spring break would be an option, which is March 15th.
>
> Cheers,
> b
> --
> Bernhard Nickel
> Professor of Philosophy
> Department Chair
> Emerson 207
> Department of Philosophy
> Harvard University
> Website || Office Hours Sign-Up
> ---------------------------------
>
>> On Dec 22, 2024, at 11:16 AM, [redacted] wrote:
>>
>> Thank you! See attached for how Gmail suggested I might reply.
>>
>> On Sat, Dec 21, 2024 at 3:16 PM Nickel, Bernhard <bnickel@fas.harvard.edu> wrote:
>>
>>> --
>>> Bernhard Nickel
>>> Professor of Philosophy
>>> Department Chair
>>> Emerson 207
>>> Department of Philosophy
>>> Harvard University
>>> Website || Office Hours Sign-Up
>>> ---------------------------------

<Screen Shot 2024-12-22 at 8.16.18 AM.png>

<476433900_10107768775238942_6154702279940379123_n.jpg>
<476241453_10107768775233952_3269592253556539916_n.jpg>

# EXHIBIT 176

**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Hi
**Date:** May 26, 2025 at 9:32 PM
**To:** [redacted]



Dear [redacted],

I hope you're doing well. I've been thinking about you recently because I taught a seminar on generics this spring semester and one of my grads wrote her research paper on the topics you cover in you generic excluded middle paper. It was a great piece to take off from. I also taught your paper on the dynamics of generics in the seminar proper, and students were quite taken by the phenomena.

Anyway, I'm about to finish my term as chair here in the department, and that means that I can finally (finally!!!) get back to doing philosophy. I remember you mentioning that there might be a chance for me to present some stuff in the class you were slated to teach. If that's still an option, do please let me know. I've got a couple of things in the works that I'd be eager to share with folks.

I'd originally hoped to come to Europe in person this summer, but with all of the immigration concerns that have come up with the Trump administration, I'm being very cautious about leaving the country. Otherwise, it would have been great to come and visit you in Oxford, maybe on the way to Edinburgh to see [redacted]. Ah, well. Sic transit gloria Mundi.

All my best,
Bernhard.
--

Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 177

**From:** Nickel, Bernhard bnickel@fas.harvard.edu
**Subject:** Meeting with me
**Date:** June 5, 2025 at 9:25 AM
**To:** philgrad-list philgrad-list@fas.harvard.edu, philconc-list@lists.fas.harvard.edu, [redacted]
**Bcc:** [redacted]



Dear Students (grads and undergrads),

When the revocation of the SEVP certification was first announced, I mentioned that I'd hold a meeting to give students a chance to discuss the situation this week. I've been holding off on that because the SEVP issue seemed to be in abeyance. Since then, of course, new developments have taken place: there's President Trump's new Travel Ban; the revocation of visas aimed specifically at Chinese students; and most recently the announcement that students on visas sponsored by Harvard will not be allowed to enter the country. The coverage in the papers of this last order leaves me uncertain about its precise impact, and the HIO hasn't updated its FAQs to reflect it. I gather that they are still finding their feet on this, too.

No matter whether the particular policies and actions we've seen so far can be successfully challenged in the courts, they have already created a lot of uncertainty. The likelihood that there will be more such actions exacerbates that uncertainty. That uncertainty is, I wager, very much part of the point.

I also know that navigating it requires a lot of very personal and individual decisions. For that reason, I've decided to not hold an open zoom call right now, and instead, to offer office hours with me over zoom so that you can talk to me individually about your situation, and for us to see if there's any problem solving we can do together. I've set up some appointment slots via google for different times of day since I know that many international students are in different time zones (when you sign up, make sure that your calendar is set to the correct time zone). Right now, I've only set up a few to see if there's interest. If there is, I'll set up additional slots, so if these fill up, check back later. Here's the link to sign up.

Extra OH with Bernhard - Bernhard Nickel's Office Hours
calendar.app.google

Also, if any of you would be interested in having a group meeting, please tell me and I'll work on organizing one.

Before I sign off, let me just say: seeing the way the Trump Administration is going after international students fills me with anger and sadness. You all deserve better than this. I stand in solidarity with all of you, and I want to work with you to figure out what we can do, even as we are subject to forces that we cannot control.

All my best,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207

Case: 26-6906, 11/20/2026, DktEntry: 16.11, Page 288 of 300

Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

# EXHIBIT 178

**From:** **Nickel, Bernhard** bnickel@fas.harvard.edu
**Subject:** Fwd: External Examiner Visit Schedule
**Date:** June 17, 2025 at 10:48 AM
**To:** [redacted]



Dear [redacted],

I've been meaning to contact you about this, and more generally, about coming out to Hong Kong to see you. I've been busy with the divorce (which I'm hoping will be finalized soon), and of course there are all of the immigration related policies, etc., that the Trump Administration has been pursuing.

Since I'm not an American citizen, I've been reluctant to leave the country — I canceled a planned trip to Germany to see family, for instance — and so I'm not sure when it would make sense for me to come out. Maybe we can talk some time in the near-ish future about that?

Sorry this is so difficult, and I hope you're well,
Bernhard.

--

Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

> Begin forwarded message:
>
> **From:** [redacted]
> **Subject:** **External Examiner Visit Schedule**
> **Date:** June 16, 2025 at 12:26:05 AM EDT
> **To:** "Nickel, Bernhard" <bnickel@fas.harvard.edu>
> **Cc:** [redacted]
>
> Dear Prof. Nickel,
>
> Thank you for being our Philosophy UG Programmer External Examiner for the period of 2021/22 to 2025/26.
>
> In accordance with HKU guidelines, we cordially invite you to visit our university in person to conduct the programme review, expected to span one week. We recognize your busy schedule; nonetheless, to streamline the planning process, we would appreciate it if you could suggest a couple of potential dates that are convenient for you. We will cover your round-trip business class airfare, as well as hotel accommodation and subsistence allowances during your stay.
>
> Please do not hesitate to contact us if you have any questions or need additional information.

Thank you so much.

Best regards

[redacted]
Philosophy Department
School of Humanities
[redacted]
Run Run Shaw Tower, Centennial Campus,
The University of Hong Kong
[redacted]

# EXHIBIT 179

Case: 26-6906, 11/20/2026, DktEntry: 16.12, Page 293 of 300

**Wednesday, July 2, 2025 at 17:24:22 Central European Summer Time**

---

**Subject:** Re: Immigration message for members today
**Date:** Tuesday, March 11, 2025 at 1:22:58 AM Central European Standard Time
**From:** Veena Dubal
**To:** [redacted]
**CC:** [redacted]

Okay, going to add more thing since a judge has since blocked his deportation.

[redacted], can you please use this version instead?

Dear AAUP Members:

We are alarmed by the ICE detention of former Columbia graduate student and legal permanent resident Mahmoud Khalil for what appears to be First Amendment protected speech. And we forcefully condemn Secretary of State Marcio Rubio's statement on X that the federal government will be revoking the visas and green cards of immigrants based on their constitutionally protected speech and association.

This open threat combined with Mr. Khalil's detention has stoked a great deal of understandable fear among our non-citizen members. Green card revocation is rare absent a criminal conviction, and we believe these actions and threats to be unprecedented and illegal. Indeed, late Monday, a federal judge temporarily blocked Mr. Khalil's deportation.

Over the past six weeks, we have been working with you and your AAUP chapter leaders to proactively prepare for these events. Here are the resources you can find at our Political Attacks on Higher Education website:

- Recommendations to AAUP chapter leaders and members for dealing with ICE on your campus
- Rights and risks for workers who are in the United States on visas
- Issue brief on immigration-related campus concerns
- Know Your Rights flyers
- Family preparedness plan template

As these events continue to unfold, we recommend that non-citizen faculty, students, and staff who believe that they may be similarly targeted by the federal government take the following precautionary measures:

1. Contact an immigration attorney who has experience with deportation defense. For recommendations, you may consider contacting your local chapter/affiliate of the National Lawyers Guild, American Civil Liberties Union, or Council on American-Islamic Relations.

2. Review your rights. You are under no legal obligation to open the door to immigration authorities absent a JUDICIAL WARRANT (i.e., a warrant signed by a judge). Please familiarize yourself with the difference between a judicial warrant and an

administrative warrant.

Finally, we call on higher education stakeholders with US citizenship to close ranks around, and demand that college and university administrators and governing boards affirmatively protect, our non-citizen colleagues and students.

We will be in touch with more information in the coming days and weeks.

In solidarity,

Veena Dubal

General Counsel, AAUP

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

---

**From:** [redacted]
**Date:** Monday, March 10, 2025 at 5:16 PM
**To:** [redacted]
**Cc:** [redacted] Veena Dubal <vdubal@aaup.org>
**Subject:** Fw: Immigration message for members today

Belatedly realizing that I accidentally left [redacted] off this morning email. Ach, really sorry about that.

[redacted], this is now for Tuesday morning.

Thanks,

--[redacted]

Get Outlook for iOS

---

**From:** [redacted]
**Sent:** Monday, March 10, 2025 8:47 AM

**To:** Veena Dubal <vdubal@aaup.org>; [redacted]
**Subject:** Immigration message for members today

Hi Gwen,

Here is an email from Veena that needs to be sent to all members today. The "From" should be "Veena Dubal, AAUP General Counsel," and the subject line "Resources for Non-Citizen AAUP Members."

Please share the Action Network draft with [redacted], Veena, and me for final approval.

Thank you!

--[redacted]

Dear AAUP Members:

We are alarmed by the ICE detention of former Columbia graduate student and legal permanent resident Mahmoud Khalil for what appears to be First Amendment protected speech. And we forcefully condemn Secretary of State Marcio Rubio's statement on X that the federal government will be revoking the visas and green cards of immigrants based on their constitutionally protected speech and association.

This open threat combined with Mr. Khalil's detention has stoked a great deal of understandable fear among our non-citizen members. Green card revocation is rare absent a criminal conviction, and we believe these actions and threats to be unprecedented and illegal.

Over the past six weeks, we have been working with you and your AAUP chapter leaders to proactively prepare for these events. Here are the resources you can find at our Political Attacks on Higher Education website:

- Recommendations to AAUP chapter leaders and members for dealing with ICE on your campus
- Rights and risks for workers who are in the United States on visas
- Issue brief on immigration-related campus concerns
- Know Your Rights flyers
- Family preparedness plan template

As these events continue to unfold, we recommend that non-citizen faculty, students, and staff who believe that they may be similarly targeted by the federal government take the following precautionary measures:

1. Contact an immigration attorney who has experience with deportation defense. For recommendations, you may consider contacting your local chapter/affiliate of the National Lawyers Guild, American Civil Liberties Union, or Council on American-Islamic Relations.

2. Review your rights. You are under no legal obligation to open the door to immigration authorities absent a JUDICIAL WARRANT (i.e., a warrant signed by a judge). Please

familiarize yourself with the difference between a judicial warrant and an administrative warrant.

Finally, we call on higher education stakeholders with US citizenship to close ranks around, and demand that college and university administrators and governing boards affirmatively protect, our non-citizen colleagues and students.

We will be in touch with more information in the coming days and weeks.

In solidarity,

Veena Dubal

General Counsel, AAUP

# EXHIBIT 180

**Wednesday, July 2, 2025 at 16:47:21 Central European Summer Time**

---

**Subject:** Immigration downhill & KYR - May 23
**Date:** Monday, May 12, 2025 at 3:42:10 PM Central European Summer Time
**From:** Veena Dubal
**To:** [redacted]
Asli Bali

Dear All:

[redacted] & [redacted] have kindly agreed to do another immigration townhall for MESA and AAUP on May 23rd from 4-6pm PT.

[As some of us discussed separately, this is a little late in the semester, but given that it is just two weeks away, I think it's the best path forward.]

For the email to AAUP & MESA members, I would like to include some of the key immigration resources that Anna has put together.

@[redacted], Is this something you can help me with?

@[redacted], do you think we can plan for the email to go out tomorrow?

@[redacted] & @asli, does this time work for you? I'll be getting off of a flight at 3:30pm, and rushing home, so I may miss the first 30 min. Or I can take the call from the airport.

Thanks so much,
Veena

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

# EXHIBIT 181

**Wednesday, July 2, 2025 at 16:49:51 Central European Summer Time**

---

**Subject:** Re: OGC email
**Date:** Wednesday, May 28, 2025 at 12:19:31 AM Central European Summer Time
**From:** Veena Dubal
**To:** [redacted]

I would love that. I am drowning in tasks. Thank you SO MUCH.

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

---

**From:** [redacted]
**Date:** Tuesday, May 27, 2025 at 3:15 PM
**To:** Veena Dubal <vdubal@aaup.org>, [redacted]
**Subject:** Re: OGC email

Definitely. We had talked about sending it to chapter leaders, but I don't think that got drafted. Would you like someone from external relations to draft something simple just with this? We are also sending out the chapter digest this week, which has a bunch of stuff and does have this in it again.

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Tuesday, May 27, 2025 4:08:46 PM
**To:** [redacted]
**Subject:** OGC email

Hi, [redacted]:

After today's immigration townhall, I would like to send another email re: immigration that highlights our new OGC memo specifically. I keep hearing from people that they didn't see it in the previous email (I think b/c it had so much in it).

Is that possible?

Thank you!